UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                              Chapter 11

                                                                                         Case No. 23-43088-JMM
ELITE LIMOUSINE PLUS, INC.,

                    Debtor.

----------------------------------------------------------X

# EMERGENCY ORDER AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION ADVANCES PURSUANT TO 11 U.S.C. § 364(c)(1), (2) AND (3)

Upon the motion[1] (the "Motion") of Elite Limousine Plus, Inc. and Dispatch Support Services LLC [ECF No. 10], each a debtor and debtor in possession (collectively, the "Debtors"), by their proposed attorneys, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an order, inter alia, authorizing the Debtors to use Cash Collateral, in accordance with the revised budget (the "Budget"), annexed hereto as Exhibit "A"; and appropriate notice having been given; and upon the consent of Rosenthal & Rosenthal, Inc., the Debtors' first priority secured lender; and no objections to the Motion having been filed or received and/or any objections asserted at the Hearing (as defined herein) being overruled; and upon the hearing held before the Court on September 6, 2023 (the "Hearing"), and the record (the "Record") of the Hearing being incorporated herein; and in order to avoid immediate and irreparable harm to the Debtors' estates, and the relief requested herein being in the best interests of the Debtors, the Debtors' estates and creditors; and sufficient cause appearing therefor; it is

      **ORDERED that:**

      1.      The Motion is granted on an emergency basis as set forth herein.

---

[1] Capitalized terms not defined herein shall be ascribed the meanings as set forth in the Motion.

2. The Debtors are authorized to receive advances, in accordance with the Budget, upon the terms and conditions as set forth on the Record at the Hearing, and use for expenditures as discussed on the Record, regarding compensation and compensation-related obligations only, up to the maximum amount of the aggregate sum of $675,000.00.

3. The terms and conditions of this Order shall be effective immediately.

4. The Debtors are authorized and empowered to take such steps, to do such things, and execute such documents as may reasonably be necessary to implement the terms and conditions of this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6. A further hearing to consider use of postpetition advances and/or debtor-in-possession financing shall be held before the Court on September 13, 2023 at 3:00 p.m.



Dated: September 7, 2023
Brooklyn, New York

Jil Mazer-Marino
United States Bankruptcy Judge