**Fill in this information to identify the case:**

Debtor name    **Elite Limousine Plus, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **23-43088**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 25, 2023**    X **/s/ Shafquat Chaudhary**
                                            Signature of individual signing on behalf of debtor

                                            **Shafquat Chaudhary**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Elite Limousine Plus, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **23-43088** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliance Limousine Inc.**<br>**14553 Delano St.**<br>**Suite 210**<br>**Van Nuys, CA 91411** | | | | | | **$32,247.70** |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | | | | | | **$183,387.02** |
| **Buttar, Shahid, et al.**<br>**c/o SLARSKEY LLC**<br>**Attn: Richard Weingarten**<br>**767 Third Avenue, 14th Fl**<br>**New York, NY 10022** | | **Lawsuit, Index No. 651088/2019 NY Supreme NY County Pending appeal NY App. Div. 1st Dept. 2023-01624** | **Contingent Unliquidated Disputed** | | | **$3,000,000.00** |
| **Dell Financial Svcs LLC**<br>**Mail Stop - PS2DF-23**<br>**One Dell Way**<br>**Round Rock, TX 78682** | | **Existing Dell Unity Storage system** | **Disputed** | **$68,018.04** | **$12,800.00** | **$55,218.04** |
| **Epstein, Robert**<br>**353 West 56th Street #10H**<br>**New York, NY 10019** | | **Settlement of Lawsuit SC-000488-22/QU NY Civil - Queens County** | | | | **$192,000.00** |
| **Harfenist, Kraut & Perlstein LLP**<br>**3000 Marcus Ave.**<br>**Suite 2E1**<br>**New Hyde Park, NY 11042-1005** | | | | | | **$30,110.71** |
| **Hossain, Mahbub**<br>**87-45 112th St, 2 Fl**<br>**Richmond Hill, NY 11418** | | **Lawsuit, CV-001592-23/QU NY Civil - Queens County** | **Contingent Unliquidated Disputed** | | | **$40,000.00** |

| Debtor | **Elite Limousine Plus, Inc.** | | Case number *(if known)* | **23-43088** | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Limolink, Inc.**<br>**3375 Armar Drive**<br>**Marion, IA 52302** | | | | | | **$72,228.49** |
| **Limousine.com**<br>**3272 Gale Ave**<br>**Long Island City, NY 11101** | | | | | | **$104,425.61** |
| **NY Black Car Injury Comp. Fund**<br>**PO Box 418311**<br>**Boston, MA 02241** | | | **Disputed** | | | **$789,996.52** |
| **NYC Citywide Admin. Svcs.**<br>**1 Centre St., 20th Fl**<br>**New York, NY 10007** | | | | | | **$33,443.45** |
| **NYS Dep't of Tax & Fin.**<br>**Bureau of Conciliation & Mediation Svcs**<br>**15 MetroTech Center, 2 Fl**<br>**Brooklyn, NY 11201** | **Interest** | | **Disputed** | | | **$72,505.38** |
| **Odyssey Global Transp. Lt**<br>**Attn: Kathi Markou**<br>**2540 Shore Blvd.**<br>**Astoria, NY 11102** | | | | | | **$382,473.18** |
| **Port Authority of NY & NJ**<br>**4 World Trade Center**<br>**150 Greenwich St. Floor 24**<br>**New York, NY 10007** | | | | | | **$394,712.50** |
| **Prager Metis CPAs**<br>**Attn: Stephanie Gigliotti**<br>**510 Haight Street, Suite**<br>**Poughkeepsie, NY 12603** | | | | | | **$21,200.00** |
| **Publicis Resources**<br>**1675 Broadway, 2nd Fl.**<br>**New York, NY 10019** | | | | | | **$32,799.61** |
| **Rawal Construction**<br>**3601 37th Ave**<br>**Long Island City, NY 11101** | | | | | | **$254,000.00** |

Debtor   **Elite Limousine Plus, Inc.**                                    Case number *(if known)*    **23-43088**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Silver Star Motors 3611 Northern Blvd. Long Island City, NY 11101-1613** | | **2022 Mercedes GLE350W4** | | **$79,763.00** | **$60,000.00** | **$19,763.00** |
| **Skadden Arps Slate Meagher & Flom LLP PO Box 1764 White Plains, NY 10602** | | | | | | **$20,351.00** |
| **Tuch & Cohen LLP Kenneth R. Tuch, Esq. 1025 Old Country Road Suite 411 Westbury, NY 11590** | | | | | | **$272,097.51** |

**Fill in this information to identify the case:**

Debtor name    **Elite Limousine Plus, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **23-43088**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $ _____25,846,480.55

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $ _____25,846,480.55

---

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____19,062,223.86

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................    $ _____82,232.83

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____11,177,951.76

4.    Total liabilities ..........................................................................................
   Lines 2 + 3a + 3b    $ _____30,322,408.45

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Elite Limousine Plus, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) __**23-43088**__

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank United** | **Checking** | **2152** | $36,775.00 |
| 3.2. | **Bank United** | **Checking** | **2284** | $9,223.31 |
| 3.3. | **Bank United** | **Checking** | **2292** | $0.00 |
| 3.4. | **Bank United** | **Checking** | **2314** | $0.00 |
| 3.5. | **Bank United** | **Checking** | **2306** | $0.00 |
| 3.6. | **Bank United** | **Checking** | **2349** | $0.00 |

Debtor   **Elite Limousine Plus, Inc.**           Case number *(If known)*  **23-43088**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bank United** | **Checking** | 2322 | $0.00 |
| 3.8. | **Bank United** | **Checking** | 2330 | $0.00 |
| 3.9. | **HAB Bank** | **Checking** | 6254 | $591.50 |
| 3.10. | **HAB Bank** | **Checking** | 3675 | $291.49 |
| 3.11. | **HAB Bank** | **Checking** | 6221 | $0.00 |
| 3.12. | **HAB Bank** | **Checking** | 6239 | $0.00 |
| 3.13. | **HAB Bank** | **Checking** | 6213 | $0.00 |
| 3.14. | **HAB Bank** | **Checking** | 6205 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $46,881.30 |
|---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 1,485,596.19 | - | 0.00 | = .... | $1,485,596.19 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Elite Limousine Plus, Inc.**    Case number *(If known)* **23-43088**
Name

11b. Over 90 days old: _____**495,951.88**_____ - _____**0.00**_____ =.... _____**$495,951.88**_____
face amount     doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                              $1,981,548.07
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                      % of ownership

15.1.    **Stock in Dispatch Support Services LLC**    **100%**  %                              $1,000.00

15.2.    **Stock in Asterride Acquisition Corp.**    **100%**  %                              $1,000.00

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                              $2,000.00
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (If known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

| 39. | **Office furniture** | | |
|---|---|---|---|
| 40. | **Office fixtures** | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **ShoreTel Phone Sysytem Original Quote from 2014** | $0.00 | $22,400.00 |
|---|---|---|---|
| | **HQ & ECC Servers provided by ELite for ShoreTel Phone system** | $0.00 | $1,000.00 |
| | **Call Recording system for Elite's Phones** | $0.00 | $4,800.00 |
| | **Auto Callback system for Elite's Clients** | $0.00 | $2,400.00 |
| | **Workstation Computers throughout the Building** | $0.00 | $10,500.00 |
| | **Physical Servers for Elite's Application, Processes & Databases** | $0.00 | $8,400.00 |
| | **Virtual Servers for Application & Processes** | $0.00 | $10,000.00 |
| | **Existing Dell Unity Storage system** | $0.00 | $12,800.00 |
| | **Xerox 2fl** | $0.00 | $300.00 |
| | **KMBS 4 fl** | $0.00 | $400.00 |
| | **KMBS 3 fl** | $0.00 | $2,000.00 |
| | **Other miscellaneous office equipment** | $0.00 | $10,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$85,000.00** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | **Elite Limousine Plus, Inc.** | Case number *(If known)* **23-43088** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2019 Mercedes Sedan S560** | **$0.00** | | **Unknown** |
| 47.2. **2019 Mercedes Sedan S560** | **$0.00** | | **Unknown** |
| 47.3. **2020 Mercedes Sedan E350W4** | **$0.00** | | **Unknown** |
| 47.4. **2020 Mercedes Sedan E350W4** | **$0.00** | | **Unknown** |
| 47.5. **2022 Mercedes GLE350W4** | **$0.00** | | **$60,000.00** |
| 47.6. **2020 Mercedes GLE350W4** | **$0.00** | | **$15,000.00** |
| 47.7. **2018 van hool CX35 Motor Coach** | **$0.00** | | **$289,900.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
**Fixtures (work stations/ partitions)**     **$0.00**     **$10,000.00**

51. **Total of Part 8.**                                                                                 **$374,900.00**
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

Debtor    **Elite Limousine Plus, Inc.**                                    Case number *(If known)*  **23-43088**
_____
Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark - Limousine.com** | **$0.00** | | **Unknown** |

61.      **Internet domain names and websites**

| | | | |
|---|---|---|---|
| 62. **Licenses, franchises, and royalties** **TLC Base License No. B01087** **For-Hire Vehicle Base License** **Expires 5/31/2026** **Can only be transferred by sale of company.** **Cannot be sold on its own; no individual value.** | **$0.00** | | **$0.00** |

63.      **Customer lists, mailing lists, or other compilations**

64.      **Other intangibles, or intellectual property**

65.      **Goodwill**

| | |
|---|---|
| 66.      **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.      **Notes receivable** Description (include name of obligor) **Loan Receivable from Affiliate - Lincoln Leasing**    64,745.41  -  0.00  =  Total face amount    doubtful or uncollectible amount | **$64,745.41** |

Debtor    **Elite Limousine Plus, Inc.**                              Case number *(If known)*  **23-43088**
_____
Name

| | | | |
|---|---|---|---|
| **Loan Receivable from Affiliate - Elite R.E. Corp.** | **11,271,736.52** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$11,271,736.52** |
| **Loan Receivable from Affiliate - Citilease LLC** | **7,017.71** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$7,017.71** |
| **Loan Receivable from Affiliate - Astoria Motors LLC** | **34,864.06** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$34,864.06** |
| **Loan Receivable from Affiliate - SVRE LLC** | **6,000.00** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$6,000.00** |
| **Loan Receivable from Affiliate - Soundview Dam LLC** | **59,720.70** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$59,720.70** |
| **Loan Receivable from Affiliate - Dispatch Support Services LLC** | **5,360,325.31** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$5,360,325.31** |
| **Loan Receivable from Affiliate - Elite Coach** | **476,874.24** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$476,874.24** |
| **Loan Receivable from Affiliate - Limonet** | **56,436.62** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$56,436.62** |
| **Loan Receivable from Affiliate - Soundview Broadcasting** | **6,018,430.61** — <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$6,018,430.61** |

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

       **Commercial General Liability**                                                    $0.00

       **Automobile Liability (Non-Owned Autos)**                                          $0.00

       **Umbrella Liability Insurance**                                                    $0.00

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    __Elite Limousine Plus, Inc._____    Case number *(If known)*  __23-43088__
                Name

78.    **Total of Part 11.**                                                                    | $23,356,151.18 |

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

Debtor    **Elite Limousine Plus, Inc.**    Case number *(If known)* **23-43088**
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $46,881.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,981,548.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $85,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $374,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $23,356,151.18 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,846,480.55 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,846,480.55 |

**Fill in this information to identify the case:**

Debtor name      **Elite Limousine Plus, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **23-43088**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  BankDirect Capital Fin.**
Creditor's Name

**Two Conway Park
150 North Field Dr.
Suite 190
Lake Forest, IL 60045**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unearned insurance premiums**

**Describe the lien**
**Secured interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $71,669.21 | $0.00 |
|---|---|

**2.2  Customers Com. Fin., LLC**
Creditor's Name

**25 Chestnut Street, Suite
Portsmouth, NH 03801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2018 van hool CX35 Motor Coach**

**Describe the lien**
**UCC 1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $224,369.28 | $289,900.00 |
|---|---|

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Dell Financial Svcs LLC** | | Describe debtor's property that is subject to a lien | $68,018.04 | $12,800.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | **Existing Dell Unity Storage system** | | |

**Mail Stop - PS2DF-23
One Dell Way
Round Rock, TX 78682**
Creditor's mailing address

Describe the lien
**UCC 1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Habib American Bank** | | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**99 Madison Ave.
New York, NY 10016**
Creditor's mailing address

Describe the lien
**UCC 1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Internal Revenue Service** | | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA
19101-7346**
Creditor's mailing address

Describe the lien
**Federal Tax Lien**

---

Debtor    **Elite Limousine Plus, Inc.**                                          Case number (if known)    **23-43088**
_____
Name

_____     **Is the creditor an insider or related party?**
Creditor's email address, if known                ■ No
                                                   ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ■ No
                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                    As of the petition filing date, the claim is:**
interest in the same property?**                   Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ■ Disputed
priority.

---

| 2.6 | **Mercedes-Benz Fin. Svcs.** | **Describe debtor's property that is subject to a lien** | $6,890.28 | Unknown |

Creditor's Name                                    **2020 Mercedes Sedan E350W4**

**14372 Heritage Parkway
Fort Worth, TX 76177**                             **Describe the lien**
_____
Creditor's mailing address

                                                   **Is the creditor an insider or related party?**
                                                   ■ No
_____           ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ■ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                    As of the petition filing date, the claim is:**
interest in the same property?**                   Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.

---

| 2.7 | **Mercedes-Benz Fin. Svcs.** | **Describe debtor's property that is subject to a lien** | $6,890.28 | Unknown |

Creditor's Name                                    **2020 Mercedes Sedan E350W4**

**14372 Heritage Parkway
Fort Worth, TX 76177**                             **Describe the lien**
_____
Creditor's mailing address

                                                   **Is the creditor an insider or related party?**
                                                   ■ No
_____           ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ■ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                    As of the petition filing date, the claim is:**
interest in the same property?**                   Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **Mercedes-Benz Fin. Svcs.** | Describe debtor's property that is subject to a lien | **$4,461.48** | **$15,000.00** |
| | Creditor's Name | **2020 Mercedes GLE350W4** | | |

**14372 Heritage Parkway**
**Fort Worth, TX 76177**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.9 | **NYS Dep't of Tax & Fin.** | Describe debtor's property that is subject to a lien | **$2,592,500.42** | **Unknown** |
| | Creditor's Name | | | |

**Bureau of Conciliation &**
**Mediation Svcs**
**15 MetroTech Center, 2 Fl**
**Brooklyn, NY 11201**
Creditor's mailing address

**Describe the lien**
**Tax Warrants**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/2021-05/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 0 | **Rosenthal & Rosenthal In** | Describe debtor's property that is subject to a lien | **$16,007,661.87** | **Unknown** |
| | Creditor's Name | | | |

**c/o Otterbourg P.C.**
**230 Park Avenue**
**New York, NY 10169-0075**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Debtor  **Elite Limousine Plus, Inc.**                                    Case number (if known)  **23-43088**
Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**  **Silver Star Motors**          Describe debtor's property that is subject to a lien          $79,763.00          $60,000.00
Creditor's Name                        **2022 Mercedes GLE350W4**

**3611 Northern Blvd.**
**Long Island City, NY**
**11101-1613**
Creditor's mailing address              Describe the lien

                                       Is the creditor an insider or related party?
Creditor's email address, if known      ■ No
                                       ☐ Yes
                                       Is anyone else liable on this claim?
Date debt was incurred                  ■ No
                                       ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**  **Sterling National Bank**       Describe debtor's property that is subject to a lien          $0.00          $22,400.00
Creditor's Name                        **ShoreTel Phone Sysytem Original Quote from**
                                       **2014**
**42 Broadway, 3rd Floor**
**New York, NY 10004**
Creditor's mailing address              Describe the lien
                                       **UCC 1**
                                       Is the creditor an insider or related party?
Creditor's email address, if known      ■ No
                                       ☐ Yes
                                       Is anyone else liable on this claim?
Date debt was incurred                  ■ No
                                       ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 3**  **U.S. Small Bus. Admin.**       Describe debtor's property that is subject to a lien          $0.00          $0.00

---

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**UCC 1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $19,062,223.86

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **NYS Dep't Tax & Fin.**<br>**Bankruptcy Unit - TCD**<br>**Building 8, Room 455**<br>**W.A. Harriman State Campu**<br>**Albany, NY 12227** | Line  2.9 | |
| **Rosenthal & Rosenthal Inc**<br>**1370 Broadway**<br>**New York, NY 10018** | Line  2.10 | |
| **U.S. Small Bus. Admin.**<br>**District Counsel**<br>**New York District Office**<br>**26 Federal Plaza, Rm 3100**<br>**New York, NY 10278** | Line  2.13 | |

**Fill in this information to identify the case:**

Debtor name  **Elite Limousine Plus, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **23-43088**

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,811.50** | **$0.00** |
|  | **Internal Revenue Service** | *Check all that apply.* |  |  |
|  | **P.O. Box 806532** | ☐ Contingent |  |  |
|  | **Cincinnati, OH 45280-6532** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **Federal Withholding** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$431.66** | **$431.66** |
|---|---|---|---|---|
|  | **Internal Revenue Service** | *Check all that apply.* |  |  |
|  | **Department of Treasury** | ☐ Contingent |  |  |
|  | **Kansas City, MO 64999-0046** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  |  | **Federal Unemployment** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72,505.38 | $72,505.38 |
|---|---|---|---|---|

**NYS Dep't of Tax & Fin.**
**Bureau of Conciliation &**
**Mediation Svcs**
**15 MetroTech Center, 2 Fl**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**06/2021-05/2023**

Basis for the claim:
**Interest**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,832.77 | $3,832.77 |
|---|---|---|---|---|

**NYS Employment**
**Contributions & Taxes**
**PO BOX 4119**
**Binghamton, NY 13902-4119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NYS Withholding**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,651.52 | $1,651.52 |
|---|---|---|---|---|

**NYS Employment**
**Contributions & Taxes**
**PO BOX 4119**
**Binghamton, NY 13902-4119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NYC**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Advantage Transportation**
**137 Lark St.**
**Albany, NY 12210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,813.12 |
|---|---|---|---|

**AETNA Health Insurance**
**PO Box 67103**
**Harrisburg, PA 17106-7103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Afsar, Zareen A**
225-12 109 Ave
South Richmond Hill, NY 11419

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Ahad, Md A**
564 E 3 Street
#B2
Brooklyn, NY 11218

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Ahmad, Muhammad Aftab**
18845a 71st Cres #A
Fresh Meadows, NY 11365

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$317.18** |
|---|---|---|---|

**Ahmed, Humayun**
233 Edmund Ave
Paterson, NJ 07502

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**Ahmed, Juned**
7802 95th Ave #1
Ozone Park, NY 11416

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Ahmed, Razu**
8717 168 Street Fl#2nd
Jamaica, NY 11432

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Akhter, Mathew**
153-12 41 Ave
Flushing, NY 11354

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | | Case number *(if known)* | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$125.00** |
| | **Al-Roas, Saifuldeen**<br>**345 W 85th St**<br>**#1405**<br>**New York, NY 10024** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Driver deposit_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$425.00** |
| | **Alam, Md R**<br>**8250 Saint James Apt #1**<br>**Elmhurst, NY 11373** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Driver deposit_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,000.00** |
| | **Alam, Md Rabiul**<br>**8607 144th Street**<br>**2nd Fl**<br>**Jamaica, NY 11435** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Driver deposit_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,000.00** |
| | **Alam, Rasadul**<br>**16408 108th Ave**<br>**Jamaica, NY 11433** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Driver deposit_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,000.00** |
| | **Alam, Saiful**<br>**142 Chester Ave**<br>**Brooklyn, NY 11218** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Driver deposit_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$350.00** |
| | **Ali, Irfan**<br>**29 Morris St.**<br>**Apt. 29**<br>**Yonkers, NY 10705** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Driver deposit_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$100.00** |
| | **Ali, Ummer**<br>**5763 256th Street**<br>**Little Neck, NY 11362** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Driver Deposit_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,249.26** |
|---|---|---|---|

**All City Limousine**
**411 Alta Loma Dr.**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,247.70** |
|---|---|---|---|

**Alliance Limousine Inc.**
**14553 Delano St.**
**Suite 210**
**Van Nuys, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**Alvanes, Edwin**
**518 Grant Pl**
**Uniondale, NY 11553**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$183,387.02** |
|---|---|---|---|

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Ankuma, Nathaniel**
**3650 Bronxblvd #3a**
**Bronx, NY 10467**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Ansari, Mohammad  R.**
**2285 Ocean Ave. #1h**
**Brooklyn, NY 11229**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Arichabala, Larry C**
**95 30th St**
**Copiague, NY 11726**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|

**Arman, Kamrul**
**33 Wedgewood Dr**
**Carteret, NJ 07008**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Arora, Karan**
**8625 123rd St**
**Richmond Hill, NY 11418**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Arora, Rajesh**
**68 Oakland Ave**
**Edison, NJ 08817**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Asghar, Muhammad**
**2074 Wallace Ave**
**Apt# 206**
**Bronx, NY 10462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,191.48** |
|---|---|---|---|

**Asterride Acquisition**
**3272 Gale Ave**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Ayaviri, Edwin**
**32-30 93 Street  #5f**
**East Elmhurst, NY 11369**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Azad, Mohammad**
**625 Rugby Rd**
**Brooklyn, NY 11230**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Azam, Ali**
**40-17 70th St #2b**
**Woodside, NY 11377**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Azhar, Mohammad K**
**4322 204th St**
**Bayside, NY 11361**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Bakshi, Mosharraf**
**83-20 257 St**
**Glen Oaks, NY 11004**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Bali, Sandeep**
**128-15 Lindon Blvd**
**South Ozone, NY**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Bansal, Neha**
**24216 90th Ave**
**Bellerose, NY 11426**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Barry, Abdourahamane**
**11 Mckeever Pl 18f**
**Brooklyn, NY 11225**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Bawa, Bhupinder Singh**
**7-11 Byron St**
**Apt 5**
**Carteret, NJ 07008**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**Bebiyah, Abdul Alleh**
**571 Newark Ave**
**Elizabeth, NJ 07208**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Bhuiyan, Mahbub**
**173-04 89 Ave**
**Jamaica, NY 11432**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Bienstock, Martin**
**City Marshal**
**36-35 Bell Blvd.**
**Bayside, NY 11361**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Bir, Tarlok S**
**1953 Cole Dr.**
**East Meadow, NY 11554**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Biswas, Linku**
**90-36 149 St Apt 2a**
**Jamaica, NY 11435**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.31 |
|---|---|---|---|

**Boodoo, Anthony**
**15 Mckinley Avenue**
**Farmingdale, NY 11735**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000,000.00 |
|---|---|---|---|

**Buttar, Shahid, et al.**
**c/o SLARSKEY LLC**
**Attn: Richard Weingarten**
**767 Third Avenue, 14th Fl**
**New York, NY 10022**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit, Index No. 651088/2019**
**NY Supreme NY County**
**Pending appeal NY App. Div. 1st Dept. 2023-01624**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Cabrera, Jose M**
626 Morris Ave #3
Bronx, NY 10451

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Chan, Yung**
563 57th St
Brooklyn, NY 11220

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Chaudhary, Quratulann**
200 E 89th St.
Apt. 20C
New York, NY 10128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notes Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,021,374.36** |
|---|---|---|---|

**Chaudhary, Shafquat**
11 Soundview Dr.
Bayville, NY 11709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Shareholder's Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176,200.00** |
|---|---|---|---|

**Chaudhary, Shafquat**
11 Soundview Dr.
Bayville, NY 11709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loan interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Chaudhary, Shafquat**
11 Soundview Dr.
Bayville, NY 11709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Guarantor Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Chaudhry, Imran**
2374 Dm Clytn Pwll #2
New York, NY 10030

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**
**Chee Haw, Cheung**
**58-17 187th Street**
**Fresh Meadows, NY 11365**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**
**Cheema, Aqeel**
**26 Pleasant Valley**
**Staten Island, NY 10304**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**
**Cheema, Aslam**
**117 Parkview Ave. #E1**
**Weehawken, NJ 07086**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**
**Chen, Si Chai**
**3753 87th St Fl 1**
**Jackson Heights, NY 11372**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.00**
**Chen, Yong Yue**
**2704 Parsons Blvd 1e**
**Flushing, NY 11354**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**
**Chow, To**
**210 Union Ave**
**Staten Island, NY 10303**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**
**Chowdhury, Balal**
**4751 39th St**
**Sunnyside, NY 11104**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|
| | **Chowdhury, Faruque**<br>**71 Cayuga Ave**<br>**Deer Park, NY 11729** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|
| | **Chun, Roy**<br>**224-17 Horace Harding Exw**<br>**Oakland Gardens, NY 11364** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|
| | **Chung, Kee Young**<br>**14415 41st Ave #515**<br>**Flushing, NY 11355** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,696.38** |
|---|---|---|---|
| | **Citi Lease LLC**<br>**3272 Gale Avenue**<br>**Long Island City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|
| | **Copeland, David**<br>**144 W 16th St**<br>**New York, NY 10011** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|
| | **Cui, Zhenfeng**<br>**10-15 College Point 4f**<br>**College Point, NY 11356** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.54** |
|---|---|---|---|
| | **De Lage Landen Fin. Svcs.**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Debrah, Samuel A**
**57 Quitman St Apt 2a**
**Newark, NJ 07103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Driver deposit_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142.50** |
|---|---|---|---|

**Demosthene, Renold**
**474 E 98th Street**
**Brooklyn, NY 11212**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Driver deposit_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Deng, Jian Q**
**125 W 31st St #23f**
**New York, NY 10001**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Driver deposit_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**Dhamrait, Aninder S**
**33 East 5th Ave**
**Port Reading, NJ 07064**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Driver deposit_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Ding, Wei**
**67-21 Bell Blvd**
**Oakland Gardens, NY 11364**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _Driver deposit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,785.34** |
|---|---|---|---|

**Driver Savings**
**See annexed Rider 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,534,813.82** |
|---|---|---|---|

**Drivers Long Term Savings**
**See annexed Rider 2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$419.15** |
|---|---|---|---|
| | **Elite Auto Spa**<br>**3601 37th Ave**<br>**Long Island City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Eljalil, Abdelaziz**<br>**111 Garrison Ave #B7**<br>**Ponce, PR 00730-6000** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$192,000.00** |
|---|---|---|---|
| | **Epstein, Robert**<br>**353 West 56th Street #10H**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Settlement of Lawsuit SC-000488-22/QU NY Civil - Queens County | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Estate of Bella Epstein**<br>**408 Oak Knoll Dr**<br>**Manalapan, NJ 07726-3868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Shareholder's Loan | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,749.83** |
|---|---|---|---|
| | **Executive Las Vegas**<br>**3950 W. Tompkins Avenue**<br>**Las Vegas, NV 89103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,872.00** |
|---|---|---|---|
| | **Expert Technologies Inc.**<br>**122 Jefferson Ave.**<br>**Saint James, NY 11780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,218.27** |
|---|---|---|---|
| | **Fairmont Insurance**<br>**1600 80th Street**<br>**Brooklyn, NY 11204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Farooqui, Mohammed**
**31w Mosholu Pkway N**
**Apt 6E**
**Bronx, NY 10467**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Feng, Hao**
**3814 114th St**
**Apt 2F**
**Corona, NY 11368**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Fiallos, Nelson**
**3054 70th St**
**Fl3**
**East Elmhurst, NY 11370**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Flex Facts**
**1200 River Ave.**
**Suite 10E**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Frias Cabrera, Yeicol**
**1535 Dr Mrtn L Kn**
**5D**
**Bronx, NY 10453**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,216.50** |
|---|---|---|---|

**Friendly Ride Inc**
**148-09 Liberty Avenue**
**Jamaica, NY 11435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332,500.00** |
|---|---|---|---|

**Gale Avenue LLC**
**3272 Gale Ave.**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Gale Avenue LLC**<br>**3272 Gale Ave.**<br>**Long Island City, NY 11101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Rent Arrears<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$139,000.00** |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Goitram, Persaud**<br>**94-37 212 Street**<br>**Queens Village, NY 11428**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Driver deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Gold Seal Car & Limo Inc**<br>**66 Spottwood Rd.**<br>**Glen Rock, NJ 07452-3032**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$422.64** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Gomez, Eddy**<br>**1404 7th Street**<br>**North Bergen, NJ 07047**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Driver deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$277.45** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Gomez, Felix**<br>**6117 Amon Ave**<br>**Pennsauken, NJ 08110**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Driver deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Gomez, Jose**<br>**1266 Clinton Pl**<br>**Apt 3E**<br>**Elizabeth, NJ 07208**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Driver deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,150.00** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Gomez, Kelvin**<br>**839 Clifton Ave**<br>**Newark, NJ 07104**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Driver Deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address

**Greek Elite**
**3601 37th Ave**
**Long Island City, NY 11101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,900.00**

---

**3.95** | Nonpriority creditor's name and mailing address

**Gwertzman Lefkowitz Smith**
**& Sullivan LLC**
**14 Wall St., Ste 3D**
**New York, NY 10005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$18,516.85**

---

**3.96** | Nonpriority creditor's name and mailing address

**Halim, Abdul**
**243 Forbell St**
**Brooklyn, NY 11208**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.97** | Nonpriority creditor's name and mailing address

**Haque, Imdad**
**6510 108th St #3f**
**Forest Hills, NY 11375**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.98** | Nonpriority creditor's name and mailing address

**Haque, Nurul**
**2216 Newbold Ave 1f**
**Bronx, NY 10462**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.99** | Nonpriority creditor's name and mailing address

**Harfenist, Kraut &**
**Perlstein LLP**
**3000 Marcus Ave.**
**Suite 2E1**
**New Hyde Park, NY 11042-1005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,110.71**

---

**3.100** | Nonpriority creditor's name and mailing address

**Hasan, Imran**
**11450 174th St #1**
**Jamaica, NY 11434**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Hasan, Mahmud**
**17014 107th Ave Fl 1**
**Jamaica, NY 11433**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Hassan, Shaik A**
**19514 104th Ave**
**Saint Albans, NY 11412**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**He, Zhi Wei**
**72-17 244th St. 1fl.**
**Little Neck, NY 11362**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Hossain, Mahbub**
**87-45 112th St, 2 Fl**
**Richmond Hill, NY 11418**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lawsuit, CV-001592-23/QU**
**NY Civil - Queens County**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**Hossain, Mahbub**
**87-45 112th St**
**Richmond Hill, NY 11418**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Hossain, Malike**
**8784 165th St Apt 104**
**Jamaica, NY 11432**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Hossain, Md Shorif**
**1920 Mcgraw Ave**
**Apt 7B**
**Bronx, NY 10462**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Hossan, Mohammad**
14725 88th Ave #4j
Jamaica, NY 11435

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Hsu, Miin- Cho**
67-43 150st #1fl
Flushing, NY 11367

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Huezo, Salvador**
83-01 31ave #2fl
East Elmhurst, NY 11370

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69.62** |
|---|---|---|---|

**Hussain, Abid**
49 Main Street
West Sayville, NY 11796

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Hussain, Babar**
354 E Mosholu Pkwy S
#2e
Bronx, NY 10458

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Ickraash Inc.**
1926 Lenox Ave
East Meadow, NY 11554

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**Ijaz, Umair**
44 Revere Rd
Ardsley, NY 10502

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Ikram, Nadeem**
**801-72 Street #D4**
**Brooklyn, NY 11228**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Iqbal, Asif**
**253-28 85th Rd Fl 1st**
**Bellerose, NY 11426**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |
|---|---|---|---|

**Iqbal, Azad A**
**1311 Newkirk Ave**
**Brooklyn, NY 11230**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Islam, Aminul**
**731 Alps Rd**
**Wayne, NJ 07470**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Islam, Ariful**
**2516 Avenue W**
**Apt 2**
**Brooklyn, NY 11229**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Islam, Md Khayrul**
**8145 242nd St**
**Bellerose, NY 11426**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.27** |
|---|---|---|---|

**Islam, Md M**
**271 Hemlock St**
**Apt #2**
**Brooklyn, NY 11208**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**Islam, Mohamamd  S**
126-16  103 Ave Apt#1fl
South Richmond Hill, NY 11419

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Islam, Mohammad**
10526 76th St
Ozone Park, NY 11417

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Islam, Mohammad F.**
4014 60th St #2fl
Woodside, NY 11377

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Islam, Mohammed**
1321 Dumont Ave
Brooklyn, NY 11208

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Islam, Moinul**
6 Northcote Cres
Westbury, NY 11590

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Islam, Noor**
628e 17th St
Apt N22
Brooklyn, NY 11226

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Islam, Rafiqul**
139-31 88th Ave
1st Floor
Jamaica, NY 11435

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Elite Limousine Plus, Inc.** |
| | Name |

Case number (if known)   **23-43088**

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219.17** |
|---|---|---|---|

**Islam, Raisul**
**11710 109th Ave**
**South Ozone Park, NY 11420**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Jahan, Mohammed**
**221 Fountain Ave**
**Brooklyn, NY 11208**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**James, Jivon**
**13777 Belknap St**
**Springfield Gardens, NY 11413**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Javid, Nassir**
**150-44 72nd Rd**
**Apt 2C**
**Flushing, NY 11367**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Kabir, Golam**
**166-39 88 Ave**
**Jamaica, NY 11432**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Kabiso, Kassahun**
**36 Chesnut Hill Rd**
**High Falls, NY 12440**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.90** |
|---|---|---|---|

**Kalsi, Sukhbir**
**8265 233rd St Fl 3**
**Queens Village, NY 11427**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Kamruzzaman, Mohammed**
**15811 Linden Blvd**
**Jamaica, NY 11434**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Kanda, Ashok**
**1297 Van Houten Ave**
**Clifton, NJ 07013**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Kazi, Faruk**
**953 Dekalb Ave**
**Brooklyn, NY 11221**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**Khan, Jalat**
**1195 Old Nichols Rd**
**Huntington Station, NY 11746**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$416.68** |
|---|---|---|---|

**Khan, Javed**
**5423 Fort Hamilton Pkway**
**Apt B9**
**Brooklyn, NY 11219**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,850.00** |
|---|---|---|---|

**Khan, Nasrullah**
**111 Campbell Ave**
**Staten Island, NY 10310**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Khorshed, Alam**
**107-15 157th St 2fl**
**Jamaica, NY 11433**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Kim, John K**
139 Ridgewood Ave
Yonkers, NY 10704

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,629.99 |
|---|---|---|---|

**Konica Minolta Bus. Solut**
PO Box 070241
Philadelphia, PA 19176-0241

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Kumar, Ramesh**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.71 |
|---|---|---|---|

**Kumar, Ravinder**
101-58 120th St
South Richmond Hill, NY 11419

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Kumar, Suresh**
8824 213 St
Queens Village, NY 11427

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Lal, Jivan**
26812 83rd Ave Fl 1
New Hyde Park, NY 11040

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.00 |
|---|---|---|---|

**Lama, Sunil**
3914 55th St #3bck
Woodside, NY 11377

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

---

**3.150** | Nonpriority creditor's name and mailing address

Lee, Chung, Hwa
5 Brevoot Drive #2b
Pomona, NY 10970

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$1,700.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address

Lee, Seong Young
2220 Lee St
FL2
Whitestone, NY 11357

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$1,000.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address

Lei, Zi Hui
1754 79th St
Brooklyn, NY 11214

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$723.11**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address

Li, Louis Xuesi
14050 Quince Ave
Flushing, NY 11355

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$1,000.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address

Liao, Samson
8435 Eliot Ave #1
Middle Village, NY 11379

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$1,000.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address

Limolink, Inc.
3375 Armar Drive
Marion, IA 52302

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$72,228.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address

Limousine.com
3272 Gale Ave
Long Island City, NY 11101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$104,425.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Elite Limousine Plus, Inc. | | Case number (if known) | 23-43088 |
|---|---|---|---|---|
| | Name | | | |

**3.157**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Lin, Xianchen** | ■ Contingent |
| **1715 Avenue X Fl 1** | ☐ Unliquidated |
| **Brooklyn, NY 11235** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$150.00**

**3.158**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Lonestar Limousine** | ☐ Contingent |
| **3616 Far West Blvd** | ☐ Unliquidated |
| **Suite  # 117-515** | ☐ Disputed |
| **Austin, TX 78731** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

**$1,197.86**

**3.159**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Lu, Xin** | ■ Contingent |
| **2912 Jordan Street** | ☐ Unliquidated |
| **Flushing, NY 11358** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$250.00**

**3.160**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Lupercio, Juan** | ■ Contingent |
| **3706 65th St** | ☐ Unliquidated |
| **Apt 2c** | ☐ Disputed |
| **Woodside, NY 11377** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$1,000.00**

**3.161**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Mahboob, Ali** | ■ Contingent |
| **2039 Cruger Ave** | ☐ Unliquidated |
| **3H** | ☐ Disputed |
| **Bronx, NY 10462** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$1,200.00**

**3.162**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Mahmood, Yasir** | ■ Contingent |
| **381 Rockaway Pkwy #2** | ☐ Unliquidated |
| **Valley Stream, NY 11580** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$1,900.00**

**3.163**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Mahmud, Hasan** | ■ Contingent |
| **128-19 N Conduit Ave** | ☐ Unliquidated |
| **1** | ☐ Disputed |
| **South Ozone Park, NY 11420** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Driver deposit** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$1,800.00**

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Mahmud, Md Sahed**
**4145 52nd St**
**Apt 4E**
**Woodside, NY 11377**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$504.17** |
|---|---|---|---|

**Maiga, Mohamed M.**
**137 W 141st St Apt27**
**New York, NY 10030**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Mairaj, Franz U**
**130 Charles St**
**Floral Park, NY 11001**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Mamun, Abdullah**
**324 E 4th St Fl 1**
**Brooklyn, NY 11218**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Mamun, Abdullah**
**19514 104th Ave**
**Saint Albans, NY 11412**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Manzoor, Qaiser**
**44 Embroidery Street**
**Sayreville, NJ 08872**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Masood, Werdek G**
**871 Val Park Ave**
**Valley Stream, NY 11580**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Maura, Jorge  P.**
**64 Prospecty Ave**
**C10**
**Hackensack, NJ 07601**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375.00** |
|---|---|---|---|

**Mehmood, Sajid**
**611 Argyle Rd Apt 1d**
**Brooklyn, NY 11230**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Mejia, Juan**
**109-40 54th Ave**
**Corona, NY 11368**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$213.56** |
|---|---|---|---|

**Menelas, Rodney**
**325 Linden Blvd**
**Brooklyn, NY 11226**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Meus, Meralus**
**274 Wanser Ave**
**Inwood, NY 11096**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$274.95** |
|---|---|---|---|

**Miah, Sumon**
**833 W 4th St**
**Lansdale, PA 19446**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Mirza, Muhammad**
**24 Westview Cross Rd**
**North Salem, NY 10560**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

---

**3.178** | Nonpriority creditor's name and mailing address | | **$50.00**

**Mithu, Md Safayet**
**8250 Saint James  Ave #2**
**Elmhurst, NY 11373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | | **$2,400.00**

**Mohamed, Shazaad**
**91-26 215 Place**
**Queens Village, NY 11428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | | **$2,800.00**

**Mohammad, Islam  N**
**9225 76st Woodhaven Ny**
**Woodhaven, NY 11421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | | **$1,000.00**

**Mohan, Ganesh**
**10139 109th St**
**South Richmond Hill, NY 11419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | | **$3,000.00**

**Mohiuddin, Mohammed**
**179 Atlantic St.**
**Paterson, NJ 07503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | | **$425.00**

**Mohyuddin, Tahir**
**39 Westervelt Pl**
**Jersey City, NJ 07304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | | **$1,000.00**

**Moorjani, Sanjeev**
**11107 66th Ave #1b**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|
| | **Muhammad, Tamoor**<br>**84 Cedarhurst Ave**<br>**Little Falls, NJ 07424** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Driver deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|
| | **Mumtaz, Saud**<br>**2826 Tiemen Ave.**<br>**Bronx, NY 10469** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Driver deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Munshi, Mohammad Abu B.**<br>**5413 152nd St**<br>**Flushing, NY 11355** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Driver deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330.10** |
|---|---|---|---|
| | **Nacanabo, Hamade**<br>**224 Hillside Terrace**<br>**Irvington, NJ 07111** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Driver deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|
| | **Naranjo Paida, Luis G**<br>**174 Roquette Ave**<br>**Elmont, NY 11003** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Driver deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,226.00** |
|---|---|---|---|
| | **National Allstate Limous**<br>**3000 East Main St B-117**<br>**Bexley, OH 43209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|
| | **Navin , Vaswani**<br>**26326 73rd Ave**<br>**Glen Oaks, NY 11004** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Driver deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Nelson, Rubens**
**24 Lyons Place Apt# 1**
**Elizabeth, NJ 07202**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $676.20 |
|---|---|---|---|

**New Pronto Transp. Inc.**
**4109 49th Street**
**Sunnyside, NY 11104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Niyazov, Grigoriy**
**7025 Yellowstone**
**Apt. 9N**
**Forest Hills, NY 11375**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Noori, Nasir Ahmad**
**71-14 162nd Street**
**2nd Fl**
**Fresh Meadows, NY 11365**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,218.08 |
|---|---|---|---|

**Northwestern Mutual Life**
**PO Box 3009**
**Milwaukee, WI 53201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Nuri, Mohammad F.**
**519 125th Street**
**College Point, NY 11356**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $789,996.52 |
|---|---|---|---|

**NY Black Car Injury**
**Comp. Fund**
**PO Box 418311**
**Boston, MA 02241**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,443.45**

**NYC Citywide Admin. Svcs.**
**1 Centre St., 20th Fl**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.86**

**NYS Assessment Receivable**
**PO BOX 4127**
**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Garnishee - Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,977.90**

**NYS Dep't of Tax & Fin.**
**Bureau of Conciliation &**
**Mediation Svcs**
**15 MetroTech Center, 2 Fl**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __06/2021-05/2023__

Last 4 digits of account number __

Basis for the claim: __Penalties__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,325.36**

**NYS Insurance Fund**
**PO Box 5519**
**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$382,473.18**

**Odyssey Global Transp. Lt**
**Attn: Kathi Markou**
**2540 Shore Blvd.**
**Astoria, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Onwukwe, Young**
**c/o Harris, Keenan &**
**Goldfarb, PLLC**
**233 Broadway, Ste 900**
**New York, NY 10279**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Lawsuit 23671/2016E__
__NY Supreme - Bronx County__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,050.00**

**Oomon, Dave T**
**26 Winthrop Ave**
**Yonkers, NY 10710**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|--------|-------------------------------|------------------------|--------------|
|        | Name                          |                        |              |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,000.00** |
|-------|-------------------------------------------------|--------------------------------------------------------------------|----------------|

**Oonnoonny, George K**
**71 Brewster Lane**
**Amityville, NY 11701**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.88** |
|-------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**Otis Elevator Company**
**1270 6th Ave.**
**New York, NY 10020**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|-------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**Ouedraogo, Ibrahim**
**2366 7th Avenue #4**
**New York, NY 10030**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121.27** |
|-------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**Paras, Javed**
**27 Wilson Ln**
**Bethpage, NY 11714**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|-------|-------------------------------------------------|--------------------------------------------------------------------|------------|

**Patwary, Abdur**
**1308 42nd St #3f**
**Brooklyn, NY 11219**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|-------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**Patwary, Md Abul B**
**564 E 3rd St**
**Apt 8C**
**Brooklyn, NY 11218**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00** |
|-------|-------------------------------------------------|--------------------------------------------------------------------|---------------|

**Patwary, Rafiqul**
**240 Kirkman Ave**
**Elmont, NY 11003**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Perez, Melvi**
**60-16 70th Ave 2fl**
**Ridgewood, NY 11385**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Pervez, Ammar**
**154 Crescent Pl #1**
**Yonkers, NY 10704**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Pierre, Nicodem**
**8514 Glenwood Rd**
**Apt 1**
**Brooklyn, NY 11236**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Pllumbaj, Partizan**
**2334 Boston Rd**
**Bronx, NY 10467**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,086.16** |
|---|---|---|---|

**Ponce, Carlos A**
**5030 63rd St Fl 2**
**Woodside, NY 11377**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$394,712.50** |
|---|---|---|---|

**Port Authority of NY & NJ**
**4 World Trade Center**
**150 Greenwich St.**
**Floor 24**
**New York, NY 10007**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,200.00** |
|---|---|---|---|

**Prager Metis CPAs**
**Attn: Stephanie Gigliotti**
**510 Haight Street, Suite**
**Poughkeepsie, NY 12603**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Prixit, No Name Given**
**311 Bryant Ave**
**New Hyde Park, NY 11040**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,799.61 |
|---|---|---|---|

**Publicis Resources**
**1675 Broadway, 2nd Fl.**
**New York, NY 10019**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.00 |
|---|---|---|---|

**Publicsoft Corporation**
**228 Bagatelle Rd.**
**Melville, NY 11747**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,049.76 |
|---|---|---|---|

**Quadient Leasing USA, In**
**f/k/a Neopost USA Inc.**
**c/o Meyers Saxon & Cole**
**3620 Quentin Road**
**Brooklyn, NY 11234**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Lawsuit Index No. 515619/2023**
**NY Supreme - Kings County**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Rafeq, Mohammad**
**1756 W 7th St**
**Brooklyn, NY 11223**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Rahman, Enamur**
**193 E 1st Street**
**Clifton, NJ 07011**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**Rahman, Mohammad M.**
**3211 Ave I #3u**
**Brooklyn, NY 11210**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00**

**Rahman, Mohammed**
**510 Dekalb Ave #1**
**Brooklyn, NY 11205**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Rahman, Momtazur**
**4049 62nd St Fl 1**
**Woodside, NY 11377**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Raja, Abdur  R**
**15 Blvd South**
**Keyport, NJ 07735**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Raju, Emran**
**14516 89th Ave 4b**
**Jamaica, NY 11435**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Rana, Bakhtiar, H**
**8412 262nd Street**
**Floral Park, NY 11001**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Rana, Mohammad J**
**19 Morris St**
**Freeport, NY 11520**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Rashed, Amir**
**1014 Sheridan Ave**
**Elizabeth, NJ 07208**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Rasheed, Hamza**
**16 Ginda Ave**
**Carteret, NJ 07008**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$254,000.00** |
|---|---|---|---|

**Rawal Construction**
**3601 37th Ave**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Rhee, Tak**
**9205 Whitney Ave B57**
**Elmhurst, NY 11373**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Rodrigues, Manuel**
**934 Bacheller Ave 1**
**Linden, NJ 07036**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$586.00** |
|---|---|---|---|

**Rodriguez, Jose U**
**215 W 94 St #631**
**New York, NY 10025**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00** |
|---|---|---|---|

**Rosas, Juan Carlos**
**221 Catalpa Avenue**
**Hackensack, NJ 07601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**RSM McGladrey Inc.**
**5155 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Rumaldo, Felix**
**40 Morris St Apt 306**
**Passaic, NJ 07055**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Saad, Muhammad**
**31-64 21st St**
**#144**
**Astoria, NY 11106**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Sabur, Abdus**
**40-71 Elbertson St**
**Apt C11**
**Elmhurst, NY 11373**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Safdar, Fahran**
**7 Bryant Ave**
**Jersey City, NJ 07306**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Salami, Adewale**
**1684 Dean St**
**Apt 1**
**Brooklyn, NY 11213**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Salas, Ana**
**4 Penn Street**
**Staten Island, NY 10314**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,081.50 |
|---|---|---|---|

**Sam's Limo**
**575 Long Acre Lane**
**Morrisville, PA 19067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

---

**3.248** | Nonpriority creditor's name and mailing address
Sankar, Kesesrienand
13202 140th Street
Jamaica, NY 11436

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.249** | Nonpriority creditor's name and mailing address
Sarwar, Adrees
11401 Inwood Street
Jamaica, NY 11436

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.250** | Nonpriority creditor's name and mailing address
Sarwat, Ruby
2630 Ocean Ave
B4
Brooklyn, NY 11229

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,100.00**

---

**3.251** | Nonpriority creditor's name and mailing address
Sayeedi, Abm
5 Minerva Ln
Centereach, NY 11720

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$475.00**

---

**3.252** | Nonpriority creditor's name and mailing address
Seth, Muhammad N
66 Haven Terrace
Parlin, NJ 08859

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.253** | Nonpriority creditor's name and mailing address
Sethi, Harry
206 E Torino Ct
Farmingdale, NJ 07727

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.254** | Nonpriority creditor's name and mailing address
Shabir, Umair
44 Embroidery Street
Sayreville, NJ 08872

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Shafiq, Adnan**
**8639 Winchester Blvd**
**Queens Village, NY 11427**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.00**

**Shah, Bhavesh**
**79 Gardner Ave**
**Hicksville, NY 11801**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Shahjahan, G Md**
**17025 Highland Ave 4b**
**Jamaica, NY 11432**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,311.64**

**Shelterpoint Life Ins. Co**
**1225 Franklin Ave**
**Suite 475**
**Garden City, NY 11530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Shomuz, Md Abdul Karim**
**400 E Mosholu S B2**
**Bronx, NY 10458**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Shubham, Shubham**
**14447 Roosevelt Ave #2a**
**Flushing, NY 11354**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Siddiqui, Salim**
**197-11 90 Ave**
**Hollis, NY 11423**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00** |
|---|---|---|---|

**Simbana, Marco**
**62-14 68th Ave**
**Ridgewood, NY 11385**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Singh, Aaron**
**12919 133rd Ave**
**#1**
**South Ozone Park, NY 11420**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**Singh, Amandeep**
**23 Monroe St**
**Franklin Square, NY 11010**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Singh, Amandeep**
**26 West Ave**
**Hicksville, NY 11801**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Singh, Amarjeet**
**8603 Little Neck Pkwy**
**Floral Park, NY 11001**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Singh, Amarpreet**
**11456 142nd St**
**Jamaica, NY 11436**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Singh, Amrik**
**88-62 Ransom St**
**Queens Village, NY 11427**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Singh, Amrik**
148-11 87th Road 1fl
Jamaica, NY 11435

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Singh, Ankit**
10142 114th St
South Richmond Hill, NY 11419

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Singh, Balbir**
9515 134th Street
South Richmond Hill, NY 11419

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$598.34**

**Singh, Baldev**
124-17 135th Ave
South Ozone Park, NY 11420

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00**

**Singh, Balkar, J**
8442 Little Neck
Floral Park, NY 11001

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.85**

**Singh, Balvir**
13005 125th St Fl2
South Ozone Park, NY 11420

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Singh, Daljit**
12222 134th St #2
South Ozone Park, NY 11420

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Singh, Gulzar**
13329 127th Street
South Ozone Park, NY 11420

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,931.07** |
|---|---|---|---|

**Singh, Gurdev**
82-69 248 St
Bellerose, NY 11426

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**Singh, Gurinder**
82-28 251 St.
Bellerose, NY 11426

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Singh, Gurmukh**
140-50 Burden Cresent Dr
Jamaica, NY 11435

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Singh, Harinder**
94-15 116th Street
South Richmond Hill, NY 11419

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Singh, Inderjit**
14 Wilson Dr
Middletown, NY 10941

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Singh, Jaspal**
23923 87th Ave
Bellerose, NY 11426

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**Singh, Jaswant**
13 Beverly St
Cedar Grove, NJ 07009

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Singh, Jaswinder**
215 Inman Ave
Colonia, NJ 07067

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Singh, Joginder**
133-29 127th St
South Ozone Park, NY 11420

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Singh, Kawaljeet**
26 West Ave
Hicksville, NY 11801

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Singh, Labh**
11701 127th St
South Ozone Park, NY 11420

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |

**Singh, Lakhwant**
127 58 Van Wyck Expwy
South Ozone Park, NY 11420

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |

**Singh, Lakhwinder**
86-12 239 St
Bellerose, NY 11426

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Singh, Lovepreet**
**13119 130th St**
**South Ozone Park, NY 11420**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
|---|---|---|---|

**Singh, Mandeep**
**15324 119th Rd**
**Jamaica, NY 11434**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Singh, Manjit**
**1695 Front Street**
**East Meadow, NY 11554**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Singh, Manjit**
**675 Bound Brook Rd**
**Apt 2**
**Dunellen, NJ 08812**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$443.16** |
|---|---|---|---|

**Singh, Manpreet**
**300 Coleridge St**
**Levittown, NY 11756**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Singh, Narinder P**
**9 Charlotte  St.**
**Carteret, NJ 07008**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Singh, Nimrindeep**
**13515 122nd Street**
**South Ozone Park, NY 11420**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|--------|-------------------------------|-----------------------|--------------|
| | Name | | |

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$692.50**

**Singh, Pushpinder**
17734 145th Ave
Jamaica, NY 11434

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Singh, Rajinderpal**
82-28 251 St
Bellerose, NY 11426

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Singh, Sarjinder**
16 Arbor Ln
Hicksville, NY 11801

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$537.61**

**Singh, Sukhjinder**
129-14 101 St
South Richmond Hill, NY 11419

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Singh, Sukhvinder**
14817 133rd Ave
Jamaica, NY 11438

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Singh, Tahil**
8342 243rd St
Bellerose, NY 11426

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Singh, Yadwinder**
4323 Colden St 15e
Fresh Meadows, NY 11365

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Driver deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |
|---|---|---|---|
| | Name | | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,351.00 |
|---|---|---|---|

**Skadden Arps Slate**
**Meagher & Flom LLP**
**PO Box 1764**
**White Plains, NY 10602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,665.52 |
|---|---|---|---|

**Skyline Limo Service**
**7406 Alban Station Ct**
**Springfield, VA 22150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**Skywire Networks**
**P.O. Box 189112**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,848.27 |
|---|---|---|---|

**Smith Limousine**
**2233 Vantage St.**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329,950.90 |
|---|---|---|---|

**Soundview Technologies**
**3601 37th Ave**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Affiliate entity - Intercompany Loan

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Soundview Technologies**
**3601 37th Ave**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Accounts Payable - Technical Services Contract

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.32 |
|---|---|---|---|

**SSA Pest Control Inc.**
**350 Washington Ave.**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Subhan, Basarnabi**
**173-14 Warwick Cres.**
**Jamaica, NY 11432**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Subhan, Mujahid**
**173-14 Warwick Cresent**
**Jamaica, NY 11432**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Sukhdeep, Singh**
**13847 102nd Ave**
**Jamaica, NY 11435**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Sunder, Eric M**
**66 Maiden Lane**
**Bergenfield, NJ 07621**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,958.30** |
|---|---|---|---|

**Tata Limo Service**
**10041 NW 35th Street**
**Cooper City, FL 33024**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**TBIT Inc.**
**75-46 113 St., Apt. 2A**
**Forest Hills, NY 11375**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Teshaev, Amin**
**1900 Quentin Rd D6**
**Brooklyn, NY 11229**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.65** |
|---|---|---|---|

**TGI Office Automation**
**120 3rd Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Thabrew, Devakesri**
**224-18 Manor Rd**
**Queens Village, NY 11427**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,789.87** |
|---|---|---|---|

**The Universal Limo**
**5726 N Hermitage Ave.**
**Chicago, IL 60660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Thompson, Carlos**
**6-15 College Point Blvd**
**College Point, NY 11356**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Thompson, Kenneth**
**22416 92rd**
**Queens Village, NY 11428**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Tian, Lei Ying**
**101 East Broadway #1a**
**New York, NY 10002**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Tsering, Gonpo**
**41-19a 68 St #3fl**
**Woodside, NY 11377**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Driver deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$272,097.51** |
|---|---|---|---|

**Tuch & Cohen LLP**
**Kenneth R. Tuch, Esq.**
**1025 Old Country Road**
**Suite 411**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Ubhi, Jasminder**
**14307 Negundo Ave**
**NY 11335**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Driver deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**Ubogi, Caren**
**440 Neptune Ave 22f**
**Brooklyn, NY 11224**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Driver Deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Uddin, Mesbah**
**20809 100th Ave**
**Queens Village, NY 11429**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Driver Deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Uddin, Muhammed**
**185 Mckinley Ave 1f**
**Brooklyn, NY 11208**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Driver deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00** |
|---|---|---|---|

**Uddin, Taslim**
**201 Ocean Pkwy #4h**
**Brooklyn, NY 11218**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Driver deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Ullah, Md  Shahid**
**377 Johnson Ave**
**Bohemia, NY 11716**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Driver deposit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

---

**3.332** | Nonpriority creditor's name and mailing address

**United Parcel**
PO Box 7247-0244
Philadelphia, PA 19170

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

**3.333** | Nonpriority creditor's name and mailing address

**United States Liability
Insurance Co.**
PO Box 62778
Baltimore, MD 21264

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,786.00**

---

**3.334** | Nonpriority creditor's name and mailing address

**Virk, Mohammad M**
2059 E 57 St
Brooklyn, NY 11234

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$146.73**

---

**3.335** | Nonpriority creditor's name and mailing address

**Virk, Subeg S**
101 Carroll Avenue
Valley Stream, NY 11580

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.336** | Nonpriority creditor's name and mailing address

**Voya Financial**
PO Box 99067
Hartford, CT 06199

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,521.02**

---

**3.337** | Nonpriority creditor's name and mailing address

**Voya Institutional Trust**
PO Box 3015
New York, NY 10116-3015

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __401K Contributions Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$770.67**

---

**3.338** | Nonpriority creditor's name and mailing address

**Wang, Vincent**
c/o Kevin Kerveng Tung PC
136-20 38th Ave, Ste 3D
Flushing, NY 11354

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit TS-350038-20/QU__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Winder, Tal**
752 Cypress Dr
Franklin Square, NY 11010

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Windstream Enterprise**
**(fka Broadview Networks)**
PO Box 25084
Lehigh Valley, PA 18002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Wong, Kin Shing**
13508 82nd Ave
501
Jamaica, NY 11435

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Wren, Nathaniel, Ceon, Ll**
10727 170th St
#2
Jamaica, NY 11433

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Wu, Aiqing**
4708 Springfield Blvd
Bayside, NY 11361

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Wu, Wei M.**
46 Kenwood Terrace
Trenton, NJ 08610

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Driver deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Yan, Wen Ji**
147-20  35ave #5a
Flushing, NY 11354

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |
|---|---|---|---|
| | Name | | |

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,900.00**

**Yang, Wei Xing**
**21422 46th Rd**
**Bayside, NY 11361**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00**

**Yasin, Md**
**118 Forsythe Ave**
**Lindenhurst, NY 11757**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00**

**Yong  De, Zhuo**
**8670 Francis Lws A67**
**Queens Village, NY 11427**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

**Yoo, Simon Shin Ho**
**12 Chestnut St B108**
**Suffern, NY 10901**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Yoo, Young**
**14003 Poplar Ave**
**Flushing, NY 11355**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00**

**Zafar, Mohammed A**
**1170 Chestnut St**
**1st Fl**
**Elizabeth, NJ 07201**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$575.00**

**Zafar, Waseem**
**78 Winchester Dr**
**Hightstown, NJ 08520**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Driver deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|
| | **Zhang, Ren**<br>**7212 10th Ave**<br>**Brooklyn, NY 11228** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Driver deposit__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|
| | **Zhong, Yingbiao**<br>**8420 51st Ave  Apt 1h**<br>**Elmhurst, NY 11373** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Driver Deposit__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Zhuo, Guo Hua**<br>**101 Wadsworth Ave**<br>**Staten Island, NY 10305** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Driver deposit__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|
| | **Zulfiqar, Eimaad**<br>**1047 Corbin Court Fl 2**<br>**Brooklyn, NY 11230** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Driver deposit__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|
| | **Zumba, Felix**<br>**54 Prospect Ave**<br>**Little Ferry, NJ 07643** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Epstein, Robert**<br>**c/o Olshan Frome Wolosky**<br>**1325 Ave of the Americas**<br>**New York, NY 10019** | Line  **3.75**<br><br>☐  Not listed. Explain _____ | _ |
| 4.2 | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | Line  **2.1**<br><br>☐  Not listed. Explain _____ | _ |

| Debtor | **Elite Limousine Plus, Inc.** | | Case number (if known) | **23-43088** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | Line __2.2__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **NYS Dep't Tax & Fin. Bankruptcy Unit - TCD Building 8, Room 455 W.A. Harriman State Campu Albany, NY 12227** | Line __2.3__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **NYS Dep't Tax & Fin. Bankruptcy Unit - TCD Building 8, Room 455 W.A. Harriman State Campu Albany, NY 12227** | Line __3.201__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Port Authority of NY & NJ LBX #1517 PO Box 95000 Philadelphia, PA 19195-0001** | Line __3.218__<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **ShelterPoint Life Insuran PO Box 220727 Great Neck, NY 11021** | Line __3.258__<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **VOYA FINANCIAL, INC. 230 Park Ave New York, NY 10169** | Line __3.337__<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 82,232.83 |
| **5b. Total claims from Part 2** | 5b. + | $ | 11,177,951.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,260,184.59 |

**SCHEDULE F - RIDER 1**

| NAME | TOTAL | ADDRESS 1 | | City | State | ZIP |
|------|------:|-----------|---|------|-------|-----|
| Afsar, Zareen A | 1,430.00 | 225-12 109 Ave | | Queens Village | NY | 11419 |
| Ahmed, Imtiaz | 1,900.00 | 64 Snyder Rd | | Ford | NJ | 08863 |
| Ahmed, Niaz | 90.00 | 1302 E 14 St  #1a | | Brooklyn | NY | 11230 |
| Akhter, Mathew | 250.00 | 153-12 41 Ave | | Flushing | NY | 11354 |
| Ansari, Mohammad  R. | 5.00 | 2285 Ocean Ave. #1h | | Brooklyn | NY | 11229 |
| Chaudhary, Farhat | 5,000.00 | 80-06  30th Ave | | East Elmhurst | NY | 11370 |
| Chaudhary, Zain | 20.00 | 2145 Saw Mill River Rd | Apt A | Yorktown Heights | NY | 10598 |
| Chen, Guang Zhong | 10.00 | 89-20 Springfield Blvd | | Queens Village | NY | 11427 |
| Dhillon, Dharminder S. | 170.00 | 275 Harrison St | | Franklin Sq | NY | 11010 |
| Ekhaguere, Okoro | 302.00 | 790 Eldert Ln | Apt 6F | Brooklyn | NY | 11208 |
| Haq, Mohammad | 800.00 | 87-68  112st | | Richmond Hill | NY | 11418 |
| Hassan, Shaik A | 860.00 | 19514 104th Ave | | Saint Albans | NY | 11412 |
| Hossain, Mahbub | 87.00 | 87-45 112th St | | Richmond Hill | NY | 11418 |
| Hussain, Babar | 815.00 | 354 E Mosholu Pkwy S #2e | | Bronx | NY | 10458 |
| Javid, Nassir | 700.00 | 150-44 72nd Rd | Apt 2C | Flushing | NY | 11367 |
| Jimenez, Victor | 3.00 | 1722 Purdy Avenue #7e | | Bronx | NY | 10462 |
| Kang, Harvinder S | 140.00 | 126 Jerome Road | | Staten Island | NY | 10305 |
| Khan, Mohammad Arif | 590.00 | 19 Morris Street | | Freeport | NY | 11520 |
| Kim, Edward | 16.00 | 20 Mulberry  Ct | | Paramus | NJ | 07652 |
| Laissoub, Ali , C | 57.20 | 26-11  14 Place | | Astoria | NY | 11102 |
| Lee, Bokyung | 265.00 | 55 Prospect Ave | | Little Ferry | NJ | 07643 |
| Loey, Lovedeep | 150.00 | 3 Evers Street | | Hicksville | NY | 11801 |
| Mariem, Shehla | 45.00 | 47 George Town Lane | | Brooklyn | NY | 11234 |
| Marte, Vladimir | 40.00 | 900 Riverside Drive #3j | | New York | NY | 10032 |
| Maura, Jorge  P. | 76.00 | 64 Prospecty Ave | C10 | Hackensack | NJ | 07601 |
| Miah, Manik  Mohammad | 375.00 | 37-56 83rd St | | Jackson Heights | NY | 11372 |
| Mikan, Jorge H | 6,302.00 | 35-26 89 St Attic | | Jackson Hts | NY | 11372 |
| Mohammad, Sajid | 1,072.20 | 44 Embroidery Street | | Sayreville | NJ | 08872 |
| Mohammed, Khan A | 503.30 | 172 Bergen St. | | Woodbridge | NJ | 07095 |
| Ouedraogo, Ibrahim | 198.00 | 2366 7th Avenue #4 | | New York | NY | 10030 |
| Parikh, Vinaykumar | 30.00 | 35 Upperbrook  Court | | Parlin | NJ | 08859 |
| Rahman, Mohammad M. | 400.00 | 3211 Ave I #3u | | Brooklyn | NY | 11210 |
| Ram, Mange | 1,000.00 | 265-20 79th Ave | | Glen Oak | NY | 11004 |
| Robinson, Anthony | 125.00 | 639 South 6th Avenue | | Mount Vernon | NY | 10550 |
| Saleemi, Amir | 1,610.00 | 34 Wiley Avenue | | Edison | NJ | 08837 |
| Sarwar, Adrees | 296.00 | 11401 Inwood Street | | Jamaica | NY | 11436 |
| Sawadogo, Touissida | 444.00 | 300 W. 151st Street  #2b | | New York | NY | 10039 |
| Simbana, Marco | 161.66 | 62-14 68th Ave | | Ridgewood | NY | 11385 |
| Singh, Bhupinder | 1,176.00 | 12 Heuer St | | Little Ferry | NJ | 07643 |
| Singh, Gurinder | 400.00 | 82-28 251 St. | | Bellerose | NY | 11426 |
| Singh, Lakhwant | 1,500.00 | 127 58 Van Wyck Expwy | | So Ozone Park | NY | 11420 |
| Singh, Narinder P | 300.00 | 9 Charlotte  St. | | Carteret | NJ | 07008 |
| Singh, Sukhdev | 800.00 | 48 Robin Lane | | Plainview | NY | 11803 |
| Sylla, Ibrahima | 320.00 | 2705 Colden Avenue 2c | | Bronx | NY | 10469 |
| Uddin, Taslim | 480.00 | 201 Ocean Pkwy #4h | | Brooklyn | NY | 11218 |
| Wu, Wei M. | 8,300.00 | 46 Kenwood Terrace | | Hamilton | NJ | 08610 |
| Yoo, Simon Shin Ho | 8,932.98 | 12 Chestnut St B108 | | Suffern | NY | 10901 |
| Yoo, Young | 138.00 | 14003 Poplar Ave | | Flushing | NY | 11355 |
| Zafar, Mohammed A | 100.00 | 1170 Chestnut St | 1st Floor | Elizabeth | NJ | 07201 |
| | | | | | | |
| | 48,785.34 | | | | | |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| | $ 818.74 | 4211 Ave K #5l | | Brooklyn | NY | 11210 |
| Aaron P Mairaj | $ 1,762.68 | 130 Charles St | | Floral Park | NY | |
| Abdoulaye Barry | $ 16.51 | 1675 Grand Conrse 7h | | Bronx | NY | 10452 |
| Abdul  Halim | $ 10,701.12 | 243 Forbell St | | Brooklyn | NY | 11208 |
| Abdul Alleh Bebiyah | $ 22.13 | 571 Newark Ave | | Elizabeth | NJ | 07208 |
| Abdul B Niazi | $ 11.52 | 351 Pinehurst Drive | | Aberdeen | NJ | 07735 |
| Abdul Bari | $ 0.47 | 7222 153rd St | Apt 1F | Flushing | NY | 11367 |
| Abdul Danish | $ 378.26 | 15634 71st Ave # 29b | | Flushing | NY | 11367 |
| Abdul Durvesh | $ 1,198.91 | 1039 North First Street | | New Hyde Park | NY | 11040 |
| Abdul Mia | $ 2,374.48 | 31-14 69 St 1fl | | Woodside | NY | 11377 |
| Abdul Q Chaudhry | $ 5,239.37 | 86 14 121 Street | | Richmond Hill | NY | 11418 |
| Abdul Raffi | $ 160.23 | 134-14 115 Ave | | South Ozone Pk | NY | 11420 |
| Abdur Rahman | $ 0.22 | 87-03 168th Pl | | Jamaica | NY | 11432 |
| Abel A Dedegbe | $ 0.06 | 1485 5th Ave #19d | | New York | NY | 10035 |
| Abid H Butt | $ 84.26 | 69 02 B 186 Lane | 2C | Fresh Meadows | NY | 11365 |
| Abul Hoque | $ 37.35 | 144 Kenilworth Pl Apt 2f | | Brooklyn | NY | 11210 |
| Adeel Jacob | $ 1,485.75 | 84-29 122st | | Kew Gardens | NY | 11415 |
| Adeel Qamar | $ 2.02 | 3500 Barrett Drive | Apt 8A | Kendall Park | NJ | 08824 |
| Adel S Saed | $ 8,788.87 | 836  Main St Apt E | | Belleville | NJ | 07109 |
| Ademosu B Adekunle | $ 252.98 | 178-39 145 Drive | | Jamaica | NY | 11434 |
| Adil Ayoub | $ 10.38 | 14 State Street | | Carteret | NJ | 07008 |
| Afzaal  Bashir | $ 0.96 | 343 Mercer Loop  2f | | Jersey City | NJ | 07302 |
| Ahmad  Noori | $ 4.15 | 7221 153 St #3a | | Flushing | NY | 11367 |
| Ahmad Sarwari, R | $ 2,061.65 | 30 Patchogue St | | Patchogue | NY | 11772 |
| Ahmed Benjir | $ 3,430.81 | 23 Lion Lane | | North Babylon | NY | 11703 |
| Ahmed Peerzada | $ 1,332.31 | 734 S Gannon Ave | | Staten Island Ny 10314 | NY | 10314 |
| Aiman Girgis | $ 5,520.25 | 101 Brewster Circle | | Old Bridge | NJ | 08857 |
| Ajit  Singh | $ 25.26 | 124-08 94ave #2fl | | S Richmond Hill | NY | 11419 |
| Ajit Singh | $ 5,898.05 | 8 Monroe Ave | | Carteret | NJ | 07008 |
| Ajmel H. Iqbal | $ 60.62 | 67-02 C 188 St | Apt# 3C | Fresh Meadows | NY | 11365 |
| Alam Khorshed | $ 65.88 | 107-15 157th St 2fl | | Jamaica | NY | 11433 |
| Aleksander Mehilli | $ 24.87 | 4807 Ditmars Blvd #1 | | Astoria | NY | 11105 |
| Alex Delvalle | $ 5.66 | 22-30 75th St 3 | | E Elmhurst | NY | 11370 |
| Alexander Fayn | $ 4.32 | 60-10 47 Ave #18h | | Woodside | NY | 11377 |
| Alfredo Encalada | $ 133.82 | 6164 Menahan St #1fl | | Ridgewood | NY | 11385 |
| Ali , C Laissoub | $ 333.71 | 26-11  14 Place | | Astoria | NY | 11102 |
| Ali A Shah | $ 67.62 | 402 Willow St | | Waterbury | CT | 06710 |
| Ali Ahamad Qurashee | $ 564.54 | 25 Downs Rd | | Huntington | NY | 11743 |
| Ali Ashghar | $ 303.32 | 92 Choir Lane | | Westbury | NY | 11590 |
| Ali Azam | $ 36.25 | 40-17 70th St #2b | | Woodside | NY | 11377 |
| Ali Hedeisha | $ 24,337.49 | 701 Woolley Ave | | Staten Island | NY | 10314 |
| Ali Mahboob | $ 3,330.23 | 2039 Cruger Ave | 3H | Bronx | NY | 10462 |
| Ali Zahid | $ 399.02 | 76 Pike View Lane | | Woodbridge | NJ | 07095 |
| Alonzo N. Weir Jr | $ 598.66 | 1038 Clayton Rd | | Valley Stream | NY | 11580 |
| Amadou Barry | $ 414.00 | 1325 Lafayette Ave | 4J | Bronx | NY | 10474 |
| Amarjit Singh | $ 35.95 | 237-21 Fairbury Ave  2nd Fl. | | Bellerose | NY | 11426 |
| Amarjit Singh | $ 15.41 | 263 Boyle Road | | Selden | NY | 11784 |
| Amin Jonov  Firdavs | $ 160.17 | 611 Banner Ave #3h | | Brooklyn | NY | 11235 |
| Aminder  Sahni | $ 1,376.13 | 87-79 117 St. | | Richmond Hill | NY | 11418 |
| Aminder S  Dhamrait | $ 5,032.22 | 33 East 5th Ave | | Port Reading | NJ | 07064 |
| Amine Ali Cherif, B | $ 11,116.92 | 6903 4th Ave  Apt3f | | Brooklyn | NY | 11209 |
| Aminul Haque | $ 1,767.82 | 1460 Prkchstr Rd 3f | | Bronx | LC | 10462 |
| Aminul Islam | $ 3,217.34 | 731 Alps Rd | | Wayne | NJ | 07470 |
| Amir Amin | $ 14.53 | 22 Royal Oak Dr | | Huntington | NY | 11743 |
| Amir Butt | $ 544.48 | 8519 Northern Blvd | BL2R | Jackson Hts | NY | 11372 |
| Amjad  Yusuf | $ 561.13 | 46-66 157th St | | Flushing | NY | 11355 |
| Amrik  Singh | $ 0.31 | 14817 133 Ave | | Jamaica | NY | 11436 |

**SCHEDULE F - RIDER 2**

| Driver Name | | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Amrik Singh | $ | 12,364.91 | 88-62 Ransom St | | Queens Village | NY | 11427 |
| Amrik Singh | $ | 282.96 | 97-24 124st | | Richmond Hills | NY | 11419 |
| Amrik Singh | $ | 11,124.53 | 148-11 87th Road 1fl | | Briarwood | NY | 11435 |
| Amritpal S. Bajwa | $ | 82.90 | 237-15 Fairbury Ave | | Bellerose | NY | 11426 |
| Amritpal Singh | $ | 68.15 | 17 Emerson Street | | Carteret | NJ | 07008 |
| An Shik Khim | $ | 6.18 | 144-30 Roosevelt Avenue | #606 | Flushing | NY | 11354 |
| Andre R, Ennis | $ | 58.02 | 186 Lawrence Park | | Bronxville | NY | 10708 |
| Andres A Garces | $ | 1,363.91 | 3225 69th St #4j | | Woodside | NY | 11377 |
| Andrew Won | $ | 2.45 | 14412 Northern Bld201 | | Flushing | NY | 11354 |
| Andrews Kontor | $ | 218.25 | 4016 Christian Spring Road | Apt 333 | Bethlehem | PA | 18020 |
| Angela Jimenez | $ | 218.24 | 1012 Nameoke St #6f | | Far Rockaway | NY | 11691 |
| Anjum F Chaudry | $ | 11,097.94 | 255 Mckee Street | | Floral Park | NY | 11001 |
| Anoop Singh | $ | 518.08 | 1090 Florid Grove Road | | Perth Amboy | NY | 08861 |
| Anowar, I Chowdhury | $ | 37.20 | 26-48 91 St  1f | | East Elmhurst | NY | 11369 |
| Anower Hossain | $ | 35.69 | 410 Herricks Rd | | Mineola | NY | 11501 |
| Anthony  Swift | $ | 97.87 | 405  Flower Hall Drive | | Middletown | DE | 19709 |
| Antonio Hewnandez | $ | 0.69 | 427 Wilson Ave | | Brooklyn | LC | 11201 |
| Anwar Jeendler | $ | 1,042.99 | 2916 Brighton  3rd Street | #1R | Brooklyn | NY | 11235 |
| Anwer Alahal | $ | 4.00 | 103 Greenpoint Ave | | Brooklyn | NY | 11222 |
| Arben Goxhufi | $ | 32.12 | 66-70 78th St Apt2 | | Middle Village | NY | 11379 |
| Arfan Mahmud | $ | 17.52 | 889 Green St #116 | | Iselin | NJ | 08830 |
| Armghan H Bhatti | $ | 21.57 | 9526 243rd St | | Floral Park | NY | 11001 |
| Artur Yakubov | $ | 6,531.01 | 98-30 57th Ave 10f | | Corona | NY | 11368 |
| Arun Bali | $ | 93.07 | 128-15 Linden Blvd | | S. Ozone Park | NY | 11420 |
| Arun Kanda | $ | 6,536.34 | 1297 Van Houten Ave | | Clifton | NJ | 07013 |
| Asghar Mohammad | $ | 2.18 | 83-19 25th Ave | | Jackson Heights | NY | 11370 |
| Ashar Kanth | $ | 7.59 | 2515 89th St | 3 Fl | East Elmhurst | NY | 11369 |
| Ashutosh Sharma | $ | 1,207.80 | 86-38 130th St | | Richmond Hill | NY | 11418 |
| Ashwin Kumar | $ | 1,011.36 | 6-12 12th Street | | Fairlawn | NJ | 07410 |
| Atlantic Travel & Tours Bus Co. | $ | 2.00 | 658 Hemlock Street | | Brooklyn | NY | 11208 |
| Atul Sharma | $ | 102.29 | 277 Silver Lane | | Old Bridge | NJ | 08857 |
| Aura Car | $ | 22.64 | 358 Railroad Ave | | Hackensack | NJ | 07601 |
| Aurangzeb Malik | $ | 80.99 | 133-14 140th Street | | Jamaica | NY | 11436 |
| Aurelio Mejia | $ | 95.04 | 32 40 89 Street  #507 | | E. Elmhurst | NY | 11369 |
| Avtar Singh | $ | 42.17 | 134 Holly St | | Port Reading | NJ | 07064 |
| Avtar, S Bains | $ | 0.35 | 5 Clotilde Ct | | Hicksville | NY | 11801 |
| Ayub Sulastin | $ | 2.10 | 280 Terrace Ave | 2nd Fl South | Hasbrouck Heights | NJ | 07604 |
| Ayube Khan | $ | 6,977.14 | 115 60 123rd Street | | S.  Ozone Park | NY | 11420 |
| Azad A  Iqbal | $ | 3,834.39 | 1311 Newkirk Ave | | Brooklyn | NY | 11230 |
| Babar Ali | $ | 257.06 | 188 Chase Ave | | Yonkers | NY | 10703 |
| Babatunde, J Akinola | $ | 1,636.95 | 215 Rushmore St | | Westbury | NY | 11590 |
| Baby  Joseph | $ | 719.46 | 557 N 3rd St | | New Hyde Park | NY | 11040 |
| Baig Mirza M | $ | 21.50 | 2308 West 11th Street | | Brooklyn | NY | 11223 |
| Balbir  Singh | $ | 25.90 | 32-02 83st | | Jackson Heights | NY | 11370 |
| Balbir, Nmi Singh | $ | 3.95 | 107-2 129 Street | | Richmond Hill | NY | 11419 |
| Baldev Singh | $ | 3.76 | 119-43 130th Street #2 | | South Ozone Park | NY | 11420 |
| Baldev Singh | $ | 976.10 | 207 Asbury Ave | | Westbury | NY | 11590 |
| Baljinder  Singh | $ | 2,280.13 | 434 1st Street | | Elmont | NY | 11003 |
| Baljit Singh | $ | 13.96 | 149-34 123 St. | | S. Ozone Park | NY | 11420 |
| Balkar,  J Singh | $ | 8.68 | 14817 133rd Ave | | South Ozone Pk | NY | 11436 |
| Balvir Banger | $ | 55.51 | 124-10 Sutter Ave | | So Ozone Prk | NY | 11420 |
| Balvir Singh | $ | 6,274.77 | 71 Pembrook Drive | | Mineola | NY | 11501 |
| Balwinder Singh | $ | 348.02 | 147-10 41 Ave 6p | | Flushing | NY | 11355 |
| Baofeng Zhang | $ | 291.45 | 132-18 Maple Ave | | Flushing | NY | 11355 |
| Barjinder  Singh | $ | 25.62 | 101-32 124 St | | Richmond Hill | NY | 11419 |
| Basarnabi Subhan | $ | 414.35 | 173-14 Warwick Cres. | | Jamaica | NY | 11432 |
| Baskarali Ramaliwgam | $ | 28.62 | 38 West George Place | | Islin | NJ | 08830 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Beejay. O  Ikuomola | $ 2,243.04 | 2701 Bayswater Ave | | Far Rockaway | NY | 11691 |
| Bernadin Jules | $ 315.74 | 89 Melrose Ave | | Irvington | NJ | 07111 |
| Bhim Khatri Bahadur | $ 12.41 | 53-11 90th St Apt2j | | Elmhurst | NY | 11373 |
| Bhupinder Sandhu | $ 9.52 | 7817 Bombay Lane | | Indianapolis | IN | 46239 |
| Bhupinder Singh | $ 335.70 | 856 Court Rd | | Franklyn Square | NY | 11010 |
| Bhupinder Singh | $ 8,568.21 | 12 Heuer St | | Little Ferry | NJ | 07643 |
| Billy- C-Y Chin | $ 74.11 | 66 Law St. | | Valley Stream | NY | 11580 |
| Binod Gurung | $ 3.48 | 37-02 62nd St | | Woodside | NY | 11377 |
| Biplob Roy | $ 257.13 | 164-10 84th Ave | Apt 6L | Jamaica | NY | 11432 |
| Bishan Baldev | $ 11.40 | 4000 Scenic River Lane #13b | | Backerfield | CA | 93308 |
| Boa A. Osei | $ 30.01 | 120 W Jersey St Apt G7 | | Elizabeth | NJ | 07202 |
| Borhan Chowdhury | $ 111.10 | 1955 Ellis Ave | | Bronx | NY | 10472 |
| Boston  Metro Limo | $ 104.38 | | | | MA | |
| Bryan S  Zumba | $ 9.23 | 54 Prospect Ave | | Little Ferry | NJ | 07643 |
| C,L  Mavridis | $ 3,035.25 | 25 Sherwood Ave | | Franklin Square | NY | 11010 |
| Canaan Ayub | $ 2.85 | 159 Prospect St | | Hasbrouck Hts, | NJ | 07604 |
| Carlos A Ponce | $ 1.84 | 5030 63rd St Fl 2 | | Woodside | NY | 11377 |
| Cesar E Hidalgo | $ 1,265.58 | 1515 Jasmine Ave | | New Hyde Park | NY | 11040 |
| Chaitnath Mahatoo | $ 15.88 | 36 Caroline Ave | | Elmont | NY | 11003 |
| Charles Chung | $ 5.43 | 6 Grape Lane | | Hicksville | NY | 11801 |
| Charles O  Onouha | $ 2,593.72 | 441 Herzl St | Apt 2B | Brooklyn | NY | 11212 |
| Cheung Che Haw | $ 5,311.47 | 58-17 187th Street | | Fresh Meadows | NY | 11365 |
| Chi, H Ko | $ 3.32 | 58-36 206 St | | Bayside | NY | 11364 |
| Chia  Man Chiang | $ 34.56 | 175 15 Peck Av | | Fresh Meadows | NY | 11365 |
| Ching , Nam Ping | $ 9.60 | 220 Manhattan Ave #4v | | New York | NY | 10025 |
| Choudhury A Abdul | $ 162.17 | 1410 Metropolitan #5c | | Bronx | NY | 10462 |
| Christopher  White | $ 1,092.15 | 270 Clarkson Ave #212 | | Brooklyn | NY | 11226 |
| Chuen  Far Chiang | $ 64.15 | 55-08 84 St | | Elmhurst | NY | 11373 |
| Chui Wongeol | $ 2,774.89 | 267 10th St | | Bethpage | NY | 11714 |
| Chung  Tai Hsu | $ 26,555.35 | 1277 Liberty Av | | Hillside | NJ | 07205 |
| Chung, Hwa Lee | $ 13,832.80 | 5 Brevoot Drive  #2b | | Pomona | NY | 10970 |
| Clarance Romero | $ 2.35 | 14c Kensington Cir | | Garnerville | NY | 10923 |
| Clistenes A. Garcia | $ 421.56 | 18 Harrison Ave | | Bayshore | NY | 11706 |
| Daljit Singh | $ 19.12 | 11943 130th St | | S Ozone Pk | NY | 11420 |
| Dalvir Singh | $ 56.34 | 31- 35 Couch Pl | | East Elmhurst | NY | 11369 |
| Daniel Asiedu | $ 107.34 | 144 Elm Street #1 | | Orange | NJ | 07050 |
| Darduni Lino | $ 12.39 | 381 Yale Rd | | Garden City | NY | 11530 |
| Daren S. Johnson | $ 1,146.12 | 120 Dekruif Place | Apt 17E | Bronx | NY | 10475 |
| Darpan Kabir | $ 568.58 | 195-14  Sagamore Ave | | Hollis | NY | 11423 |
| Dave T. Oomon | $ 8,863.82 | 26 Winthrop Ave | | Yonkers | NY | 10710 |
| David Copeland | $ 336.48 | 144 W 16th St | | New York | NY | 10011 |
| David Ocampo | $ 1,018.65 | 19-74 81 Street | | East Elmhurst | NY | 11370 |
| David S Paul | $ 11.17 | 81-11 45 Ave #3f | | Elmhurst | NY | 11373 |
| Davinder  Singh | $ 69.11 | 194 10th St | | Hicksville | NY | 11801 |
| Davinder  Singh | $ 20.28 | 4252 Union Street #21 | | Flushing | NY | 11355 |
| Dawood Emmenuel | $ 29.85 | 137 Geering Terrace | | Paramus | NJ | 07652 |
| Daya Sanchury | $ 38.90 | 4165 75th St Apt 3c | | Elmhurst | NY | 11373 |
| Deepak Kumar  Kanda | $ 2,982.28 | 89-69 217th St #1fl | | Queens Village | NY | 11427 |
| Devinder  Jogi | $ 3,778.18 | 42 Elmwood Ave | | Carteret | NJ | 07008 |
| Dewan M Alamin | $ 709.06 | 215 Bay 31st #3rd Fl | | Brooklyn | NY | 11214 |
| Dewan M. Ali | $ 54.88 | 41-65 75th St | | Elmhurst | NY | 11373 |
| Dharminder S. Dhillon | $ 4,074.35 | 275 Harrison St | | Franklin Sq | NY | 11010 |
| Dharminder Singh | $ 192.74 | 135-03 101 Ave | | S Richmond Hill | NY | 11419 |
| Diego Mayorga | $ 183.02 | 213 Saint Nichols | | Brooklyn | NY | 11237 |
| Dinesh Kumar | $ 33.84 | 79-12 Langdale St | | New Hyde Park | NY | 11040 |
| Edison O Tomala | $ 8.18 | 306 E 171 St | | Saddle Brook | NJ | 07663 |
| Eduard Kilman | $ 614.46 | 19 Travis Ave | | Little Ferry | NJ | 07643 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Edward Kim | $ 134.54 | 20 Mulberry Ct | | Oakland Garden | NY | 11364 |
| Edwin,A Segarra | $ 1,740.48 | 61-64 Menahan St. | | Jackson Heights | NY | 11372 |
| Elite Limousine. Com | $ 280.72 | | | New Castle | WA | 98056 |
| Elkarany Hesham | $ 1,154.24 | 429 21 Ave | 2N | Bronx | NY | 10457 |
| Emiliano Rodriguez | $ 29.44 | 56-36 Van Cleef St 1 | | Elmont | NY | 11003 |
| Empty Empty | $ 281.77 | | | Staten Island | NY | 10314 |
| Enamur Rahman | $ 86.29 | 193 E 1st Street | | Paramus | NJ | 07652 |
| Erick M Sunder | $ 43.89 | 66 Maiden Lane | | Ridgewood | NY | 11386 |
| Errol Arslan | $ 183.06 | 23 Cabot Pl | | Hopewell Jct | NY | 12533 |
| Faisal Mumtaz | $ 71.47 | 2828 Bruner Ave2 | | Corona | NY | 11368 |
| Farhan  Butt | $ 2,952.04 | 70 Winsor Drive | | Clifton | NJ | 07011 |
| Farhan Safdar | $ 144.42 | 7 Bryant | | Staten Island | NY | 10305 |
| Farhart Ahmad | $ 95.87 | 78-40 164th St | | Long Island City | NY | 11101 |
| Farhat Chaudhary | $ 5,659.04 | 80-06  30th Ave | | Jersey City | NJ | 07302 |
| Farhat, Abbas Mian | $ 4,495.19 | 10-16 Skytopgarden | | Jersey City | NJ | 07306 |
| Faruque Chowdhury | $ 9,338.39 | 71 Cayuga Ave | | Bronx | NY | 10469 |
| Fiaz H Malik | $ 8.17 | 149-37 82 Street | | Fresh Meadows | NY | 11366 |
| Fizul H Khan | $ 40,019.88 | 116-14 130st | | East Elmhurst | NY | 11370 |
| Francois  S. Previl | $ 119.80 | 194 Sterling Rd | | Parlin | NJ | 08859 |
| Frank Genzone | $ 551.82 | 508 Elm St | | Flushing | NY | 11355 |
| Frank S Mui | $ 11,896.20 | 206 Pear Drive | | Deer Park | NY | 11729 |
| Franz U Mairaj | $ 3,188.13 | 130 Charles St | | Selden | NY | 11784 |
| Friendly Ride Inc | $ 6,042.90 | 10-15 43rd Ave | | Little Ferry | NJ | 07643 |
| Frudy Rojas | $ 31.09 | 90-03 56 Ave | | Howard Beach | NY | 11414 |
| Gagandeep Singh | $ 169.87 | 320 Post Ave 3i | | South Ozone Park | NY | 11420 |
| Ganesh Mohan | $ 26.63 | 10139 109th St | | Elmont | NY | 11003 |
| Genco H Bingul | $ 40.71 | 157-34 Quince Ave | | Marlboro | NJ | 07746 |
| George  C. Titus | $ 158.28 | 11 Shafter Ave | | College Point | NY | 11356 |
| George Arichabala | $ 4.49 | 244-40 90th Ave | | Floral Pk | NY | 11001 |
| George Joseph | $ 634.85 | 2 Burbank Pl | | East Elmhurst | NY | 11369 |
| George K Oonnoonny | $ 234.74 | 71 Brewster Lane | | Long Island City | NY | 11101 |
| Germain Allrich | $ 10.22 | 146-09 227th St | | Westbury | NY | 11590 |
| Ghazi Majid | $ 617.99 | 164-10 84 Ave | | S Richmond Hill | NY | 11419 |
| Golam Kabir | $ 5.82 | 166-39 88 Ave | | Flushing | NY | 11355 |
| Grantley Morrison | $ 117.36 | 258 Highland Blvd | | Plainview | NY | 11803 |
| Guang Zhong   Chen | $ 12.86 | 89-20 Springfield Blvd | | Amityville | NY | 11701 |
| Guangcun Liu | $ 14,486.33 | 147-35 38th Ave | #A7 | Brooklyn | NY | 11204 |
| Guido Mendoza | $ 92.78 | 89-20 31 Ave 1fl | | Rosedale | NY | 11413 |
| Gulbir Wadwa Singh | $ 36.86 | 110 Liberty Ave | | Levittown | NY | 11756 |
| Guo Hua Zhuo | $ 3,308.20 | 101 Wadsworth Ave | | Woodside | NY | 11377 |
| Gurdev Singh | $ 82.78 | 5034 W Bullard Avenue | | Carlstadt | NJ | 07072 |
| Gurdev Singh | $ 3,834.65 | 82-69 248 St | | Brooklyn | NY | 11207 |
| Gurdip Singh | $ 95.12 | 31-09 81st  #3 | | Queens Village | NY | 11427 |
| Gurmail Mann | $ 13.08 | 78-19 Langdale St | | Long Island City | NY | 11106 |
| Gurmeet  Singh | $ 11.33 | 111 Copeley Way | | Selden | NY | 11784 |
| Gurmeet  Singh | $ 5,440.65 | 169-04 Highland Ave | | S. Ozone Park | NY | 11420 |
| Gurpal S Turna | $ 12.92 | 453 Cottrell Rd. | | Staten Island | NY | 10305 |
| Gurpreet Singh | $ 17.15 | 133-18 107 Ave | | Bellerose | NY | 11426 |
| Gursharan Singh | $ 181.18 | 134-25 Franklin Ave #107 | | Jackson Hts | NY | 11370 |
| Gursharan Singh | $ 96.60 | 72-07 31st Ave 2fl | | Valley Stream | NY | 11580 |
| Gurvinder Singh | $ 101.31 | 6 Vanderbilt Pkwy | | Carteret | NJ | 07008 |
| Habib Alam | $ 1,512.77 | 108 E Eckerson Road | | Jamaica Hills | NY | 11432 |
| Hadi  Fazily | $ 8.23 | | | S Richmond Hill | NY | 11419 |
| Hamid M Malik | $ 4,501.66 | 56 College Road | | Flushing | NY | 11355 |
| Hamza Khokhar | $ 53.66 | 209 Ocean Pk | | East Elmhurst | NY | 11370 |
| Han Dong Wu | $ 65.98 | 163-12 43 Ave 1 Fl. | | Dix Hills | NY | 11746 |
| Harbans Gotra | $ 10.00 | 267-16 82 Ave, Fl 1 | | Bellerose | NY | 11426 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Harbans Singh | $ 24.82 | 20 Bryd St | 1 Fl | New Hyde Park | NY | 11040 |
| Harbhajan Singh | $ 345.17 | 1321 Mcclure Ave | | Lindenhurst | NY | 11757 |
| Harinder S Batra | $ 3,402.88 | 27 Manchester Blvd | | Selden | NY | 11784 |
| Harjesh Sethi | $ 15,050.20 | 206 E Torino Ct | | Floral Park | NY | 11004 |
| Harjinder Singh | $ 662.58 | 41-40 Denman St #4p | | Islin | NJ | 08830 |
| Harpreet Gill | $ 541.01 | 17 Emerson St | | Elmont | NY | 11003 |
| Harun Bhuiyan | $ 51.11 | 87 45 112 Street | | Levittown | NY | 11756 |
| Harvinder S Thind | $ 3,191.96 | 229 S Michigan Ae | | Whaetley Hts | NY | 11798 |
| Harvinder Sehra | $ 23.86 | 78 Willow St | | Richmond Hill | NY | 11419 |
| Hasan Mahmud | $ 33.00 | 128-19 N Conduit Ave | | Elmhurst | NY | 11373 |
| Hasan Cankaya | $ 11.08 | 180 Walnut Street #B41 | | Sayreville | NJ | 08872 |
| Hasan Mustafa | $ 35.53 | 141-59 85rd Apt#6f | | Richmond Hill | NY | 11418 |
| Hashem Mull | $ 209.11 | 506 Fairview Ave | | Staten Island | NY | 10305 |
| Hayatullah Abdali | $ 10.46 | 8218 Parsons Blvd | | Keinilwoth | NJ | 07033 |
| He Jin | $ 493.76 | 144-31 41 Ave | | Carteret | NJ | 07008 |
| Hector Jr Urena | $ 64.44 | 141-15 254th Street #2fl | | Ozone Pk | NY | 11416 |
| Hekmat I Assafin | $ 1,201.78 | 441 72nd St | | Floral Park | NY | 11004 |
| Heng Taur | $ 6,485.11 | 43-38 165 Street | 1 | S Ozone Pk | NY | 11420 |
| Hicham Skhoun | $ 21.42 | 1439 East 70st | | Briarwood | NY | 11435 |
| Houcine Meghoufi | $ 73.47 | 185 Bay 22 St Apt 3 | | Ridgewood | NY | 11385 |
| Hua Yong Huang | $ 41.75 | 30-03 93 St. | | Jamaica | NY | 11432 |
| Hui Zheng | $ 1,197.30 | 87-19 Elmhrst Ave 2fl | 1R | Flushing | NY | 11355 |
| Humayun Ahmed | $ 16.46 | 233 Edmund Ave | | Rosedale | NY | 11422 |
| Hussain Waqar | $ 242.80 | 33-20 72nd Street | | Brooklyn | NY | 11209 |
| Ibrahim Khalil | $ 406.66 | 63-177 Alderton St | | Flushing | NY | 11358 |
| Ibrahima Diallo | $ 849.37 | 1219 Elder Ave | | White Stone | NY | 11357 |
| Igor Arapov | $ 30.52 | 3033 Coney Island Ave #2f | | Brooklyn | NY | 11234 |
| Igor Paskhalnyi | $ 73.53 | 3380 Nostrand Ave | | Brooklyn | NY | 11214 |
| Imamuddin Akash | $ 37.02 | 1212 Newkirk Ave #5b | | Elmhurst | NY | 11373 |
| Imran Muhammad | $ 11.06 | | | Paterdon | NJ | 07502 |
| Imran Haider | $ 34.78 | 2072 20th Lane #5d | Apt 2 | Rego Park | NY | 11374 |
| Imran Qazi | $ 4,135.66 | 1405 70 St Apt#2a | | Bronx | NY | 10472 |
| Imran Siddiqui | $ 4,467.31 | 2518 Belmond Ave | | Hollis | NY | 11423 |
| Imtiaz Ahmed | $ 102.05 | 64 Snyder Rd | | Brooklyn | NY | 11224 |
| Inderjit Singh | $ 139.43 | 102-24 217th Lane | | Brooklyn | NY | 11214 |
| Inderjit Singh | $ 56.60 | 14 Wilson Dr | | Brooklyn | NY | 11228 |
| Iqbal Ahamadi | $ 5,573.02 | 32 Spring St #74 | | N Bellmore | NY | 11710 |
| Iqbal Hafiz, S | $ 17,575.22 | 212-48 White Hall Terr. | | Ford | NJ | 08863 |
| Isaak Edel | $ 76.62 | 8600 Shore Frt Py | | Hicksville | NY | 11801 |
| Jabob M. Mathew | $ 4.71 | 67-52 185th St | | Hicksville | NY | 11801 |
| Jagjit Singh | $ 7,584.23 | 134-04 135 Ave | | South Ozone Park | NY | 11420 |
| Jahanzeb Afridi | $ 28.12 | 8811 Glenwood Road | | Fresh Meadow | NY | 11365 |
| Jaime Unapanta | $ 221.88 | 57-37 65 St | | Ronkonkoma | NY | 11779 |
| Jairo Bautista | $ 10.12 | 1992 Everett St. | | Fresh Meadows | NY | 11365 |
| Jairo Pardo | $ 771.52 | 3024 Laurel Ridge Cir. | | Staten Island | NY | 10314 |
| Jakir Hossain | $ 101.78 | 77 11 86th Avenue | | Carteret | NJ | 07008 |
| Jamal Syed | $ 1,518.17 | 1347 60st | | Floral Pk | NY | 11001 |
| James R. Lozier | $ 10.95 | 260 N. Main St. #B20 | 2nd Fl | Carteret | NJ | 07008 |
| Janaidu S.K. Natara | $ 1,331.83 | 137-29 Labrunum Ave | | Woodside | NY | 11377 |
| Janusz Okon | $ 11.58 | 8 Ruby Court | | Valley Stream | NY | 11580 |
| Jashim Uddin | $ 12.18 | 106-14 76th St#2f | | Riviera Beach | FL | 33404 |
| Jaskaran Singh | $ 2,321.34 | 150-23 115street | | Woodhaven | NY | 11421 |
| Jasmer Singh | $ 4,175.44 | 7 Elmwood Ave | | Islandia | NY | 11746 |
| Jason Schwartz | $ 15.91 | 242-17 88 Dr | | Spring Valley | NY | 10977 |
| Jaspal Singh | $ 39.83 | 86-31 122nd St | | Elizabeth | NJ | 07208 |
| Jaspal Singh | $ 75.26 | 31-16 68th St Apt Lb | | Flushing | NY | 11355 |
| Jasper E. Thomas | $ 22.90 | 687 Front Street | | Maspeth | NY | 11378 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jaspreet Singh | $ 1,236.99 | 102-24 217 Lane 1fl | | Jersey City | NJ | 07305 |
| Jaswant Singh | $ 330.80 | 13 Beverly St | | Ozone Park | NY | 11417 |
| Jaswant Singh | $ 58.62 | 116 Poplar St | | S.Ozone Park | NY | 11420 |
| Jaswant Singh | $ 20.93 | 95-75 114 St. | | Cartret | NJ | 07008 |
| Jaswinder Fatra | $ 5,751.69 | 40 Mead Ave | | Flushing | NY | 11335 |
| Jatinder Bhatia | $ 271.67 | 908 Robin Road | | Bellerose | NY | 11426 |
| Javaid Iqbal | $ 33.82 | 1004 Merlin Dr | | Woodside | NY | 11377 |
| Javed Iqbal Gondal | $ 19.52 | 2319 W 12 St. | | Queens Village | NY | 11429 |
| Javeed, S Chaudhry | $ 2,967.74 | 40 Midland Ave  #2fl | | Carteret | NJ | 07009 |
| Javid Bari | $ 95.51 | 72-22  153rd St #1f | | Carteret | NJ | 07008 |
| Jean G Civil | $ 5,595.26 | 1481 5 Ave, Apt 6a | | Hillsborough | NJ | 08844 |
| Jennifer Rodriguez | $ 761.58 | 10 Mcgarrah Road | | S Richmond Hill | NY | 11418 |
| Jian Q  Deng | $ 381.45 | 125 W 31st St #23f | | Edison | NJ | 08837 |
| Jian Qiang Wu | $ 7.44 | 79-28 Calamus Ave | 1st. Fl. | Brooklyn | NY | 11223 |
| Jim Chen | $ 1.34 | 144-24 33rd Ave | | Flushing | NY | 11367 |
| Jit Singh Gill | $ 4.17 | 95-25 113 St | | Freeport | NY | 11520 |
| Joel O Arichabala | $ 4.79 | 242-17 88th Drive | | New York | NY | 10035 |
| Joel Rehmat | $ 3.73 | 110-26 Merrick Blvd. | | Monroe | NY | 10950 |
| Joga Singh | $ 3,412.53 | 914 Ridgebury Road | | New York | NY | 10001 |
| Joginder Singh | $ 15,065.71 | 252 -21 82 Ave | | Elmhurst | NY | 11373 |
| Joginder Singh | $ 59.35 | 263 Franklin Av | | Flushing | NY | 11354 |
| Joginder,S Malhi | $ 72.38 | 120-17  91 Ave | | Staten Island | LC | 10305 |
| John Ayodele | $ 4.53 | 115-44 Francis Lewis Blvd. | | Bellerose | NY | 11426 |
| John Ayodele | $ 5.61 | | | Jamica | NY | 11433 |
| John Fargnoli | $ 39.28 | 984 Thompson Dr | | Valley Stream | NY | 11580 |
| John K Kim | $ 2,966.16 | 139 Ridgewood Ave | | New Hampton | NY | 10958 |
| Johnny Pazmino | $ 74.84 | 105 Tappan St. | | Bellrose | NY | 11426 |
| Johnny Xing Liu | $ 58.04 | 9123 86th Dr | | S. Ozone Park | NY | 11420 |
| Join Uddin | $ 18,801.91 | 64 Patterson Ave | Apt #33 | Ridgewood | NJ | 07450 |
| Jonathan  Rehmat | $ 84.70 | 110-26 Merrick Blvd | | Richmond Hill | NY | 11418 |
| Jong Seung  Lim | $ 5,325.91 | 73-03  187th St | 2A | Fresh Meadows | NY | 11365 |
| Joo Suk Om | $ 92.69 | 42-42 80 St Apt 7g | | Cambria Heights | NY | 11411 |
| Jorge Arichabala | $ 12.87 | 95 30th St | | Bayshore | NY | 11706 |
| Jorge H Mikan | $ 889.29 | 35-26 89 St Attic | | Yonkers | NY | 10704 |
| Jorge Torres | $ 4.34 | 25-18 124st | | Woodhaven | NY | 11421 |
| Jose M Cabrera | $ 1,108.00 | 626 Morris Ave #3 | | Jamaica | NY | 11433 |
| Jose U. Valdez | $ 1,032.82 | 127 Allen St #1c | | Fresh Meadows | NY | 11366 |
| Joseph Archibald | $ 2,045.59 | 515 W 175st | | Elmhurst | NY | 11373 |
| Joseph Nicolosi | $ 62.43 | 2156 Homecrest Ave. | C10 | Hackensack | NJ | 07601 |
| Joshi Kishan,L | $ 12.67 | 88 30182nd St 4-K | | Copiague | NY | 11726 |
| Josue  G Then | $ 3,752.84 | 1527 Washington 2 | | Jackson Hts | NY | 11372 |
| Juan F  Valet Jr. | $ 64.64 | 23 N 11th St | | Jamica | NY | 11432 |
| Jun Zhou | $ 1,740.05 | 73-41 174th St. | | Flushing | NY | 11354 |
| Jung Hyun Han | $ 12.88 | 219-51 67th  Ave C | | East Meadow | NY | 11554 |
| Jung Il Lee | $ 14,846.46 | 17032 Pidgeon Meadow | | Bronx | NY | 10451 |
| K Kierznikowicz | $ 31.17 | 60-51 Fresh Pond Rd | 1st Fl | Brooklyn | NY | 11229 |
| Kahraman  Yasar | $ 82.02 | 43-30 48st #14d | | Bronx | NY | 10457 |
| Kaif  Rana | $ 3.94 | 110-05 56 Ave | | Wheatley | NY | 11798 |
| Kalloo Neil | $ 20.31 | 89-10 107 Ave | | Oakland Gardens | NY | 11364 |
| Kalwant Singh | $ 6,945.97 | 83-48 251 Street | | Fresh Meadows | NY | 11365 |
| Kamaljit Besil | $ 4,209.26 | 82-11 261 St. | | Elmwood Park | NJ | 07407 |
| Kamaljit Singh | $ 2,331.58 | 17 Lexington Ave | | Maspeth | NY | 11378 |
| Kamarul Hassan | $ 62.63 | 158 Tehama St Fl 2 | | Fresh Meadow | NY | 11365 |
| Kamrul Islam | $ 15.21 | 14-14 31st Ave | | Plainfield | NJ | 07063 |
| Kanwarpreet Singh | $ 70.20 | 126 N First Street | | Richmond Hill | NY | 11419 |
| Karan Kumar | $ 9.53 | 92-06 63rd Ave #1a | | Floral Park | NY | 11004 |
| Karim, Saadiq Abdul | $ 1.79 | 400 E 31 Street | | Carteret | NJ | 07008 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Karmjit Singh | $ 1.84 | 91-15 215st | | Brooklyn | NY | 11218 |
| Karun Dutt | $ 42,329.78 | 56 Jurocko Ave | | New Rochelle | NY | 10801 |
| Kashif Qamar | $ 197.93 | 280 Marin Blvd | | Flushing | NY | 11355 |
| Kashmir Singh | $ 4,907.78 | 88-62 Ransom Street | 2Fl | Astoria | NY | 11106 |
| Kawar Usa,Inc | $ 3.95 | 97-18 118 St | | Brooklyn | NY | 11208 |
| Kelsang Tsering | $ 1,471.40 | 50-14 97th St 1fl | | Queens | NY | 11428 |
| Kenneth Chukwukere | $ 10.05 | 65 Durand Place | | Jersey City | NJ | 07302 |
| Kennth Thompson | $ 177.04 | 22416 92rd | | Queens Village | NY | 11427 |
| Keyshore Parsuram | $ 577.46 | 2733 Pearsall Ave | E11 | Jackson Hts | NY | 11372 |
| Khalil A Khan | $ 11,524.62 | 9141 Floral Road | | Flushing | NY | 11355 |
| Khawaja Uddin | $ 24.92 | 76 Norfeld Blvd | | Irvington | NJ | |
| Khawaja, M Yousaf | $ 5,802.55 | 109 06  Westside Ave #A2 | | Queens Village | NY | 11428 |
| Khondokar, B Mia | $ 10,351.76 | 97-30 57 Ave  Apt#180 | | Jamica | NY | 11436 |
| Kin Sang Tang | $ 27.45 | 51 Bay 17 St | | Staten Island | NY | 10314 |
| Kishore Kumar | $ 0.67 | 522 Valley Brooke Ave | | Bronx | NY | 10469 |
| Kuang Canxian | $ 2,557.58 | 8623 102nd Rd | | Elkgrove | CA | 95624 |
| Kulwinder Nurewal | $ 10,796.21 | 17 Trento Street | | Woodbridge | NJ | 07095 |
| Kulwinder Singh | $ 20.88 | 104-31 90 Ave | | Howard Beach | NY | 11414 |
| Kwang T Chung | $ 767.80 | 34-20 Parson Blvd #6d | | Corona | NY | 11368 |
| Kwon Meng Chang | $ 30.72 | 1348 63 St  Apt 1 | | Brooklyn | NY | 11214 |
| Lakhbir Singh | $ 17.84 | 78 Willow St | | Lyndhurst | NJ | 07071 |
| Lakhwant Singh | $ 226.55 | 127 58 Van Wyck Expwy | | Ozone Park | NY | 11416 |
| Lakhwinder Singh | $ 314.30 | 80 Second Street | | Iselin | NJ | 08830 |
| Lalabhai, S Patel | $ 1,200.19 | 5816  Granger Str | Apt 2A | Fresh Meadows | NY | 11365 |
| Lawrence C Emedoh | $ 674.21 | 137-08 156th St | | New York | NY | 10003 |
| Lazaros Mavridis | $ 338.60 | 25 Sherwood Ave | | Flushing | NY | 11354 |
| Lekamilage  C Abeykoon | $ 2,891.29 | 61 Drake Ave | | Brooklyn | NY | 11219 |
| Leung Wing Lok | $ 13.64 | 126-16 Powells Cove | | Richmond Hill | NY | 11418 |
| Li, Liang Shi | $ 2,769.77 | 132-13 58rd | | So Ozone Park | NY | 11420 |
| Limousine American On | $ 31.61 | 2350 E.Devon Ave. #242 | | Highspire | PA | 17034 |
| Limousine Plus  Elite | $ 8,339.97 | 32-72 Gale Ave | | Bellerose | NY | 11426 |
| Line Dispatch | $ 44.62 | | | Corona | NY | 11368 |
| Lkdfhjlkdsjfkls Dfdsfdsfs | $ 0.98 | 409 W 129 Street | | Jamaica | NY | 11434 |
| Lodue Gyaltsen | $ 6.39 | 756 Grand St 4r | | Franklin Sq | NY | 11010 |
| Lovedeep Loey | $ 43.18 | 3 Evers Street | | Far Rockaway | NY | 11691 |
| Lucien Desmangles | $ 22,254.86 | 130 Lawrence St. | | College | NY | 11356 |
| Luis E  Arichabala | $ 7.72 | 86-21 30 Ave 1fl | | Flushing | NY | 11355 |
| Lung, Piu Lam | $ 185.45 | 14147 O Street | | New York | NY | 10027 |
| Lutfur Rahman | $ 2,777.86 | 1410 Parkchester#7d | | Flushing | NY | 11355 |
| M Castellanos | $ 21.92 | 89-14 Lefferts Blvd | | Hicksville | NY | 11801 |
| M Nadeem Saleem | $ 6.43 | 114 Winding Wood Dr #5a | | Uniondale | NY | 11553 |
| Madan Kumer | $ 22.17 | 128-16 Gotham Road | | E Elmhurst | NY | 11369 |
| Madani Hakim | $ 94.43 | 1966 64 St #B | | Elmhurst | NY | 11373 |
| Mahaboubur Rahman | $ 1,338.75 | 2402 97th Street | | Elmont | NY | 11003 |
| Mahboob Yaqoob | $ 122.41 | 124 Lincoln Street | | North Bergen | NJ | 07047 |
| Mahbub Bhuiyan | $ 185.36 | 173-04 89 Ave | | Omaha | NE | 68137 |
| Mahbub Hossain | $ 7.40 | 87-45 112th St | | Jackson Hgts | NY | 11372 |
| Mahir Mr | $ 2.00 | 95 Pacific Ave | | Bronx | NY | 10462 |
| Mahmood Ahmed | $ 47.11 | 150-22 72 Drive #1a | | Sayreville | NJ | 08872 |
| Mahmoud  Nasir | $ 0.58 | 209 E 16 St C1 | | South Ozone Park | NY | 11420 |
| Mahmud A Uddin | $ 1,231.06 | 407 Eldert Lane | | Brooklyn | NY | 11204 |
| Mahmud Ahmed | $ 21.82 | 304 10 St Apt 7 | | East Elmhurst | NY | 11369 |
| Main  Limousine | $ 13.03 | 184 Main St., Suite 1a | | Jamaica | NY | 11432 |
| Malook Singh | $ 46.33 | 190-38 69 Ave Apt 3c | | Jackson Height | NY | 11372 |
| Mamadou, K Diallo | $ 35.64 | 2016 Honeywell Ave | | Flushing | NY | 11367 |
| Manawer Ahmad | $ 59.42 | 110-36 63rd Drive | | Brooklyn | NY | 11226 |
| Mandeep Singh | $ 155.45 | 14463 176th St | | Brooklyn | NY | 11208 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Mandip Singh | $ 297.78 | 131 W Faunce Landing Rd | | Brooklyn | NY | 11215 |
| Mange Ram | $ 48.40 | 265-20 79th Ave | | Edison | NJ | 08820 |
| Manik Manav | $ 126.49 | 180 Willis Ave | | Hicksville | NY | 11801 |
| Maninder  Singh | $ 935.51 | 8275 Country Pt Crl | | East Elmhurst | NY | 11370 |
| Manjit  Singh | $ 34.34 | 675 Bound Brook Rd | | Fresh Meadows | NY | 11365 |
| Manjit Bali | $ 603.46 | 142 Harris Dr | | Bronx | NY | 10460 |
| Manjit Singh | $ 6.49 | 25 Wedgewood Dr | | Jamica | NY | 11434 |
| Manjit Singh | $ 47.56 | 95-25 113 Street | | Absecon | NJ | 08201 |
| Manjit Singh | $ 15.47 | 1695 Front Street | | Glen Oak | NY | 11004 |
| Manjit Singh | $ 14,600.11 | 1165 Us Hwy 22  #117 | | Jackson Heights | NY | 11372 |
| Manmeet Saini | $ 20.55 | 380 Horizon Dr | | Floral Park | NY | 11001 |
| Mansha Ali | $ 12,090.56 | 1499 E 10 Street | Apt 2 | Dunellen | NJ | 08812 |
| Mansour A Abedelnabi | $ 3,884.10 | 72 Lincoln Ave | | Oceanside | NY | 11572 |
| Manuel A Juela | $ 1,351.26 | 22-34 94th St 2 | | Carteret | NJ | 07008 |
| Manzoor Qaiser | $ 76.89 | 44 Embroidery Street | | S Richmond Hill | NY | 11419 |
| Maqsood A Batt | $ 130.90 | 118 Richanrd Street #10 | | East Meadow | NY | 11554 |
| Marco A Mendes | $ 7.16 | 33 25 69 St #6a | | Edison | NJ | 08817 |
| Marco Simbana | $ 148.98 | 62-14 68th Ave | | Williston Pk | NY | |
| Marco V. Tenezaca | $ 30.17 | 749 41 St  1 Fl | Apt #2F | Brooklyn | NY | 11230 |
| Marian Xavier | $ 1.76 | 106 Wade St #1 | | Carteret | NJ | 07008 |
| Marino A Mendoza Taveras | $ 150.73 | 50 Vandalia Ave | | Jackson Hgts | NY | 11372 |
| Mario Norero | $ 145.48 | 2302 Lincoln Hwy East | | E Elmhurst | NY | 11369 |
| Mark E Mango | $ 210.20 | 475 Rambler Road | | Sayerville | NJ | 08872 |
| Mark H Cadet | $ 4.96 | 71 Chapman Pl #2 | | Passaic | NJ | 07055 |
| Markiel Maksumov | $ 26.64 | 8529 122nd St | | Woodside | NY | 11377 |
| Marwan A Almatari | $ 11.18 | 119 57th Street  #3fl | | Ridgewood | NY | 11385 |
| Mathew  Akhter | $ 204.82 | 153-12 41 Ave | | Brooklyn | NY | 11232 |
| Mathew Ayanfowov | $ 68.43 | 735 Lincoln Ave #8n | | Jersey City | NJ | 07305 |
| Mauricio A Segarra | $ 199.58 | 61-64 Menahan St  #1r | | Lanchester | PA | 17602 |
| Maxwell Appiah-Kubi | $ 15.81 | 47 Riverdale Ave # 915 | | Irvington | NJ | 07111 |
| Mayan Naimatullah | $ 1.35 | 230-14 57 Rd | | Kew Garden | NY | 11415 |
| Md  Shahid Ullah | $ 9.26 | 377 Johnson Ave | | Brooklyn | NY | 11214 |
| Md A Ahad | $ 1.74 | 564 E 3 Street #B2 | | Brooklyn | NY | 11220 |
| Md A Mullah | $ 7,526.40 | 32-20 80 Street  #2fl | | Flushing | NY | 11354 |
| Md Kamruzzaman | $ 19.41 | 3603 Greenpoint Ave | | Lindenhurst | NY | 11757 |
| Md R. Bari | $ 234.77 | 3603 Greenpoint Ave | | Bohemia | NY | 11716 |
| Md Rabiul Alam | $ 40.53 | 3603 Greenpoint Ave | | Brooklyn | NY | 11218 |
| Md Yasin | $ 5.26 | 3603 Greenpoint Ave | | East Elmhurst | NY | 11370 |
| Mdt Test | $ 5.86 | 390 Stuyvesant Ave #12 | 1st Flr | East Elmhurst | NY | 11369 |
| Mdt Test | $ 3,219.24 | 212-48  White Hall Terr. | 2nd Fl | Jamaica | NY | 11435 |
| Mdt Test | $ 511.21 | 149-24 129th St | APT 8C | Brooklyn | NY | 11218 |
| Mdt Test | $ 89.05 | 791 East 2nd St # E6 | | Brooklyn | NY | 11226 |
| Mdt Test | $ 40.00 | 112-02  101 Ave Apt #3 | | Jamaica | NY | 11432 |
| Mdt Test | $ 25.81 | 107-09 95th Ave #2 | | Jamaica | NY | 11432 |
| Mdt Test | $ 1.29 | 60-16 70th Ave 2fl | | Ozone Pk | NY | 11417 |
| Mdt Test | $ 2,729.77 | 147 Washington Ave | | Brooklyn | NY | 11218 |
| Mdt Test | $ 13.42 | 5715 Nw 119 Terrace | | Lindenhurst | NY | 11757 |
| Michael  Makiani | $ 209.30 | 150-16 87av #1 | | Brooklyn | NY | 11218 |
| Miguel Durango | $ 8.57 | 175 Reville St | | Ozone Park | NY | 11416 |
| Miin- Cho Hsu | $ 203.66 | 126-16  103 Ave Apt#1fl | | Irvington | NJ | 07111 |
| Min Wang | $ 2,665.55 | 430 E 6 St  #11j | | Little Ferry | NJ | 07643 |
| Ming Kui Lu | $ 807.60 | 419 W 128 St,  Apt 8 | | Queens Village | NY | 11427 |
| Mir Rehan | $ 20.57 | 35 Garden St | | Great Neck | NY | 11024 |
| Mir Rezaul Haque | $ 983.09 | 121 Cypress Dr | | New Hyde Park Ny | NY | 11040 |
| Moacir, F Campos | $ 1.13 | | | College Pt | NY | 11356 |
| Moazzam K Klair | $ 5,513.87 | 70-02 Woodside Ave | | Flushing | NY | 11367 |
| Mohamamd  S Islam | $ 126.35 | 166-20 88 Ave | Apt 6G | Flushing | NY | 11354 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Mohamed Guezzou | $ 41.60 | 378 Ezzert Rd | | Staten Island | NY | 10301 |
| Mohamed Hassan | $ 466.06 | 41-45 52nd St 6a | | Brooklyn | NY | 11235 |
| Mohamed Osman | $ 13.40 | 9225 76st Woodhaven Ny | Apt 5F | Astoria | LC | 11105 |
| Mohamed Raza | $ 399.02 | 2285 Ocean Ave. #1h | | Jamaica | NY | 11432 |
| Mohamed S Mohamed | $ 560.16 | 8810 32ave #104 | | New York | NY | 10013 |
| Mohamed Souadi | $ 44.35 | 311 E 109 St #5d | | Bayside | NY | 11364 |
| Mohammad  Azad | $ 5.61 | 49 Applegate Dr | | S. Richmond Hill | NY | 11419 |
| Mohammad  Khan | $ 105.04 | 4324 57th St | | Long Isalnd City | NY | 11101 |
| Mohammad  N Islam | $ 3.92 | 8 Peppermint Hill Rd | | Teaneck | NJ | 07666 |
| Mohammad  R. Ansari | $ 13.07 | 1170 Chestnut St | | Colonia | NJ | 07067 |
| Mohammad  Tahir | $ 8,803.94 | 61-40 167 St #1r | A 8 | Brooklyn | NY | 11209 |
| Mohammad A  Hakim | $ 16.52 | 198 Forest Rd | | Woodside | NY | 11377 |
| Mohammad A Sarker | $ 721.70 | 8415 149th Ave | | Queens | NY | 11421 |
| Mohammad A Sheikh | $ 4.97 | 199-03  Hillside Ave | | Brooklyn | NY | 11229 |
| Mohammad Afzal | $ 234.59 | 625 Rugby Rd | | St. Albans | NY | 11412 |
| Mohammad Amin | $ 21.90 | 2760  W 15th St 2 | | Brooklyn | NY | 11208 |
| Mohammad Amjad | $ 57.48 | 84-15 149 Ave | | Central Islip | NY | 11772 |
| Mohammad Arshad | $ 213.86 | 724 Bay Ridge Ave | | No Brunswick | NJ | 08902 |
| Mohammad Ashraf | $ 2,606.46 | 3401 Avenue J #5f | 1st. Fl. | Elizabeth | NJ | 07201 |
| Mohammad Asif | $ 206.64 | 587 Bay St | | Fresh Meadow | NY | 11365 |
| Mohammad Athar | $ 121.37 | 87-68  112st | | West Haven | CT | 06516 |
| Mohammad Azad | $ 159.52 | 57-10 Junction Bv #6b | | Brooklyn | NY | 11208 |
| Mohammad Boota | $ 15.98 | 25-43 Steinway St 1 | | West Haven | CT | 06516 |
| Mohammad F. Islam | $ 49.05 | 82 Linden St | Apt B4 | Brooklyn | NY | 11208 |
| Mohammad F. Mirza | $ 25.43 | 93 Woodlawn Avenue | | Freeport | NY | 11520 |
| Mohammad F. Nuri | $ 1.30 | 10526 76th St | 2nd Fl | Howard Beach | NY | 11414 |
| Mohammad Farraj | $ 2,213.61 | 51 Chatham  Street | | Holliswood | NY | 11423 |
| Mohammad Hanif | $ 6.41 | 4322 204th St | | East Elmhurst | NY | 11370 |
| Mohammad Haq | $ 2,378.03 | 105 Jefferson St | | Brooklyn | NY | 11230 |
| Mohammad Ilyas | $ 11,322.54 | 1371 Hancock Street | | Woodside | NY | 11377 |
| Mohammad Inam | $ 26.53 | 103-51, 52 Ave | | Fresh Meadows | NY | 11365 |
| Mohammad Ishtiaq | $ 6.32 | 1220 Commonwealth Ave | | College Point | NY | 11356 |
| Mohammad J Mughal | $ 18.28 | 2086 Bronx Pk East | | Brooklyn | NY | 11210 |
| Mohammad J Rana | $ 155.18 | 125 Beach 17th St | | Staten Island | NY | 10304 |
| Mohammad K Azhar | $ 16,517.91 | 82-22  165  St | | Richmond Hill | NY | 11418 |
| Mohammad M Rahm Rahman | $ 4,209.55 | 175-20 Wexford Terrs #2d | | Ozone Park | NY | 11417 |
| Mohammad Mayan | $ 2,763.75 | 625 Rugby Rd | | Bayside | NY | 11361 |
| Mohammad R Mughal | $ 5.65 | 32 Oak Wood Drive | | Garden City | NY | 11530 |
| Mohammad S Alam | $ 138.32 | 166 30 88 Ave #1fl | | Richmond Hill | NY | 11418 |
| Mohammad S Cheema | $ 34.28 | 3857 King Highway | Apt 4G | Briarwood | NY | 11435 |
| Mohammad S Zulfiqar | $ 324.13 | 510 Dekalb Ave #1 | | Bronx | NY | 10472 |
| Mohammad Z  Sheikh | $ 690.76 | 87-22 132 St #2fl | | Fresh Meadows | NY | 11365 |
| Mohammad,  A Sarkar | $ 462.75 | 120 Vermilyea Ave #B41 | | Huntington | NY | 11743 |
| Mohammad, B Anjum | $ 105.03 | 23-24 41 St Bsmt | | Woodside | NY | 11377 |
| Mohammad, T Khan | $ 61.04 | 14607 South Rd | | Elmont | NY | 11003 |
| Mohammad,O Sarwari | $ 312.04 | 201 Ocean Pkway | | S.Richmond Hill | NY | 11419 |
| Mohammed  Allel | $ 71.56 | 15811 Linden Blvd | | Jamaica | NY | 11432 |
| Mohammed  N Hossain | $ 1,560.15 | 5413 152nd St | | Jamaica | NY | 11432 |
| Mohammed  Nayem | $ 2,628.95 | 35-20 32st | | Brooklyn | NY | 11230 |
| Mohammed A Anser | $ 2,105.22 | 215-13 102 Ave | | Shirley | NY | 11967 |
| Mohammed A Kabir | $ 3,234.53 | 31-67 49 St #3d | | Jamaica | NY | 11432 |
| Mohammed A Kaiyum | $ 46.80 | 214 Gelston Ave | 2F | Brooklyn | NY | 11234 |
| Mohammed Islam | $ 100.73 | 611 Argyle Rd | | Brooklyn | NY | 11205 |
| Mohammed Israfil | $ 4,258.23 | 179 Atlantic St. | | Flushing | NY | 11358 |
| Mohammed Kamruzzaman | $ 1,184.24 | 109-21 124 Street | | Woodside | NY | 11377 |
| Mohammed Munshi | $ 81.49 | 103-321 118 Street | | Lic | NY | 11106 |
| Mohammed N., Islam | $ 17,949.94 | 6 Northcote Cres | Apt 5K | Brooklyn | NY | 11230 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Mohammed S Kobir | $ 106.36 | 80-50 Baxter Ave #6d | | New York | NY | 10034 |
| Mohammed, N Amin | $ 64.75 | 1064 Sheridan Ave | | Brooklyn | NY | 11208 |
| Mohammmed Mohiuddin | $ 4,342.62 | 1454 43rd St | | Jamaica | NY | 11434 |
| Mohinder  Singh | $ 11.29 | 83-20 257st | | Flushing | NY | 11355 |
| Moinul Islam | $ 11.06 | 563 Maple Ave | 1 Fl | Queens Village | NY | 11429 |
| Molla Mohammad | $ 3.14 | 3306 92nd St  1r | | Brooklyn | NY | 11209 |
| Monirul Islam | $ 8.74 | 3211 Ave I #3u | | Ozone Park | NY | 11417 |
| Monsur Ali | $ 0.33 | 60-20a 194th St Apt#2c | | Astoria | NY | 11102 |
| Monty Pei Waung | $ 3,002.59 | 6228 60th Ave #2 | 6A | Brooklyn | NY | 11230 |
| Moriba  Kourouma | $ 12,129.85 | 812 Bayridge Ave  #2f | | Patterson | NJ | 07503 |
| Mosharraf Bakshi | $ 1,141.64 | 8618 Sutter Ave | | Richmond Hill | NY | 11419 |
| Moshiur Rahman | $ 7,896.47 | 149-04 Lefferts Blvd | | Westbury | NY | 11590 |
| Mouldi Mohamed | $ 11,149.31 | 123-15 95 Ave | | Elmhurst | NY | 11373 |
| Mounir Tazir | $ 2.76 | 183-15 89th Ave #2fl | | Brooklyn | NY | 11218 |
| Mozibur Rahman | $ 17.86 | 44 Henry Ave | | Sunnyside | NY | 11104 |
| Muhammad  A  Saleem | $ 237.98 | 84-09 149th Ave#1 | 5#C | Bronx | NY | 10456 |
| Muhammad  Ihsan | $ 1,157.90 | 352 Wayne Street | Apt A6 | Brooklyn | NY | 11219 |
| Muhammad  Imran | $ 940.59 | 322 Palmer St Apt1f | | Floral Park | NY | 11004 |
| Muhammad  Karim | $ 1,147.83 | 964 East 15th St #1b | | Ozone Park | NY | 11416 |
| Muhammad  S Iqbal | $ 853.42 | 4314 Wells Dr | | Elizabeth | NJ | 07202 |
| Muhammad  Saeed | $ 62.17 | 82 Wolff Ave | | Flushing | NY | 11354 |
| Muhammad  Y Shahid | $ 559.11 | 1831 Belmont Road Nw | | Jackson Heights | NY | 11372 |
| Muhammad A Khurshid | $ 9.12 | 119-25 130th St | | Brooklyn | NY | 11210 |
| Muhammad Abbas | $ 165.16 | 115 West 2nd St | | Fresh Meadows | NY | 11365 |
| Muhammad Abdullah | $ 17.37 | 43-32  Kissena Blvd# 7l | | Maspeth | NY | 11378 |
| Muhammad Adnan Azam | $ 5,056.58 | 73 Bay 22nd St C1 | | Brooklyn | NY | 11220 |
| Muhammad Afzal | $ 1.95 | 24 Westview Cross Rd | | Ozone Park | NY | 11417 |
| Muhammad Akram | $ 5.24 | 66 Haven Terrace | #2A | Ozone Park | NY | 11417 |
| Muhammad B Chaudhry | $ 4.22 | 1333 43st | | S Ozone Pk | NY | 11426 |
| Muhammad Bilal | $ 10.52 | 83-42 243st #2nd Flr | | Parlin | NJ | 08859 |
| Muhammad Hamayuon | $ 540.86 | 8685 17 Ave | | Richmond Hill | NY | 11419 |
| Muhammad Hussain | $ 2,578.78 | 173-14 Warwick Cresent | | Selden | NY | 11784 |
| Muhammad I Khan | $ 20.57 | 58-17 187th St | | West Hempstead | NY | 11552 |
| Muhammad Imran | $ 547.61 | 3042 87th Street | | Howard Beach | NY | 11414 |
| Muhammad Khan | $ 6,306.77 | 8136 262nd St | | Jersey City | NJ | 07302 |
| Muhammad Mirza | $ 168.70 | 1991 Bronxdale Ave #F3 | | Elizabeth | NJ | 07202 |
| Muhammad N Seth | $ 747.39 | 1620 New York Ave | | Brooklyn | NY | 11230 |
| Muhammad Nadeem | $ 973.27 | 125-15 Metropolitan Ave | | Parlin | NJ | 08859 |
| Muhammad Q Hamid | $ 5,105.71 | 133-12 121st | | Edison | NJ | 08837 |
| Mukhdev Singh | $ 4,555.57 | 85-04 Grand Ave | | North Salem | NY | 10560 |
| Munir Ahmad Gondal | $ 17.48 | 801-72 Street #D4 | | Parlin | NJ | 08859 |
| Munir Saghir | $ 242.87 | 135 Bergen Court | | Brooklyn | NY | 11219 |
| Murtaza  Malik | $ 30.75 | 122-08 26 Ave  # 1floor | | Bellerose | NY | 11426 |
| Mustaan Hanif | $ 14.51 | 108 E Eckerson Rd | | Westbury | NY | 11590 |
| Mustafa Ghulam | $ 51.64 | 122-40 135th Ave | | Jamaica | NY | 11432 |
| Mustafa Noor | $ 2,723.03 | 144-25 Roosvelt Ave | | Fresh Meadows | NY | 11365 |
| Mustafizul Islam | $ 76.55 | 138-63 102 Ave | | East Elmhurst | NY | 11369 |
| Mustapha Aitbendawad | $ 189.99 | 9 Charlotte St. | | Floral Pk | NY | 11004 |
| Nadeem  Nadeem | $ 15,243.03 | 135-19 118th St | | Brooklyn | NY | 11210 |
| Nadeem A  Bhanger | $ 19.94 | 107-46 120th Street | | Kew Garden | NY | 11415 |
| Nadeem Shaukat | $ 23.06 | 149-04  Lefferts Blvd. | | S. Ozone Park | NY | 11420 |
| Naiz Khan | $ 26.48 | 2674 E 23rd St | | Mineola | NY | 11501 |
| Naresh Kumar | $ 57.20 | 777 Mace Ave #3e | | Brooklyn | NY | 11204 |
| Narinder Singh | $ 1.16 | 194 10th Street | | Brooklyn | NY | 11228 |
| Narmil  Singh | $ 121.58 | 2612 W 2 St #5h | 7E | Flushing | NY | 11354 |
| Nasim Butt | $ 125.06 | 880 51 20th Ave #5g | | Spring Valley | NY | 10977 |
| Nauman Yousaf | $ 129.80 | 41-02 73 St  Bsmt | | Flushing | NY | 11354 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Naveen Kumar | $ 3,540.44 | 3541 12th Ave | | Carteret | NJ | 07008 |
| Navtej Singh | $ 905.91 | 70-20 136th Street | 2nd Fl | S Ozone Pk | NY | 11420 |
| Navtej Singh | $ 753.49 | 3054 70th St Fl3 | | Carteret | NJ | 07008 |
| Nawab Javed | $ 144.27 | 3448 42nd St #2r | | S Richmond Hill | NY | 11419 |
| Nawaz M Rana | $ 1.51 | 7 Mayfair Rd | | South Ozone Park | NY | 11420 |
| Nazar Choudhary | $ 19.16 | 142-26 58th Road | | Brooklyn | NY | 11235 |
| Nazim Ali | $ 21.85 | 1302 E 14 St  #1a | | Staten Island | NY | 10310 |
| Nazmul Md Hossain | $ 242.82 | 84-24 253 Street | | New Hyde Park | NY | 11040 |
| Nazrul Sm  Islam | $ 74.15 | 11 Msgr Wojtycha Dr | | E Elmhurst | NY | 11370 |
| Nelson Fiallos | $ 156.18 | 1118 14th Street | | Hicksvillee | NY | 11801 |
| Neville Comma | $ 230.76 | 86-35 Queens Blvd | | Oradell | NJ | 07649 |
| Nfn Jambey | $ 972.88 | 86 58  108th Street | | Jamica | NY | 11432 |
| Nian Tai Wu | $ 43.48 | 177 Central Ave | | Brooklyn | NY | 11214 |
| Niaz Ahmed | $ 29,189.92 | 40 Knightsbrdg Rd #1d | | Queens Village | NY | 11427 |
| Nikolaos L  Poulos | $ 2,677.12 | 88-09 32nd Ave #1f | | Woodside | NY | 11377 |
| Nirmal Singh | $ 25.55 | 30 Faucet Street | 1st Flr | Brooklyn | NY | 11218 |
| Nirmal Singh | $ 525.46 | P.O Box 294 | | East Elmhurst | NY | 11370 |
| Nisar A Khan | $ 2,783.11 | | | Flushing | NY | 11367 |
| Nitish Hallon | $ 13.19 | 37 06 65th Street #2d | | Long Island City | NY | 11101 |
| Nitush  S Majumder | $ 8.10 | 20 Gautier Ave 2nd Fl | | North Baldwin | NY | 11510 |
| Nizam Uddin | $ 1.30 | 1629 E 12 St  #1c | | Brooklyn | NY | 11230 |
| Norbert Rosenfeld | $ 10.02 | 130-20 127th Street | | Douglaston | NY | 11362 |
| Nousad Miah | $ 2.76 | 1505 East 95 St | | Hicksville | NY | 11801 |
| Nowzar Momenpour | $ 19,076.22 | 225 Willis Ave # 7g | | Bellerose | NY | 11426 |
| Nyima Choenyi | $ 574.80 | 28-04 44th St | | Richmond Hill | NY | 11418 |
| Okoro Ekhaguere | $ 82.34 | 25-38 43rd St #B2 | Apt D | Hackensack | NJ | 07601 |
| Olluri Lulzim | $ 759.74 | 35 Cypress St | | Great Neck | NY | 11021 |
| Olusegun Olowolabi | $ 97.15 | 3-26 Pickett Place | | East Elmhurst | NY | 11369 |
| Orlando Rivas | $ 344.96 | 7644 269 St | | Woodside | NY | 11377 |
| Osama O Elahwal | $ 1,234.65 | 190 Correja  Ave | | Jersey City | NJ | 07306 |
| Osman Atabey | $ 9.32 | 101 Myers Ave | Apt 6F | Brooklyn | NY | 11208 |
| Oswaldo Hernandez | $ 141.68 | 83-29 241 St. | | Brookly | NY | 11229 |
| Palwinder Singh | $ 42.51 | 2171 Ellenwood Road | | South Ozone Park | NY | 11420 |
| Paramjit Singh | $ 53.01 | 31 - 08 Healy Ave | | Bronx | NY | 10454 |
| Paramjit Singh | $ 16.88 | 65-85 Booth St #2a | | Queens Village | NY | 11427 |
| Pardeep Singh | $ 3,155.89 | 42-43 Ithaca St #2d | | Elmhurst | NY | 11373 |
| Parminder S Jhajj | $ 73.46 | 94-37 212 Street | 35 Cypress St | NY | 07008 |
| Partizan Pllumbaj | $ 15.66 | 14-34 Waters Edge Drive | | Flushing | NY | 11355 |
| Patraj Singh | $ 41.86 | 1733 Myrtle Ave | | Richmond Hill | NY | 11419 |
| Paul Abrahami | $ 216.45 | 363 W 30th St Apt#5a | | Bethpage | NY | 11714 |
| Pemba Bal | $ 32.05 | 1057 Hoe Ave #3g | | Iselin | NJ | 08830 |
| Pengtu Jacky Shi | $ 9.00 | 89-32 218 Street | | Hicksville | NY | 11801 |
| Permesar Rabindra | $ 8,988.44 | 8227 242nd St | | Bellrose | NY | 11426 |
| Pervaiz Mairaj Gordon | $ 34.22 | 9529 115th Street | | Bronx | NY | 10467 |
| Peter  Yam | $ 46.40 | 72-0731 Ave #2nd Fl | | Far Rockway | NY | 11691 |
| Peter Kwok L So | $ 710.04 | 38 Jasmine Lane | | No. Brunswick | NJ | 08902 |
| Peter S Gebraiel | $ 56.92 | 53 Kingston Ave | | Elmhurst | NY | 11373 |
| Pierre Lepal | $ 152.10 | 6703 17 Av | | Woodside | NY | 11377 |
| Preet Singh | $ 16.78 | 4149 Kings Hwy 2c | | Bethlehem | PA | 18018 |
| Preetinder Singh | $ 2,996.60 | 296 Kings Highway Fl 3 | | Queens Village | NY | 11428 |
| Prema Bulathgama | $ 1,935.95 | 30 Elm Ct #1st Fl | | Floral Park | NY | 11001 |
| Prs  Transportation | $ 30,072.70 | 101-55 102 St 2fl | | Flushing | NY | 11367 |
| Pui Sing Yung | $ 47.27 | 6400 Wurzbach Road | | Bronx | NY | 10459 |
| Pushpinder Singh | $ 2,161.58 | 4518 48th Apt 1g | | Queens Village | NY | 11427 |
| Qaisar Khalil | $ 22,477.58 | 30-05 79 St | | Fresh Meadows | NY | 11365 |
| Qamar Umar | $ 11.30 | 203 30th St | | S. Richmond Hill | NY | 11419 |
| Rafael A  Miolan | $ 869.47 | 8  Patrick  St | | Jackson Heights | NY | 11370 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Rafique U Ahmed | $ 25.21 | 130-25 129 St | | S. Richmond Hill | NY | 11419 |
| Raghu Budhai | $ 24,654.90 | 46-06 Bowne St | | Brooklyn | NY | 11204 |
| Rahadur Rahman | $ 53.01 | 93 B Main Street | | Jamaica | NY | 11434 |
| Rajendra Rimal | $ 4.77 | 11 Home Ln | | Brooklyn | NY | 11234 |
| Rajesh Gupta | $ 2.60 | 84-31 252 Street | | Bayonne | NJ | 07002 |
| Rajinder  Singh | $ 32.02 | 55 Underhill Ave | 1st Floor | Jamaica | NY | 11435 |
| Rajinder Singh | $ 3,605.17 | 39-20 Greenpoint Ave #2fl | | Elmont | NY | 11003 |
| Rajinderpal S Khalsa | $ 22.14 | 54 Grant Ave | | Ozone Park | NY | 11416 |
| Rajwinder Nfn | $ 19.18 | 119-16 94th Ave #2fl | Apt 704 | San Antonio | TX | 78240 |
| Rakesh Kumar | $ 4.57 | 119 Shepherd Ave | | Woodside | NY | 11377 |
| Ram Jarnail | $ 8.68 | 133-09 Blossom Ave | | Carteret | NJ | 07008 |
| Ram Kumar Gogna | $ 19.03 | 126-12 103 Ave 2fl | 1 Fl | E Elmhurst | NY | 11370 |
| Ram Tirth | $ 727.83 | 213 Saint Nichols Ave | | Brooklyn | NY | 11232 |
| Ramzaan Jabbar | $ 12,006.16 | 102-15 Martense Ave | | Carteret | NJ | 07008 |
| Rana Bakhtiar | $ 72.12 | 107 Larue Lane | | S Ozone Park | NY | 11420 |
| Ranjit  S. Parhar | $ 11.60 | 23-54 128 St | | Levittown | NY | 11756 |
| Ranjit Hirachan | $ 3,548.37 | 5 Schiller St | | Bellerose | NY | 11426 |
| Ranjit Singh | $ 2,818.27 | 12 Farmhaven Ave | | Broad Brook | CT | 06016 |
| Raphael A Anil | $ 8,013.44 | 148-25 89 Ave 5m | | Hicksville | NY | 11801 |
| Rashid  Ashrafi | $ 28.33 | 10 Mcgarrah Road | | Jersey City | NJ | 07307 |
| Rashidul H Faruque | $ 91.58 | 1649 Grand Ave | | Bellrose | NY | 11427 |
| Raul M, Mayorga | $ 15.98 | 357 Doane Ave | | Queens Village | NY | 11429 |
| Ravinder Soni | $ 2,570.52 | 121 West #2nd St | | Sunnyside | NY | 11104 |
| Ravinderjit S Rupal | $ 32.18 | 34-06 73 St. #2a | | Carteret | NJ | 07008 |
| Rehman A  Arif | $ 38.98 | 933 E 98 Street | | Brooklyn | NY | 11208 |
| Ricardo Rodriguez | $ 257.20 | | | S. Richmonh Hill | NY | 11419 |
| Ricardo Souza | $ 24.76 | 116-32 121st Street | | Brooklyn | NY | 11237 |
| Richard Sammarco | $ 20.02 | 419 Himrod St | 3 Fl | Corona | NY | 11368 |
| Richmond Richard | $ 3,445.53 | 996 N. Flethcer Ave | | East Brunswick | NJ | 08816 |
| Rinzin Lhundup | $ 12.79 | 702 College Point Blvd | | College Point | NY | 11356 |
| Rizwan A  Khokhar | $ 17.06 | 20 Beveridge St | | Jamica | NY | 11432 |
| Rizwan Ahmad | $ 35.10 | 224-17 Horace Harding Exwy | | Edison | NJ | 08820 |
| Rodnel Plantin | $ 197.26 | 2630 Ocean Ave | | Jamaica | NY | 11435 |
| Rodney Mondestin | $ 28.57 | 34 Bramhall Rd | | Monroe | NY | 10950 |
| Rodney Mondestin | $ 11.40 | 796 Liberty Ave | | Baldwin | NY | 11510 |
| Roger A Thomas | $ 23.00 | 33-34  77th Street #1h | | Staten Island | NY | 10308 |
| Roland Todhri | $ 17.17 | 130-12 14 Ave | | Jackson Hts, | NY | 11372 |
| Ronmel R. Chevalier | $ 53.31 | 104 S 3rd St | | Brooklyn | NY | 11235 |
| Saeed  A. Malik | $ 346.86 | 2274 William Ct | | Brooklyn | NY | 11237 |
| Saghir Khan | $ 1,538.62 | 158-11 75 Ave | | College Point | NY | 11356 |
| Sahab Virk | $ 10.50 | 31-09 81st | | Glendale | NY | 11385 |
| Sahil Manav | $ 1,114.06 | 197-11 90 Ave | | Oakland Gardens | NY | 11364 |
| Sajid Hameed | $ 153.73 | 76-30 269 Street | | Union | NJ | 07083 |
| Salah Chaudhry | $ 5,134.74 | 14817 133rd Ave | | Brooklyn | NY | 11215 |
| Saleem Mohammad | $ 23,203.46 | 138-63 102 Ave | | Bellerose | NY | 11426 |
| Saleh Muhammad | $ 42.05 | 295 St. James Ave | #1 | College Point | NY | 11356 |
| Salim Siddiqui | $ 4,090.89 | 19 Sloan Dr S. | | Brooklyn | NY | 11218 |
| Salvador Huezo | $ 91.60 | 83-21 251 Street | | Brooklyn | NY | 11234 |
| Samuel A  Debrah | $ 48.38 | 42 Heitz Pl | | Staten Island | NY | 10314 |
| Sandeep Bahl | $ 17,825.90 | 147-15 Northern Blvd #1 | | Sayreville | NJ | 08872 |
| Sandeep Singh | $ 352.47 | 16 Arbor Ln | | Yorktown Heights | NY | 10598 |
| Sanjiv Kumar | $ 5.88 | 87-20 30th Ave | | Elmont | NY | 11003 |
| Sanjiv Kumar Chahal | $ 176.58 | 4232 College Point Blvd. | | Flushing | NY | 11366 |
| Saqib Hussain | $ 0.47 | 37 South Montague St | | Queens Village | NY | 11427 |
| Sarabmittar Singh | $ 0.85 | 16 Amara Lane | | East Elmhurst | NY | 11370 |
| Sarbjit  Singh | $ 4,501.86 | 340 Fordham Pl | | Newark | NJ | 07103 |
| Sarjinder Singh | $ 0.07 | 150-16 87th Ave Fl 1 | 1st Floor | Jamaica | NY | 11436 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Sarvinder Singh | $ 741.72 | 104-32 134th St | | Flushing | NY | 11355 |
| Sast Global Group, Inc | $ 23.62 | 59-73 61 St. | | Jamaica | NY | 11435 |
| Satbir P Singh Multani | $ 151.60 | 1734 Front St. | | Woodbridge | NJ | 07095 |
| Satvinder  Singh | $ 604.13 | 1436 E 100th St | | Valley Stream | NY | 11580 |
| Saurabh  Basi | $ 7,722.77 | 656 Chestnut St | | Hicksville | NY | 11801 |
| Segundo M Munoz | $ 4,946.16 | 3888 Fawn Ct | | Valley Stream | NY | 11580 |
| Seong Young Lee | $ 3,577.58 | 1500 Washington Street #6i | | S Richmond Hill | NY | 11419 |
| Sergio Grahm | $ 47.77 | 76-16 Pitken Ave #2 | | West Ampton | NJ | 08060 |
| Seyran, A Adilov | $ 8.72 | 59 Towers Lane | | Bronx | NY | 10469 |
| Shafi Yousuf | $ 1,788.37 | 136-04 Cherry Ave | | Hempstead | NY | 11550 |
| Shahid  Mahmud | $ 475.18 | 150-47 75th Rd  Apt #2h | | Jamaica | NY | 11431 |
| Shahid Bismil | $ 12.66 | 3 Salem Road | | Richmond Hill | NY | 11419 |
| Shahid R Raja | $ 3,361.24 | 20 Metropolitan Oval#6f | Fl 2 | Whitestone | NY | 11357 |
| Shahid Shamraz | $ 18.08 | 191 Jefferson Ave | | Brooklyn | NY | 11236 |
| Shahid Ullah | $ 4,658.75 | 35-47 10th Street | | Long Island City | NY | 11106 |
| Shahsawar Khan | $ 67.71 | 1723 Fochase Road | | New York | NY | 10040 |
| Shahzad Butt | $ 764.38 | 127 09 97 Ave | | Brooklyn | NY | 11230 |
| Shahzad K Ansari | $ 43.93 | 14309 Barclay Ave 3d | | Washington Twp | NJ | 07676 |
| Shahzad Manzoor | $ 127.18 | 91-26 215 Place | | Hasbrouck | NJ | 07604 |
| Shaifur Rahman | $ 18.61 | 47 George Town Lane | | Brooklyn | NY | 11230 |
| Shaik A Hassan | $ 5.68 | 306  W 94st  #324 | | Elmhurst | NY | 11373 |
| Shaikh Yaqub | $ 2,338.30 | 87 Shepherd Lane | | Shrub Oak | NY | 10588 |
| Sharder M Rahman | $ 65.44 | 10428 114th St #2fl | | Hoboken | NJ | 07030 |
| Shariful Hossain, Md | $ 4.46 | 31-68 34th St #4h | | Brooklyn | NY | 11218 |
| Sharjeel  Rahat | $ 255.96 | 2 Bay Club Dr. | | Staten Island | NY | 10314 |
| Sharnagat Singh | $ 1,360.52 | 189 E Houston St | | Flushing | NY | 11355 |
| Shawon H Mredol | $ 189.08 | 7775 Langdale St | | Flushing | NY | 11367 |
| Shehla Mariem | $ 862.57 | 742-68 St #2r | | Saint Albans | NY | 11412 |
| Shehzada,M  Aslam | $ 78.78 | 1930 U S Highway 15 North | | Rego Park | NY | 11374 |
| Sheikh , Ali Zaib | $ 68.03 | 8804 Littleneck Pkwy | 2A | Brooklyn | NY | 11216 |
| Sheikh Arif | $ 11.12 | 146-37 Hawthorn Ave | | Astoria | NY | 11106 |
| Shekh M Habib | $ 169.02 | 95-Ball Park Lane | | Philadelphia | PA | 19152 |
| Sherjeel Aziz | $ 257.36 | 6902b 186th Lane #2c | | Flushing | NY | 11355 |
| Shirajj Merchant | $ 6,664.15 | 12 Chestnut St B108 | | Queens Village | NY | 11428 |
| Shivkumar G Godhwani | $ 7,523.25 | 212-29 Hillside Ave #2fw | | Brooklyn | NY | 11234 |
| Shuaib Mohammad | $ 807.96 | 9 Sumutka Ct | | S Richmond Hill | NY | 11419 |
| Shukjeet Singh | $ 694.34 | 354 Elvin St | | Elmhurst | NY | 11373 |
| Shun Lin | $ 4,041.95 | 87-34 123 St | | Astoria | NY | 11106 |
| Shu-Yuen Ng | $ 141.04 | 107-41 78 St | 18W | Bayside | NY | 11360 |
| Simon Shin Ho Yoo | $ 1,640.74 | 111 Bergen St #1fl | | Jamica | NY | 11432 |
| Sin  Yi Cheung | $ 31.94 | 56 Bay 7th  St. Fl1 | | Laurel | MS | 39440 |
| Skm Mobinul Haque | $ 1.90 | 48 Robin Lane | | Hicksville | NY | 11801 |
| Sohail Ahmad | $ 2.74 | 133-50 122 Place | | Carlstadt | NJ | 07072 |
| Sohrab Ali | $ 11,857.14 | 117-53 122 St | | Suffern | NY | 10901 |
| Sowaran Singh | $ 1,117.50 | 129-14 101 St | | Queens Village | LC | 11427 |
| Stana Florica | $ 216.27 | 100-32 205 Th Street | | Brooklyn | NY | 11222 |
| Steve W,Y Wang | $ 241.75 | 52 Marion Street | | Hicksville | NY | 11801 |
| Subeg,S Virk | $ 2,943.08 | 1352 Merrick Ave | | Carteret | NJ | 07008 |
| Sukdev Singh | $ 649.74 | 130-18 131 Ave 2fl | | Staten Island | NY | 10314 |
| Sukhdev, S Minhas | $ 62.77 | 97-24 124 St | | Woodside | NY | 11377 |
| Sukhjinder  Singh | $ 55.48 | 7 Barter Lane | | Elmont | NY | 11003 |
| Sukhjinder Singh | $ 3,538.08 | 40 West Elm Steet | | Harrison | NJ | 07029 |
| Sukhjit P Saini | $ 9,015.06 | 94-42 121st 2flr | | Valley Stream | NY | 11580 |
| Sukhpal S. Nat | $ 62.44 | 14 Kara Court | | Flushing | NY | 11355 |
| Sukhvinder Singh | $ 4,832.71 | 32-25 152 Street | | Plainview | NY | 11803 |
| Sukhwinder  Singh | $ 1,387.86 | 248 Washington Ave | | South Richmond Hill | NY | 11419 |
| Suleiman A Minty | $ 57.20 | 226 Overmount Ave #B | | S Richmond Hill | NY | 11419 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Sultan Ahmed | $ 76.44 | | | Hollis | NY | 11423 |
| Sultan Mohammad | $ 520.72 | 72 Shoreview Dr. Apt#1 | | Carteret | NJ | 07008 |
| Surinder Singh | $ 739.62 | 84-71 257 St | | N Merrick | NY | 11566 |
| Surinder Singh | $ 980.20 | 11 Fairfax Street | | S Ozone Pk | NY | 11420 |
| Surinderjit Singh | $ 19.71 | 32-30 70 St #5m | | Jamica | NY | 11438 |
| Surjit Minhas | $ 2.48 | | | Richmond Hill | NY | 11419 |
| Syed Ilmas Maharaj | $ 0.89 | 67-30 161 St #3e | | Bay Shore | NY | 11706 |
| Syed M Ahmed | $ 66.22 | 801 72 St # D4 | | S Richmond Hill | NY | 11419 |
| Sylvia Baksh | $ 94.66 | 9524 113th St #3 Fl | | Richmond Hill | NY | 11419 |
| Tae J Kim | $ 6,912.11 | 65 Oak Street | | West Patterson | NJ | 07424 |
| Tahir Bashir | $ 20.48 | 318 Parkville Ave | | Yonkers | NY | 10710 |
| Tahir Masood | $ 25.56 | 25-53 72nd St | | Floral Park | NY | 11001 |
| Tahir Zaman | $ 1,397.79 | 62-60 99st #415 | | E. Elmhurst | NY | 11370 |
| Tajinder  P Singh | $ 2.04 | 856 E 15 Street #1b | 3 Fl | Richmondhill | NY | 11419 |
| Talat  T Chaudhary | $ 3,956.71 | 201 Ocean Pkwy #4h | Apt 27 | Fort Lee | NJ | 07024 |
| Tara S. Gill | $ 35.04 | 1-44 28th St | | Brooklyn | NY | 11214 |
| Tariq Karim | $ 34.67 | 9577 112 Street | | Brooklyn | NY | 11230 |
| Tariq Khan | $ 797.75 | 93-17 112 Street | | So Ozone Park | NY | 11420 |
| Tariq Mehmood | $ 3.47 | 82-11 Country Pointe Cir | | South Richmond Hill | NY | 11419 |
| Taslim Uddin | $ 1,618.50 | | | Carteret | NJ | 07008 |
| Tayyab Ali | $ 387.34 | 115 W 172 St #1c | | Brooklyn | NY | 11230 |
| Tejinder  S. Batra | $ 196.82 | 114/64 Taipei Ct #2c | | East Elmhurst | LC | 11370 |
| Tejinder Singh | $ 20,706.65 | 11 Vincent Rd | 1 Fl Bk | Brooklyn | NY | 11218 |
| Tejinder Singh | $ 17.57 | 1646 Roswell Road | | Rego Park | NY | 11374 |
| Tejpal  Singh | $ 485.44 | 9233 170th St | | Brooklyn | NY | 11230 |
| Tejveer Singh | $ 148.15 | 148-12 89th Av | | Jersey City | NJ | 07306 |
| Tenzin Jurme | $ 171.16 | 83-43 241st Street | | Absecon | NJ | 08201 |
| Test Test | $ 4,490.45 | 84-15 149 Ave | | Brooklyn | NY | 11218 |
| Test Test | $ 33.88 | 133-02 116 St | | East Meadow | NY | 11554 |
| Tokhi Ahmad Shah | $ 1,082.86 | 43-19 39 Place #25 | | S Richmond Hill | NY | 11419 |
| Uchae Im | $ 2.70 | 100 Daniel St. | | Queens Village | NY | 11427 |
| Uddin Shamim | $ 13.52 | 58 Highview Drive | | Glendale | LC | 11385 |
| Umdat P Khemraj | $ 9.15 | 854 Morris Ave | | Flushing | NY | 11355 |
| Upinder S Multani | $ 5.73 | 850 Amsterdam Ave | | Bronx | NY | 10452 |
| Usman Qazi | $ 19.62 | 76 N Broadway 2003 | | College Point | NY | 11356 |
| Varinder Kumar | $ 123.45 | 257-17 86th Ave | | Hicksville | NY | 11801 |
| Vasco, R Macas | $ 7.82 | 103-16 130th St | | Maritta | GA | 30062 |
| Venod Kumar | $ 520.84 | | 1Fl | Jamaica | NY | 11435 |
| Victor J. Urena | $ 5,190.31 | 440 Liberty Street #15 | | South Ozone Park | NY | 11420 |
| Victor Vallejos | $ 10.34 | 231 74th St 2nd Fl | | Brooklyn | NY | 11228 |
| Vijay Gokhale | $ 268.84 | 142-15 Franklin Ave | | Queens Village | NY | 11428 |
| Vikas Kalia | $ 2.08 | 229 Dahill Road | | Glen Oaks | NY | 11004 |
| Vinaykumar Parikh | $ 24.83 | 10 Jeanette St | | Cartret | NJ | 07008 |
| Viqar Hameed | $ 41.90 | 1800 Austin Parkway | | Flushing | NY | 11354 |
| Vladimir Manenok | $ 17.42 | 25 Jones Street #25 | | New York | NY | 10025 |
| Wah Hung Chau | $ 5.51 | 111-04  95th Ave | | Floral Pk | NY | 11001 |
| Wahdat Chaudhary | $ 102.25 | 13517 118th St | | Richmond Hill | NY | 11418 |
| Wai-Koon Man | $ 5,842.81 | 95-22 110 St | | Parlin | NJ | 08859 |
| Wang  Soo Lee | $ 2,072.15 | 57-19 136th St #1fl | | Oakland Garden | NY | 11364 |
| Wang Qiang | $ 316.43 | 46 Kenwood Terrace | | Valley Stream | NY | 11580 |
| Waqar Noor | $ 123.96 | 21422 46th Rd | | Little Ferry | NJ | 07643 |
| Waseem Zafar | $ 1,162.20 | 871 Val Park Ave | #3E | Flushing | NY | 11355 |
| Wazir Ali | $ 104.52 | 78 Leigh Dr | | Brooklyn | NJ | 11222 |
| Wazir Mohamed | $ 2,376.85 | 775 N. Broad Street #104b | | Cartaret | NJ | 07008 |
| Wei  Xiong Wu | $ 56.93 | 6 Ashburton Place | | Commack | NY | 11725 |
| Wei Lin | $ 41.06 | 590 Flatbush Ave #10p | | Staten Island | NY | 10306 |
| Wei Xing Yang | $ 0.92 | 503 Villa Ave | | Woodmere | NY | 11598 |

**SCHEDULE F - RIDER 2**

| Driver Name | BALANCE | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Wen H. Zheng | $ 13.68 | 1507 Egmont Place | | Jersey City | NJ | 07306 |
| William Bhatti | $ 12,810.96 | 264 Aspen Knolls Way | | Richmond Hill | NY | 11419 |
| William Inlaw | $ 109.76 | 42-68 Saull St | | Flushing | NY | 11355 |
| William Potter | $ 13,430.81 | 142-25 Roosevelt Ave #3fl | | Hamilton | NJ | 08610 |
| Wilson,R Cordova | $ 1,229.51 | 1974 Ellis Ave | | Bayside | NY | 11361 |
| Winston Tennant | $ 28,539.68 | 2802 Parsons Blvd | | Flushing | NY | 11354 |
| Witold Duda | $ 66.85 | 90-19 Pitkin Ave | | Valley Stream | NY | 11580 |
| Won  Kang | $ 24.71 | 381 Rockaway Pkwy #2 | | East Haven | CT | 06512 |
| Xavier Zurita | $ 143.91 | 101-54 112th Street | | Philadelphia | PA | 19111 |
| Xiao Xin Zhang | $ 33.86 | 25 Maple Street | | Elizabeth | NJ | 07208 |
| Xing Fan Zhang | $ 281.96 | 1834 71 St  1st Fl | | Yonkers | NY | 10701 |
| Yakou Tverskoy | $ 58.96 | 6216 Tabor Ave | | Farrockaway | NY | 11691 |
| Yan Jin | $ 5,737.20 | 160 Orchard St Apt5 | | Whitehouse Station | NJ | 08889 |
| Yaqoob Khan | $ 2,052.87 | 2121 Shore Pkwy 5m | | Maywood | NJ | 07607 |
| Yasir Mahmood | $ 1,274.77 | 87-01 Ridge Blvd. | | Corona | NY | 11368 |
| Yazdi Moeeni,M,B | $ 14.49 | 57 Clinton Pl | | Secauces | NJ | 07094 |
| Yi Di Chen | $ 1,570.82 | 38 Lorijean Ln | | Flushing | NY | 11354 |
| Ying Wai Yuen | $ 491.64 | 984 E 15th St Apt 2b | | Bronx | NY | 10472 |
| Yiyun Sheng | $ 61.57 | 8 West 23street | | Far Rockaway | NY | 11691 |
| Yohana  Naveed | $ 22.23 | 1499  E 10th St | | Flushing | NY | 11354 |
| Yong Hua Lin | $ 876.00 | 79 John Street | | Ozone Park | NY | 11417 |
| Yong Ying Wu | $ 512.23 | 109 Balsam Lane | | Valley Stream | NY | 11580 |
| Youcef Saou | $ 737.77 | 70 Lakeview St | | Richmond Hill | NY | 11419 |
| Young Dai   Shin | $ 22.92 | 354 Mcguiness Blvd | | Greenvale | NY | 11548 |
| Young Dung Tashi | $ 27.12 | 580 E17th Street #3j | | Brooklyn | NY | 11204 |
| Yuet Wing Leung | $ 96.75 | 2145 Saw Mill River Rd | 2G | Flushing | NY | 11354 |
| Yun Zhu Li | $ 40.39 | 225-12 109 Ave | | Brooklyn | NY | 11228 |
| Z Khodjimurodov | $ 317.71 | | 1045 Apt 4A | Edison | NJ | 08837 |
| Zafar Iqbal | $ 685.60 | 10-15 College Point 4f | | Philadelphia | PA | 19111 |
| Zaheer Hussain | $ 124.30 | 39 Bowery St | | New York | NY | 10002 |
| Zahid  Sadiq | $ 32.07 | 72-17 244th St. 1fl. | | Brooklyn | NY | 11214 |
| Zahid Ali Sheikh | $ 14,332.02 | 863 51st | Apt D7 | Brooklyn | NY | 11209 |
| Zahid M Sunder | $ 6,012.67 | 8670 Francis Lws A67 | | New York | NY | 10003 |
| Zahid Saleem | $ 142.54 | 419 61 St | | Rutherford | NJ | 07073 |
| Zain Chaudhary | $ 46.86 | 24-11 Parsons Blvd | | East Northport | NY | 11731 |
| Zareen A Afsar | $ 215.34 | 31-41  Linden Place | | Brooklyn | NY | 11230 |
| Zhenfeng Cui | $ 178.89 | 214 E 163rd St | Apt #1R | Brooklyn | NY | 11230 |
| Zhen-Qiang Wang | $ 5,251.37 | 118 Flower Rd | | Carteret | NJ | 07008 |
| Zhi Wei He | $ 67.62 | 54 Prospect Ave | | Levittown | NY | 11756 |
| Zhi Xiang He | $ 3,571.44 | 70 LAKEVIEW ST | | River Edge | NJ | 07661 |
| Zhuo  Yong  De | $ 163.58 | 354 MCGUINESS BLVD | | Brooklyn | NY | 11222 |
| ZHUO   YONG  DE | $ 7,950.55 | 8670 FRANCIS LWS A67 | | Queens Village | NY | 11427 |
| Zi H `Lei | $ 2.28 | 2145 SAW MILL RIVER RD | Apt A | Yorktown Heights | NY | 10598 |
| ZI H `LEI | $ 2,750.04 | 1754 79TH ST | | Brooklyn | NY | 11214 |
| Zi, Fen Pan | $ 6,237.81 | 225-12 109 AVE | | Queens Village | NY | 11419 |
| ZI, FEN PAN | $ 20,648.56 | 24-11 PARSONS BLVD | | Whitestone | NY | 11357 |
| ZI, YI WANG | $ 112.02 | 31-41  LINDEN PLACE | | Flushing | NY | 11354 |
| Zia Ahad | $ 2,418.11 | 10-15 COLLEGE POINT 4F | | Flushing | NY | 11356 |
| Zoila Y Williams | $ 1,190.98 | 39 BOWERY ST | | New York | NY | 10002 |
| ZOILA  Y WILLIAMS | $ 630.89 | 214 E 163RD ST | | Bronx | NY | 10451 |
| Zulfokar Ahmad | $ 5,576.02 | 72-17 244TH ST. 1FL. | | Douglaston | NY | 11362 |
| ZULFOKAR AHMAD | $ 1,585.25 | 118 FLOWER RD | | Valley Stream | NY | 11581 |
| Zumba Felix | $ 27.83 | 863 51ST | 1Fl | Brooklyn | NY | 11220 |
| | **$ 1,534,813.82** | | | | | |

**Fill in this information to identify the case:**

Debtor name    **Elite Limousine Plus, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **23-43088**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **Office Lease - 3272 Gale Avenue, Long Island City NY 11101** | |
| State the term remaining — **December 31, 2027** | **Gale Avenue LLC** |
| List the contract number of any government contract | **3272 Gale Ave.** |
| | **Long Island City, NY 11101** |

**Fill in this information to identify the case:**

Debtor name  **Elite Limousine Plus, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **23-43088**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chaudhary, Shafquat** | **11 Soundview Dr.** <br> **Bayville, NY 11709** | **Rosenthal & Rosenthal In** | ■ D  **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Dispatch Support Svcs LLC** | **3272 Gale Ave.** <br> **Long Island City, NY 11101** | **Rosenthal & Rosenthal In** | ■ D  **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Elite R.E. Corp.** | **3601 37th Ave.** <br> **Long Island City, NY 11101** | **Rosenthal & Rosenthal In** | ■ D  **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Gale Avenue LLC** | **3272 Gale Ave.** <br> **Long Island City, NY 11101** | **Rosenthal & Rosenthal In** | ■ D  **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Soundbit Dam Inc.** | **3272 Gale Ave.** <br> **Long Island City, NY 11101** | **Rosenthal & Rosenthal In** | ■ D  **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Elite Limousine Plus, Inc.**                                    Case number *(if known)*    **23-43088**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Soundview R.E., LLC**  **3272 Gale Ave. Long Island City, NY 11101** | **Rosenthal & Rosenthal In** | ■ D   **2.10**  ☐ E/F _____  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Elite Limousine Plus, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     **23-43088**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$16,395,749.65** |
    | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$24,161,493.00** |
    | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$16,166,200.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    | --- | --- | --- | --- |

Debtor    **Elite Limousine Plus, Inc.**                    Case number *(if known)*  **23-43088**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Aetna Inc.**<br>**PO Box 67103**<br>**Harrisburg, PA 17106-7103** | | **$53,313.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2.  **All City Limousine**<br>**411 Alta Loma Dr.**<br>**South San Francisco, CA 94080** | | **$84,120.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.3.  **Alliance Limousine Inc.**<br>**14553 Delano St.**<br>**Suite 210**<br>**Van Nuys, CA 91411** | | **$90,843.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.4.  **Altman & Company LLC**<br>**258 Main Street, Suite 205**<br>**Milford, MA 01757** | | **$42,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Turnaround professional services** |
| 3.5.  **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | | **$62,445.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.6.  **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | | **$271,752.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.7.  **Apex Limo SD**<br>**9737 Yellowstone Pl.**<br>**Santee, CA 92071** | | **$8,213.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |

| Debtor | **Elite Limousine Plus, Inc.** | Case number *(if known)* **23-43088** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Astoria Motors** 3272 Gale Ave. Long Island City, NY 11101 | | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Included in section 4 total.** |
| 3.9. **BankDirect Capital Fin.** Two Conway Park 150 North Field Dr. Suite 190 Lake Forest, IL 60045 | | $15,920.64 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Broadview Networks** PO Box 9242 Uniondale, NY 11555-9242 | | $8,127.08 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.11. **Cardworks** 101 Crossways Park West Woodbury, NY 11797 | | $52,449.10 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.12. **Chabe Limo Service** 91-99 Ave Jules Quentin Nanterre, F-92000 FRANCE | | $21,901.01 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.13. **Chaudhary, Quratulann** 200 E 89th St. Apt. 20C New York, NY 10128 | | $9,946.32 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Payroll. Included in section 4 total.** |
| 3.14. **Chaudhary, Shafquat** 11 Soundview Dr. Bayville, NY 11709 | | $53,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Included in total section 4 all payments within one year to insiders.** |

Debtor   **Elite Limousine Plus, Inc.**                                    Case number *(if known)*  **23-43088**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15. | **Citi Lease LLC**<br>**3242 Gale Ave.**<br>**Long Island City, NY 11101** | | $16,745.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Included in section 4 total.** |
| 3.16. | **Con Edison** | | $10,137.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. | **Constellation Energy Services**<br>**PO Box 4640**<br>**Carol Stream, IL 60197-4640** | | $7,885.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. | **DCAS Asset Management**<br>**1 Centre Street**<br>**New York, NY 10007** | | $12,430.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **City of New York, Dept of Administrative Services License Agreement - Parking Lot** |
| 3.19. | **Elite Cars UK**<br>**17 Epsom Close**<br>**Camberley GU15 4LT**<br>**United Kingdom** | | $61,075.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.20. | **Elite R.E. Corp.**<br>**3601 37th Ave.**<br>**Long Island City, NY 11101** | | $36,431.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Included in section 4 total.** |
| 3.21. | **Epstein, Robert**<br>**c/o Olshan Frome Wolosky**<br>**New York, NY 10019-6026** | | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Litigations settlement.** |

| Debtor | **Elite Limousine Plus, Inc.** | Case number (if known) | **23-43088** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.22. **Executive Las Vegas**<br>3950 W. Tompkins Avenue<br>Las Vegas, NV 89103 | | $17,540.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.23. **Expert Technologies, Inc.**<br>122 Jefferson Ave.<br>Saint James, NY 11780 | | $22,464.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **IT Services** |
| 3.24. **Fairmont Insurance**<br>1600 80th Street<br>Brooklyn, NY 11204 | | $23,481.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Umbrella Liability** |
| 3.25. **Flex Facts**<br>1200 River Ave.<br>Suite 10E<br>Lakewood, NJ 08701 | | $10,596.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.26. **Gale Avenue LLC**<br>3272 Gale Ave<br>Long Island City, NY 11101 | | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.27. **Global Alliance**<br>467 Evans Ave.<br>Etobicoke, ON M8W 2T7<br>CANADA | | $10,010.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.28. **GSL Limousines Corp.** | | $16,583.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor   **Elite Limousine Plus, Inc.**                    Case number *(if known)*   **23-43088**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.29. **Internal Revenue Service** | | **$163,519.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.30. **J B Transportation**<br>**1236 Rankin Dr**<br>**Troy, MI** | | **$11,302.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.31. **LaMonica Herbst &**<br>**Maniscalco, LLP**<br>**3305 Jerusalem Ave Ste 201**<br>**Wantagh, NY 11793** | | **$75,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other___ |
| 3.32. **NY Black Car Injury Comp. Fund**<br>**2833 Jackson Ave.**<br>**Long Island City, NY 11101-2920** | | **$28,340.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.33. **NYS Department of Finance** | | **$226,363.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.34. **Onyx Limousine & Shu**<br>**2669 Delk Rd.**<br>**Suite F**<br>**Marietta, GA 30067** | | **$51,838.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.35. **Pouya Transport**<br>**3418 W Las Gatos Drive**<br>**Phoenix, AZ 85027** | | **$9,462.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

| Debtor | **Elite Limousine Plus, Inc.** | Case number *(if known)* | **23-43088** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.36. | **Prager Metis CPAs**<br>**Attn: Stephanie Gigliotti**<br>**510 Haight Street, Suite**<br>**Poughkeepsie, NY 12603** | | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Accounting Services** |
| 3.37. | **Principal Insurance**<br>**711 High Street**<br>**Des Moines, IA 50392** | | $17,449.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.38. | **Publicsoft Corporation**<br>**228 Bagatelle Rd.**<br>**Melville, NY 11747** | | $9,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **IT Services** |
| 3.39. | **Rawal Construction**<br>**3601 37th Ave**<br>**Long Island City, NY 11101** | | $18,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Maintenance services** |
| 3.40. | **Bank United**<br>**960 6th Ave.**<br>**New York, NY 10001** | | $15,712.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Service charge** |
| 3.41. | **Sam's Limo**<br>**575 Long Acre Lane**<br>**Morrisville, PA 19067** | | $21,413.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.42. | **Skyline Limo Service**<br>**7406 Alban Station Ct**<br>**Springfield, VA 22150** | | $31,795.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |

| Debtor | **Elite Limousine Plus, Inc.** | | Case number *(if known)* **23-43088** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.43. | **Smith Limousine**<br>**2233 Vantage St.**<br>**Dallas, TX 75207** | | **$8,575.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.44. | **Soundview Technologies**<br>**3601 37th Ave**<br>**Long Island City, NY 11101** | | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Included in section 4 total.** |
| 3.45. | **Tata Limo Service**<br>**10041 NW 35th Street**<br>**Cooper City, FL 33024** | | **$42,812.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.46. | **TBIT Inc.**<br>**75-46 113 St., Apt. 2A**<br>**Forest Hills, NY 11375** | | **$13,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.47. | **The Universal Limo**<br>**5726 N Hermitage Ave.**<br>**Chicago, IL 60660** | | **$47,867.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| 3.48. | **Toor, Mujahid** | | **$7,919.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Employee expense reimbursement** |

Debtor    Elite Limousine Plus, Inc.                                    Case number *(if known)*  **23-43088**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.49**<br>**TSU Global**<br>**11-35 31st Drive**<br>**Astoria, NY 11106** | | **$7,897.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payments for out of state services provided to Debtor's customers.** |
| **3.50**<br>**Tuch & Cohen LLP**<br>**1025 Old Country Road**<br>**Suite 411**<br>**Westbury, NY 11590** | | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services** |
| **3.51**<br>**Valley National Bank**<br>**PO Box 952**<br>**Wayne, NJ 07474-0952** | | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |
| **3.52**<br>**Vega Transportation**<br>**83-03 24th Ave., 2nd Fl.**<br>**East Elmhurst, NY 11370** | | **$8,225.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| **3.53**<br>**Verizon**<br>**PO Box 489**<br>**Long Island City, NY 11101-2523** | | **$34,670.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| **3.54**<br>**Voya Financial**<br>**230 Park Ave**<br>**New York, NY 10169-1502** | | **$23,922.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **401k Plan Manager - payments made were employee contributions to 401k** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Debtor | **Elite Limousine Plus, Inc.** | | Case number *(if known)* | **23-43088** |
|---|---|---|---|---|

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Astoria Motors**<br>**3272 Gale Ave.**<br>**Long Island City, NY 11101**<br>**Affiliate** | | **$22,358.29** | **Amex cost allocation and driver radio payment.** |
| 4.2. | **Chaudhary, Anjum**<br>**255 McKee Street**<br>**Floral Park, NY 11001**<br>**Relative of President** | | **$138,662.00** | **Driver payment** |
| 4.3. | **Chaudhary, Farhat**<br>**80-06 30th Ave.**<br>**East Elmhurst, NY 11370**<br>**Relative of President** | | **$92,270.39** | **Driver payments** |
| 4.4. | **Chaudhary, Quratulann**<br>**200 E 89th St.**<br>**Apt. 20C**<br>**New York, NY 10128**<br>**Daughter of Debtor's President** | | **$47,554.23** | **Pay** |
| 4.5. | **Chaudhary, Salah**<br><br>**Nephew of the President Shafquat Chaudhary** | | **$251,437.04** | **Driver payment, payroll, expense reimbursement** |
| 4.6. | **Chaudhary, Shafquat**<br>**11 Soundview Drive**<br>**Bayville, NY 11709**<br>**President & Majority Shareholder** | | **$372,000.00** | **Bi-Weekly Salary, Guarantee fee, loan interest** |
| 4.7. | **Chaudhary, Zain**<br><br>**Nephew of President Shafquat Chaudhary** | | **$223,654.03** | **Driver payment, payroll, expense reimbursement** |
| 4.8. | **Citi Lease LLC**<br>**3272 Gale Avenue**<br>**Long Island City, NY 11101**<br>**Affiliate** | | **$88,335.07** | **Payment for vehicles leases deducted from driver compensation; paid on behalf of drivers.** |
| 4.9. | **Elite Coach Inc.**<br>**3272 Gale Ave**<br>**Long Island City, NY 11101**<br>**Affilate** | | **$23,201.47** | **Affiliate provides coach bus services for Debtor's customers, payment for services rendered.** |
| 4.10· | **Elite R.E. Corp.**<br>**3601 37th Ave.**<br>**Long Island City, NY 11101**<br>**Affiliate** | | **$183,351.90** | **Loan repayment and for Rawal building mgmt.** |
| 4.11· | **Soundview Technologies**<br>**3601 37th Ave**<br>**Long Island City, NY 11101**<br>**Affiliate** | | **$31,648.78** | **Loan repay and Amex cost allocation.** |
| 4.12· | **Soundview DAM**<br>**3272 Gale Ave.**<br>**Long Island City, NY 11101**<br>**Affiliate** | | **$132,940.29** | |

5.  **Repossessions, foreclosures, and returns**

| Debtor | **Elite Limousine Plus, Inc.** | Case number *(if known)* | **23-43088** |
|---|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Shahid Buttar et al. v. Elite Limousine Plus, Inc. et al.**<br>**651088/2019** | **Class Action Breach of Contract - Franchise Agreements** | **NY Supreme Court - NY County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Quadient Leasing USA, Inc. f/k/a Neopost USA Inc.  v. Elite Limousine Plus, Inc.**<br>**515619/2023** | **Breach of contract** | **Supreme Court, Kings County**<br>**360 Adams St.**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **New York State Department of Taxation and  Finance v. Elite Limousine Plus, Inc.**<br>**CMS No.: 000353997** | **Sales and use tax** | **Bureau of Conciliation and Mediation Svc**<br>**15 MetroTech Center - 2nd Floor**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Mahbub Hossain v. Elite Limousine Plus, Inc.**<br>**CV-001592-23/QU** | **Breach of contract** | **Civil Court, Queens County**<br>**89-17 Sutphin Blvd.**<br>**Jamaica, NY 11435** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Jorge S. Maldonado v. Elite Limousine Plus, Inc.**<br>**SC-000488-22/QU** | **Breach of contract; Notice of Discontinuance** | **Civil Court, Small Claims, Queens County**<br>**89-17 Sutphin Blvd.**<br>**Jamaica, NY 11435** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Robert Epstein v. Elite Limousine Plus, Inc.**<br>**654059/2021** | **Breach of contract** | **Supreme Court, New York County**<br>**60 Centre St.**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Elite Limousine Plus, Inc.**                                    Case number *(if known)*   **23-43088**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **Young Onwukwe v. Rajinder Singh and Elite Limousine Plus, Inc.**<br>**23671/2016E** | **Personal injury** | **Supreme Court, Bronx County**<br>**851 Grand Concourse**<br>**Bronx, NY 10451** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Vincent Wang v. Elite Limousine Plus, Inc.**<br>**TS-350038-20/QU** | **Breach of contract** | **Civil Court, Queens County**<br>**89-17 Sutphin Blvd**<br>**Jamaica, NY 11435** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Debtor | **Elite Limousine Plus, Inc.** | | Case number *(if known)* | **23-43088** |

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LaMonica Herbst & Maniscalco, LLP 3305 Jerusalem Ave Ste 201 Wantagh, NY 11793** | | | **$52,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Tuch & Cohen LLP 1025 Old Country Road, Suite 411 Westbury, NY 11590** | | | **Unknown** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Altman & Company LLC 258 Main Street, Suite 205 Milford, MA 01757** | | | **Unknown** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Elite Limousine Plus, Inc.**                                    Case number *(if known)*   **23-43088**

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses, emails, phone numbers**
**Collected in the ordinary course of business**
Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　☐ No Go to Part 10.
　　■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Elite Limousine Plus Inc 401K** | EIN:  **71-0294708** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Elite Limousine Plus, Inc.**                                    Case number *(if known)*  **23-43088**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of Hope**<br>**16W 32nd Street**<br>**New York, NY 10001** | **XXXX-3301** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/24/2023** | **$90.00** |
| 18.2. | **Bank of Hope**<br>**16W 32nd Street**<br>**New York, NY 10001** | **XXXX-3302** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/24/2023** | **$0.76** |
| 18.3. | **Bank of Hope**<br>**16W 32nd Street**<br>**New York, NY 10001** | **XXXX-3303** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/24/2023** | **$0.00** |
| 18.4. | **Bank of Hope**<br>**16W 32nd Street**<br>**New York, NY 10001** | **XXXX-3304** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/18/2023** | **$320.94** |
| 18.5. | **HAB Bank**<br>**99 Madison Avenue**<br>**New York, NY 10016** | **XXXX-6247** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/30/2022** | **$54.59** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor    **Elite Limousine Plus, Inc.** _____    Case number *(if known)*  **23-43088** _____

not list leased or rented property.

■ None

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.  **Dispatch Support Services LLC** | **Corporate and Personal Transportation** | EIN:  **81-3242027**<br><br>From-To  **7/11/2016 to Present** |
| 25.2.  **Asterride Acquisition Corp.** | **Corporate & Personal Transportation** | EIN:  **84-3722702**<br><br>From-To  **10/31/2019 to Present** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | **Elite Limousine Plus, Inc.** | Case number *(if known)* **23-43088** |
|---|---|---|

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Prager Metis CPAs (Accountants)**<br>**Attn: Stephanie Gigliotti**<br>**510 Haight Street, Suite 201**<br>**Poughkeepsie, NY 12603** | **12/23/2022 to**<br>**Present** |
| 26a.2. | **Khawar Shamshad (Employee)** | |
| 26a.3. | **Muhammad Waqas (Employee)** | |
| 26a.4. | **Muhammad Akram Hanif (Employee)** | |
| 26a.5. | **Andrew Batiuk (Employee)** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Prager Metis CPAs (Accountants)**<br>**510 Haight Avenue, Suite 201**<br>**Poughkeepsie, NY 12603** | |
| 26c.2. | **Khawar Shamshad (Employee)** | |
| 26c.3. | **Andrew Batiuk (Employee)** | |
| 26c.4. | **Muhammad Akram Hanif (Employee)** | |
| 26c.5. | **Muhammad Waqas (Employee)** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Rosenthal & Rosenthal Inc.**<br>**1370 Broadway**<br>**New York, NY 10018** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | Elite Limousine Plus, Inc. | Case number (if known) | 23-43088 |

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chaudhary, Shafquat | 11 Soundview Drive Bayville, NY 11709 | President | 92.50 % |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chaudhary, Mussarat | 11 Soundview Drive Bayville, NY 11709 | Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mian, Siddique | 709 Amelia Island Ct. Ashton, MD 20861 | | 4.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| El Daye, Andrew | 6341 N 44th St. Paradise Valley, AZ 85253 | | 3% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Epstein, Bella (Late) | 408 Oak Knoll Dr Manalapan, NJ 07726-3868 | | |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Chaudhary, Shafquat 11 Soundview Drive Bayville, NY 11709 | $103,480. See Section 4. | | |
| | Relationship to debtor President & Majority Shareholder | | | |

Debtor  **Elite Limousine Plus, Inc.**                                      Case number *(if known)*  **23-43088**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 **Chaudhary, Shafquat**<br>· **11 Soundview Drive**<br>**Bayville, NY 11709** | **$284,100 - See section 4.** | | |
| **Relationship to debtor**<br>**President & Majority**<br>**Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 25, 2023**

**/s/ Shafquat Chaudhary**                                    **Shafquat Chaudhary**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes