```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In Re:                                                   :
                                                         :   Case No. 23-43088-jmm
Elite Limousine Plus, Inc.,                              :
                                                         :   Chapter 11
                                                         :
                               Debtor.                   :
-------------------------------------------------------- x
```

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of *Elite Limousine Plus, Inc.*:

1. Haroon Rashid
   1964 Holland Brook Road West,
   Branchburg NJ 08876
   Tel. (646) 327-3083

2. Stefan Berniecsky
   103-25 68th Ave. Apt 4D,
   Forest Hills, NY 11375
   Tel. (917) 886-1888

3. Mohammed F. Islam
   40-14 60th St., 2nd Floor
   Woodside, NY 11877
   Tel: (718) 200-7607

4.    Abdul Halim
       243 Forbell St
       Brooklyn, NY 11208
       Tel: (917) 355-1943

Dated:   New York, New York
          January 30, 2024

                                       WILLIAM K. HARRINGTON
                                       UNITED STATES TRUSTEE, REGION 2

                                       By:   /s/ Jeremy Sussman
                                               Jeremy Sussman
                                               Trial Attorney
                                             Office of the United States Trustee
                                             One Bowling Green, Room 510
                                             New York, New York 10004
                                             (212) 206.2580