**Presentment Date: August 21, 2024 at 10 a.m.**
**Objection Deadline: August 14, 2024 at 9:30 a.m.**

**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.
Dawn R. Sudama, Esq.

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re                                                                 :
                                                                          :          Chapter 11
**ELITE LIMOUSINE PLUS, INC.,** *et al.*          :
                                                                          :          Case No.: 23-43088 (JMM)
                                                                          :          Jointly Administered
                                            Debtors.[1]        :
------------------------------------------------------------X

## NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE**, that the Official Committee of Unsecured Creditors of Elite

Limousine Plus, Inc., *et al.*, under Federal Rule of Bankruptcy Procedure 2004 and upon the

accompanying application ("**Application**"), will present the proposed order annexed to the

Application as **Exhibit A** ("**Proposed Order**") to the Honorable Jil Mazer-Marino at the United

States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New

York 11201 on **August 21, 2024 at 10 a.m.**, unless a party in interests objects or requests a hearing.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in

the Application, must be made in writing, must conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of this Court, and must be served upon the undersigned, and filed

with the Clerk of the Court, with a courtesy copy delivered to the Chambers of the Honorable Jil

---

[1]    The Debtors are Elite Limousine Plus, Inc. (23-43088) and Dispatch Support Services LLC (23-43089).

Mazer-Marino, so as to be actually received by no later than **August 14, 2024 at 9:30 a.m.** Unless

objections are received by that time, the Proposed Order may be signed.

Dated:   New York, New York          **MORRISON COHEN LLP**
         July 26, 2024               *Counsel for the Official Committee of*
                                     *Unsecured Creditors*

By: */s/ David J. Kozlowski*
      Joseph T. Moldovan
      David J. Kozlowski
      Dawn R. Sudama
      909 Third Avenue
      New York, New York 10022
      (212) 735-8600
      jmoldovan@morrisoncohen.com
      dkozlowski@morrisoncohen.com
      dsudama@morrisoncohen.com

**Presentment Date: August 21, 2024 at 10 a.m.**
**Objection Deadline: August 14, 2024 at 9:30 a.m.**

**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.
Dawn R. Sudama, Esq.

*Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re                                                                 :
                                                                          :          Chapter 11
**ELITE LIMOUSINE PLUS, INC.,** *et al.*           :
                                                                          :          Case No.: 23-43088 (JMM)
                                                                          :          Jointly Administered
                                                       Debtors.[1]    :
------------------------------------------------------------X

# APPLICATION PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

The Official Committee of Unsecured Creditors ("**Committee**") of Elite Limousine Plus,

Inc., et al. ("**Debtors**"), by its counsel, Morrison Cohen LLP, submits this application

("**Application**") under Federal Rule of Bankruptcy Procedure 2004 ("**Bankruptcy Rule 2004**"),

for an order of this Court  in substantially the form of the order annexed hereto as **Exhibit A**

("**Proposed Order**"), compelling Shafquat Chaudhary ("**Mr. Chaudhary**") to: (i) produce certain

documents and information contained in the document requests ("**Document Requests**") annexed

hereto as **Exhibit B** ("**Documents**"); and (ii) to appear at the offices of Morrison Cohen LLP, 909

Third Avenue, New York, NY 10022, for examination under oath ("**Deposition**"); and respectfully

represents:

---

[1]    The Debtors are Elite Limousine Plus, Inc. (23-43088) and Dispatch Support Services LLC (23-43089).

## PRELIMINARY STATEMENT

1.      On January 30, 2024, the Committee was appointed into this case, which had been commenced five months earlier. Based on the Committee's initial analysis and observations of the case, it was stalled and appeared to be operating solely for the benefit of the secured lender and the Debtors' principal. In the five-month period prior to the Committee's appointment, the Debtors had performed no post-petition investigation into the causes for the filing or made any effort to determine where possible assets were located or if any assets could be recovered for the benefit of the estate and its creditors. The sole focus seemed to be on maintaining the use of cash collateral and financing. To date all financing orders have been on an interim basis.

2.      It was not until the appointment of the Committee that investigations began. The Committee demanded and the Debtors agreed to voluntarily participate in the Committee's discovery, largely to avoid the costs associated with formal discovery under Bankruptcy Rule 2004. To that end, the Debtors produced their principal, Mr. Chaudhary, for a deposition as the Debtors' representative on March 13, 2024 ("**March Deposition**"). This deposition raised many questions as to, among other things, the transfers of money and other value to various non-Debtor entities with no agreements, documentation, or observance of corporate formalities. The Committee also requested that Mr. Chaudhary voluntarily produce documents and sit for a deposition in his personal capacity. Mr. Chaudhary agreed. Unfortunately, despite repeated requests, that deposition never took place and Mr. Chaudhary never produced any documents.

3.      The Committee was mindful of the costs of formal discovery and sought to obtain consensual production, but its patience and good faith willingness to accommodate Mr. Chaudhary has been terribly misused by Mr. Chaudhary. Enough is enough.

4.      The Committee now is forced to seek entry of an order compelling Mr. Chaudhary to produce the Documents and appear for a Deposition. Granting the requested relief will provide the Committee the tools needed to fulfill its duty by conducting an investigation to the nature and extent of estate assets, where estate assets were transferred to, why such assets were transferred, and whether those assets are recoverable for the benefit of the estates. Accordingly, and for the reasons stated herein, the Committee requests an order of this Court compelling Mr. Chaudhary in his personal capacity and as representative of various non-Debtor entities to provide documents and testimony.

## **BACKGROUND**

5.      On August 29, 2023 ("**Petition Date**"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code ("**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of New York ("**Court**"). The Committee was appointed on January 30, 2024, more than 5 months after the cases were filed.

6.      Upon its appointment the Committee engaged in conversations with parties-in-interest and reviewed materials filed in the months before its appointment, transcripts and productions from the state court class action case pending against, *inter alia*, one of the Debtors and Mr. Chaudhary ("**State Court Case**"), and documents provided by the Debtors. The Committee also conducted the March Deposition—a voluntary deposition of Mr. Chaudhary on March 13, 2024, solely in his capacity as the Debtors' representative. Attached hereto as **Exhibit C** is a copy of the March Deposition transcript.

7.      At the March Deposition, it was revealed that under Mr. Chaudhary's stewardship, prepetition, the Debtors failed to observe corporate formalities, with Mr. Chaudhary using the Debtors and their assets for his personal benefit and the benefit of other insiders, as well as for

entities owned or controlled by Mr. Chaudhary. The Debtors essentially served as alter egos or instrumentalities of Mr. Chaudhary. Examples of such behavior include, but are not limited to:

- **Commingling of Funds**: Mr. Chaudhary acknowledged that tens of millions of the Debtors' funds were transferred to related affiliate entities and were not repaid[2] and that at least some of these affiliate entities have assets and are profitable; and

- **Depletion of Driver Savings Plan**: Mr. Chaudhary stated that $4 million in funds belonging to the drivers and held by Debtor Elite in a long-term savings plan for the drivers, was used by Mr. Chaudhary for affiliate businesses based on Mr. Chaudhary's unsupported allegation that the drivers agreed to "loan" the money without documenting such loan;[3]

- **Repayment of Driver Savings Plan**: Mr. Chaudhary stated without providing any evidence, that $3 million of the "loan" was repaid and that all he or the Debtors owe is $1 million;[4]

- **Loan and Rent Payments**: Mr. Chaudhary acknowledged that the Debtors used and paid rent for offices owned by an entity owned or controlled by Mr. Chaudhary. It is unclear if any lease was made at arms'-length, or whether rental amounts are at, below, or above market. Additionally, Mr. Chaudhry used money from the Debtors for office repairs, but again it is unclear if this was a loan, whether it was repaid, and whether the entity owes the Debtors;[5]

- **Use of Entities as Alter Egos**: Mr. Chaudhary acknowledged, among other things, that various entities utilized the Debtors employees;[6] Mr. Chaudhary's Debtor Elite email address and personal cell phone number was used to conduct

---

[2]     Mar. Dep. 64:5–65:6 (describing how money goes back and forth between the Debtors and affiliate entities, but is not always recorded); *see e.g.*, Mar. Dep. 60:16–63:22 (stating Astoria Motors took a loan from the Debtors, but it was never recorded).

[3]     Mar. Dep. 259:23–259:22; *see generally* 234:6–247:11. The Committee has repeatedly requested evidence of the $4 million loan and been provided with nothing. Additionally, the Committee has queried counsel for the drivers who advise that no such loan was ever authorized or documented.

[4]     Mar. Dep. 238:17–239:25 (discussing Mr. Chaudhary's repayment of the savings plan "loan").

[5]     Mar. Dep. 134:21–138:10 (discussing that the Debtors offices are owned by Mr. Chaudhary, and that no analysis was performed to determine a fair rent amount).

[6]     Mar. Dep. 80:13–80:22 (stating entity Citilease did not have its own employees and utilized the Debtors employees); *id.* at 93:8–93:14 (same as to entity Lincoln Leasing); *id.* at 101:2–101:8 (same as to entity Soundview DAM); *id.* at 113:6–113:11 (same as to entity Soundview DAM); *id.* at 121:2–121:10 (same as to entity Elite Coach); *id.* at 131:18–131:22 (same as to entity Elite RE); *id.* at 179:23–180:6 (same as to entity Royal Dispatch); and *id.* at 190:25–192:3 (same as to entity DSS).

business for multiple non-Debtor entities;[7] and multiple non-Debtor entities used the Debtors' office without compensating the Debtors;[8] and

- The testimony from the March Deposition raised many questions about other entities which Mr. Chaudhary owns or controls, several of which appear to have assets, including (but not limited to) multiple companies or trusts.[9]

8.      In March 2024, the Committee's counsel learned that Mr. Chaudhary retained personal counsel. Consistent with prior representations that Mr. Chaudhary would engage in voluntary discovery, the Committee requested that Mr. Chaudhary sit for a deposition ("**Second Deposition**") and provide documents in his personal capacity. The Second Deposition was tentatively set for March 27, 2024. This was adjourned when the Committee objected to the Final DIP and request that the cases be converted because it concluded that there was no valid reorganization purpose was served by permitting these cases to remain in Chapter 11.

9.      In April, the Committee requested the Second Deposition be rescheduled. The Committee's counsel was told that Mr. Chaudhary was working on document production and would reschedule the Second Deposition. In late April, the Committee followed-up and requested dates for the Second Deposition. Simultaneously, the Debtors' counsel advised that they were working with Mr. Chaudhary's counsel to consensually produce requested documents from the related non-Debtor entities.

---

[7]     Mar. Dep. 78:23–80:12 (stating entity Citilease did not have its own phone number or email address to conduct business and thus used Debtor Elite's phone number and address); *id.* at 93:2–93:7 (same as to entity Lincoln Leasing); *id.* at 100:11–100:25 (same as to entity Soundview DAM); *id.* at 112:4–113:5 (same as to entity Soundview RE); and *id.* at 132:7–132:17 (same as to entity Elite RE);

[8]     *Id.* at 68:16–69:11 (stating Astoria Motors shares space with the Debtors, but does not compensate the Debtors for its use of the space); *id.* at 78:10–78:22 (same as to entity Citilease); *id.* at 92:16–92:25 (same as to entity Lincoln Leasing); *id.* at 111:12–112:3 (same as to entity Soundview RE); *id.* at 130:19–131:9 (same as to entity Elite RE); *id.* at 138:20–138:22 (same as to entity Elite Real Estate and Elite RE); and *id.* at 148:14–149:2 (same as to entity Gale Avenue).

[9]     *Supra* notes 2–8; *e.g.*, Mar. Dep. 176:2–176:17 (stating Mr. Chaudhry's family trust owes forty (40) percent of Soundview Africa).

10.     In May, the Debtors' counsel and Mr. Chaudhary's counsel discussed providing evidence of financial wherewithal of related non-Debtor entities to avoid protracted and costly Bankruptcy Rule 2004 production and examinations. The Committee agreed to further defer the Second Deposition provided documents were produced on a rolling basis as promised. Despite multiple conversations about what documents the Committee sought, on May 9, 2024, Mr. Chaudhary requested a comprehensive list of documents sought by the Committee, and on May 13, 2024, advised that Mr. Chaudhary was gathering documents. The Committee provided comprehensive document requests to Mr. Chaudhary's and the Debtors' respective counsel on May 22, 2024.[10]

11.     Mr. Chaudhary's delays continued into June, when Committee counsel discussed the document requests with Mr. Chaudhary's counsel to "triage" the most important documents that could obviate the need for immediate responses to other demands. On Friday, June 14, 2024, the Committee was advised that Mr. Chaudhary would begin producing documents on Monday or Tuesday. The following Wednesday, June 19, 2024, still having received nothing from Mr. Chaudhary despite him knowing of and purportedly gathering responsive documents for months, Committee counsel requested documents begin being provided on a rolling basis by June 24, 2024. Once more, on June 20, 2024, the Committee was advised that the documents would be forthcoming the next week. Mr. Chaudhary also noted for the first time that many documents sought were objectionable. After further conversation, Mr. Chaudhary's counsel told Committee counsel to file this Application. Mr. Chaudhary has no credibility with the Committee and is clearly improperly delaying and stalling the Committee's investigation.[11]

---

[10]    The requests are the same as those in the Document Requests attached as Exhibit B, although the order in which the requests appear has been slightly revised.

[11]    Members of the Committee involved in the State Court Case have confirmed that Mr. Chaudhary was similarly uncooperative in that proceeding.

## **RELIEF REQUESTED HEREIN**

12.     The Committee seeks the entry of an order of this Court under Bankruptcy Rule 2004, substantially in the form of the Proposed Order, compelling Mr. Chaudhary to produce the Documents and appear for a Deposition.

## **APPLICABLE LAW**

13.     Bankruptcy Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Fed. R. Bankr. P. 2004(a). Discovery under Bankruptcy Rule 2004 includes, *inter alia*, both examinations and requests for production of documents. Fed. R. Bankr. P. 2004(c).

14.     Bankruptcy Rule 2004 has been called the "basic discovery device used [in] bankruptcy cases." *In re French*, 145 B.R. 991, 992 (Bankr. D.S.D. 1992). The purpose of Bankruptcy Rule 2004 is to permit a broad investigation into the financial affairs of the debtors to assure the proper administration of bankruptcy estates. *In re Symington*, 209 B.R. 678, 683 (Bankr. D. Md. 1997) (citations omitted). A goal of the investigation is to discover assets and expose any fraudulent conduct. *In re Recoton Corp.*, 307 B.R. 751, 755 (Bankr. S.D.N.Y. 2004); *In re Symington*, 209 B.R. at 683; *In re Valley Forge Plaza Assocs.*, 109 B.R. 669, 674 (E.D. Pa. 1990).

15.     It is well-settled that Bankruptcy Rule 2004 is meant to provide broad power to investigate any matter that may "permit a party in interest to quickly ascertain the extent and location of the estate's assets." *See In re Fearn*, 96 B.R. 135, 137–38 (S.D. Ohio 1989), *citing In re Good Hope Refineries, Inc.*, 9 B.R. 421, 423 (Bankr. D. Mass. 1981). Indeed, Bankruptcy Rule 2004 is commonly recognized as authorizing a fishing expedition. *In re Fearn*, 96 B.R. at 137–38, *citing In re Vantage Petroleum Corp.*, 34 B.R. 650, 651 (Bankr. E.D.N.Y. 1983) (stating that "the

scope of examination permitted under Rule 2004 is wider than that allowed under the Federal Rules of Civil Procedure and can legitimately be in the nature of a 'fishing expedition'").

16.     Bankruptcy Rule 2004(b) provides that the scope of the examination "may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Fed. R. Bankr. P. 2004(b). In addition, "the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefor, and any other matter relevant to the case or to the formulation of a plan." *Id.*

17.     There are two critical differences between discovery under Bankruptcy Rule 2004 and discovery under the Federal Rules of Civil Procedure. First, Bankruptcy Rule 2004 discovery is an investigatory tool in that it is undertaken pre-litigation, that is, before the filing of a lawsuit or motion. In contrast, discovery under the Federal Rules of Civil Procedure is pretrial, that is, after the filing of a complaint. As such, a motion under Bankruptcy Rule 2004 need not be tied to specific factual allegations at issue between parties to a complaint or contested matter. *See In re Symington*, 209 B.R. at 683. Further, Bankruptcy Rule 2004 discovery is subject to fewer objections on grounds of relevance than discovery issued in connection with a contested matter or adversary proceeding. *See id.*

18.     Second, the scope of a Bankruptcy Rule 2004 examination is much broader than discovery under the Federal Rules of Civil Procedure. *In re Ecam Publ'ns Inc.*, 131 B.R. 556, 559 (Bankr. S.D.N.Y. 1991) (noting that the scope of Bankruptcy Rule 2004 questioning was extremely broad); *In re Drexel Burnham Lambert Group, Inc.*, 123 B.R. 702, 711 (Bankr. S.D.N.Y.

1991) (same); *In re Corso*, 328 B.R. 375, 383 (Bankr. E.D.N.Y. 2005) (same). Indeed, courts have recognized that the scope of Bankruptcy Rule 2004 examinations is broad, unfettered, and can legitimately be in the nature of a "fishing expedition." *In re Countrywide Home Loans, Inc.*, 384 B.R. 373, 400 (Bankr. W.D. Pa. 2008); *In re Lev*, Case Nos. 05–35847, 06–2945, 2008 WL 207523, at *3 (Bankr. D.N.J. Jan. 23, 2008) (unpublished); *In re Bakalis*, 199 B.R. 443, 447 (Bankr. E.D.N.Y. 1996); and *In re Valley Forge Plaza Assocs.*, 109 B.R. at 674.

19.    The Documents and testimony sought by the Committee are for the purpose of investigating (i) the Debtors' and its principal's acts, conduct, and property, (ii) the liabilities and financial condition of the Debtors, (iii) matters, including but not limited to the Debtors' transactions and agreements with other entities, which may affect the administration of the Debtors' estates, and (iv) the Debtors' ability to formulate a chapter 11 plan. There exist questions which must be answered in the context of an examination under oath, as provided under Bankruptcy Rule 2004, in order to render an informed and accurate determination as to these matters.

20.    Since its appointment, the Committee and its professionals have attempted to gather information and conduct an investigation into, *inter alia*, the Debtors and their principal to fulfill the Committee's duties to its constituency, notwithstanding that there is no clear path to fund such work. The Committee alone is performing this task. The Debtors have not engaged in any investigatory work.

21.    Because the Committee's March Deposition of Mr. Chaudhary was only in his capacity as representative of the Debtors, a deposition of Mr. Chaudhary in his personal capacity and as representative of the many related or affiliated entities he owns or controls, is warranted to determine why—as Mr. Chaudhary has admitted—assets were removed from the Debtors' estates

without compensation, where those assets went, and whether they may be recoverable for the benefit of creditors.

22.     Although a "fishing expedition" is appropriate, the Committee's Document Requests are not a fishing expedition. The Document Requests are reasonable and targeted demands given that Mr. Chaudhry has admitted to, *inter alia*: (i) commingling funds of the Debtors with his own funds and the funds of other entities he owns or controls; (ii) depleting the driver savings plan; (iii) leasing property to the Debtors without any considering the market value, and thereby funneling funds of the Debtors to a non-Debtor entity he owns or controls; and (iv) using entities he owns or controls as alter egos of Debtor Elite and himself. Notably, among the assets Mr. Chaudhary admitted to using for his direct or indirect benefit was millions from the driver savings plan.

23.     Additionally, Mr. Chaudhary acknowledged the existence of a family trust, which upon information and belief, Mr. Chaudhary controls directly or indirectly, and which has transacted with the Debtors. The Committee needs to explore if any of the Debtors' funds or other assets were transferred to the trust, and if so, whether the transfers were appropriate or avoidable. This is especially relevant given the disregard for corporate formalities that Mr. Chaudhary acknowledged for various transactions between the Debtors and other entities.

24.     The Documents and Deposition will reveal information relating to matters that materially affect the Debtors' financial condition and estates. This information will enable the Committee to satisfy its mandate to investigate the Debtors and their business operations to uncover recoverable value. The information sought clearly relates to the financial condition of the Debtors and affects the administration of the Debtors' estates and their ability to propose a confirmable plan.

25.     Accordingly, the Committee respectfully submits that it has demonstrated significant cause for the Documents and Deposition contemplated herein, and requests that the Court enter the Proposed Order.

## PROPOSED PROCEDURE

26.     The Committee requests an order from this Court compelling Mr. Chaudhary to immediately produce all Documents sought in Exhibit B within ten (10) days of the entry of the Proposed Order.

27.     The Committee further requests that Mr. Chaudhary be compelled to appear at the offices of Committee counsel thirty (30) days after all Documents are produced or the Court rules on any objections to production, whichever is later.

## NOTICE

28.     Notice of this Application has been given to: (i) counsel to the Debtors; (ii) counsel to Mr. Chaudhary; (iii) the Office of the United States Trustee for the Eastern District of New York; and (iv) all other persons that have filed notices of appearance in these proceedings.

## NO PRIOR RELIEF

29.     No previous application for the relief sought herein has been made to this or any other court.

## RESERVATION OF RIGHTS

30.     The Committee reserves and preserves the right to amend or supplement this Application, and to ask the Court for permission to seek additional information from Mr. Chaudhary and others who may have relevant documents and information in their possession.

## CONCLUSION

**WHEREFORE**, the Committee respectfully requests that the Court grant the Application, enter an order substantially in the form annexed hereto, and grant such other and further relief as the Court deems just and proper.

Dated:    New York, New York
        July 26, 2024

**MORRISON COHEN LLP**
*Counsel for the Official Committee of Unsecured Creditors*

By: */s/ David J. Kozlowski*
    Joseph T. Moldovan
    David J. Kozlowski
    Dawn R. Sudama
    909 Third Avenue
    New York, New York 10022
    (212) 735-8600
    jmoldovan@morrisoncohen.com
    dkozlowski@morrisoncohen.com
    dsudama@morrisoncohen.com

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re                                                    :
                                                         :          Chapter 11
**ELITE LIMOUSINE PLUS, INC., et al.**                   :
                                                         :          Case No.: 23-43088 (JMM)
                                                         :          Jointly Administered
                               Debtors.[1]               :
-----------------------------------------------------------------X

## ORDER UNDER
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon consideration of the "**Application**" of the Official Committee of Unsecured Creditors ("**Committee**") of Elite Limousine Plus, Inc., *et al.* ("**Debtors**"), by its counsel, Morrison Cohen LLP, as and for its Application under Rule 2004 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), and it appearing that no further notice of the Application is required or necessary, and objections, if any, to the Application having been overruled, settled, or withdrawn, and after due deliberation, and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is GRANTED in all respects; and it is further

**ORDERED**, that Shafquat Chaudhary is hereby directed to produce on a rolling basis, but in no event later than ten (10) days of entry of this Order, the documents requested in the document request, attached as **Exhibit B** to the Application ("**Document Requests**"), for examination at the offices of Morrison Cohen LLP, 909 Third Avenue, New York, New York, 10022, Attn: David J. Kozlowski, Esq. & Dawn Sudama, Esq., dkozlowski@morrisoncohen.com & dsudama@morrisoncohen.com; and it is further

---

[1]    The Debtors are Elite Limousine Plus, Inc. (23-43088) and Dispatch Support Services LLC (23-43089).

**ORDERED**, that Shafquat Chaudhary is hereby directed to ensure that all documents and other information, including without limitation in any electronic format, requested in the Application or otherwise relevant to the Debtors, their acts, conduct, assets, liabilities, financial condition, and these chapter 11 cases are properly maintained, are available for inspection, and are not destroyed; and it is further

**ORDERED**, that the Committee is authorized and empowered to undertake the examination of Shafquat Chaudhary about the matters for examination set forth in the Document Requests; and it is further

**ORDERED**, that Shafquat Chaudhary is hereby directed to appear for an in-person examination at the offices of Morrison Cohen LLP, 909 Third Avenue, New York, New York, 10022 at a mutually convenient date no later than thirty (30) days after all Documents are produced or the Court rules on any objections to production, whichever is later, and answer questions under oath regarding any matter permitted under Bankruptcy Rule 2004, including the Documents requested in the Document Request and the subject matters referred to therein and in the Application; and it is further

**ORDERED**, that, as provided by Bankruptcy Rule 7062, this Order shall be effective and enforceable immediately upon entry; and it is further

**ORDERED**, that service of a copy of this Order by email, hand, or overnight delivery upon counsel to Shafquat Chaudhary shall be deemed due and sufficient service and the Committee need not serve any subpoena or other process in order to effectuate this Order; and it is further

**ORDERED**, that this Order is without prejudice to the Committee's right to file a further application under Bankruptcy Rule 2004 seeking additional documents and testimony if warranted under the circumstances.

## Exhibit B

**Document Request / Documents**

## **REQUEST FOR DOCUMENT PRODUCTION**

Pursuant to order of the United States Bankruptcy Court for the Southern District of New York granting the application of the Official Committee of Unsecured Creditors ("**Committee**") of Elite Limousine Plus, Inc., *et al.* ("**Debtors**"), by its counsel, Morrison Cohen LLP ("**Morrison Cohen**"), as and for its Application pursuant to Rule 2004 of the Federal Rule of Bankruptcy Procedure, Shafquat Chaudhary, in his individual capacity and on behalf of various Entities (defined below), is to produce documents responsive to the Committee's requests ("**Document Requests**") to Morrison Cohen.

## **Definitions**

Pursuant to Rule 7026–1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York ("**Local Rules**"), the uniform definitions and rules of construction set forth in Rule 26.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York are incorporated fully herein. Furthermore, any other definition from the Federal or local rules shall apply.

For the purposes of these Document Requests and the Instructions, the following Definitions shall apply:

1.  "**and**" as well as "**or**" means either disjunctively or conjunctively as is necessary to bring within the scope of these Document Requests all documents which might otherwise be construed to be outside their scope. The singular includes the plural, and the plural includes the singular. Unless otherwise specified, all items include the past, present, and future.

2.  "**any**" means one or more and is construed to mean "any and all" where the effect of such construction is to broaden the scope of the Documents Requests.

3.  "**Communication**" means any disclosure, transfer, or exchange of information or opinion, however made.

4.  "**Concerning**" means evidencing, supporting, reflecting, discussing, mentioning, constituting, referring to, relating to, or bearing upon in any manner whatsoever.

5.  "**Control**" means to manage, own equity in, be a member of, have decision making capabilities for, or receive an income, including a dividend, from.

6.  "**Debtors**" means Elite and DSS.

7.  "**Document**" as used herein has the broadest meaning permitted under the Federal Rules of Civil Procedure and all other applicable rules. It means any written, recorded, or graphic material of any kind, whether prepared by you or by any other person, that is in your possession, custody, or control. It includes agreements, books, charts, computer files, contracts, correspondence, drawings, emails, graphs, invoices, letters, maps, memoranda, notes, papers, photographs, records, recording discs, recording elements, recording tapes, reports, studies, text messages, USBs (universal serial buses), and the like. It also includes electronically stored data from which information can be obtained either directly or by translation through detection devices or readers; any such document is to be produced in a

reasonably legible and usable form. The term "document" also includes all drafts of a document and all copies that differ in any respect from the original, including any notation, underlining, marking, or information not on the original. The term also includes information stored in, or accessible through, computer or other information retrieval systems (including any computer archives, back-up systems, or drives), together with instructions and all other materials necessary to use or interpret such data compilations.

8.   "**DSS**" means Dispatch Support Services LLC.

9.   "**Elite**" means Elite Limousine Plus Inc., together with any affiliates, subsidiaries, and assigns.

10.  "**Elite RE**" means Elite RE Corp., together with any affiliates, subsidiaries, and assigns.

11.  "**Email**" or "**computer file**" means any information that has been prepared, retained, or stored, using magnetic, optical, read-only memory, or electronic means, in or on (a) active computer disks or tapes; (b) backup or archival disks or tapes; (c) hard disks; (d) floppy disks; (e) personal computers connected to a local area network, but which still maintain their own working files on internal hard disks; (f) notebook, personal computers, or any type of portable memory device used to store digitized information; (g) removable hard disks, or other memory storage devices such as memory sticks or telephones with memory, (h) electronic mail and any memory device which stores electronic mail; or (i) all directories and all subdirectories and metadata. This definition includes deleted information that can be "undeleted" or recovered in any manner or for any reason, including because the information was prepared, retained, or stored in more than one location, as described above.

12.  "**Entity**" or "**Entities**" means any company, corporation, limited liability company, partnership, sole proprietorship, or trust which Mr. Chaudhary Controls, including, but not limited to, (a) Alliance Limousine, (b) Asterride, (c) Asterride Acquisition, (d) Astoria Motors LLC, (e) Citilease LLC, (f) DSS, (g) Elite, (h) Elite Auto Spa, (i) Elite Coach, (j) Elite RE Corp., (k) Elite Spectrum I, Inc., (l) Gale Avenue LLC, (m) Gale Avenue Realty LLC, (n) Global Satellite Entertainment, (o) Greek Elite, (p) Limonet, (q) Lincoln Leasing, (r) Metro Auto Tech Inc., (s) National Broadcasting Group Inc., (t) New York Limousine Inc., (u) Soundbit Dam, Inc., and (v) each of the Soundview Entities.

13.  "**Include**" is construed to mean "including, but not limited to," where the effect of such construction is to broaden the scope of the Documents Requests.

14.  "**Information**" means Communications, Documents, and Emails/computer files.

15.  "**Insider**" means any (a) relative of Mr. Chaudhary; (b) general partner of Mr. Chaudhary; (c) relative of a general partner of Mr. Chaudhary; and (d) corporation of which Mr. Chaudhary's relative is a director, officer, equity owner, or person in control. For the purposes of this definition, Insider is limited to individuals and does not include any Entity.

16.  "**Long-Term Savings Plan**" the plan, also called the "Drivers' Savings Fund," by which money belonging to drivers for Elite was held by Elite—or any other Entity—on behalf of

the drivers. For purposes of these Document Requests, "Long-Term Savings Plan" includes any similar program.

17. "**Mr. Chaudhary**" means Shafquat Chaudhary in his personal capacity, on behalf of an Entity, or both as appropriate.

18. "**Outside Entities**" means (a) FCS, (b) Odyssey Limousine, (c) Odyssey Global Transportation; (d) Rawal Construction, and (e) Royal Dispatch.

19. "**Petition Date**" means August 29, 2023.

20. "**Properties**" means any real property which Mr. Chaudhary owns or controls (whether through an Entity or otherwise), including, but not limited to, (a) 36-01 37th Avenue, Long Island City, NY 11101; (b) 23-10 44th Drive, Long Island City, NY 11101; and (c) 3272 Gale Avenue, Long Island City, NY 11101.

21. "**FCS**" means First Corporate Sedans.

22. "**R&R**" means Rosenthal & Rosenthal Inc.

23. "**Royal Dispatch**" means Royal Dispatch Services, Inc.

24. "**Soundview Entities**" means Soundview Broadcasting LLC, Soundview DAM LLC, Soundview RE LLC, Soundview South Africa LLC, and Soundview Technologies LLC.

25. "**Transfer**" means any conveyance of a right, interest, advantage, benefit, or profit, or any forbearance, detriment, prejudice, inconvenience, disadvantage, loss, responsibility, act, or service given, suffered, or undertaken for the benefit of an another, including without limitation, any payments or conveyances of cash, checks, automated clearing house transfers, wire transfers, notes, debentures, security interests, mortgages, liens, or other property.

26. "**you**" or "**your**" means and refers to the person or entity responding to any particular Document Request and any of its current or former affiliates, subsidiaries, parent corporations, predecessors, and successors, and all their current or former directors, officers, employees, agents, attorneys, advisors, and representatives.

*Instructions follow on the next page.*

## Instructions

1.  **Review and Inclusion.** In responding to each Document Request, you are to review and search all relevant files of the appropriate person or entity and answer each Document Request. All Document Requests are deemed to include requests for any transmittal sheets, cover letters, enclosures, or any other annexes or attachments any Information being provided.

2.  **Production Period.** Unless otherwise stated, each Document Request calls for production of Information from the period starting six (6) years before the Petition Date through present.

3.  **Withholding Information.** If any responsive Information is withheld from production for any reason, furnish a list specifying, for each type of Information: (a) the reason for which it is being withheld; (b) its character (letter, memorandum, etc.); (c) the name, position, and business affiliation of its author or authors; (d) the name, position, and business affiliation of each recipient of the document or a copy thereof; (e) the date on which it was written; (f) its general subject matter; (g) the specific request to which it is responsive; and (h) its present custodian. If the Information is withheld based on a claim of privilege, also identify the nature of the privilege.

4.  **Deleted or Destroyed Information.** If any Information that relates to a request has been deleted or destroyed, please provide the following: (a) the place, date (or approximate date), and manner of recording or otherwise preparing of the Information; (b) the name and title of sender, and the name and title of the recipient of the Information; (c) a summary of the contents of the Information; (d) the identity of each person or persons (other than stenographic or clerical assistance) participating in the preparation of the Information; (e) the identities of all persons having knowledge of the substance of the Information; (f) the date on which the Information was destroyed; (g) the reason the Information was destroyed; and (h) whether the claimed destruction occurred as a result of any policy regarding the destruction of Information (and if so, describe and provide a copy of the policy).

5.  **Lack of Possession.** If any Information that relates **to the scope of these Document Requests** is no longer in your possession because it has been returned to an individual or entity, please provide the following Information: (a) the place, date (or approximate date), and manner of recording or otherwise preparing of the Information; (b) the name and title of sender, and the name and title of the recipient of the Information; (c) a summary of the contents of the Information; (d) the identity of each person or persons (other than stenographic or clerical assistance) participating in the preparation of the Information; (e) the identities of all persons having knowledge of the substance of the Information; (f) the date on which the Information was returned; (g) the reason it was returned; and (h) whether the claimed return occurred as a result of any policy relied upon by you (and if so, describe and provide a copy of the policy).

6.  **Manner of Production.** All Documents should be produced, as closely as possible, in the manner and order in which they are kept. All Information is to be organized and labeled to correspond with the categories in each Document Request so long as the organization or labeling does not distort or conflict with understanding the substance of the Information. Specifically, each set of responsive Information held by a particular entity, employee, or representative thereof

4

should be identified as being from that certain person's or office's files. Further, all file folders, dividers, and other containers for such Information should be copied so that it can be understood who keeps the documents produced, where they are kept, and how they are organized. Information attached to each other or contained in a file, folder, or similar binder should not be separated.

7.    **<u>Continuation and Further Production.</u>** Each Document Request shall be deemed continuing. You are to supplement your production of Information promptly upon obtaining additional responsive Information. If, after responding, you obtain or become aware of any additional Information responsive to these Document Requests, production of such additional Information is to be made forthwith.

*Document Requests follow on the next page.*

## **Document Requests**

The Committee requests that you produce all Information in your possession (physically or digitally), custody, or control by delivering the same, in physical or digital format, as appropriate, to Morrison Cohen LLP, 909 Third Avenue, New York, NY, 10022-4784 Attn: David J. Kozlowski (dkozlowski@morrisoncohen.com) and Dawn R. Sudama (dsudama@morrisoncohen.com), on a rolling basis as Information becomes available, with production for each Document Request section to be completed and delivered as to have been received according to the Application.

### *I.*    *Lists*

1.    A list of all of Mr. Chaudhary's current or former alternative names or aliases, or an indication that there are none.

2.    A list of each Entity's trade names, doing business as ("**d/b/a**") names, formerly known as ("**f/k/a**") names, aliases, or other alternative names.

3.    A list of all organizations Mr. Chaudhary Controls or has Controlled, and supporting documents concerning the current status of operation of those organizations and their corporate structures. This request includes the Entities, and any corporation, company, limited liability company, partnership, sole proprietorship, or trust, whether or not such organizations are operational and, where applicable, the reasons for why such organizations are no longer operating (each, a "**Non-Operating Entity**").

4.    A list of all current and former officers, directors, and members of each Entity.

5.    A list of all assets Mr. Chaudhary holds, including cash, cash equivalents, digital assets, licenses, and domain names, and any analysis, collateral valuations, pledge agreements, or other supporting documents concerning such assets.

6.    A list of all assets each Entity holds, including cash, cash equivalents, digital assets, licenses, and domain names, and any analysis, collateral valuations, pledge agreements, or other supporting documents concerning such assets.

7.    A list of financial accounts Mr. Chaudhary Controls or has Controlled, including but not limited to bank accounts, investment accounts, credit card accounts, employee pension plans, or trust accounts.

8.    A list of financial accounts any Entity Controls or has Controlled, including but not limited to bank accounts, investment accounts, credit card accounts, employee pension plans, or trust accounts.

9.    A list of all intellectual property the Soundview Entities own and license out. This request includes Information concerning the Soundview Technologies LLC software that was created for or for use by Elite, a list of the other Entities that use such software along with any license fee, royalty, or other payment each entity makes for such use, and a list of all other third parties that use such software along with any license fee, royalty, or other payment each entity

6

makes for such use. If the software created, used, or licensed is not owned by Soundview Technologies LLC, then an identification of which Soundview Entity or other person or Entity owns such software.

### II.   *Real Property*

10.    A copy of the deed or lease (or similar documents) for any real property assets Mr. Chaudhary owns or owned and a copy of any appraisal, broker opinion of value, or similar document for each such real property asset (collectively, "**Chaudhary Properties**").

11.    A copy of the deed or lease (or similar documents) for any real property assets currently or formerly owned by any Entity and a copy of any appraisal, broker opinion of value, or similar document for each such real property asset. This request includes but is not limited to Information concerning the Properties (collectively, "**Entity Properties**" and together with the Chaudhary Properties, "**Collective Properties**").

12.    Any Information relating to any mortgage, guaranty, or other lien, claim, or encumbrance on any of the Collective Properties.

13.    Any Information relating to any lease or lessee on the Collective Properties.

### III.   *Transfers*

14.    Any Information regarding any Transfer at or exceeding $10,000, including checks, deposit receipts, or wire receipts, from Mr. Chaudhary to or for the benefit of any Entity or from any Entity to or for the benefit of Mr. Chaudhary.

15.    Any Information regarding any Transfer at or exceeding $10,000 in value, including checks, deposit receipts, or wire receipts, from any Entity to or for the benefit of any other Entity.

16.    Any Information regarding any Transfer at or exceeding $10,000 in value, including checks, deposit receipts, or wire receipts, from any Entity to or for the benefit of any Insider or from any Insider to or for the benefit of any Entity.

17.    Any Information evidencing Mr. Chaudhary's use, outside of his capacity as a representative of the Debtors, of funds from or attributable to either of the Debtors' (a) employee saving plans, (b) employee injury compensation funds, (c) employee death funds, (d) security deposit funds, or (e) voucher funds.

18.    Any Information evidencing any Entity's use of either of the Debtors' (a) employee saving plans, (b) employee injury compensation funds, (c) employee death funds, (d) security deposit funds, or (e) voucher funds.

## IV.    _Trusts_

19.    All Information evidencing the existence of any trust controlled, created, or owned by Mr. Chaudhary or into which Mr. Chaudhary or any of the Entities contributed, including but not limited to The Chaudhary Family Irrevocable Trust (all such trusts collectively, "**Trust**").

20.    A list of owners, beneficiaries, and administrators of the Trust.

21.    A list of all assets in the Trust.

22.    Any Information concerning creation of the Trust.

23.    Any Information reflecting the value of the Trust, including any bank statements or financial records (e.g., ledgers, income statements, balance sheets, cash flow statements, etc.).

24.    Any Information concerning any Transfer from Mr. Chaudhary to the Trust and the date and amounts of such Transfers.

25.    Any Information concerning any Transfer from any Entity to the Trust and the date and amounts of such Transfers.

26.    Any Information concerning any Transfer from any Insider to the Trust and the date and amounts of such Transfers.

## V.    _Use of Assets_

27.    Any Information concerning assets owned by Mr. Chaudhary and used by any Entity including but not limited to software licenses, general licenses, patents, copyrights, trademarks, or trade secrets. This request includes identifying the asset and the user.

28.    Any Information concerning assets owned by Mr. Chaudhary and used by an Insider including but not limited to software licenses, general licenses, patents, copyrights, trademarks, or trade secrets. This request includes identifying the asset and the user.

29.    Any Information concerning assets owned by an Entity and used by Mr. Chaudhary including but not limited to software licenses, general licenses, patents, copyrights, trademarks, or trade secrets. This request includes identifying the asset, the owner of the asset, and the user.

30.    Any Information concerning assets owned by an Entity and used by an Insider including but not limited to software licenses, general licenses, patents, copyrights, trademarks, or trade secrets. This request includes identifying the asset, the owner of the asset, and the user.

31.    Any Information concerning the Transfer or use of funds attributable to, or held as a result of, the Long-Term Savings Plan, excluding any Transfer to a driver who contributed to the Long-Term Savings Plan, pursuant to the Long-Term Savings Plan's stated purpose.

## VI.    *Obligations*

32.    Any Information concerning Mr. Chaudhary's personal obligations to R&R, including all Documents (including financial statements, receipts, or wire transfers) and Communications, including communications among counsel for the same.

33.    Any Information concerning any Entity's obligations to R&R, including all Documents (financial statements, receipts, or wire transfers) and Communications, including communications among counsel for the same.

34.    Any Information concerning Mr. Chaudhary's personal obligation to pay any tax, or personal responsibility or liability for any unpaid tax.

35.    Any Information concerning any Entity's obligation to pay or responsibility for any tax or any Entity's failure to pay taxes.

## VII.    **Other Connections and Dealings**

36.    Any Information concerning any Entity's current or former involvement with the following individuals: (a) Mustaq Ali, (b) Yves Bollanga, (c) Adris Chakrkorbrati, (d) Bella Epstein, (e) Andrew Eldey, (f) Kathi Markou, (g) Vita Ozen, (h) Khawar Shamshad, (i) Mian Siddiqu, (j) Guy Ben-Zion, and (k) Amir Ben-Zion.

37.    Any Information concerning Mr. Chaudhary's personal or professional dealings with FCS, outside of his capacity as a representative of the Debtors.

38.    Any Information concerning any contribution, funding, or other assistance Mr. Chaudhary provided to any of the Outside Entities, including checks, wire receipts, or ledgers.

39.    Any Information concerning Mr. Chaudhary's personal or professional dealings with any of the Outside Entities.

40.    Any Information concerning any Entity's dealings with any of the Outside Entities, including any vendor relationships.

41.    Any Information concerning any Entity's relationships with (a) Communicar; (b) Concorde Limousine; or (c) XYZ Two Way Radio; including but not limited to any Information concerning license agreements.

42.    Any Information concerning agreements of any kind or nature between the Debtors and any of the Outside Entities.

**<u>Exhibit C</u>**

**March Deposition Transcript**

In the Matter Of:

IN RE: ELITE LIMOUSINE PLUS, INC.

23-43088-JMM

---

**SHAQUAT CHAUDHARY**

*March 13, 2024*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1

 2            UNITED STATES BANKRUPTCY COURT

 3              EASTERN DISTRICT OF NEW YORK

 4

 5    In re:                          )Case No.
                                      )23-43088-JMM
 6                                    )
      ELITE LIMOUSINE PLUS, INC.,     )
 7    et al.,                         )
                                      )
 8                                    )
              Debtors.                )
 9                                    )
      -------------------------------)
10

11

12

13         VIDEOCONFERENCE DEPOSITION OF

14                SHAQUAT CHAUDHARY

15              New York, New York

16          Wednesday, March 13, 2024

17

18

19

20

21

22

23

24    Reported by:
      TAMI H. TAKAHASHI, RPR, CSR
25    JOB NO. J11030376
```



1

2                          March 13, 2024

3                          10:05 a.m.

4

5              Videoconference Deposition of

6    SHAQUAT CHAUDHARY, held via Zoom remote

7    videoconferencing software in New York,

8    pursuant to Notice, before TAMI H. TAKAHASHI,

9    a Registered Professional Reporter and Notary

10   Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1
 2   A P P E A R A N C E S:
 3   (All parties appearing remotely)
 4
 5   Representing the Debtors:
 6       LaMONICA HERBST & MANISCALCO, LLP
 7           3305 Jerusalem Avenue, Suite 211
 8           Wantagh, New York  11793
 9           516.826.6500
10       BY:   MELANIE FITZGERALD, ESQ.
11           mfitzgerald@lhmlawfirm.com
12           ADAM WOFSE, ESQ.
13           awofse@lhmlawfirm.com
14
15   Representing the Official Committee of
16   Unsecured Creditors:
17       MORRISON COHEN LLP
18           909 Third Avenue
19           New York, New York  10022
20           212.735.8825
21       BY:   DAVID J. KOZLOWSKI, ESQ.
22           dkozlowski@morrisoncohen.com
23           JOSEPH T. MOLDOVAN, ESQ.
24           jmoldovan@morrisoncohen.com
25
```



1

2        IT IS HEREBY STIPULATED AND AGREED

3   by and between the attorneys for the

4   respective parties herein, that filing

5   and sealing be and the same are hereby

6   waived.

7        IT IS FURTHER STIPULATED AND AGREED

8   that all objections, except as to the

9   form of the question, shall be reserved

10  to the time of the trial.

11       IT IS FURTHER STIPULATED AND AGREED

12  that the within deposition may be signed

13  and sworn to before any officer

14  authorized to administer an oath, with

15  the same force  and effect as if signed

16  and sworn to before the Court.

17

18

19

20

21                    -O-

22

23

24

25



1

2          STENOGRAPHIC REPORTER:  Good

3     morning.  This is Tami Takahashi.  I'm a

4     Registered Professional Reporter and New

5     York State notary public.  This

6     deposition is being held via

7     videoconference.  The witness and I are

8     not in the same room.  The witness will

9     be sworn in remotely, and the parties

10    stipulate that the testimony is being

11    given as if the witness was sworn in

12    person.

13 S H A Q U A T   C H A U D H A R Y,  called

14    as a witness, having been duly sworn by a

15    Notary Public, was examined and testified

16    as follows:

17                    EXAMINATION

18 BY MR. KOZLOWSKI:

19    Q.   Good morning.  My name is David

20 Kozlowski.  I represent the official

21 committee of unsecured creditors in the

22 bankruptcy cases of Elite Limousine Plus,

23 Inc. and Dispatch Support Services LLC,

24 jointly administered and currently pending in

25 the Eastern District of New York Bankruptcy



```
 1                    S. Chaudhary

 2    Court.

 3            If I refer to the "committee," it's

 4    in reference to the official committee of the

 5    unsecured creditors.  If I refer to the

 6    "debtors," it's in reference to Elite

 7    Limousine Plus, Inc., which I'll try to call

 8    debtor "Elite" where necessary, and Dispatch

 9    Support Services LLC, which I will refer to

10    as "DSS."

11            Mr. Chaudhary, you're appearing at

12    this deposition voluntarily to answer some

13    initial questions we have about the

14    bankruptcy cases and the debtors and your

15    role and some related matters.  The date and

16    time of this deposition were agreed to by all

17    parties.

18            I understand that you've also

19    voluntarily agreed to be deposed in your

20    personal capacity and in connection with some

21    other entities, and that you have separate

22    counsel for that.  I also understand that

23    there may be -- that you know there may be

24    future discovery and possibly even additional

25    depositions related to these matters.
```



1                    S. Chaudhary

2            In any event, let me take a moment

3   to thank you for making yourself available

4   today.  Before we start, I'd like to go

5   through a few ground rules.  In this

6   deposition I will be asking you questions,

7   and your answers will be given under oath and

8   taken down by the court reporter.

9            Please answer all questions using

10  words.  Nodding your head, gesturing, saying

11  "um-hum" cannot be accurately recorded by the

12  court reporter.

13           If you do not understand a question

14  or if I use a word or a phrase you do not

15  understand, please ask me, and I'll try to

16  rephrase it.  If you don't know the answer to

17  a question, please do not guess.  I may ask

18  for your best estimate about a matter if you

19  cannot provide a specific answer or a

20  specific recollection.

21           As I mentioned off the record,

22  I'm -- I apologize, I'm recovering from a

23  cold.  And as such I may cough, sneeze, clear

24  my throat or speak with a progressively

25  raspier voice.  So if you simply can't hear a



```
 1                    S. Chaudhary
 2   question or if you can't understand me or if
 3   you'd like me to repeat it, please say so.
 4   I'm happy to do so.  Don't try to guess at
 5   what I was asking.  I take no offense to you
 6   not understanding me.
 7              The questions and answers will be
 8   taken down, a transcript will be prepared.
 9   You'll have an opportunity to review the
10   transcript and make necessary corrections to
11   it, but I do ask that you give your best
12   recollection today.
13              If at any time you need a break to
14   use the restroom, consult with your
15   attorneys, stretch your legs or for any
16   reason, just please ask.  I'll be happy to
17   take a break.  But just keep in mind we
18   cannot break while there is a question
19   pending, so you have to answer the question
20   that's pending first and then we can -- we
21   can take a few minutes.
22        A.   Okay.
23        Q.   I will assume that you've completed
24   an answer when I ask a new question.  If I'm
25   mistaken or if I inadvertently cut you off,
```



```
 1                    S. Chaudhary
 2    please let me know immediately and I will
 3    give you an opportunity to finish responding.
 4         A.   Okay.
 5         Q.   Mr. Chaudhary, and I apologize if
 6    I'm mispronouncing your name.
 7              But, Mr. Chaudhary, do you
 8    understand that the oath you've just taken to
 9    tell the truth is no different than the oath
10    taken in court before a judge and a jury?
11         A.   I understand.
12         Q.   Okay.  Have you been deposed
13    before?
14         A.   Yes.
15         Q.   Can you state when and in what
16    capacity and under what circumstances you've
17    been previously deposed?
18         A.   Last one was a FCS lawsuit in 2020.
19              STENOGRAPHIC REPORTER:  I'm sorry.
20         He's cutting me off.
21              MR. KOZLOWSKI:  Yeah, same.  Sorry
22         about that.
23         A.   From 2019 or '20, in that time
24    period.
25    BY MR. KOZLOWSKI:
```



```
 1                    S. Chaudhary
 2        Q.   Okay.  And that was in connection
 3    with what?
 4        A.   The lawsuit by the FCS drivers.
 5             (Reporter clarification.)
 6             MR. KOZLOWSKI:  And that's FCS,
 7        Frank, Charlie --
 8             MR. WOFSE:  Hold on for a second,
 9        because you're having trouble hearing
10        us, right?
11             MR. KOZLOWSKI:  We are.
12             MR. WOFSE:  Because we just got a
13        message about Internet connection.
14        Should we go out and go back in?
15             MS. FITZGERALD:  I don't know, but
16        I'm going to get out.  Maybe -- I don't
17        know if --
18             MR. WOFSE:  Let's go off.
19             (Discussion off the record.)
20             MR. KOZLOWSKI:  Okay.  Just for the
21        record, we went off the record for a few
22        minutes while there were some technical
23        difficulties, and we're hoping that
24        those are resolved.
25    BY MR. KOZLOWSKI:
```



```
1                    S. Chaudhary

2        Q.   So let me just apologize.  Let me

3   just go back.  And we were talking about

4   your -- you previously being deposed.

5             So just again for the record, if

6   you would, can you state when, in what

7   capacity and under what circumstances you

8   were previously deposed?

9        A.   I think it was in 2020 during the

10  depositions for a lawsuit by the FCS drivers.

11       Q.   Okay.  Were -- have you ever been

12  deposed any other times?

13       A.   Yes, many times.  I don't remember

14  the time and the dates.

15       Q.   Was that in connection with other

16  lawsuits?

17       A.   Yes.

18       Q.   Were you a defendant in those

19  lawsuits?

20       A.   Yes.

21       Q.   Do you know approximately how many?

22       A.   Three, four.

23       Q.   Were those in the last 5 years, 10

24  years, 20 years?  Can you just give an

25  estimate range?
```



```
 1                    S. Chaudhary

 2        A.   10 to 15 years.

 3        Q.   Okay.  Were those in your personal

 4   capacity or in connection with one of your

 5   businesses or in connection with one of the

 6   debtors in particular?

 7        A.   One of the businesses, other

 8   businesses.

 9        Q.   I'm sorry?

10        A.   Other businesses.

11        Q.   Okay.  Other businesses.  Thank

12   you.

13             Are you suffering from any illness

14   or other condition, or have you had any

15   alcohol or other drugs that might affect or

16   impair your ability to give accurate and

17   complete answers today?

18        A.   No.

19        Q.   Could you tell me, as you sit here

20   today, is there any reason why you cannot

21   testify to the best of your recollection or

22   concentrate on my questions?

23        A.   No.

24             MR. KOZLOWSKI:  Okay.  I'd like to

25        offer deposition Exhibit Number 1 into
```



```
 1                    S. Chaudhary

 2       evidence.

 3            (Creditors' Exhibit 1, Elite

 4       Amended Schedules, marked for

 5       identification as of this date.)

 6            MR. KOZLOWSKI:  Let me just share

 7       the screen on this.  Counsel, I believe

 8       you've gotten copies of this.

 9            MS. FITZGERALD:  Yes.

10   BY MR. KOZLOWSKI:

11       Q.  I want to say, right off the bat, I

12   may refer to certain page numbers in the

13   exhibits.  I'm going to use the page number

14   of the PDF, and if you look at the shared

15   screen, you can see over here this is page 1

16   of 77.  I'm going to do it that way because

17   many of these documents are filed as one

18   document or collected as one document but

19   consist of several documents, maybe several

20   exhibits or addenda, so trying to deal with

21   the page number at the bottom of the page can

22   be cumbersome and confusing.  So the PDFs --

23   the PDF page number, I think, is the clearest

24   way to go.

25            But for now, do you see on the top
```



```
 1                    S. Chaudhary

 2    of this first page where it says Case

 3    1-23-43088, et cetera?

 4         A.   Yes.

 5         Q.   Do you know what that means, what

 6    that -- what that signifies?

 7         A.   I believe that signifies a case

 8    filed in '23 and the file number of the case

 9    number in reference to Elite's bankruptcy

10    case.

11         Q.   Okay.  And do you know what the

12    presence of this stamp across the top on this

13    document means?

14         A.   I believe it means submitted to the

15    court.

16    BY MR. KOZLOWSKI:

17         Q.   Okay.  That's right.  Are you

18    familiar with this document?  And I can give

19    you a few minutes to go through it, if you'd

20    like.

21         A.   I'm familiar.

22         Q.   Okay.  Do you see your signature

23    blocks on the first page and, I believe, on

24    the last page?

25         A.   Yeah, I see my signature.
```



1                       S. Chaudhary

2          Q.    Okay.   Is that your name and title

3     in those signature blocks?

4          A.    Yes.

5          Q.    Did you sign or authorize your

6     digital signature of these documents?

7          A.    Yes.

8               MR. KOZLOWSKI:   Okay.   I'm also

9          going to, at this time, offer deposition

10         Exhibit Number 2 into evidence as well.

11              (Creditors' Exhibit 2, DSS

12         Schedules, marked for identification as

13         of this date.)

14    BY MR. KOZLOWSKI:

15         Q.    Are you familiar with this

16    document?

17         A.    Yes, sir.

18         Q.    And you see a similar file stamp

19    across the top?

20         A.    Yes.

21         Q.    And do you see your signature

22    blocks on the first page and the last page?

23         A.    Yes.

24         Q.    And is that your name and title in

25    those signature blocks?



```
 1                    S. Chaudhary
 2       A.    Correct.
 3       Q.    And did you sign or authorize your
 4  digital signature of these documents?
 5       A.    Yes.
 6       Q.    The title says "Appointed Manager."
 7  What does that mean?
 8       A.    It's an LLC, and I'm the manager,
 9  because Elite is a member.
10       Q.    And who appointed you?
11       A.    I believe Elite appointed me and
12  the board of managers.
13       Q.    Who's on the board of managers for
14  Elite?
15       A.    I think it's me or -- and Khawar
16  Shamshad.
17       Q.    Okay.
18       A.    I don't clearly remember who are
19  the members on the board, but I'm the
20  manager.
21            MR. WOFSE:  Guys, excuse me.  Off
22       the record.
23            (Brief interruption.)
24  BY MR. KOZLOWSKI:
25       Q.    Okay.  I'm going to ask you to turn
```



```
 1                   S. Chaudhary
 2   to page 11 of the PDF, which is --
 3        A.    One or two?
 4        Q.    Of -- I'm sorry.  Of Exhibit 1.
 5   And do you see here it indicates that there's
 6   a trademark?  Does debtor Elite own the
 7   domain name limousine.com?
 8        A.    Yes.
 9        Q.    How did Debtor Elite get that
10   domain?
11        A.    We got it 20 years ago, 20, 30
12   years ago, when -- when Internet started, we
13   got it at that time.
14        Q.    Do you recall how much --
15        A.    We didn't buy it from anybody.
16        Q.    You didn't buy it from anybody?
17        A.    Yeah.
18        Q.    Just as somebody might buy a Web
19   domain from godaddy.com, one that isn't used
20   by anybody?
21        A.    Correct.
22        Q.    Okay.  Do you recall how much
23   Debtor Elite paid for it?
24        A.    I don't think we paid anything.  We
25   paid whatever the fee at that time.  I think
```



                         S. Chaudhary

1
2    it used to be $100, 150, in that range.

3        Q.   Okay.  Has there ever been an offer
4    made to buy the limousine.com Web domain?

5        A.   Yes.

6        Q.   When did that offer come in?

7        A.   About a year ago.

8        Q.   Do you know how much was offered?

9        A.   25,000.

10       Q.   35?

11       A.   25.

12       Q.   Who made that offer?

13       A.   I don't remember.

14       Q.   Was that offer in writing?

15       A.   Just on the Internet, you know,
16   like email, somebody sent me an email.

17       Q.   Okay.  Have there ever been any
18   other offers to buy it?

19       A.   Time to time come similar offers.

20       Q.   Okay.  Has there ever been an offer
21   to buy it from an actual company that
22   operates in the space, either in the black
23   car industry or selling cars or renting
24   limousines, anything along those lines?

25       A.   I don't remember.



1                    S. Chaudhary

2        Q.    Okay.  Do you know how much the --

3    do you know what the value of the Website is?

4        A.    No.

5        Q.    Okay.  How is the Website used?

6        A.    It is used to -- basically,

7    marketing, but mostly to distribute rides to

8    our affiliates, Elite's affiliates when our

9    customers travel out of New York, let's say,

10   L.A., San Francisco or Miami, for that

11   purpose.

12       Q.    Is it -- is it used by other

13   companies, or is it used by Elite and just

14   references other companies?

15       A.    Just Elite and its affiliates.

16       Q.    So Elite and its affiliates?

17       A.    Yes.

18       Q.    Does it direct business to any of

19   the affiliates?

20       A.    No.

21       Q.    Do any of the affiliates compensate

22   Elite for whatever use they have of the

23   Website?

24       A.    No.

25       Q.    What other domain names does the



```
 1                    S. Chaudhary

 2   debtor own?  I'm sorry.  Withdrawn.

 3            What other domain names does either

 4   debtor own?

 5       A.   Eliteny.com, nyblackcar.com.  There

 6   may be similar others, but not used.  Maybe a

 7   few.  I don't know the names at this moment.

 8       Q.   Does eliteny.com, is -- is that

 9   Website in use?

10       A.   Yes.

11       Q.   And what is -- what is that Website

12   used for?

13       A.   Well, that's Elite's business for

14   its customers and its marketing, customer

15   service and information only to our to -- to

16   prospective customers.

17       Q.   And how did debtor -- well,

18   withdrawn.

19            Does Debtor Elite own eliteny.com?

20       A.   Owned by Royal Dispatch.  It's an

21   affiliated company, but not -- not owned by

22   Elite.

23       Q.   How about nyblackcar.com, is that

24   owned by Elite?

25       A.   No.  By Royal Dispatch.
```



```
 1                      S. Chaudhary
 2        Q.   Okay.  Are there any other Web
 3    domains owned by Debtor Elite or DSS?
 4        A.   As I mentioned, Elite may have a
 5    few names.  I don't recall those names
 6    because they're not in use.  They may have
 7    been taken some time back, but not in use.
 8        Q.   Does either debtor compensate Royal
 9    Dispatch for the use of eliteny.com or
10    nyblackcar.com?
11        A.   Sorry.  Can you repeat that
12    question.
13        Q.   Yes.  Does either of the debtors,
14    so Debtor Elite or DSS, compensate Royal
15    Dispatch for the use of either of the
16    Websites you mentioned, eliteny.com or
17    nyblackcar.com?
18        A.   Well, NY -- eliteny.com is used by
19    Elite.  And nyblackcar -- nyblackcar.com is
20    used by DS -- by Royal Dispatch.
21        Q.   Okay.  So just looking at
22    eliteny.com, does Debtor Elite pay or
23    compensate Royal Dispatch for using that
24    Website?
25        A.   Eliteny.com is only used by Elite.
```



```
 1                    S. Chaudhary
 2        Q.   Correct.
 3        A.   It does not compensate anybody.
 4        Q.   But you mentioned it's owned by
 5   Royal Dispatch?
 6        A.   No, no.  Nyblackcar is owned by
 7   DSS.
 8        Q.   Okay.  Let's -- let's back up for a
 9   second, because I may be getting confused
10   here.  Let's talk just about eliteny.com.
11        A.   Okay.
12        Q.   Who owns that Web domain?
13        A.   Elite.
14        Q.   I believe you testified just a few
15   minutes ago that it's actually owned by Royal
16   Dispatch.  Are you just correcting your
17   testimony and it's owned by Elite?
18        A.   I think I just may -- I misspoken.
19   I -- or maybe you heard it wrong, so I'm not
20   sure.
21        Q.   Okay.  But your testimony is that
22   eliteny.com is owned by Debtor Elite?
23        A.   Correct.
24        Q.   Okay.  And nyblackcar.com, did you
25   just say that nyblackcar.com is owned by DSS?
```



```
 1                    S. Chaudhary
 2        A.    No, by Royal Dispatch.
 3        Q.    Okay.  So your testimony is
 4   nyblackcar.com is owned by Royal Dispatch?
 5        A.    Yes.
 6        Q.    Okay.  Thank you for clearing that
 7   up.
 8              And do either of the debtors use
 9   nyblackcar.com?
10        A.    No.  DSS has been contracted out as
11   a -- as a contractor by Royal Dispatch to
12   operate their business, but it does not
13   own -- own the Website.
14        Q.    Going back to eliteny.com, have you
15   ever received or has the debtor ever received
16   any offers to buy that Web domain?
17        A.    No.
18        Q.    Do you have any idea what that Web
19   domain is worth?
20        A.    I don't think there's any value.
21        Q.    Do you know when the debtor
22   acquired that domain, approximately?
23        A.    About 25 years ago, 30 years ago.
24        Q.    Do you know approximately how much
25   the debtor paid for that?
```



1                   S. Chaudhary

2       A.    Nothing.  Just -- you know, just

3    got from the Internet provider, some --

4    somebody like GoDaddy, but a different

5    company.  I don't remember the name.

6       Q.    Okay.  So going back to Exhibit 1,

7    where we were, you can see that here it's

8    listed -- it asks for any patents,

9    copyrights, trademarks, trade secrets, and

10   you've listed trademark limousine.com.

11   Value -- book value of zero dollars.  Current

12   value of the debtors' interest is unknown.

13           Would you say this should be -- in

14   theory anyway, that this should be amended to

15   include eliteny.com?

16      A.    What page are we talking about?

17           MS. FITZGERALD:  It's on the bottom

18       right.

19   BY MR. KOZLOWSKI:

20      Q.    I've got it up on the screen, too.

21   I don't know if you can see the screen.  I

22   can make this larger, if that's helpful.

23      A.    Okay.  I see it, um-hum.

24      Q.    So -- so let me rephrase the

25   question.



1          S. Chaudhary

2          Based on your testimony that Debtor

3   Elite Limousine Plus, Inc. owns eliteny.com,

4   should eliteny.com be included in this

5   response, number 60?

6      A.   I guess so.

7      Q.   Okay.  Can you think right now of

8   any other patents, copyrights, trademarks and

9   trade secrets, including any other domain

10  names that were inadvertently left off of

11  this?

12     A.   There's another name, I believe

13  limonet.net.

14     Q.   Limonet.net?

15     A.   Yes.

16     Q.   And Debtor Elite owns limonet.net?

17     A.   Yes.

18     Q.   What is that used for?

19     A.   Nothing.  It was an idea, but never

20  got used anywhere.

21     Q.   Is that Website currently active

22  and being used for anything?

23     A.   The Website might be there, but I

24  don't think it's being used.  I'm not sure.

25  It may not be there.



1                      S. Chaudhary

2          Q.   Has the debtor ever received an

3    offer to buy limonet.net?

4          A.   No.

5          Q.   Do you know if limonet.net has any

6    value?

7          A.   I don't think so.

8          Q.   Are there any other items that

9    should be included in response to question

10   number 60?

11         A.   I can't think at this moment.

12         Q.   Okay.  And just for the record, I

13   said "inadvertently left off of this

14   question."  Obviously, giving the benefit of

15   the doubt, but I should ask directly:  Did

16   you intentionally omit any information from

17   this question or any of the questions on

18   these documents?

19         A.   No.

20         Q.   Okay.  Have you licensed any

21   Internet domain names to any person or

22   entity?

23         A.   No.

24         Q.   Okay.  Looking again at Exhibit 1,

25   a couple of questions down, number 62 -- and



1                         S. Chaudhary

2      I'll highlight it on the screen -- does

3      Debtor Elite have a base license?

4           A.   Yes.

5           Q.   And what is a base license used

6      for?

7           A.   That authorizes Elite to be able to

8      dispatch for-hire vehicles.

9           Q.   Does Debtor Elite own the base

10     license or rent it?

11          A.   Owns it.

12          Q.   When did it come into ownership?

13          A.   About 30 years back.

14          Q.   Do you recall how much was paid for

15     the base license?

16          A.   You get a base license from the

17     TLC, taxi commission.  Just pay a license fee

18     and fill out the papers and the application

19     and you get the license.

20          Q.   Okay.

21          A.   You don't pay for it.  It's a

22     license from the City.

23          Q.   Do you -- do you pay a license fee

24     every year?

25          A.   Yes.



1                     S. Chaudhary

2        Q.    How much is that fee?

3        A.    I think around 500.

4        Q.    Okay.   And what does the license

5   allow Debtor Elite to do?

6        A.    To be able to dispatch, because

7   otherwise you are not allowed to dispatch

8   for-hire vehicles to anybody.

9        Q.    Okay.   Give me one moment, if you

10   would.

11          Okay.   Looking at Exhibit 2 and

12   going to the same question, which is number

13   60, you can see we don't even get there,

14   because it says, "Does the debtor have any

15   interests in intangibles or intellectual

16   property?"   If no, go to part 11.   And that's

17   checked.   And it skips straight to part 11.

18          So it doesn't even get to the

19   question number -- I'm sorry -- number 62,

20   which is where you referenced the base

21   license in Exhibit 1.

22          So am I correct to infer that DSS

23   does not have its own base license?

24        A.    No.   Yes.

25        Q.    Let me rephrase, because --



1                        S. Chaudhary

2          A.   It doesn't have it.  It doesn't

3    have it.

4          Q.   Okay.  It does not have a base

5    license?

6          A.   Correct.

7          Q.   Does it dispatch cars?

8          A.   No.

9          Q.   Does it use Debtor Elite's base

10   license?

11         A.   No.

12         Q.   Okay.  Does any entity other than

13   Debtor Elite use Debtor Elite's base license?

14         A.   No.

15         Q.   Does DSS coordinate dispatch of

16   drivers for Royal Dispatch?

17         A.   No.

18         Q.   Okay.  Are you familiar with a

19   company called First Corporate Sedans, Inc.?

20         A.   Yes.

21         Q.   Okay.  I'm going to refer to that

22   company as "FCS."

23              Did Debtor Elite acquire some or

24   all assets of FCS in 2017?

25         A.   Yes.



1                    S. Chaudhary

2        Q.   Did FCS have its own base license

3   at that time?

4        A.   Yes.

5        Q.   Was that base license acquired from

6   FCS?

7        A.   I don't recall whether we acquired

8   and later expired or we didn't acquire.  I

9   don't remember.  I don't think we acquired.

10       Q.   Is there any reason why you

11  wouldn't acquire the base license?

12       A.   There's really no value.  It's just

13  more paperwork, more headaches maintaining

14  multiple licenses.

15       Q.   Was it your understanding that any

16  drivers for FCS who came on to drive for

17  Elite would be dispatched using Debtor

18  Elite's base license?

19       A.   Yes.

20       Q.   Okay.  Does Debtor Elite use a

21  radio frequency to contact drivers?

22       A.   Not anymore.

23       Q.   Not anymore.  So did you -- did

24  Debtor Elite ever use a radio frequency to

25  contact drivers?



```
 1                    S. Chaudhary

 2         A.   Yes, going back -- not sure.   15

 3    years back, maybe more.

 4         Q.   How does Debtor Elite currently

 5    communicate with drivers?

 6         A.    Through Verizon data centers.

 7         Q.   Is that -- is that an app?

 8         A.   No -- well, yes, it's an app.  We

 9    use Verizon data, and it just let's you text

10    on your phone.  Similarly, we use similar

11    services from Verizon to send the messages.

12         Q.   Is it a closed system, meaning only

13    Elite, Elite staff and the drivers are on

14    this, or is this an open system, meaning this

15    is essentially a texting app that anyone can

16    use and anyone can receive texts from?

17         A.   It's a closed system.

18         Q.   Do you own the system or rent or

19    lease the system or something else?

20         A.   Well, Elite owns the tablets, and

21    we use the software for which we have a

22    license from Soundview Technologies, and

23    their software has those features in it.

24         Q.   Okay.  So Soundview Technologies

25    owns the software?
```



1                      S. Chaudhary

2          A.    There, yes.

3          Q.    And it is licensed to Elite?

4          A.    Yes.

5          Q.    Is there a license agreement

6     between the two?

7          A.    I don't remember.  It was so long

8     ago.

9     RQ         MR. KOZLOWSKI:  Okay.  If there is

10         a document, I'd like to call for the

11         production of that document.

12              THE WITNESS:  Okay.

13    BY MR. KOZLOWSKI:

14         Q.    You mentioned Elite owns the

15    tablets.  Are those tablets included in your

16    schedules -- in Debtor Elite's schedules of

17    assets and liabilities?

18         A.    I don't know, but it has very

19    little value.

20         Q.    Okay.  Do you want to -- do you

21    want to take a moment -- and I'm happy to

22    have you confer with your lawyers -- to just

23    look through the document -- it's Exhibit

24    1 -- and see if you can see if they're

25    scheduled in there, and we can go off the



```
1                    S. Chaudhary
2    record for a minute while you look.
3            (Recess taken.)
4            MR. KOZLOWSKI:  Okay.  We can go
5        back on.
6    BY MR. KOZLOWSKI:
7        Q.   Did you have an opportunity to
8    review Exhibit 1 with your counsel?
9        A.   Yes.
10        Q.   Okay.  Are you able to point out
11    where in Exhibit 1 the tablets are scheduled?
12        A.   Item number 41.
13        Q.   Item number 41.  And that is on
14    page 9 of 77 of the PDF and that would be --
15    which of these items would that be?
16            MS. FITZGERALD:  It's right there.
17            MR. KOZLOWSKI:  I'm sorry, I missed
18        that.
19        A.   Page 9 on the top, 41.
20    BY MR. KOZLOWSKI:
21        Q.   Right.  That lists, you know, maybe
22    10 or 12 different things.  Which one of
23    these things -- which one of these items is
24    the tablets?
25        A.   Communication systems equipment.
```



S. Chaudhary

Q.   I'm sorry.  I'm not seeing an
item -- there's -- the question asks about
"communication systems equipment and
software," but the responses are "Shore
Telephone System, HQ & ECC Servers, Call
Recording system, Auto Callback system,
Workstation Computers throughout the
Building, Physical Servers For Elite's
Application, Virtual Servers, Existing Dell
Unity Storage System, Xerox, KMBS 4 floor,
KMBS 3 floor and Other miscellaneous office
equipment."

A.   It's part of the communication
system in 41.

Q.   Right.  Do you see the screen?

A.   Yes.

Q.   These are all responses to 41.

A.   Okay, I see.

Q.   If I'm missing something, let me
know, but which of these is the responsive
answer?

A.   We really didn't put any value on
it because it's -- it's a very minuscule
value.  You buy $50 apiece, you know?  And



```
 1                    S. Chaudhary
 2   when you buy it, what's the value after --
 3   after buying it, after using it?  So it's
 4   minuscule to be listed.
 5        Q.   Okay.  Let me go back.  Talking
 6   about the radio frequency, you mentioned that
 7   at one point you did use a radio frequency to
 8   contact drivers, correct?
 9        A.   Yes.
10        Q.   Did you license a portion of the
11   radio spectrum?
12        A.   Yes.
13        Q.   Do you still have that license?
14        A.   Some of them -- actually, currently
15   there's no value and there's a cost.  And we
16   had the licenses under a different company
17   name called Soundview Spectrum.  But those
18   licenses are not in operation because we
19   don't need them.  And there's no value --
20   last 10 years, there have been no value
21   basically.  So some of them we didn't renew
22   and some of them may be expiring now.
23        Q.   Would there be no value to a third
24   party?
25        A.   We tried a few years back, spoke to
```



```
 1                     S. Chaudhary

 2    some broker.  There were no -- I didn't find

 3    any -- because in order to maintain the

 4    licenses you need to operate them.  If you do

 5    not operate them more than a year or

 6    something, you technically lose it, even if

 7    you own it.  And if you try to claim it, you

 8    know, and falsify, you could be -- you know,

 9    you could be in violation of the law.

10          So basically we don't claim we own

11    it.  The license may be under our -- under

12    Soundview Spectrum's name and it will expire

13    because we are not operating them.  And it

14    costs a lot of money to operate them.

15          Q.   Is either debtor making any

16    payments to Soundview Spectrum or any other

17    company, entity or agency for --

18          A.   No.

19          Q.   -- radio frequencies?

20          A.   No.

21          Q.   Let me go back for a moment to the

22    Internet domain that -- domains that you

23    mentioned Debtor Elite owns.

24          Limousine.com, would you be

25    surprised to learn that a quick Internet
```



```
 1                    S. Chaudhary
 2   search indicates that the value of the site
 3   exceeds $250,000?
 4        A.   I don't know.  Nobody -- nobody
 5   offered me.
 6        Q.   Have you ever put the domain up for
 7   sale?
 8        A.   No.
 9        Q.   Have you ever put eliteny.com up
10   for sale?
11        A.   No.
12        Q.   Have you ever put limonet.net up
13   for sale?
14        A.   No.
15        Q.   Okay.  You mentioned Soundview
16   Technologies has software.  Did -- did
17   Soundview develop the software?
18        A.   Yes.
19        Q.   Did Soundview Technologies pay for
20   that development?
21        A.    It was paid by the -- by Elite,
22   because it was specifically -- it was
23   developed for Elite and licensed to Elite.
24        Q.   And so -- so Debtor Elite paid for
25   development of software owned by Soundview
```



```
 1                   S. Chaudhary
 2   Technologies and licensed to Debtor Elite?
 3        A.   Yes.
 4        Q.   How much does Debtor Elite pay for
 5   that license?
 6        A.   I don't know the number.  It's --
 7   it was in 1994, 1996.
 8        Q.   Was it a one-time payment, or is it
 9   an ongoing annual or monthly payment?
10        A.   It was ongoing monthly payments.
11   It was ongoing monthly payments for a few
12   years, while it was in development.
13        Q.   When was the last time Debtor Elite
14   made a payment to Soundview Technologies on
15   account of licensing the software?
16        A.   I don't remember.
17        Q.   Is it more than three years ago?
18        A.   Yes.
19        Q.   Do you know what the value of the
20   software is?
21        A.   No.
22        Q.   Would this software be potentially
23   useful for other black car companies?
24        A.   Yes.
25        Q.   Is this software licensed to any
```



1                        S. Chaudhary

2      other black car companies?

3           A.   Yes, it's licensed to three other

4      companies.

5           Q.   What are those three companies?

6           A.   XYZ Two Way Radio, Concorde

7      Limousine and Communicar Two Way Radio.

8           Q.   And, I'm sorry.  Could you repeat

9      the third one?

10          A.   Communicar.

11          Q.   Communicar?

12          A.   Yes.

13          Q.   Is XYZ Two Way Radio related to or

14     affiliated in any way with either of the

15     debtors?

16          A.   No.

17          Q.   Does it share common ownership or

18     management with either of the debtors?

19          A.   No.

20          Q.   Is Concorde Limousine related in

21     any way to either of the debtors?

22          A.   No.

23          Q.   Does it share common ownership or

24     management with either of the debtors?

25          A.   No.



1                     S. Chaudhary

2          Q.    And is Communicar related or

3     affiliated in any way with either of the

4     debtors?

5          A.    No.

6          Q.    Does it share common management or

7     ownership with either of the debtors?

8          A.    No.

9          Q.    Do any of these three entities pay

10    a license fee to Soundview Technologies for

11    use of the software?

12         A.    Yes.

13         Q.    Do you know how much or

14    approximately how much?

15         A.    Between $2500 to 5,000 a month.

16         Q.    So 2,500 to 5,000 a month; is that

17    right?

18         A.    Yes.

19         Q.    Okay.  And that's per entity?

20         A.    Per entity, yes.

21         Q.    Okay.  Do any other companies

22    license the software from Soundview -- from

23    Soundview Technologies, I should say?

24         A.    No.

25    RQ         MR. KOZLOWSKI:  I'd like to call



```
 1                   S. Chaudhary

 2          for the production of any documents

 3          concerning the software.  And I want to

 4          include in that not only the license

 5          agreements with any third parties, but

 6          also any of the documents surrounding or

 7          concerning its creation or development,

 8          please.

 9  BY MR. KOZLOWSKI:

10          Q.   I think we're going to get into the

11  relationship of Soundview Technologies with

12  the debtor a little later, but -- so I'm

13  going to set that aside for the moment and

14  move on.

15          So I'm going to ask you now --

16  there's a lease -- I've seen a lease

17  agreement for property at Gale Avenue.

18          Apart from this lease, are there --

19  and apart from any contracts or agreements

20  either the debtors may have with various

21  drivers, is either debtor a party to any

22  contracts with any affiliate company, insider

23  or third party?

24          A.   I'm not very clear with the

25  question.  Can you rephrase it.
```



1                    S. Chaudhary

2        Q.    I'm happy to.

3              Let's talk solely about DSS for a

4    moment.

5        A.    Okay.

6        Q.    Is DSS a party to a lease or

7    sublease?

8        A.    No.

9        Q.    Does DSS have contracts with

10   drivers?

11       A.    No.

12       Q.    Does DSS have any contracts with

13   utility companies?

14       A.    No.

15       Q.    Does DSS have any -- any currently

16   existing contracts?

17       A.    With Royal Dispatch.

18       Q.    It has a contract with Royal

19   Dispatch?

20       A.    I believe it had a contract.  It

21   may be still -- per the contract, may not be

22   with DSS and Royal.  It may be between Elite

23   and Royal, and Elite just found the entity,

24   DSS, to operate that contract.  But I don't

25   remember --



```
 1                   S. Chaudhary
 2        Q.    Okay.
 3        A.    -- exactly.
 4   RQ        MR. KOZLOWSKI:  In either event, I
 5        call for production of that document.
 6              THE WITNESS:  Okay.
 7   BY MR. KOZLOWSKI:
 8        Q.    Looking now at Debtor Elite --
 9        A.    Yes.
10        Q.    -- does Debtor Elite have contracts
11   or agreements with various drivers?
12        A.    Yes.
13        Q.    Okay.  Does Debtor Elite -- is
14   Debtor Elite party to a lease or sublease
15   agreement?
16        A.    Yes.
17        Q.    Is that with respect to the Gale
18   Avenue property?
19        A.    Yes.
20        Q.    Okay.  Does Debtor Elite have any
21   contracts or agreements with utilities?  And
22   in that I'm including cell phones, cable --
23   cable television and then of course
24   electricity, water, gas.
25        A.    Yes.
```



|    | S. Chaudhary |
|----|--------------|
| 1  | S. Chaudhary |
| 2  | Q.   Okay.  Setting aside all of those |
| 3  | three categories of lease or contracts, is |
| 4  | Debtor Elite -- and setting aside the |
| 5  | contract with Royal Dispatch that may be |
| 6  | under Debtor Elite, or it may be with DSS, |
| 7  | are there any other existing contracts that |
| 8  | Debtor Elite is a party to? |
| 9  | A.   It has a contract with Odyssey |
| 10 | Limousine. |
| 11 | Q.   Is Odyssey Limousine an affiliate |
| 12 | or related entity to either of the debtors? |
| 13 | A.   Yes. |
| 14 | Q.   Give me one moment, if you would. |
| 15 | (Brief interruption.) |
| 16 | BY MR. KOZLOWSKI: |
| 17 | Q.   In what way is Odyssey -- |
| 18 | withdrawn. |
| 19 | Which of the debtors is Odyssey |
| 20 | Limousine affiliated or connected to, I'll |
| 21 | say? |
| 22 | A.   Elite. |
| 23 | Q.   Okay.  And in what -- in what way |
| 24 | is Odyssey Limousine related or affiliated to |
| 25 | Debtor Elite? |



S. Chaudhary

1

2     A.   It's a similar kind of relationship

3  which Royal Dispatch has with Elite.  They

4  basically outsourced -- there are a few cars,

5  few accounts.  We basically -- they use

6  Elite's facilities to -- I mean, we use

7  Elite's facility to dispatch their drivers

8  using Elite's system, bill under we have, pay

9  under we have.  And we share the gross

10  profit.

11     Q.   Give me another moment.  I'm sorry.

12  RQ       MR. KOZLOWSKI:  I'd like to call

13       for the production of any documents

14       between either debtor and Odyssey

15       Limousine.

16  BY MR. KOZLOWSKI:

17     Q.   Does either debtor receive payment

18  from Odyssey Limousine?

19     A.   No.  We share the -- the gross

20  profit.  But we collect all the funds, so we

21  pay them their share.

22     Q.   Okay.  Who owns Odyssey Limousine?

23     A.   Kathi Markou.

24  BY MR. KOZLOWSKI:

25     Q.   Sorry.  Can you spell that?



1                    S. Chaudhary

2        A.    K-A-T-H-I, M-A-R-K-O-U.

3        Q.    Is Kathi Markou related to you?

4        A.    No.

5        Q.    Is Debtor Elite a party to any

6    other contracts or agreements?

7        A.    No.

8        Q.    Is -- is Debtor Elite's contract

9    with Odyssey Limousine disclosed in Exhibit

10   1, which is debtors' schedules of assets and

11   liabilities?

12       A.    No.

13       Q.    If you -- no, okay.

14             Do you agree that it should be?

15       A.    Yes, it can be.

16       Q.    Okay.  I'm going to go to page 7 of

17   Exhibit 1.  And -- and this will spill over

18   onto page 8 as well.  According to these

19   schedules in this exhibit, Debtor Elite

20   has -- on page 8 you can see it -- a total of

21   just under 2 million in total accounts

22   receivable.  This includes just under 1 1/2

23   million that's 90 days old or less.

24             MR. WOFSE:  Excuse me, David.

25             MR. KOZLOWSKI:  Yes.



1              S. Chaudhary

2         MR. WOFSE:  Could -- you just need

3     to slow down from the PDF to the hard

4     copy, because it's not the same

5     pagination.

6         MR. KOZLOWSKI:  Right.  Okay.  Let

7     me know when you're on the same page.

8     It's page 2 of Schedule A/B, if that's

9     helpful.

10        MR. WOFSE:  David, what do you have

11    on the screen?

12        MR. KOZLOWSKI:  I am looking at

13    Exhibit 1 and I'm looking at the

14    accounts receivable.  It's question 11

15    of Schedules A/B.

16        MR. WOFSE:  Okay.

17        MS. FITZGERALD:  Yeah, okay.  He's

18    split between pages, that's why.

19        THE WITNESS:  Okay.

20        MR. KOZLOWSKI:  Yeah.  So it's --

21    yeah, page 7 and 8.

22 BY MR. KOZLOWSKI:

23    Q.   Page 8 shows the total just under 2

24 million, correct?

25    A.   No, I show 1. --



1                    S. Chaudhary

2          MR. WOFSE:  It's on the next page.

3      A.  Yeah.  Okay, yes.

4  BY MR. KOZLOWSKI:

5      Q.  We can -- we can be precise, but

6  it's all here on paper, so --

7      A.  Okay.

8      Q.  And then the 90 days old or less is

9  just under 1.5 million, right?

10     A.  Correct.

11     Q.  Does this amount, the 90 days old

12  or less, the 1.485, does that represent a

13  single receivable, or is it an aggregate

14  amount?

15     A.  An aggregate amount.

16     Q.  Okay.  And do you see that zero

17  dollars of it is doubtful or uncollectible,

18  according to the schedules?

19     A.  Anything under 9 -- if it's a total

20  under 90, that's -- yes, that's correct.

21     Q.  Okay.  What comprises this amount?

22     A.  This is the invoices owned by all

23  of Elite's customers.

24     Q.  Are efforts being made to collect

25  this?



1                    S. Chaudhary

2          A.   We're collecting all the time, yes.

3    We're collecting and billing at the same

4    time, so balance stays the same.

5          Q.   Okay.  And over 90 days, you've got

6    just under half a million.  Again, it

7    indicates -- the schedules indicate zero

8    dollars is doubtful or uncollectible.  Are

9    efforts being made to collect these amounts?

10         A.   A lot of it is really old stuff

11   sitting there which should have been written

12   off.  So anything which is collectible, I

13   believe there's some in collection, but very

14   little of it is collectible.  What is

15   collectible, we try to collect it.

16         Q.   Why -- why should it be written

17   off?  Why should any portion of it be written

18   off?

19         A.   Well, it's accumulation over the

20   years.  You know, some of them are --

21   basically should have been written off.

22   There's always some bad debts in every year.

23   So whole last 10, 15 years, you know, they

24   have just accumulated.

25         Q.   So some of this half million may be



```
1                    S. Chaudhary
2    several years old?
3         A.   Oh, yes, many years.  They're
4    beyond 120 days, beyond 120, 190 days.
5         Q.   Do you agree that this response to
6    question 11b. is incorrect in that it -- it
7    says zero dollars of this is doubtful or
8    uncollectible?
9         A.   I read this misunderstood.  Maybe
10   they mean out of 1.485.
11        Q.   If you turn to the previous page,
12   the 1.485 is listed separately.
13        A.   Yes.
14        Q.   We went through that and you agreed
15   that the zero dollar figure here is -- there
16   is in -- is -- I'm sorry -- that the zero
17   dollar figure there is correct, that all of
18   that is collectible?
19        A.   The 1.485 under -- as I said, under
20   120 days, under 90 days, that's all
21   collectible.  Anything beyond that 120 days,
22   if it's collectible, we are after it.  But
23   if we know it's uncollectible, we don't waste
24   time.
25        Q.   Are the parties that owe -- looking
```



```
 1                        S. Chaudhary
 2    solely at the over 90 days amount, are the
 3    parties that owe this still in existence?
 4         A.    I see where you just pointed me to
 5    90 days old or less.  Those are all current
 6    amounts.
 7         Q.    Correct.  If you look at the --
 8         A.    That's all collectible.
 9         Q.    If you look at the top of the next
10    page --
11         A.    Okay.
12         Q.    -- 11b. shows the over 90 days old
13    amount, and that's $495,951.88.  Do you see
14    that?
15              MR. WOFSE:  Just let him get there.
16         A.    Okay.  Over 90 days, yes.
17         Q.    Okay.  And do you see how zero
18    dollars of that is listed as doubtful or
19    uncollectible?
20         A.    I think that's an error.  That
21    should be all of it uncollectible, almost
22    all.
23         Q.    Okay.
24              (Reporter clarification.)
25              THE WITNESS:  Because there's an
```



1              S. Chaudhary

2         error there.  I think it should be all

3         of it is uncollectible.

4    BY MR. KOZLOWSKI:

5         Q.   So are the parties that owe that

6    495,000, do those parties still exist?

7         A.   I don't know.  Some of it is

8    internal company expense -- you know, travel

9    to the customer here and there.  So that's

10   why I said it should have been written off or

11   expensed out, but they may be just sitting

12   there.

13        Q.   Are any of these amounts -- any of

14   the amounts included in this 495,000 more

15   than six years old?

16        A.   Yes.

17        Q.   Do you know approximately how much?

18        A.   I don't.

19   RQ       MR. KOZLOWSKI:  I'd like to ask for

20        a breakdown of these amounts and the

21        aging.

22            THE WITNESS:  Okay.

23   RQ       MR. KOZLOWSKI:  And I'll call for

24        any documents that outline or support

25        that.



```
 1                    S. Chaudhary
 2    BY MR. KOZLOWSKI:
 3         Q.   I'm going to move to Exhibit 2 and
 4    look at the same section of that exhibit.
 5    I'll give you a moment to get there.  For me
 6    that is on page 6 of 25 of the PDF.
 7              MS. FITZGERALD:  Got it?
 8              THE WITNESS:  Yes.
 9              MS. FITZGERALD:  Okay.
10              THE WITNESS:  I got it.
11    BY MR. KOZLOWSKI:
12         Q.   Okay.  Now, for this -- these are
13    the schedules of Debtor DSS, and it looks
14    here like the over 90 days old amount is
15    $156,661.42.  Do you see that?
16         A.   Yes.
17         Q.   And, again, zero dollars is listed
18    as doubtful or uncollectible.  Do you see
19    that?
20         A.   Yes.
21         Q.   Is all of this AR collectible?
22         A.   I don't know.  It looks like there
23    are similar errors like the -- like in
24    Exhibit 1.  I don't know the answer.
25    RQ         MR. KOZLOWSKI:  Okay.  I call for
```



```
 1                    S. Chaudhary
 2         the production of any documents that
 3         will support or show a breakdown of
 4         these amounts.
 5              THE WITNESS:  Sure.
 6    BY MR. KOZLOWSKI:
 7         Q.   If you look before that, you can
 8    see there are one, two, three, four responses
 9    to question 11a., which is the 90 days old or
10    less.  Do you see that there are four
11    responses to that?
12         A.   Yes.
13         Q.   Okay.  Are all of these under 90
14    days at filing, at the time the case was
15    filed?
16         A.   I think so, but I would -- now that
17    I see some error, I'd like to double-check
18    it.
19         Q.   Okay.  Why are these -- why on
20    Exhibit 1 was the answer to 11a. an aggregate
21    amount, but on Exhibit 2 there are four
22    separate amounts listed?
23         A.   That's the reason I said I'd like
24    to check it, if there's an error there.
25    There should be just one -- one amount just
```



```
 1                    S. Chaudhary
 2    like Exhibit 1.  I don't know the answer.
 3    Like I said, I'd like to check it if -- what
 4    kind of error was made, what my, you know,
 5    accounting staff did.
 6         Q.   Okay.  Do those represent four
 7    separate receivables, or are any of these an
 8    aggregate figure, if you know?
 9         A.   I'm not sure.  I don't know why
10    this is here.  I don't really know the
11    answer.
12    RQ        MR. KOZLOWSKI:  Okay.  I'll call
13         for the production of any documents that
14         support these amounts as well.
15              THE WITNESS:  Sure.
16    BY MR. KOZLOWSKI:
17         Q.   Approximately, when did Debtor
18    Elite's bills become more than it could pay,
19    based on the amount of revenue it was
20    generating?
21         A.   Sorry.  I don't understand the
22    question.
23         Q.   Debtor Elite generates revenue
24    every period -- month, quarter, year,
25    correct?
```



1                    S. Chaudhary

2       A.   Every week.

3       Q.   Every week?

4       A.   Every week.

5       Q.   And at some point, Debtor Elite

6  looked at its revenue and looked at the

7  amount of outstanding obligations it had and

8  made a determination that its revenue was not

9  sufficient to meet its existing obligations,

10 correct?

11      A.   Yes.

12      Q.   When did that happen?  When did you

13 first become aware of that?

14      A.   During COVID.

15      Q.   Okay.  Do you have access to the

16 debtors' books and records?

17      A.   Yes.

18      Q.   And that's for both debtors?

19      A.   Yes.

20      Q.   Both debtors maintain separate

21 books and records?

22      A.   Yes.

23           MR. KOZLOWSKI:  Okay.  Okay.  I'd

24      like to offer deposition Exhibit 3 into

25      evidence.  This is a list of affiliated



1                    S. Chaudhary

2        companies.  I have it on the screen now.

3               (Creditors' Exhibit 3, List of

4        Affiliated Companies, marked for

5        identification as of this date.)

6               THE WITNESS:  Okay.

7    BY MR. KOZLOWSKI:

8        Q.   Do you recognize this document?

9        A.   Yes.

10       Q.   Is this a document that was

11   prepared in response to the committee's

12   request for information?

13       A.   Yes.

14       Q.   And what does this document

15   represent?

16       A.   It's affiliated companies, the type

17   of company and its ownership.

18       Q.   Is this a comprehensive list of all

19   affiliated companies?

20       A.   Yes.

21       Q.   Okay.  A few minutes ago we were

22   talking about a company called Odyssey

23   Limousine.  Do you recall that?

24       A.   Yes.

25       Q.   Odyssey Limousine is not on this



S. Chaudhary

1

2     list, correct?

3          A.    Correct.

4          Q.    Can you explain why?

5          A.    It's a very small company and we --

6     it's not part of the pending agreement with

7     Rosenthal, and it's just an oversight

8     basically -- a very small entry oversight.

9          Q.    An oversight, did you say?

10         A.    Yes.

11         Q.    Okay.  And you mentioned Kathi

12    Markou is the owner of Odyssey Limousine?

13         A.    Yes.

14         Q.    Is Kathi Markou related in any way

15    to the debtors or its principals?

16         A.    No.

17         Q.    Okay.  Mr. Chaudhary, I'm going to

18    ask you about some of the companies that have

19    come up in these cases and elsewhere as being

20    related or affiliated or involved in some way

21    with one or both of the debtors.

22         A.    Okay.

23             MR. KOZLOWSKI:  Before we get into

24         this, can we take a five-minute break?

25         Is everyone okay with that?



1                    S. Chaudhary

2             MR. WOFSE:  Yeah.

3             THE WITNESS:  Sure.

4             MR. KOZLOWSKI:  Okay.  So it's

5        11:22.  Let's get back on at -- let's

6        make it 11:30.

7             THE WITNESS:  Okay.

8             MR. KOZLOWSKI:  All right.  Tami,

9        if we can go off the record.

10            (Recess taken.)

11   BY MR. KOZLOWSKI:

12        Q.   And I'm going to leave this Exhibit

13   3 up on the shared screen in case we

14   reference it.  I first want to ask about a

15   company called Astoria Motors LLC, and that

16   is listed on Exhibit 3 as number 10.  Do you

17   see that?

18        A.   Yes.

19        Q.   And Astoria Motors LLC is a

20   multi-member LLC, correct?

21        A.   Yes.

22        Q.   And it is owned 50 percent by SC;

23   is that you?

24        A.   Yes.

25        Q.   And 50 percent by Ann.  Who is Ann?



1                      S. Chaudhary

2          A.    Ann Chaudhary.  She's my daughter.

3          Q.    Okay.  So is Astoria Motors half

4     owned by you, half owned by your daughter?

5          A.    Yes.

6          Q.    Is this company -- one moment --

7     this company is related to the debtors, it's

8     included as an affiliate entity.  Let me go

9     to Exhibit 1, page 12 of the PDF.  And this

10    will be -- for you it'll be page 7 of

11    Schedule A/B.

12              Okay.  Do you see Astoria Motors

13    LLC listed as the third one down on that

14    page?

15         A.    Yes.

16         Q.    And it says, "Loan Receivable From

17    Affiliate," and the amount is $34,864.  Do

18    you see that?

19         A.    Yes.

20         Q.    Does this -- can you -- can you

21    explain what this is?

22         A.    It's a loan receivable.

23         Q.    Is there a loan agreement?

24         A.    No.

25         Q.    Does this represent one lump sum



```
 1                  S. Chaudhary
 2   loan or multiple loans or payments over time
 3   or something else?
 4        A.    Payments over time, you know,
 5   sometimes back and forth this is the amount
 6   due.
 7        Q.    Do you know when -- do you know
 8   when the money was transferred?
 9        A.    Don't know.
10        Q.    Do you know how the money was
11   transferred?
12        A.    Don't know.  I don't remember this.
13        Q.    Did the money go from Debtor
14   Elite's bank account into Astoria Motors'
15   bank account?
16        A.    Probably.
17        Q.    Does Astoria Motors maintain a
18   separate bank account?
19        A.    Yes.
20        Q.    Why was -- why was this loan made?
21        A.    From the bank.
22        Q.    I'm sorry.  Can you repeat that?
23        A.    I do not remember.
24        Q.    Who else might know why this loan
25   was made?
```



                         S. Chaudhary

1

2        A.   I have to check the books.  I don't

3    remember.

4        Q.   Would the books reflect the reason

5    why this loan was made?

6        A.   We can check.  I don't know.

7    RQ        MR. KOZLOWSKI:  Okay.  I call for

8         production of any books and records

9         related to this loan.

10             THE WITNESS:  Okay.

11   BY MR. KOZLOWSKI:

12       Q.   Who negotiated this loan on behalf

13   of the debtor?

14       A.   I.

15       Q.   Who negotiated this loan on behalf

16   of Astoria Motors?

17       A.   I.

18       Q.   Was the debtor represented by

19   counsel with respect to this loan?

20       A.   No.

21       Q.   Was the company represented by

22   counsel with respect to this loan?

23       A.   No.

24       Q.   Was an accountant involved?

25       A.   Yes.



1                        S. Chaudhary

2          Q.    Who is that accountant?

3          A.    Probably Mr. Shamshad.

4          Q.    Is that person related to you?

5          A.    No.

6          Q.    What was his role in -- in -- what

7     was his involvement with respect to this

8     loan?

9          A.    Probably writing the check or

10    transferring the money.

11         Q.    Did he opine on whether or not the

12    debtor could afford to make this loan?

13         A.    I don't remember.

14         Q.    Did the debtor expect to be repaid

15    for this loan?

16         A.    Yes, yes.

17         Q.    Was this loan documented?

18         A.    No.

19         Q.    Why was this loan not documented?

20         A.    I can certainly check it, if

21    there's any transfer by check and whatever it

22    says.  It's a document created automatically.

23    RQ        MR. KOZLOWSKI:  I call for the

24         production of all checks related to

25         these transfers, these loans.



```
 1                    S. Chaudhary
 2    BY MR. KOZLOWSKI:
 3         Q.   Who made the decision not to
 4    document this loan?
 5         A.   It's an affiliate company, and
 6    sometimes when it goes back and forth, you
 7    know, sometimes needed here because we
 8    were -- you know, if needed -- if the money
 9    is needed, we give back, we pay, and then we
10    get back.  So it's a -- within the
11    affiliates, you know, it happens.
12         Q.   In general, you've got multiple --
13    going back to the Exhibit 1, you indicate
14    multiple loans -- loan receivables from
15    affiliates.  How did these -- how did these
16    loans work, just generally?
17         A.   I don't understand the question.
18         Q.   Well, you just testified that, with
19    respect to the loans -- loan or loans to
20    Astoria Motors, it was -- as money was
21    needed, money was just transferred back and
22    forth.  I'm paraphrasing, but is that
23    essentially your testimony?
24         A.   Yes.
25         Q.   Okay.  Did it work that way with
```



1                    S. Chaudhary

2    respect to each of these loan receivables

3    that are listed in Exhibit 1?

4         A.    Yes.

5         Q.    And I just want to make sure

6    that -- that we're being complete here.

7               If you look on the prior page,

8    there is a loan receivable from affiliate

9    Lincoln Leasing for just over 64,000.

10        A.    Yes.

11        Q.    I want to make sure, when you

12   respond, you're including that one or

13   explicitly excluding it.

14        A.    Including it.

15        Q.    Okay.  Back specifically to Astoria

16   Motors, has Debtor Elite demanded repayment

17   of that loan?

18        A.    No.

19        Q.    Why not?

20        A.    I don't know the answer.

21        Q.    What is -- what is the nature of

22   the debtors' involvement with Astoria Motors?

23        A.    None, other than I own -- I own

24   that -- you know, I partly own the company.

25        Q.    What does Astoria Motors do?



1                    S. Chaudhary

2        A.    It's a used car dealership, and it

3    does facilitate time to time arranging cars

4    or loans for the drivers who want to buy a

5    car.

6        Q.    Is it profitable?

7        A.    Sort of.  A very small operation.

8        Q.    Why hasn't it paid back this loan?

9        A.    It didn't have the funds at that

10   time.

11       Q.    Does it have the funds now?

12       A.    We can work on it.

13       Q.    Did Astoria Motors make any

14   payments to you or your daughter or any other

15   insiders after any of these loans were made?

16       A.    I don't know the -- I don't recall

17   if any payments were made, if they were made

18   before or after.  I don't have any

19   recollection.

20       Q.    Has Astoria Motors made any

21   payments or distributions to you?

22           MR. WOFSE:  David, objection.  I

23       think we need to set a protocol for

24       strictly affiliated questions.  I agree,

25       because there's a loan, so there's a



1                S. Chaudhary

2    nexus with the debtor.

3        But any payments from an affiliate

4    that we don't represent -- and

5    Mr. Chaudhary's here in his capacity as

6    principal of both debtors -- does have

7    independent counsel personally and for

8    the affiliates, we should come up with a

9    protocol that makes sense.  I want to be

10   practical here.  Maybe we can identify

11   it, flag it with a placeholder and we

12   can resume questioning of affiliates at

13   the next examination.

14       MR. KOZLOWSKI:  Can we go off the

15   record for a minute?

16       MR. WOFSE:  Sure.

17       MR. KOZLOWSKI:  Okay.

18       (Discussion off the record.)

19       MR. KOZLOWSKI:  Okay.  We can go

20   back on.

21       Court reporter, can you -- can you

22   reread the last question.

23       (The following question was read:

24       "Q.  Has Astoria Motors made any

25   payments or distributions to you?"



1                    S. Chaudhary

2              MR. KOZLOWSKI:  I'm going to

3         withdraw that question.

4    BY MR. KOZLOWSKI:

5         Q.   Was there any analysis as to

6    whether Debtor Elite could afford making this

7    loan?

8         A.   I don't remember.

9         Q.   Does either debtor share a bank

10   account with this company?

11        A.   No.

12        Q.   An investment account?

13        A.   No.

14        Q.   Credit card account?

15        A.   No.

16        Q.   Where is Astoria Motors's office?

17        A.   Gale Avenue.

18        Q.   Does it share space with Debtor

19   Elite or DSS?

20        A.   Yes.

21        Q.   Does it pay rent or otherwise

22   compensate either debtor for use of the

23   space?

24        A.   It's just one desk that they share.

25   They have a -- another office, but here they



1                    S. Chaudhary

2    just share some -- one desk.

3         Q.   Does it pay any rent or other

4    compensation for use of that one desk?

5         A.   No.

6         Q.   Is this documented as a sublease?

7         A.   No.

8         Q.   Is there any documentation or

9    written agreement between Astoria Motors and

10   either of the debtors?

11        A.   No.

12        Q.   Does Astoria Motors have its own

13   phone number?

14        A.   Yes.

15        Q.   Does Astoria Motors utilize either

16   debtor's phone number?

17        A.   No.

18        Q.   Does Astoria Motors have its own

19   email address?

20        A.   Yes.

21        Q.   Does Astoria Motors have its own

22   Web domain?

23        A.   Yes.

24        Q.   Does Astoria Motors use -- utilize

25   employees of either debtor?



```
 1                    S. Chaudhary
 2        A.    No.
 3        Q.    Does Astoria Motors have its own
 4   employees?
 5        A.    Yes.
 6        Q.    Who uses the desk that's maintained
 7   at the debtors' space; is it an Astoria
 8   Motors' employee or a debtors' employee?
 9        A.    Astoria Motors' employee.
10        Q.    When was Astoria Motors founded?
11        A.    Four, five, six years back.
12        Q.    Has there been any change in
13   ownership since its founding?
14        A.    No.  I don't remember.
15        Q.    Does either debtor provide
16   direction to Astoria Motors?
17        A.    No.
18        Q.    Okay.  Let me move to another
19   company on Exhibit 3.  It is Citilease LLC.
20        A.    Yes.
21        Q.    Do you see that?  It's number 9 on
22   Exhibit 3.
23        A.    Um-hum.
24        Q.    And this is a multi-member LLC,
25   correct?
```



1                    S. Chaudhary

2         A.    Yes.

3         Q.    And it is owned half by you and

4    half by your daughter, Ann, correct?

5         A.    Yes.

6         Q.    Just for clarification, it is

7    listed in Exhibit 3 as capital

8    C-I-T-I-L-E-A-S-E LLC.  There is a company

9    listed in Exhibit 1, and I can -- I can tell

10   you where on the PDF.  It's pages 24, 62 and

11   68, but it is Citilease LLC and it's spelled

12   C-I-T-I, space, capital L-E-A-S-E.  Are these

13   separate companies, or are these the same

14   company?

15        A.    Same.  Probably misspelled over

16   there.

17        Q.    So -- I'm sorry.  Go ahead.

18        A.    It's supposed to be just one word.

19        Q.    Okay.  So looking again at Exhibit

20   1, the loan receivables, Citilease is listed

21   as having a loan receivable of $7,017.71.  Do

22   you see that?

23        A.    Yes.

24        Q.    Does this represent one lump sum or

25   multiple payments over time or something



S. Chaudhary

1

2    else?

3        A.   Well, it's a transaction from time

4    to time.  And this was the figure at that

5    time, and it's is fully collectible.  But

6    it's an ongoing transaction time to time.

7        Q.   When was this money transferred?

8        A.   It's not money -- I have to look at

9    it.  I don't know.  It's not money, one

10   transaction.  It's probably over time.  That

11   was a balance.

12       Q.   Was the money sent from Debtor

13   Elite's bank account into the company's

14   account?

15       A.   I don't know at this moment.

16       Q.   Does Citilease LLC maintain its own

17   bank account?

18       A.   Yes.

19   RQ       MR. KOZLOWSKI:  I call for the

20        production of any documents that support

21        the -- this loan, including any checks.

22   BY MR. KOZLOWSKI:

23       Q.   Why was this loan made -- I'm

24   sorry.  Withdrawn.

25            Why were these loans made?



S. Chaudhary

1

2     A.    It's a -- Citilease arranged some

3   leases for some drivers, and the monies are

4   collected from the drivers' checks by Elite,

5   sent to Citilease.  Citilease makes the

6   payment, so there's coming -- going back and

7   forth, time to time.  This was an amount at

8   that time.  I'm not sure the amount is --

9   what is the current amount.  It may be the

10   same, may be different.  It's an ongoing

11   transaction and it's fully recoverable --

12   fully payable, just the amount at that time.

13     Q.    Let me unpack that a bit.  You're

14   saying that Citilease arranged for leases for

15   drivers.  Leases of what?

16     A.    Of vehicles, of cars.

17     Q.    Cars.  And the money that

18   Citilease -- well, withdrawn.

19           How did Citilease make money on

20   these transactions?

21     A.    They charge a fee, maybe a higher

22   interest rate than what they can arrange, and

23   charge the driver a service fee for any of

24   the loan.  So, it's very little money, if

25   they make anything.  It's just basically a --

```
 1                    S. Chaudhary
 2   a service for the drivers, basically.
 3        Q.   And the money came directly to
 4   Citilease from the drivers' checks?
 5        A.   It comes -- Elite collects it
 6   sometimes directly, sometimes through Elite's
 7   checks -- what you call, a check direction
 8   facility for the drivers, and then repays to
 9   Citilease sometimes directly -- directly.  So
10   there is a -- so this is a balance at that
11   moment.
12        Q.   But Citilease has a receivable --
13   I'm sorry -- the debtor has a receivable of
14   $7,017 from Citilease?
15        A.   Yeah, it was at that time.  I'm not
16   as sure if it's still there or if it's the
17   same, so -- but it's -- but if it is, it's
18   collectible.
19        Q.   Has any attempt been made to
20   collect it?
21        A.   It may have been paid.  I don't
22   know at this moment.  It may be different
23   than we have.  It may be lower.  But at that
24   time when we did the filing, that was the
25   number.
```



1                          S. Chaudhary

2          Q.   Who negotiated the loans to

3    Citilease for the debtor?

4          A.   I don't know if it's a loan

5    specifically.  It's a transaction.  Sometimes

6    they owe us money, and sometimes we owe them

7    money, so I don't know if it's a loan.

8          Q.   Well, going back to Exhibit 1, it's

9    scheduled here as a loan receivable from

10   affiliate, correct?

11         A.   It's amount -- it's amount

12   receivable.  I don't know it's a loan

13   receivable.  It's an amount receivable.

14   Maybe it's a misclassification.

15         Q.   So if not a loan, what could the

16   receivable represent?

17         A.   Receivable -- let's say I bill a

18   customer, they owe me money.  It's not a

19   loan; it's receivable.  And when the

20   transaction happened, if it's not a loan made

21   specifically for a loan, it's just a -- I

22   don't know how to explain it.

23         Q.   Well, let's try to -- let's try to

24   figure this out.  Citilease would arrange

25   leases for Elite drivers, correct?



1                         S. Chaudhary

2          A.    Yes.

3          Q.    And Citilease, to do this, would

4    receive money from Elite out of the driver's

5    checks, correct?

6          A.    Yes.

7          Q.    And then what -- once Citilease

8    received these funds, what did Citilease do?

9          A.    Make the loan payments.

10         Q.    Make payments.  And it collected

11   its fee, whatever that fee was, correct?

12         A.    Yes.

13         Q.    So in what way -- given that that's

14   the scenario that -- of the relationship

15   between Debtor Elite and Citilease, in what

16   way could Citilease possibly owe money to

17   Debtor Elite?  What would give rise to that?

18         A.    I don't know.  I don't know the

19   answer at this moment.

20         Q.    Do you know who would know,

21   Mr. Chaudhary?

22         A.    Probably Mr. Shamshad.

23              MR. KOZLOWSKI:  Court reporter, did

24       you get that?

25              STENOGRAPHIC REPORTER:  I wrote



1                    S. Chaudhary

2          "Probably Mr. Shamshad."  Is that right?

3               THE WITNESS:  Yes.

4   BY MR. KOZLOWSKI:

5          Q.   Would Ann know?

6          A.   No.

7          Q.   Okay.  Ann is 50 percent owner of

8   Citilease, correct?

9          A.   Yes.

10         Q.   Who manages Citilease?

11         A.   I manage.

12         Q.   Who negotiates -- well, has the

13  debtor demanded repayment?

14         A.   As I said, I don't know at this

15  moment how much is due.  It may be more, it

16  may be less.  It may be paid off.  So it's a

17  normal course of business.  And we can

18  definitely -- we can definitely collect it,

19  if it's still owed.

20         Q.   Why haven't you collected it?

21         A.   I don't know if it's not -- I just

22  said, I don't know if it's not been

23  collected.  It was at that moment in time.

24         Q.   Does either debtor share a bank

25  account with Citilease?



1                    S. Chaudhary

2        A.    No.

3        Q.    An investment account?

4        A.    No.

5        Q.    Credit card account?

6        A.    No.

7        Q.    Does Citilease do anything, apart

8    from arranging leases for drivers?

9        A.    No.

10       Q.    Where is Citilease's office?

11       A.    Gale Avenue.

12       Q.    That's the same office space as the

13   debtors?

14       A.    Yes.

15       Q.    Does it pay rent or other

16   compensate the debtors for its use of space?

17       A.    No.

18       Q.    Is -- is its use of space

19   documented as a lease or sublease?

20       A.    No.

21       Q.    Is it documented in any other way?

22       A.    No.

23       Q.    Does Citilease have its own phone

24   number?

25       A.    No.



1                    S. Chaudhary

2        Q.   What number does Citilease use for

3    business communications?

4        A.    The drivers who want to call, they

5    come in and see me.  And we -- you know, we

6    try to arrange the loan.

7        Q.    When filing a document with, for

8    example, the New York Secretary of State on

9    behalf of Citilease, what phone number would

10   be used for Citilease?

11       A.    I don't remember.

12   RQ        MR. KOZLOWSKI:  Okay.  I call for

13            the production of any documents that

14            might have business information for

15            Citilease to the extent that they're in

16            the possession, custody or control of

17            the debtor or its officers or directors.

18   BY MR. KOZLOWSKI:

19       Q.    Does the company -- does Citilease

20   have its own email address?

21       A.    No.

22       Q.    What email address would be used

23   for Citilease, again, in filing formation

24   documents or other documents with, for

25   example, the New York Secretary of State?



1                         S. Chaudhary

2          A.    They may use mine -- mine or

3     Mr. Shamshad's.

4          Q.    I'm sorry.  Can you repeat that.

5          A.    Either mine or Mr. Shamshad.

6          Q.    Your personal email address or

7     your --

8          A.    My personal.  I mean, my Elite --

9     Elite address.

10         Q.    Your -- the address that you use

11    that's provided by Debtor Elite?

12         A.    Yes.

13         Q.    Does Citilease utilize the

14    employees of either debtor?

15         A.    Yes.

16         Q.    In what way?

17         A.    We're getting -- you know, doing

18    some documentation, making the bank account.

19    Mr. Shamshad maintains it.

20         Q.    Does Citilease have its own

21    employees?

22         A.    No.

23         Q.    Does Citilease hire any independent

24    contractors?

25         A.    It's -- I believe Mr. Shamshad



1                    S. Chaudhary
2    maybe, you know, partly worked for -- worked
3    for Citilease.
4         Q.    Is Shamshad related to you
5    personally?
6         A.    No.
7         Q.    Is Shamshad an employee of either
8    debtor?
9         A.    Yes.
10        Q.    In what way?
11        A.    He's the CFO of Elite.
12        Q.    Who handles accounting for
13   Citilease?
14        A.    Mr. Shamshad.
15        Q.    Who maintains books and records for
16   Citilease?
17        A.    Mr. Shamshad.
18        Q.    Does he -- when was Citilease
19   founded?
20        A.    Don't remember.
21        Q.    Has there been any change in
22   ownership since its founding?
23        A.    I don't remember.
24        Q.    Does either debtor provide
25   direction to Citilease?



1                      S. Chaudhary

2          A.    No.

3          Q.    I'm going to ask you to look at

4    Exhibit 1.  It will be page 24 of the PDF,

5    and it'll be page 4 of 14 of Schedule E/F.

6    I'll give you a moment while you get there.

7               Were you able to find the page,

8    Mr. Chaudhary?

9          A.    Yes.

10         Q.    Okay.  On the bottom of that page,

11   at number 3.16, it indicates that Citi Lease

12   LLC, which you've testified is the same as

13   Citilease, one word --

14         A.    Yes.

15         Q.    -- has a claim in this bankruptcy

16   case, an uncured claim in the amount of

17   $6,696.38.

18         A.    Um-hum.

19         Q.    What is this claim for?

20         A.    Well, as I mentioned earlier, it's

21   probably an intercompany transaction.  So

22   owed on one side, payable on one side.  So

23   that's what it is, an intercompany, you know,

24   exchange sometimes.

25         Q.    Do you know when this claim was



1                       S. Chaudhary

2     incurred?

3         A.    Don't know.

4         Q.    I'm going to go -- move on to

5     another company and go back to that page of

6     loan receivables, and that's Schedule A/B,

7     page 7 or page 12 of 77 on the PDF.

8              Are you there?

9         A.    Yes.

10        Q.    Okay.  Do you see the list of loan

11    receivables, toward the bottom there's -- it

12    says "Loan Receivable from Affiliate -

13    Limonet," and the amount is $56,436.62.

14        A.    Yes.

15        Q.    Is Limonet a company?

16        A.    I don't remember.  It may be a --

17    just a d/b/a for Elite.  I don't remember

18    honestly.

19        Q.    And can a d/b/a owe money to

20    itself -- withdrawn.

21             This shows -- this says there's a

22    loan receivable from affiliate; that

23    affiliate is listed as Limonet, correct?

24        A.    Yes.

25        Q.    So this is representing that there



1                    S. Chaudhary

2    is a -- an affiliate company, whether it's an

3    LLC, a corporation, a partnership or not

4    officially a formed entity, but a company

5    holding itself out as Limonet that's an

6    affiliate of Elite -- Debtor Elite, correct?

7           A.    Correct.

8           Q.    And that that company owes Debtor

9    Elite 56,000 plus, correct?

10          A.    Correct.

11          Q.    So what is the nature of the

12   debtors' involvement with this company?

13          A.    Goes back to five, six years, so

14   I'm not fully -- fully remember what it was

15   at that time.  It's a number that's written

16   on the books, and whatever is on the books,

17   they're listed here.  So I'm not really clear

18   on this thing.

19          Q.    Who would know?

20          A.    I have to check with Mr. Shamshad.

21          Q.    Are there any documents that could

22   refresh your recollection about this?

23          A.    I don't know at this moment.

24          Q.    Do you see, in the third column,

25   zero dollars is listed as "doubtful or



1              S. Chaudhary

2    uncollectible amount."  So that indicates

3    that this $56,000 is fully collectible,

4    correct?

5         A.   Correct.  It's an Elite-owned

6    entity, so I don't know.  It's collectible

7    from Elite to Elite, so I'm not sure.

8         Q.   Well, this is -- you swore to the

9    accuracy of these schedules.

10        A.   Yeah, there could be oversights and

11   errors.  We listed what's on the books, the

12   nature, how -- you know, it's -- exact nature

13   I don't recall.  And maybe an error, or maybe

14   not.  I don't know.  They just listed what

15   was on the -- in the ledgers they listed.

16   Trying to be honest.

17        Q.   Are you saying that its inclusion

18   here is an oversight or an error?

19        A.   Could be.  I don't know at this

20   moment.  I need to investigate.  Could be.

21        Q.   What does Limonet do?

22        A.   The concept was that a number of

23   years back that form a -- a co-op between

24   different car companies, so we can help each

25   other in time of need.  When somebody



1                      S. Chaudhary

2     needs -- has extra customer -- extra calls,

3     to send calls to each other.

4              And so we -- we were developing

5     that project.  It goes back a number of

6     years.  But then it became -- then Uber came

7     into the picture and things became

8     complicated in the sense that nobody had

9     enough cars, nobody had enough business.  So

10    it was just -- basically just died because of

11    market forces.  There was, you know, nothing

12    we could do.

13             So some money was spent over there.

14    I believe now it reflects that we may have

15    formed an entity, a bank account.  I don't

16    fully remember clearly, but we just had it on

17    the books the number.

18        Q.   Who owns Limonet?

19        A.   Elite owned it.

20        Q.   What was the $56,000 plus loan for?

21        A.   I don't know.  I don't remember.  I

22    don't remember the details.

23        Q.   Does Limonet share office space

24    with either debtor?

25        A.   It has no office, no nothing.  You



1                          S. Chaudhary

2       know, it was a concept, a project.  And

3       there's no separate office, no desk, no

4       nothing.

5       RQ         MR. KOZLOWSKI:  I call for the

6              production of any documents related to

7              the formation, foundation or existence

8              of Limonet as subsidiary, affiliate or

9              related company to either debtor.

10      BY MR. KOZLOWSKI:

11          Q.   Does Limonet share a bank account

12      with either debtor?

13          A.   No.

14          Q.   Does it share an investment account

15      with either debtor?

16          A.   No.

17          Q.   Does it share a credit card account

18      with either debtor?

19          A.   No.

20          Q.   I'd like to go back to Exhibit 3

21      for a moment.  Is Limonet listed as an

22      affiliate on Exhibit 3?

23          A.   No.

24          Q.   Should it be?

25          A.   Well, it hasn't operated for, I



                      S. Chaudhary

1

2    don't know how many years, six, seven years.

3    So I don't know the listing here would make

4    any reason.

5         Q.   Is Exhibit 3 a list of all

6    affiliated companies or only currently

7    operating affiliated companies or something

8    else?

9         A.   Basically all.  We did not consider

10   even Limonet an operating company because it

11   has been not in operation for seven, eight,

12   10 years.

13        Q.   So, thus far, Exhibit 3 doesn't

14   include Limonet and it doesn't include

15   Odyssey Limousine?

16        A.   But Odyssey -- it doesn't include

17   Limonet because it is a nonfunctioning

18   entity, a dead entity.  As I said, Elite owns

19   the domain name, so it's an Elite entity.

20             And Odyssey, by the way, is not

21   here because this is a company owned totally

22   by somebody else, and we are just a -- like a

23   vendor for them, like a contractor for them

24   doing their business -- doing their -- they

25   outsource their operation to us, so they are



```
 1                    S. Chaudhary
 2    not an affiliate, because we are just a
 3    vendor for them.  That's why it's not here.
 4        Q.   Okay.  I want to move to a company
 5    called Lincoln Leasing.  We can go back to
 6    Schedule 1.
 7        A.   Yes.
 8        Q.   Same page with the loan receivables
 9    that we've been looking at.
10        A.   Um-hum.
11        Q.   It's the one that's on the prior
12    page, that it's on the very bottom of the
13    prior page.
14        A.   Um-hum.
15             MR. WOFSE:  David, I'm just going
16         to throw in for a second.  I want to
17         help Mr. Chaudhary, because he's using
18         hard copies and I'm going to give him a
19         Post-It to flag the page, because he
20         keeps having to find it.
21             MR. KOZLOWSKI:  That's a very good
22         idea.  Thank you, Adam.
23             MR. WOFSE:  Sure.
24    BY MR. KOZLOWSKI:
25        Q.   Mr. Chaudhary, do you see that
```



1                    S. Chaudhary

2     the -- the schedule lists a loan receivable

3     from affiliate Lincoln Leasing?

4          A.   Yes.

5          Q.   And that is in the amount of

6     $64,745.41?

7          A.   Yes.

8          Q.   Is Lincoln Leasing related in any

9     way to the debtors?

10         A.   I believe it was an Elite-owned

11    entity.

12         Q.   I'm sorry.  Did you say an

13    Elite-owned entity?

14         A.   I believe so.

15         Q.   And you mean Debtor Elite owned --

16         A.   Yes.

17         Q.   -- it?

18         A.   Yes.

19         Q.   Look at Exhibit 3 for a moment.  Is

20    Lincoln Leasing listed on the list of

21    affiliated companies?

22         A.   No.

23         Q.   Okay.  Back to Exhibit 1, where we

24    were just looking.  What does Lincoln Leasing

25    do?



S. Chaudhary

A.    Lincoln Leasing does -- again, used to do what Citilease does.  But it has been, I believe, dormant for quite some time.  So I don't know how far that number 64,000 -- that's the number sitting on the book intercompany, and that's why it's not listed on the Exhibit 3.  It's not operational.  We have been closed, so -- and this probably shouldn't have been even on the loan receivable, because it's an Elite-owned company, and --

Q.    I'm sorry.  Continue.

A.    I don't remember the last time it operated.

Q.    Did you say -- and I just didn't hear you properly.  Did you say you had it closed, meaning that it's closed or --

A.    I meant this may have been -- yes, it may have been closed, yeah.

Q.    Okay.  And you said that this company did the same as Citilease.  By that, do you mean it arranged leases for drivers and collected a small fee in connection --

A.    Yes.



1                    S. Chaudhary

2          Q.    -- with that service?

3          A.    Yes.

4          Q.    Who owns or owned Lincoln Leasing?

5          A.    To the best of my recollection, it

6    was Elite.

7          Q.    Elite 100 percent?

8          A.    I think so, to the best of my

9    recollection.

10         Q.    Where is or was Lincoln Leasing's

11   office?

12         A.    Same place, Gale Avenue.

13         Q.    And that's the same space with the

14   debtors?

15         A.    Yes.

16         Q.    Did Lincoln Leasing pay rent or

17   otherwise compensate the debtors for the use

18   of space?

19         A.    No.

20         Q.    Did it have a documented sublease

21   or lease?

22         A.    No.

23         Q.    Did it have any documented

24   agreement?

25         A.    No.



1                    S. Chaudhary

2         Q.   Did it maintain its own phone

3    number?

4         A.   No.

5         Q.   Did it maintain its own email

6    address?

7         A.   No.

8         Q.   Did it utilize employees of either

9    debtor?

10        A.   It was an Elite-owned entity, so

11   Elite employees worked on it.

12        Q.   So your response is that, yes, it

13   did use employees of Debtor Elite?

14        A.   Yes.

15        Q.   When was Lincoln Leasing founded,

16   approximately?

17        A.   Maybe 20 years back, 25 years back.

18        Q.   Has there been any change in

19   ownership since it was founded?

20        A.   I don't recall.

21        Q.   Does either debtor or did either

22   debtor provide direction to this company?

23        A.   Yes, I -- I, as president of Elite,

24   directed it, yes.

25        Q.   Does Lincoln Leasing own any



```
 1                    S. Chaudhary

 2   assets?

 3        A.   No.

 4        Q.   I'm including in that any Web

 5   pages, any intellectual property.

 6        A.   Nothing.

 7        Q.   Do you know what the $64,000

 8   receivable is for?

 9        A.   No.

10        Q.   Did Lincoln Leasing maintain its

11   own bank account?

12        A.   Yes.

13        Q.   Is that bank account still open?

14        A.   I don't think so.

15   RQ        MR. KOZLOWSKI:  I'm going to call

16           for the production of any documents

17           supporting a bank account and whether or

18           not it's opened or closed.  Also going

19           to call for the production of any

20           documents supporting the formation and

21           legal existence of Lincoln Leasing.

22   BY MR. KOZLOWSKI:

23        Q.   Looking again at Exhibit 3, do you

24   see a company called Soundview DAM LLC?

25        A.   Yes.
```



1                    S. Chaudhary

2        Q.   And that is a single member LLC?

3        A.   Yes.

4        Q.   And that is owned entirely by you?

5        A.   Yes.

6        Q.   And looking again at Exhibit 1, the

7   loan receivables from affiliates --

8        A.   Um-hum.

9        Q.   -- do you see Soundview DAM listed?

10       A.   Yes.

11       Q.   And it's listed as having a loan

12   receivable from affiliate Soundview DAM in

13   the amount of $59,720.70, correct?

14       A.   Yes.

15       Q.   What does Soundview DAM do?

16       A.   It was -- did some bitcoin mining.

17   And that's what it did, bitcoin mining.

18       Q.   What was the nature of the debtors'

19   involvement with Soundview DAM?

20       A.   Well, I had loaned money time to

21   time to Elite, and sometime the -- I needed

22   money there in a pinch.  I borrowed money

23   from Elite, put it there.  And my money was,

24   like, offset.  And that's it basically,

25   although other than that, there's no -- no



```
 1              S. Chaudhary
 2    involvement between the two companies.
 3         Q.   Okay.  Just to -- just to clarify
 4    what your testimony is, you're saying that
 5    you personally sometimes loaned money to
 6    Debtor Elite?
 7         A.   Yes, a lot of times.
 8         Q.   And that you borrowed money from
 9    Debtor Elite and transferred it to Soundview
10    DAM?
11         A.   Well, not transferred.  Basically
12    rather than -- if it -- rather than coming to
13    me, it went there directly, and basically
14    it's on my account but recorded as a loan to
15    Soundview DAM.  But it should be basically
16    offset against the money owed to me.
17         Q.   But you directed Debtor Elite to
18    transfer money to Soundview DAM?
19         A.   Yes.
20         Q.   And that was money that you believe
21    you were owed because you had previously
22    loaned money to Debtor Elite?
23         A.   Yeah, basically on account, you
24    know.
25         Q.   Were any of these loans, either
```



```
 1              S. Chaudhary
 2   from you to Debtor Elite or from Debtor Elite
 3   to Soundview DAM, documented?
 4        A.   Well, checks and deposits.
 5   RQ         MR. KOZLOWSKI:  Call for production
 6        of all related documents.
 7   BY MR. KOZLOWSKI:
 8        Q.   What does this $59,720 loan
 9   receivable represent?
10        A.   As I said, money transferred to
11   Soundview DAM.  And could be multiple
12   transactions, not one item.  So I took money
13   as I needed, so that's what the total came
14   to.
15        Q.   Did Soundview DAM maintain its own
16   bank account?
17        A.   Yes.
18        Q.   Is Soundview DAM still in business?
19        A.   Still existing, but not
20   operational.
21        Q.   Does Soundview DAM have any assets?
22        A.   No.  Well, it does have some
23   bitcoin mining machines, miners which are not
24   operational.
25        Q.   Does either debtor own any kind of
```



1                          S. Chaudhary

2    cryptocurrency or crypto tokens?

3         A.    No.

4         Q.    Does Soundview DAM currently hold

5    any cryptocurrency or crypto tokens?

6         A.    No.

7         Q.    Who owns Soundview DAM?

8         A.    I own.

9         Q.    I'm sorry, we covered that.

10   Withdrawn.

11             Where did Soundview DAM operate?

12        A.    Gale Avenue as an address.  It

13   doesn't have any operation.

14        Q.    When it was operational, it

15   operated out of the Gale Avenue address that

16   the debtors use, correct?

17        A.    It just used the office address and

18   nothing else.

19        Q.    You said that it has some bitcoin

20   miners.  Where are those held?

21        A.    Those are held at 37th Avenue.

22        Q.    I'm sorry.  What is 37th Avenue?

23        A.    36-01 37th Avenue.

24             MR. WOFSE:  David, it's Adam Wofse.

25        Just be cognizant of the line the best



1                    S. Chaudhary

2          you can, because --

3              MR. KOZLOWSKI:  And I apologize,

4          and there are occasional pauses on my

5          end, and that's where I'm trying to skip

6          through questions.  I'm trying to be

7          cognizant of the line.

8              MR. WOFSE:  You got it.

9   BY MR. KOZLOWSKI:

10         Q.   I don't know -- I apologize, I

11  don't think we've discussed 36-01 37th

12  Avenue.  Is that a location that either of

13  the debtors is affiliated with?

14         A.   It's an affiliate of Elite.

15         Q.   Who -- who is -- who are the

16  parties to the lease at 36-01 37th Avenue?

17         A.   To the lease?

18         Q.   Well, is the -- withdrawn.

19              Do you know who owns 36-01 37th

20  Avenue?

21         A.   Elite RE Corp.

22         Q.   And Elite RE Corp. is maintaining

23  equipment that belongs to Soundview DAM at

24  this location?

25         A.   Just one room, some miners stored



```
 1                   S. Chaudhary

 2   there.

 3         Q.   Okay.

 4         A.   Just a few boxes in the warehouse.

 5         Q.   Who owns Soundview DAM?  Again, I'm

 6   sorry, I -- withdrawn.  I've asked that

 7   question three times.

 8         A.   I know you're at the end.

 9         Q.   I'm -- it's been a long day

10   already.

11              Does Soundview DAM have its own

12   phone number?

13         A.   No.

14         Q.   Does it have its own email address?

15         A.   No.

16         Q.   Did it utilize either debtor's

17   phone number or an email address affiliated

18   with either debtor, if ever it needed to

19   indicate a phone number or email address?

20         A.   Just as my email address, my

21   personal.

22         Q.   And by your "personal email

23   address," do you mean your Debtor Elite email

24   address?

25         A.   Yes.
```



1                    S. Chaudhary

2          Q.    Did Soundview DAM have its own

3    employees?

4          A.    No.

5          Q.    Did it utilize employees of either

6    debtor?

7          A.    By maintaining the bank account,

8    yes.

9          Q.    How about for running the bitcoin

10   miners?

11         A.    No.

12         Q.    Did Soundview DAM -- withdrawn.

13               Did either debtor provide direction

14   to Soundview DAM?

15         A.    No.

16         Q.    Was this receivable transferred as

17   one lump sum or multiple payments over time?

18         A.    Probably multiple.

19         Q.    When was the money transferred?

20         A.    I would say 2020 or 2021.

21         Q.    Was the money transferred from

22   Debtor Elite's bank account into Soundview

23   DAM's bank account?

24         A.    Probably.

25   RQ         MR. KOZLOWSKI:  Call for the



```
 1                    S. Chaudhary

 2          production of any checks or records

 3          indicating the transfer.

 4     BY MR. KOZLOWSKI:

 5          Q.   Who negotiated this loan on behalf

 6     of Debtor Elite?

 7          A.   It's I basically.

 8          Q.   And who negotiated the loan on

 9     behalf of Soundview DAM?

10          A.   I.

11          Q.   Was Debtor Elite represented by

12     counsel --

13          A.   No.

14          Q.   -- with respect to the loan?

15          A.   No.

16          Q.   Was Soundview DAM represented by

17     counsel with respect to the loan?

18          A.   No.

19          Q.   Was there any analysis as to

20     whether Debtor Elite could afford to make

21     this loan?

22          A.   Probably I loan money to Elite, so

23     I basically -- rather than paying me directly

24     and then I give a loan to the -- to Soundview

25     DAM, I just transferred the money from there
```



1                       S. Chaudhary

2    to there and had a book entry.

3           Q.   Was the loan documented?

4           A.   I paid them by check probably.

5    RQ        MR. KOZLOWSKI:  I believe I've

6           already called for the production of

7           checks but, if not, I call for the

8           production of the checks.

9    BY MR. KOZLOWSKI:

10          Q.   Why wasn't it documented in any

11   other way?

12          A.   Didn't feel necessity.

13          Q.   I'm sorry.  I didn't understand the

14   answer.

15          A.   I don't know the, you know -- we

16   are not denying it, so there wasn't -- you

17   know, there -- I don't know the answer.

18          Q.   Has the debtor demanded repayment

19   from Soundview DAM?

20          A.   As I said, there should be adjusted

21   again the money owed to me.

22          Q.   Okay.  But, again, in the schedules

23   it's indicated as $59,720.70 owed by

24   Soundview DAM to Debtor Elite, correct?

25          A.   Maybe they should have written it



1                       S. Chaudhary

2     off, you know.

3          Q.    Is it a receivable of Debtor Elite?

4          A.    Maybe not.

5          Q.    How is it reflected in the books

6     and records of Debtor Elite?

7          A.    They're -- they're reflected

8     whichever way the money went.  That's how

9     they reflect it.  It's a ledger entry.  But

10    maybe they should have written it off in the

11    end, but they didn't.  They just -- in a

12    hurry and everything, they just listed

13    whatever logged on the ledgers.

14    RQ       MR. KOZLOWSKI:  I call for the

15         production of the ledgers.

16    BY MR. KOZLOWSKI:

17         Q.    And I don't think I got a yes-or-no

18    response, so let me ask again.

19              Has Debtor Elite demanded repayment

20    from Soundview DAM LLC?

21         A.    No.

22         Q.    And why not?

23         A.    I think I answered already.

24         Q.    What was your answer?

25         A.    Have the court reporter read it,



1                    S. Chaudhary

2    you know.  It was against the money owed

3    to me -- owed to me by Elite.

4        Q.   Does either debtor share a bank

5    account with Soundview DAM?

6        A.   No.

7        Q.   An investment account?

8        A.   No.

9        Q.   Credit card account?

10       A.   No.

11       Q.   Why did Soundview DAM stop

12   operating?

13       A.   It lost a lot of money.

14       Q.   When did it stop operating?

15       A.   We -- when machines were -- some of

16   the machines were in Siberia and was

17   chartered in -- in Ukraine.  And the U.S. put

18   sanctions on it, so my machine there

19   basically got hijacked by the company over

20   there.  They gave me -- they did pay me

21   some -- you know, some monies.

22            Basically whatever came went back

23   and the price of the bitcoin dropped, so

24   whatever -- whatever they were getting was

25   just getting paid back to them.  And



1                        S. Chaudhary

2      eventually those machines were shut down.

3                    And I have some machines in

4      Florida, same thing.  It wasn't the best

5      place weather-wise, humidity-wise, the

6      machines were not operating very efficiently.

7                    (Reporter clarification.)

8          A.    Weather-wise, it was not -- it was

9      not the best place.  A lot of humidity, so

10     machines basically were not operating very

11     efficiently and too much breakage.  And price

12     went down on bitcoin, so whatever it was

13     basically got eaten up by the bills.  And

14     that -- that stopped.  So there are no

15     operations going on for the -- since last

16     year.

17         Q.    Let me move to another company on

18     Exhibit 1.  Do you see a company SVRE LLC?

19         A.    Yes.

20         Q.    And the exhibit shows there is a

21     loan receivable to Elite Limousine from SVRE

22     LLC in the amount of $6,000, correct?

23         A.    Yes.

24         Q.    I'll have you look again at Exhibit

25     3.  Is SVRE LLC listed on Exhibit 3?



1                       S. Chaudhary

2        A.    In number 5.

3        Q.    Soundview RE LLC is the same entity

4   as SVRE LLC?

5        A.    Yes.

6        Q.    What is the -- which of those is

7   the correct legal name of the entity?

8        A.    On Exhibit 3.

9        Q.    Soundview RE LLC?

10       A.    Yes.

11            MR. KOZLOWSKI:  Okay.  Can we go

12       off the record for a moment?

13            MR. WOFSE:  Sure.

14            (Discussion off the record.)

15            (Luncheon recess:  12:49 p.m.)

16

17

18

19

20

21

22

23

24

25



```
 1                   S. Chaudhary
 2        A F T E R N O O N   S E S S I O N
 3            (Time noted:  1:20 p.m.)
 4   S H A Q U A T   C H A U D H A R Y,   having
 5       been previously duly sworn, was examined
 6       and testified further as follows:
 7                FURTHER EXAMINATION
 8   BY MR. KOZLOWSKI:
 9        Q.   Okay.  A couple of things before I
10   continue through the companies.  One, is
11   Khawar Shamshad the current CFO of Debtor
12   Elite?
13        A.   Yes.
14            MR. KOZLOWSKI:  And just for the
15        court reporter's sake, that's
16        K-H-A-W-A-R, last name S-H-A-M-S-H-A-D.
17            STENOGRAPHIC REPORTER:  Thank you.
18            MR. KOZLOWSKI:  Right, did I spell
19        that correctly?
20            THE WITNESS:  Yes.
21   RQ       MR. KOZLOWSKI:  Thank you.  Seems
22        that he is the person with the knowledge
23        to answer many of the questions that
24        Mr. Chaudhary cannot, so we're going to
25        ask that he be produced for a deposition
```



1            S. Chaudhary

2    as soon as possible, so we can get

3    closure on some of the open issues.

4        Also -- and, you know, we'll send

5    out a formal letter soon, but this

6    should obviously have been done since

7    the beginning of the case and filing of

8    the petitions.

9        There should be a litigation hold

10   on all documents, and that includes

11   emails from any of the debtors' email

12   accounts, including the Debtor Elite

13   email account that Mr. Chaudhary has

14   referred to as his account or his

15   personal email.  These documents need to

16   be preserved.  The committee is likely

17   going to call for their production at

18   some point.

19       And then, finally, testimony has

20   been that at least some of the affiliate

21   receivables may have been paid, so we'd

22   like to ask for a statement as to the

23   status of these affiliate receivables at

24   present so we can all kind of understand

25   what is actually still out there, what



1                    S. Chaudhary

2          has been paid and where everything

3          stands.

4    BY MR. KOZLOWSKI:

5          Q.   So let's go back into the

6    companies.  We were talking about SVRE LLC

7    and that being, I guess, shorthand for

8    Soundview RE LLC, correct?

9          A.   Yes.

10         Q.   Okay.  And Soundview RE LLC is --

11   looking at Exhibit 3, is a single member LLC,

12   correct?

13         A.   Yes.

14         Q.   And owned 100 percent by you,

15   correct?

16         A.   Correct.

17         Q.   Okay.  And I want to switch to

18   Exhibit 1, where we have on page -- Schedule

19   A/B, page 7, we see -- there's a loan

20   receivable from affiliate SVRE LLC in the

21   amount of $6,000, correct?

22         A.   Correct.

23         Q.   So what does Soundview RE LLC do?

24         A.    It owns a real estate property,

25   23-10 44th Drive, which we have basically



1                      S. Chaudhary

2   signed a deed in lieu of foreclosure to

3   Rosenthal & Rosenthal.

4        Q.   Does it do any other business?

5        A.   No.

6        Q.   Does it own any other assets?

7        A.   No.

8        Q.   What is the nature of the debtors'

9   involvement with Soundview RE?

10       A.   Money might have exchanged time to

11   time.

12       Q.   Where is Soundview RE's office?

13       A.   Same place, Gale Avenue.

14       Q.   That's the same place as Debtor

15   Elite?

16       A.   Yes.

17       Q.   Does it pay rent or otherwise

18   compensate either debtor for use of the

19   space?

20       A.   No.

21       Q.   Is there any documentation of this

22   as a lease or sublease?

23       A.   No.

24       Q.   Are there any other documentation

25   or written agreement between Soundview RE and



1                      S. Chaudhary

2    one of the debtors?

3         A.    No.

4         Q.    Does Soundview RE have its own

5    phone number?

6         A.    No.

7         Q.    Does it have its own email address?

8         A.    No.

9         Q.    Does it -- if it needs a phone

10   number or an email address for any official

11   purpose, does it use a Debtor Elite phone

12   number or a Debtor Elite email address,

13   including the one you referred to as your

14   personal address?

15        A.    My personal address and personal

16   cell phone.

17        Q.    Your personal cell phone and

18   your -- your Debtor Elite email address?

19        A.    Yes.

20        Q.    Okay.  I'm going to -- I'm going to

21   refer to that as your "personal email

22   address."

23        A.    Okay.

24        Q.    Just to be clear, this is not a

25   Yahoo or Gmail address, this is an official



1                    S. Chaudhary

2    company address that you use personally --

3         A.   Yes.

4         Q.   -- correct?

5         A.   Yes.

6         Q.   Okay.  Thank you.  Does Soundview

7    RE have its own employees?

8         A.   No.

9         Q.   Does it use the debtors' employees?

10        A.   For accounting purposes, maintain a

11   bank account, that's it.

12        Q.   Does it collect rent from any --

13   any entity?

14        A.   Yes.

15        Q.   Who does it collect rent from?

16        A.   Tower Bagel.

17             STENOGRAPHIC REPORTER:  Can you

18        spell it, please.

19             MR. KOZLOWSKI:  I'm sorry?

20             THE WITNESS:  Tower Bagel.  Tower,

21        T-O-W-E-R, Bagel, B-A-G-E-L.

22   BY MR. KOZLOWSKI:

23        Q.   What is the monthly rent?

24        A.   About 7,000 or 8,000, in that

25   range.



                          S. Chaudhary

1

2        Q.    Does Soundview RE have its own bank

3   account?

4        A.    Yes.

5        Q.    Has there been any change in

6   ownership since it was founded?

7        A.    No.

8        Q.    When was it founded?

9        A.    10, 15 years ago.

10        Q.    Does either director provide

11   direction to Soundview RE?

12        A.    No.

13        Q.    Looking again at Exhibit 1, this

14   $6,000 loan receivable, does this represent

15   one lump sum loan, multiple loans over time

16   or something else?

17        A.    I don't know.

18        Q.    Who would know?

19        A.    I can probably check, let you know.

20        Q.    What would you check?

21        A.    Check -- check with the bookkeeper,

22   you know, when this was 6,000 outstanding

23   from where and why.

24        Q.    And who is the bookkeeper?

25        A.    Probably Mr. Shamshad would know.



1                    S. Chaudhary

2  RQ        MR. KOZLOWSKI:  And we ask for the

3       production of any documents that would

4       evidence this.

5  BY MR. KOZLOWSKI:

6       Q.   Did the money go from Debtor

7  Elite's bank account into Soundview RE's bank

8  account?

9       A.   Probably.

10      Q.   Why was the loan made?

11      A.   I don't -- I said I would check.

12  Don't know.

13      Q.   Who negotiated this loan for Debtor

14  Elite?

15      A.   I don't know.  I would give -- I

16  would give the instructions.

17      Q.   Who negotiated this loan for

18  Soundview RE?

19      A.   Same, I.

20      Q.   Did an attorney represent either

21  party?

22      A.   No.

23      Q.   Was there any analysis as to

24  whether Debtor Elite could afford making this

25  loan?



1                        S. Chaudhary

2          A.    No.

3          Q.    Was the loan documented?

4          A.    No.

5          Q.    Has Debtor Elite demanded repayment

6     of this loan?

7          A.    No.

8          Q.    Does either debtor share a bank

9     account with Soundview RE?

10         A.    No.

11         Q.    An investment account?

12         A.    No.

13         Q.    A credit card account?

14         A.    No.

15         Q.    If we go back to Exhibit 3, do you

16    see Elite Coach on this list?

17         A.    Yes.

18         Q.    And it's Elite Coach, Incorporated,

19    right or Elite Coach, Inc., correct?

20         A.    Yes.

21         Q.    And it's a corporation?

22         A.    Correct.

23         Q.    And it's owned 100 percent by you?

24         A.    Yes.

25         Q.    I'm going to direct you back to



```
 1                    S. Chaudhary
 2    Exhibit 1, the loan receivables.
 3         A.   Yes.
 4         Q.   Do you see a loan receivable from
 5    Elite Coach?
 6         A.   Yes.
 7         Q.   And that's in the amount of
 8    $476,000, 800 and -- I'm sorry, $476,874.24?
 9         A.   Yes.
10         Q.   What does Elite Coach do?
11         A.   It operates some buses and vans.
12         Q.   What is the nature of the Debtor
13    Elite's involvement with Elite Coach?
14         A.   Elite Coach basically is the same
15    place.  I own it.  They give some work to --
16    to Elite Coach.  If Elite has any bus work or
17    van work, they transfer it to Elite.  That's
18    it basically.
19         Q.   Does Debtor Elite provide any coach
20    or bus service?
21         A.   Yes.
22         Q.   How do you determine which coach or
23    bus service stays with Debtor Elite and which
24    goes to Elite Coach?
25         A.   I'm sorry.  I'm not clear with the
```



1                    S. Chaudhary

2    question, maybe even the previous question.

3        Q.   All right.

4        A.   We were discussing -- I just want

5    to make sure I answer correctly.

6        Q.   I understand.  Let's go back.

7             Elite Coach provides bus service,

8    correct, and coach service?

9        A.   Bus and van service.

10       Q.   Bus and van.  I'm just going to

11   refer to it as "bus" for the collective bus

12   and van coach services.  Is that okay?

13       A.   Okay.

14       Q.   So Elite Coach provides bus

15   service.  Does the Debtor Elite provide bus

16   service?

17       A.   Yes.

18       Q.   And is it your testimony that

19   Debtor Elite would sometimes refer bus

20   service work to Elite Coach?

21       A.   Yes.

22       Q.   How did Debtor Elite determine

23   which bus service to provide internally and

24   which bus service to refer to Elite Coach?

25       A.   When Elite provides service, it



```
 1                    S. Chaudhary
 2   doesn't only sole run buses.  Elite -- Elite
 3   provides services to Elite Coach.  It
 4   basically is a middleman.  It doesn't have
 5   any buses or vans, so either it has to -- so
 6   we made a -- we made a company to provide
 7   that service, because previously -- prior to
 8   that, we used to refer it outside and would
 9   have a lot of problems with the other
10   vendors.
11            So in order to solve those
12   problems, we decided -- I decided to have my
13   own company so we can provide a service to
14   Elite and other customers.
15       Q.   Why was this set up as a separate
16   company, instead of just brought in as a
17   service provided by Debtor Elite?
18       A.   Maybe it should have been, but I
19   don't know.  It was set up that way.
20       Q.   What does Debtor Elite receive in
21   exchange for referring business to Elite
22   Coach?
23       A.   It gets a 10 percent commission.
24       Q.   Where is Elite Coach's office?
25       A.   Gale Avenue.
```



S. Chaudhary

Q.   And that's the same space as the
debtors?

A.   Yes.

Q.   Does it pay rent or otherwise
compensate either debtor for the use of the
space?

A.   No.

Q.   Is this documented in a lease or
sublease?

A.   No.

Q.   Is there any documentation or
written agreement between Elite Coach and
either of the debtors?

A.   No.

Q.   Does Elite Coach have its own phone
number?

A.   Yes.

Q.   Does Elite Coach have its own email
address?

A.   Yes.

Q.   Does Elite Coach also share an
email address or phone number with either
debtor?

A.   No.



1                    S. Chaudhary

2        Q.    Does Elite Coach have its own

3    employees?

4        A.    No.

5        Q.    Does Elite Coach utilize the

6    employees of either debtor?

7        A.    Yes.

8        Q.    Which employees?  Withdrawn.

9              For which services?

10       A.    I work sometimes.

11       Q.    Who answers the phone for Elite

12   Coach?

13       A.    Elite Coach, basically there's

14   really no phone.  Phone calls come in, mostly

15   come through the email of the customers.  So

16   those come to Elite Coach.  And if it's Elite

17   Coach from outside, Elite Coach handles it.

18   And if an Elite customer calls or emails,

19   then it gets transferred from Elite

20   to Elite's route through the system.  Elite

21   Coach transfers the email to -- sorry --

22   Elite transfers it to Elite Coach.

23       Q.    You've testified that Elite Coach

24   does have its own separate email address and

25   its own separate telephone number, correct?



1                    S. Chaudhary

2          A.   Yes.  Yes.

3          Q.   Are -- I may not have understood

4     your previous answer.  Are you testifying

5     that emails come in to Debtor Elite and then

6     get routed to Elite Coach?

7          A.   No.  Non-Elite business comes to

8     Elite Coach by email directly or through a

9     portal, an aggregator which they supply

10    to and they provide as business.  And

11    internal Elite's business just gets

12    transferred -- basically, they, in their own

13    system -- Elite system, they put in a -- a

14    bus number, okay.  This job will be done by

15    Bus 921, for example.  So then Elite Coach

16    would have access to that system and will

17    schedule the ride.

18         Q.   And this is a proprietary system?

19         A.   No, this is the same system which

20    Elite uses from Soundview Technologies.

21              (Reporter clarification.)

22              THE WITNESS:  Uses system we

23         discussed previously, Soundview

24         Technologies.

25    BY MR. KOZLOWSKI:



S. Chaudhary

1

2     Q.   But is this the software that

3  Soundview Tech owns?

4     A.   Yes.

5     Q.   Does Elite Coach pay Soundview Tech

6  for the use of this software?

7     A.   No.

8     Q.   Does either debtor provide

9  direction to Elite Coach?

10     A.   No.

11     Q.   Has there been a change in Elite

12  Coach's ownership since it was founded?

13     A.   No.

14     Q.   When was it founded?

15     A.   It was six years ago.

16     Q.   Looking back on Exhibit 1, does

17  this $476,000 represent one lump sum loan,

18  multiple loans over time or something else?

19     A.   Over time.

20     Q.   When was the money transferred?

21     A.   Over time from 2018 on.

22     Q.   Does Elite Coach have its own bank

23  accounts?

24     A.   Yes.

25     Q.   And did the money go from Debtor



```
 1              S. Chaudhary
 2  Elite's bank account into Elite Coach's bank
 3  account?
 4       A.   Yes.
 5       Q.   Why were the loans made?
 6       A.   As I said previously, there was
 7  money going back and forth between me and
 8  Elite.  Over time, money was needed.  We --
 9  you know, if I didn't have it, took from
10  Elite.
11       Q.   So this $476,000 represents money
12  that you put into Elite that you subsequently
13  needed for Elite Coach, and so had Debtor
14  Elite transfer to Elite Coach?
15       A.   Well, I did -- you know, I -- over
16  the years, I put in a lot of money into Elite
17  personally, and some of it got loaned to
18  Elite Coach -- to Elite.  Basically they are
19  not loans, they were transactions and they're
20  recorded as money on account basically.
21       Q.   Do you have any loan agreements
22  between you and Debtor Elite for the loans
23  that you're talking about here?
24       A.   No.
25       Q.   Do you have any loan agreements
```



1                    S. Chaudhary

2    between Debtor Elite and Elite Coach for the

3    loans we're talking about here?

4         A.   No.

5         Q.   Who negotiated these loans on

6    behalf of Debtor Elite?

7         A.   I.

8         Q.   Who negotiated these loans on

9    behalf of Elite Coach?

10        A.   I.

11        Q.   Did an attorney represent either

12   party?

13        A.   No.

14        Q.   Was there any analysis done as to

15   whether Debtor could -- Debtor Elite could

16   afford making these loans?

17        A.   No.

18        Q.   You say -- would you consider

19   $476,000 to be a material amount of money in

20   the -- a material amount of money in --

21   withdrawn.

22             Would you consider $476,000 to be a

23   material amount of money for Debtor Elite?

24        A.   If this was one shot, yes.  If it

25   was over years, no.



1                          S. Chaudhary

2          Q.    Is Elite Coach profitable?

3          A.    Barely.  Yeah, sometimes, depends

4    on the months.

5          Q.    Is Elite Coach currently operating?

6          A.    Yes.

7          Q.    Who runs or manages Elite Coach?

8          A.    I run it.  I manage it.

9          Q.    Has Debtor Elite demanded repayment

10   of this $476,000 from Elite Coach?

11         A.    No.

12         Q.    Does either debtor share a bank

13   account with Elite Coach?

14         A.    No.

15         Q.    An investment account?

16         A.    No.

17         Q.    A credit card account?

18         A.    No.

19         MR. KOZLOWSKI:  Sorry.  Can we go

20     off the record for a moment?

21         MS. FITZGERALD:  Sure.

22         (Brief interruption.)

23         MR. KOZLOWSKI:  We can go back on.

24   BY MR. KOZLOWSKI:

25         Q.    Looking at Exhibit 3, do you see a



1                  S. Chaudhary

2    company called Elite RE Corp.?

3          A.   Yes.

4          Q.   And that's a corporation?

5          A.   Correct.

6          Q.   And now, for ownership that says

7    "Same as Elite."  So if I look, it appears

8    that you own 92.5 percent of that company; is

9    that correct?

10         A.   Yes.

11         Q.   It says that Mian owns 4.5 percent

12   of that company; is that right?

13         A.   Yes.

14         Q.   Who is Mian?

15         A.   Mian Siddique.  He's an

16   ex-employee.

17         Q.   An ex-employee?

18         A.   Yeah, going back 25, 30 years, 30

19   years.

20         Q.   Of which entity?

21         A.   Of Elite.

22         Q.   Of Debtor Elite or Elite RE?

23         A.   No, Elite.  An ex-employee of

24   Elite.

25         Q.   And I want to be clear on this.



```
 1                    S. Chaudhary
 2    He's an ex-employee of Elite Limousine Plus,
 3    Inc.?
 4         A.   Yes.
 5         Q.   And Elite RE Corp., would that be
 6    the same entity as Elite Real Estate Corp.?
 7         A.   Yes.
 8         Q.   I'm going to direct your attention
 9    back to Exhibit 1.  There's a loan receivable
10    listed from affiliate Elite RE Corporation or
11    Corp. in the amount of $11,271,736.52; is
12    that correct?
13         A.   Correct.
14         Q.   So what does Elite RE Corp. do?
15         A.   It's owned the property at 36-01
16    37th Avenue, Long Island City.  It was
17    purchased in 1998.  Basically, even though
18    the shares are under our name, Elite --
19    Elite's shareholder's name, but basically it
20    is an Elite building, was funded by Elite,
21    bought shares and everything.  At that time,
22    the plan was to -- we have -- at that time,
23    we had about 825 cars and they needed
24    services, repairs and car washes.  And our
25    goal was to provide those services at a -- as
```



1                  S. Chaudhary

2  a service to our Elite drivers.  And we did

3  have a repair shop in the beginning and a car

4  wash there.

5           So those things were basically

6  built for Elite's purposes, and for our

7  purposes Elite owned the building.  It was

8  under my name.  It's -- so those -- to draw

9  up the building, when we purchased --

10 purchased, it was a very cheap price, but

11 needed a lot of work.  So over the years, a

12 lot of work has been done.

13          So until about -- I don't know

14 exactly the timing, a car wash operator

15 entered about two, three years back when we

16 shut down.  And the repair shop was shut down

17 much earlier.  And then we used the facility

18 to rent it out.  But the money -- now we

19 owned the properties, there wasn't enough

20 rent.

21          I also, you know, bill other

22 tenants.  So the money was -- was loaned out

23 to it for development, for repairs, for

24 maintenance, upkeep.  It was built up over

25 the last 30 years -- 34 years, 36 -- I don't



```
 1                    S. Chaudhary
 2   know.  26 years.
 3        Q.   I thought I heard you say that
 4   Elite owned the building under your name.
 5   Did I hear you correctly?
 6        A.   Yes.  Basically it was done by
 7   Elite -- you know, the concept was it's
 8   Elite's building.  That's why all the Elite
 9   shareholders -- and the same ownership, which
10   is these shareholders -- so basically, I'm
11   practically positive it's Elite's building.
12             (Reporter clarification.)
13             THE WITNESS:  In reality, it's
14        Elite-owned, Elite's building.
15   BY MR. KOZLOWSKI:
16        Q.   But is it Elite's -- Elite RE's
17   name on the deed, or is it yours?
18        A.   Elite RE.
19        Q.   Where is Elite RE's current office?
20        A.   Gale Avenue.
21        Q.   And that's the same space as Debtor
22   Elite and DSS?
23        A.   Yes.
24        Q.   And does -- sorry.  Does Elite RE
25   pay any rent?
```



1                     S. Chaudhary

2          A.    No.

3          Q.    Does it provide any other

4     compensation to either debtor for use of the

5     space?

6          A.    No.

7          Q.    Is it documented as a lease or

8     sublease?

9          A.    No.

10          Q.    Is there any other documentation or

11     written agreement between Elite RE and the

12     debtors regarding the space?

13          A.    No.

14               MR. WOFSE:  Is that the main

15          premises lease?

16               THE WITNESS:  No.

17               MR. WOFSE:  Okay.  I apologize.

18               THE WITNESS:  Maybe it's confusing.

19          Now, which lease you're talking between?

20     BY MR. KOZLOWSKI:

21          Q.    I'm talking -- I'm talking right

22     now about Elite RE using the Gale Avenue

23     space.

24          A.    Yeah, nothing documented, yes.

25          Q.    Okay.



1                    S. Chaudhary

2              MR. WOFSE:  That was my error.

3              MR. KOZLOWSKI:  No, that's --

4         that's fine.  I'd rather have a clear

5         record, so --

6    BY MR. KOZLOWSKI:

7         Q.   Does Elite RE have its own phone

8    number?

9         A.   No.

10        Q.   Does it have its own email address?

11        A.   No.

12        Q.   Does it use a Debtor Elite phone

13   number?

14        A.   No, my cell number.

15        Q.   Your cell number.  Does it use your

16   Debtor Elite email address?

17        A.   Yes.

18        Q.   Does Elite RE have its own

19   employees?

20        A.   No.

21        Q.   Does it use the debtors' employees?

22        A.   For bookkeeping.

23        Q.   Does it compensate the debtor for

24   the use of its employees?

25        A.   I'm not sure.  Maybe.  Maybe it



1                    S. Chaudhary
2    does.
3         Q.   Who would know?
4         A.   I will check and let you know.
5         Q.   Would Mr. Shamshad know?
6         A.   Yes.
7         Q.   Has there been any change in
8    ownership since --
9         A.   No.
10        Q.   -- Elite RE was founded?
11        A.   I'm sorry.  It reflects the
12   ownership of Elite.
13        Q.   Can you walk me through what the
14   change in ownership of Elite was -- Elite has
15   been?
16        A.   Since what time?
17        Q.   Let's go back 10 years.
18        A.    10 years was me, Mian Siddique,
19   Bella Epstein.  And about two, three years
20   ago Bella Epstein passed away.  She was the
21   wife of my late partner, Stanley Epstein, who
22   passed away previously, so she inherited the
23   shares.
24             And then when Bella passed away,
25   share was supposed to go to her sons.  But



1                    S. Chaudhary

2    looking at the -- since we were during COVID,

3    we fell behind on taxes and everything.  Her

4    son refused to -- they basically declined to

5    take the shares from the State, so they went

6    back to Elite.  So those shares were gone.

7              And then about -- during that time,

8    I don't remember the exact date, sometime

9    over there also, Andrew Eldey helped us out

10   with a supply of a lot of business, and there

11   was a -- we were hoping some cooperation,

12   more business to Elite.  During COVID, they

13   provided us a lot of business through airline

14   work.  And we were hoping for more

15   cooperation, so we issued them five shares at

16   that time.  And that stands until now.  So

17   Bella's gone --

18        Q.    Does Elite RE own any property

19   apart from 36-01 37th Avenue?

20        A.    No.

21        Q.    Who owns the Gale Avenue property?

22        A.    Gale Avenue LLC, which is owned by

23   me.

24        Q.    Regarding this $11.2 million loan

25   receivable from Elite RE, does it -- did you



1                    S. Chaudhary

2    say that it represents multiple loans over

3    time?

4        A.    Over 26 years, yes.

5        Q.    And I suppose if I ask when was the

6    money transferred over 26 years, that's a

7    laughable question, but I'm going to ask:

8    When was the money transferred?

9        A.    Over 26 years.

10       Q.    Thank you.

11             Does Elite RE have its own bank

12   accounts?

13       A.    Yes.

14       Q.    Did these transfers go from Debtor

15   Elite's bank account into Elite RE's bank

16   account?

17       A.    Yes.

18       Q.    And I believe you testified that

19   these loans were made over the course of time

20   to -- for work on the building and other

21   obligations that Elite RE needed to satisfy?

22       A.    Yes.

23       Q.    Is that a fair characterization?

24       A.    Yes.

25       Q.    Is there any documentation of any



1                    S. Chaudhary

2    of these loans?

3         A.   No.

4         Q.   Who negotiated these loans for

5    Debtor Elite?

6         A.   I.

7         Q.   Who negotiated these loans for

8    Elite RE?

9         A.   I.

10        Q.   Did an attorney represent either

11   party in connection with these loans?

12        A.   No.

13        Q.   Is there an accountant involved

14   in -- in giving -- not a ministerial job, but

15   in giving any advice regarding any of these

16   loans?

17        A.   No.

18        Q.   Was there any analysis done or

19   performed as to whether Debtor Elite could or

20   should make these loans?

21        A.   Well, as I said, for all practical

22   purpose it was Elite's building, and we were

23   hoping that one day we sell the building and

24   then pay Elite back and back to the -- and

25   the return on that way.  Things changed.



1              S. Chaudhary

2              What happened, rents went up and

3      the market went down.  It affected Elite as

4      well as the property, so it's a -- and Elite

5      business, you know, did recover, but we're

6      still -- Manhattan office occupancy rate has

7      still not recovered, is still around 50

8      percent, which is unprecedented.  Employee

9      occupancy rate is still about 51 percent.  So

10     all those things affected the office, the

11     valuation of the property.  And so, we are

12     hoping we'll pay it off, but doesn't look

13     like.

14         Q.   At any time, has Debtor Elite

15     demanded repayment of all or a portion of the

16     obligation Elite RE owes it?

17         A.   No.

18         Q.   Has Debtor Elite demanded repayment

19     during the course of the bankruptcy?

20         A.   No.

21         Q.   Why not?

22         A.   It doesn't have the money.

23         Q.   Has Elite RE marketed the real

24     property?

25         A.   It has been on the market for a



1                    S. Chaudhary

2    year.

3         Q.   Is there any appraisal or valuation

4    of that property?

5         A.   Not recent ones.  Going back a

6    year, we listed at 20 million -- it actually

7    was listed at 25 million, reduced to 20

8    million.  Now it's listed at 16 1/2 million.

9    Over the years, we haven't had any solid

10   offer yet.

11        Q.   Does either debtor share a bank

12   account with the company?

13        A.   Yes, they have separate accounts.

14   No sharing, yeah.

15        Q.   Does either debtor share an

16   investment account with the company?

17        A.   No.

18        Q.   A credit card account?

19        A.   No.

20        Q.   Does Debtor Elite pay rent to Elite

21   Real Estate or Elite RE?

22        A.   No.

23        Q.   If we can go back to Exhibit 3.  Do

24   you see a company called Soundview

25   Broadcasting?



1                     S. Chaudhary

2          A.   Yes.

3          Q.   Is Soundview Broadcasting LLC

4     the -- withdrawn.

5                Going back to Exhibit 1, the list

6     of receivables, do you see a loan receivable

7     from affiliate Soundview Broadcasting?

8          A.   Yes.

9          Q.   And it's in the amount of just over

10    $6 million?

11         A.   Yes.

12         Q.   Is Soundview Broadcasting the same

13    entity as Soundview Broadcasting LLC?

14         A.   Yes.

15         Q.   Now, what does Soundview

16    Broadcasting do?

17         A.   It started providing TV

18    broadcasting services to international TV

19    channels, which were broadcast over Dish

20    Network, DirecTV, other cable -- other --

21    other cable platforms.  Transmission

22    services, licensing services.  It has a -- TV

23    studios.  It was started about 2004 or '05.

24                And right now it's basically --

25    their business has gone down, taken down.  It



1                    S. Chaudhary

2     may be shut down in a year or two.  Basically

3     we're just running it off, paying off some --

4     paying out basically 32 contracts.

5         Q.   So you're winding this business

6     down?

7         A.   Yes.

8         Q.   I'm sorry.  I just -- go ahead.

9         A.   Again, the services which we are

10    providing, due to streaming and everything

11    else, they are losing customers, they have

12    been just going downhill.  There's just maybe

13    a year or two left for survival.

14        Q.   I want to go back to Exhibit 3,

15    just for a moment, to complete the record.

16    Soundview Broadcasting LLC is a single member

17    LLC owned 100 percent by you, correct?

18        A.   Yes.

19        Q.   Does Soundview Broadcasting own any

20    intellectual property?

21        A.   No.

22        Q.   Does it own any movies, TV shows,

23    film, anything along those lines?

24        A.   No.

25        Q.   Does it have any licenses for any



```
1                     S. Chaudhary

2    movies or television shows?

3         A.   No.

4         Q.   Did it at any point?

5         A.   No.

6         Q.   Does it own any film equipment?

7         A.   TV equipment.

8         Q.   Is it doing any operations -- is it

9    conducting any operations right now?

10        A.   Yes, it's providing some services

11   to five TV channels.

12        Q.   What are those services?

13        A.   Those are services basically

14   picking up the signal in -- overseas and

15   bringing it to our facility, do some

16   processing, send it to Dish Network or

17   Verizon cable -- not Verizon anymore -- to

18   basically Dish and ComCast, and do some

19   advertising on those channels.  That's

20   basically it.

21             At one time we had 25 channels,

22   down to about five.  It also provides

23   transmission services, some other channels,

24   like to a customer in Canada, we provide some

25   services.  But that -- that all has been just
```



1                    S. Chaudhary

2    going down and down.

3         Q.   It gets paid for these services?

4         A.   Yes.

5         Q.   What is the debtors' -- either

6    debtor's involvement with Soundview

7    Broadcasting?

8         A.   Nothing.

9         Q.   If neither debtor has any

10   involvement with Soundview Broadcasting, how

11   did it come to be that Soundview Broadcasting

12   owes Debtor Elite over $6 million?

13        A.    It happened over 20 years, number

14   1.  And number 2 -- I did make money in the

15   beginning.  Then it started going down.  We

16   were hoping to recover it.  And now it's

17   subject to -- it was a tenant in Elite's RE

18   building.  It helped Elite in the sense to --

19   it paid rent to Elite to use that space, and

20   basically it wasn't enough revenue.  And

21   if -- basically it was utilizing space for

22   it's own thing.  It also provides, you know,

23   parts of other channels, and we get rent from

24   other channels.  We get some TV channels who

25   are tenants, and they provide rent.  So we



S. Chaudhary

2  were providing services to those channels.

3            And if we shut it down, we'll lose

4  those tenants also.  So it was a circle.  You

5  know, I keep it going to provide services to

6  keep the tenants.

7        Q.   When --

8        A.   In the last couple of years the

9  loan was high.  It had been paid down in the

10  last couple of years, but it's shutting that

11  now.

12        Q.   When Soundview Broadcasting was

13  profitable, was it paying down the loans that

14  Debtor Elite had provided it?

15        A.   It wasn't that profitable.  There

16  was -- I would say, paid the rent, you know.

17  Helped the cash flow of Elite RE.  It was not

18  enough money to pay back the debt.

19        Q.   Let's talk about its rents.  Where

20  is its office?

21        A.   At Elite RE's building.

22        Q.   So this is not a shared space with

23  the debtors?

24        A.   No.

25        Q.   Is that building owned, operated or



                          S. Chaudhary

1
2    managed by any affiliate or insider of either
3    of the debtors?
4         A.   No.
5         Q.   Has Soundview Broadcasting ever
6    repaid any amount of the loans that Debtor
7    Elite has provided it?
8         A.   Yes.
9         Q.   Approximately how much?
10        A.   I think it paid back more than a
11   million.
12        Q.   Sorry.  Did you say 40 million?
13        A.   No, one million.  About a million.
14        Q.   That's a big spread.
15        A.   Yes.
16        Q.   One million.
17             Does Soundview Broadcasting have
18   its own phone number?
19        A.   Yes.
20        Q.   Does it have its own email address?
21        A.   Yes.
22        Q.   Does it have its own Website?
23        A.   Yes.
24        Q.   Does it have its own employees?
25        A.   Yes.



1                        S. Chaudhary

2          Q.    Does it also utilize employees of

3    either debtor?

4          A.    No.

5          Q.    Does either debtor provide

6    direction to this company?

7          A.    No.

8          Q.    Does Soundview Broadcasting have

9    its own bank accounts?

10         A.    Yes.

11         Q.    Did these loans go from Debtor

12   Elite's bank account into Soundview

13   Broadcasting's bank account?

14         A.    Yes.

15         Q.    Who negotiated these loans for

16   Debtor Elite?

17         A.    I.

18         Q.    Who negotiated these loans for

19   Soundview Broadcasting?

20         A.    I.

21         Q.    Did an attorney represent either

22   party in connection with these loans?

23         A.    No.

24         Q.    Was there any analysis as to

25   whether Debtor Elite could afford making



```
 1                    S. Chaudhary
 2   these loans?
 3        A.   No.
 4        Q.   Did Debtor Elite expect to be
 5   repaid?
 6        A.   Yes.
 7        Q.   Why did Debtor Elite expect that
 8   Soundview Broadcasting would be able to repay
 9   $6 million in loans when your testimony has
10   been that Soundview Broadcasting, even when
11   it was profitable, was only able to
12   essentially pay its rent and maybe a little
13   more?
14        A.   Well, as I -- I think I said
15   expected, not expects.  So it was expected
16   when those loans were made, not now.
17        Q.   Were any of these loans documented?
18        A.   No.
19        Q.   Why not?
20        A.   Check with the document -- check to
21   the document.  And we are not lying it, so.
22   RQ        MR. KOZLOWSKI:  Call for production
23        of all checks.
24             THE WITNESS:  We don't know we can
25        produce going back 20 years.
```



1                    S. Chaudhary

2              MR. WOFSE:   No records have been

3       destroyed?

4    BY MR. KOZLOWSKI:

5         Q.   Were there any loan agreements

6    between Soundview Broadcasting and Debtor

7    Elite?

8         A.   No.

9         Q.   Has Debtor Elite demanded repayment

10   from these entities -- sorry.

11              Has Debtor Elite demanded repayment

12   from Soundview Broadcasting during this

13   bankruptcy?

14        A.   No.

15        Q.   Why not?

16        A.   No money.

17        Q.   Debtor Elite and Soundview

18   Broadcasting are separate companies, correct?

19        A.   Yes.

20        Q.   Debtor Elite owes millions of

21   dollars to Rosenthal, taxing authorities and

22   unsecured creditors, correct?

23        A.   Yes.

24        Q.   And Debtor Elite is owed over

25   $6 million from this separate company,



1              S. Chaudhary

2    Soundview Broadcasting, correct?

3         A.   Yes.

4         Q.   And yet Debtor Elite has made no

5    attempt to recover these found during the

6    bankruptcy?

7         A.   Well, Elite owes me money.  I have

8    signed the deed in lieu of foreclosure, which

9    is my property, to Rosenthal.  Rosenthal has

10   a second mortgage on the Gale Avenue

11   property, which I own, so -- and we set it

12   off.  You know, in the end, I may or may not

13   owe them money.  I don't -- haven't done an

14   analysis.  The money I am owed, the property

15   which I'm giving to Rosenthal to satisfy

16   these debts.  So I think, you know, there

17   were assets which, due to market conditions,

18   market conditions have gone down in value.

19   But before COVID there was -- there was

20   enough value to pay everybody off.

21        Q.   Wouldn't it be great for Soundview

22   Broadcasting to pay over its $6 million to

23   satisfy a lot of these obligations?  Do you

24   think that that would be helpful?

25        A.   The property which I'm giving is



```
 1                    S. Chaudhary

 2   worth 5, $6 million, of which property

 3   returns I'm handing off to -- to Rosenthal.

 4        Q.   And that's the Gale Avenue

 5   property?

 6        A.   No, that's the Soundview RE

 7   property.

 8        Q.   And that one is owned by which

 9   entity?

10        A.   Owned by Gale -- Soundview RE,

11   which is owned by me.

12        Q.   So owned by Soundview RE?

13        A.   Yeah.  My plan was to sell that

14   property eventually to pay off Elite's debts,

15   and I'm still doing that.

16        Q.   Does either debtor share a bank

17   account with Soundview Broadcasting?

18        A.   No.

19        Q.   An investment account?

20        A.   No.

21        Q.   Credit card account?

22        A.   No.

23             MR. KOZLOWSKI:  Give me one moment,

24        please.

25             (Brief interruption.)
```



1                        S. Chaudhary

2    BY MR. KOZLOWSKI:

3         Q.   All right.  I'd like to go back to

4    Exhibit 3.  Do you see a company called

5    Asterride Acquisition Corp.?

6         A.   Yes.

7         Q.   Where is that?

8         A.   That company has been shut down.

9    It was an Elite-owned entity.  We acquired

10   the company before COVID.  And then we --

11   once we -- there was some debt which was

12   accumulated because of -- of the acquisition,

13   100,000, then it got paid off.  It was not --

14   it was a good concept at that time, but after

15   COVID it didn't make any sense to -- to spend

16   the resources, so we shut it down.  That's

17   why it's not here.

18        Q.   And it's been dissolved -- was it

19   formed in New York State?

20        A.   I don't think.  I think it was

21   formed in Delaware.

22        Q.   Has it been dissolved in Delaware?

23        A.   I don't know if it's dissolved, but

24   it's definitely nonoperating for, like, two

25   or three years.  Maybe it needs to be



```
 1                    S. Chaudhary
 2   dissolved.
 3        Q.   Does Asterride Acquisition have any
 4   assets?
 5        A.   No.
 6        Q.   What was the debtor's involvement
 7   with Asterride Acquisition?
 8        A.   It owned the entity.
 9        Q.   What was -- what was Asterride
10   Acquisition -- withdrawn.
11             How -- how did the debtor expect to
12   benefit from its ownership of Asterride
13   Acquisition?
14        A.   Asterride Acquisition acquired a
15   company called Asterride, which provided
16   transportation services.  It was a Web
17   company through the -- through the Web, and
18   provided services through other vendors.  We
19   provided services too, also.  And we decided
20   one time to acquire it and make it a part of
21   limousine.com to do the same kind of
22   business.
23             But the way it was set up, somehow
24   it was not easy to fit in and there wasn't
25   enough business.  And whatever there was
```



1                    S. Chaudhary

2    after COVID, it just disappeared.  Nobody was

3    traveling, so -- and I didn't want to keep

4    spending resources, so we just shut it down.

5         Q.   Go to --

6         A.   It was making money when we

7    acquired it, but after COVID it started to

8    lose money, started to lose.  So we shut it

9    down.

10         Q.   I'm going to go back to Exhibit 1,

11    Schedule A/B, answer 15.  That will be

12    Schedule A/B, page 3.  And here it lists the

13    stock in DSS and in Asterride Acquisition.

14    Do you see that?  I'll give you a minute to

15    get there.

16              MS. FITZGERALD:  Okay.  We're

17         there.

18              MR. KOZLOWSKI:  You're there?

19         Okay.

20              MS. FITZGERALD:  Yes.

21    BY MR. KOZLOWSKI:

22         Q.   Okay.  So you see it shows that

23    Debtor Elite owns 100 percent of DSS and 100

24    percent of Asterride Acquisition?

25         A.   Yes.



S. Chaudhary

Q.   And do you see that the question, number 15, asks you to list "Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture."

Do you see that?

A.   Um-hum, yes.

Q.   Are there any other entities that should be listed here?  We've talked about a lot of different entities.  I know many of them have been owned by you personally or you in some capacity and not necessarily by Debtor Elite.

But are there any other entities that Debtor Elite had an ownership interest in that were left off this response?

A.   I don't think so.

Q.   I want to go forward in this document.  It's PDF page 74.  It looks like it's -- is this the right page?  No, I'm looking at the wrong one.  I'm sorry.  Give me one second.  I'll tell you where this is.

This is the schedule of unsecured



1              S. Chaudhary

2   claims, and it is Schedule E/F, page 3 of 14.

3         MS. FITZGERALD:  Okay.  We're

4      there.

5   BY MR. KOZLOWSKI:

6      Q.   Okay.  Do you see a claim scheduled

7   for Asterride Acquisition in the amount of

8   $26,191.48?

9      A.   Yes.

10      Q.   What is this claim for?

11      A.   Well, this is the money which was

12   owed to some vendors, and Elite had not

13   paid -- paid Asterride to pay those vendors.

14      Q.   Is it money that Elite owed to

15   Asterride's vendors?

16      A.   I believe so.  That's what it's

17   asking, right?

18      Q.   Why did Elite owe Asterride's

19   vendors?

20      A.   Well, Asterride owed its vendor.

21   Elite -- you know, Elite provided the --

22   Elite owed that service -- that funds.  As I

23   say, some of the rides were serviced by

24   Asterride vendors out of the city nationally,

25   and Elite owed those funds and they didn't



1                       S. Chaudhary

2     pay.  And those are the balances due.  When

3     we shut it down, there were some balances

4     overdue.

5          Q.   Why -- if Asterride has wound down

6     its operations and is no longer operating,

7     how would its obligations --

8          A.   As the money was owed to the

9     vendors -- just like you go two blocks up, to

10    row 57, do you see Alliance Limousine?

11         Q.   That's 3.7, just to clarify.

12         A.    Yeah, okay.  Okay.  And, similarly,

13    3.6 is All City Limousine, so those are

14    vendors nationally which provide service to

15    Elite customers, and Elite pays them.

16              And just like that, Asterride used

17    similar vendors outside, and those are

18    relationships which we have over the years,

19    and if we don't provide the funds, they would

20    shut down the service and Elite would suffer.

21              And we are -- we basically have to

22    pay those vendors because Elite -- Asterride

23    is our entity.  And service is provided to

24    Elite customers.  So we felt it was our

25    obligation to pay those vendors, otherwise



1                    S. Chaudhary

2     Elite's current business would suffer and we

3     would lose out more than -- you know, than

4     we're trying to save.

5          Q.   I think what you're stating is the

6     business reason why you feel it would make

7     sense for Debtor Elite to pay these

8     obligations, correct?

9          A.   Yes, correct.

10         Q.   But from --

11         A.   They're just like our drivers,

12    critical vendors.

13         Q.   But from a -- from a factual

14    perspective, these are not technically

15    obligations of Debtor Elite, correct?

16         A.   They were obligations of Debtor

17    Elite to Asterride, and Asterride owed those

18    other vendors.  And since Elite owned

19    Asterride, we felt it was our obligation to

20    pay those vendors because they are providing

21    services to Elite.

22         Q.   So this is a valid obligation owed

23    to Asterride?

24         A.   Yes.

25         Q.   Go back to Exhibit 3.  And do you



1                     S. Chaudhary

2    see Gale Avenue LLC listed?

3         A.    Yes, yes.

4         Q.    And Gale Avenue LLC is a single

5    member LLC owned 100 percent by you?

6         A.    Yes.

7         Q.    What does Gale Avenue do?

8         A.    It leases the -- it owned the

9    property at 32-72 Gale Avenue, which is

10   leased to Elite.

11        Q.    And is Gale Avenue LLC still in

12   operation?

13        A.    Yes.

14        Q.    Where is Gale Avenue's office?

15        A.    Gale Avenue.

16        Q.    And that's the same space that

17   Debtor Elite and DSS lease?

18        A.    Yes.

19        Q.    Does Gale Avenue either pay rent,

20   compensate either debtor or offset a portion

21   of the rent for the space that it uses?

22        A.    It's a -- first of all, it doesn't

23   use any space.  It's just an office it rents.

24   It owns the property and it gets mail, and it

25   uses as a mailing address.  There's no space



```
 1                      S. Chaudhary
 2   used otherwise.
 3              MR. KOZLOWSKI:  Give me one moment.
 4        I'm sorry.
 5              (Brief interruption.)
 6              MR. KOZLOWSKI:  Okay.  I'm going to
 7        share the screen.  I'd like to introduce
 8        into the record Exhibit 4, which appears
 9        to be a Standard Form of Lease between
10        Gale Avenue LLC and Elite Limousine
11        Plus, Inc.
12              (Creditors' Exhibit 4, Standard
13        Form of Office Lease between Gale Avenue
14        LLC and Elite Limousine Plus, Inc.,
15        marked for identification as of this
16        date.)
17   BY MR. KOZLOWSKI:
18        Q.   Do you see that document?
19        A.   Yes.
20        Q.   Can you tell me what this document
21   is?
22        A.   It's a lease between Gale Avenue
23   LLC to Elite Limousine for the office space.
24        Q.   Are there any other documents
25   written between either debtor and Gale Avenue
```



1                    S. Chaudhary

2    LLC?

3         A.   No.

4         Q.   Are there any amendments or other

5    modifications of this lease that are not

6    included in this lease?  And I can scroll

7    through the pages if you'd like.

8         A.   There may have been previous

9    leases, but this is the newest lease.

10         Q.   Does Gale Avenue LLC have its own

11    employees?

12         A.   Doesn't need it.

13         Q.   Is that a yes or a no?

14         A.   No.

15         Q.   Does it use or utilize employees of

16    either debtor?

17         A.   No.

18         Q.   Who handles its accounting?

19         A.   There's only one rent which comes

20    in, so it goes in the account.  And then I --

21    the mortgage gets automatically debited by

22    the bank, so there's really nothing to do.

23         Q.   Is the company -- I'm sorry.

24    Withdrawn.

25              Is the property, the Gale Avenue



1                      S. Chaudhary

2     property, currently listed for sale or being

3     marketed for sale?

4          A.    No.

5          Q.    How much is the property worth?

6          A.    About 4 million, maybe 3 1/2 to

7     4 million.

8          Q.    When was this company founded?

9          A.    Don't know.  Maybe 10, 15 years

10    back.

11         Q.    Has there ever been any change in

12    ownership since it was founded?

13         A.    No.

14         Q.    Does either debtor provide

15    direction to this company?

16         A.    No.

17         Q.    Does the debtor pay rent to this

18    company?

19         A.    Yes.

20         Q.    How much is that rent?

21         A.    I don't remember.  Roughly the

22    amount 36,000 and change per month.

23         Q.    Going back to Exhibit 1, the same

24    schedule that we were just on, the claims --

25         A.    Um-hum.



```
1                    S. Chaudhary

2        Q.   -- the 3 point whatever.  I'm going

3    to ask you to go to 3.86.  Did I have -- did

4    I put that in right?  I may have written the

5    wrong number down.  There is no 86.  That

6    can't be right.  3.27.  That's -- that is on

7    Schedule E/F, page 6 of 14.

8        A.   Yes.

9        Q.   Do you see that, at 3.26 and at

10   3.27, there's claims for Gale Avenue LLC?

11       A.   Yes.

12       Q.   One claim, 3.27, is in the amount

13   of $139,000 and the basis is listed as "Rent

14   Arrears."

15       A.   Yes.

16       Q.   That I understand.  3.26 has a

17   claim in the amount of $332,500, and that

18   basis is "Intercompany Loan."  This is

19   interesting.  This is the opposite of the

20   situation which we were talking about a

21   little earlier.  This is a loan, what, to the

22   debtor from Gale Avenue?

23       A.   Yes.

24       Q.   Is there any documentation of this

25   loan?
```



1                    S. Chaudhary

2       A.   I have to check.  I don't know.

3  RQ          MR. KOZLOWSKI:  I'm going to call

4       for the production of any documents

5       supporting this loan.

6             THE WITNESS:  Okay.

7  BY MR. KOZLOWSKI:

8       Q.   What was this loan for?

9       A.   Probably -- I'm just guessing.  I

10  don't know actually.  I will check.

11      Q.   Yeah, I don't -- I don't want you

12  to guess.

13      A.   Yeah.

14      Q.   Do you have a basis to know?  You

15  know, I'll take an answer, subject to you

16  checking and revising, but I don't want a

17  blind guess.

18      A.   Well, there's some -- not a totally

19  blind guess, but I know when we were short of

20  money one time I did refinance that property

21  and got them -- and got the money from the

22  bank, and probably I lent out to Elite.

23  That's one possibility.  I will check into

24  it.

25      Q.   Who would know?



S. Chaudhary

2    A.    I will check with Mr. Shamshad.

3    Q.    How long ago was this loan?

4    A.    I would say the last five, six

5  years.

6    Q.    Was -- was either side represented

7  by counsel in connection with the loan?

8    A.    No.

9    Q.    Was this full amount a one-time

10  loan?

11    A.    If it's the scenario which I am

12  telling you, it would have been one time.  If

13  something else, then I don't know.

14    Q.    Would you have represented Debtor

15  Elite's interests in connection with the

16  loan?

17    A.    I don't follow the question.  Can

18  you say it again.

19    Q.    Yes.  Who negotiated this loan for

20  Debtor Elite?

21    A.    I.

22    Q.    And who negotiated this loan for

23  Gale Avenue?

24    A.    I.

25    Q.    Let me move on to another company.



1                    S. Chaudhary

2    Going back to Exhibit 3.  Do you see an

3    entity on here named Rawal Construction,

4    R-A-W-A-L, Construction?

5         A.   Yes, here.

6         Q.   Which -- which of these companies

7    is Rawal Construction?

8         A.   It's not here.

9         Q.   Not here.  What is Rawal

10   Construction?

11        A.   Rawal Construction is a --

12   basically the company which handles repairs

13   and maintenance on -- on Elite's building and

14   37th Avenue, both buildings.

15        Q.   Who owns Rawal Construction?

16        A.   A gentleman named Mushtaq Ali,

17   M-U-S-H-T-A-Q, A-L-I.

18        Q.   Is he an insider or in any way

19   affiliated with either of the debtors' or

20   their affiliates?

21        A.   No, other than that.  That part of

22   his compensation is he's on at least

23   partially -- he's partially paid by -- he's

24   partially on Elite's payroll.

25        Q.   And what's that for?



| | S. Chaudhary |
|---|---|
| 1 | S. Chaudhary |
| 2 | A.   That's for the running and managing |
| 3 | that company.  No, I'm sorry.  Hold on. |
| 4 | Sorry, I'm wrong.  No, he used to be an |
| 5 | ex-employee, but I don't think he is anymore. |
| 6 | Q.   So the owner of Rawal Construction |
| 7 | is a former employee of Debtor Elite? |
| 8 | A.   Yes. |
| 9 | Q.   Back to Schedule 1 on page -- |
| 10 | Schedule E/F, page 10 of 14.  It's a few |
| 11 | pages past where we were just looking. |
| 12 | Do you see number 3.53, Rawal |
| 13 | Construction having an unsecured claim in the |
| 14 | amount of $254,000? |
| 15 | A.   Um-hum. |
| 16 | Q.   What was this claim for? |
| 17 | A.   I will check.  I don't remember. |
| 18 | Q.   Do you know when it was incurred? |
| 19 | A.   I will check into it.  I have to -- |
| 20 | I don't remember. |
| 21 | Q.   Is Rawal Construction an insider or |
| 22 | affiliate of either debtor? |
| 23 | A.   No, it's a -- it's not an insider. |
| 24 | It's not a -- everything's at arm's length. |
| 25 | It's a separate entity owned by somebody |



```
 1                   S. Chaudhary
 2    else, ex-employee.
 3         Q.   I'd like to direct your attention
 4    again to Exhibit 1, this time Schedule H,
 5    page 1, and that's going to be buried in that
 6    document, so I'll give you a moment to find
 7    it.
 8              MS. FITZGERALD:  You said H, David,
 9         "Your Codebtors"?
10              MR. KOZLOWSKI:  Yeah.
11              THE WITNESS:  Okay.
12    BY MR. KOZLOWSKI:
13         Q.   Do you see Soundbit Dam, Inc. is
14    listed as a co-debtor and that's, in other
15    words, a co-obligor --
16         A.   Um-hum.
17         Q.   -- on the debt owed to Rosenthal?
18         A.   Yes.
19         Q.   Is Soundbit Dam, Inc. a -- an
20    affiliate or related company of either
21    debtor?
22         A.   It's -- I don't know what to say.
23    It was a -- when I started first into the
24    bitcoin mining, this company was formed, and
25    I discussed with Rosenthal to just put
```



```
 1                    S. Chaudhary
 2    everything in there.  And this company
 3    never --
 4              (Reporter clarification.)
 5              THE WITNESS:  Basically bitcoin
 6        mining concept.
 7              MR. WOFSE:  Concept?
 8              THE WITNESS:  Yeah.
 9        A.    And never did anything.  But I had
10    a discussion with Rosenthal, so they just put
11    the name in there, but it never did anything.
12    It's closed down.  No collection, no nothing,
13    no bank account, so it's meaningless.
14    BY MR. KOZLOWSKI:
15        Q.    Who owned the company?
16        A.    I owned.
17        Q.    100 percent?
18        A.    I think so.
19        Q.    Does it have any assets?
20        A.    No.
21        Q.    Let me go back -- I apologize -- to
22    Rawal for a moment.
23        A.    Um-hum.
24        Q.    Does Elite or you share in any of
25    the profits from Rawal Construction?
```



1                    S. Chaudhary

2          A.    No profits.

3          Q.    I'm not asking whether there are

4    any.

5          A.    No.

6          Q.    If there are, does -- does either

7    debtor or you share in those profits?

8          A.    No.

9          Q.    Does Rawal actually perform the

10   maintenance services you've described --

11         A.    Yes.

12         Q.    -- or do they subcontract those

13   out?

14         A.    No, they're sole employees, and

15   then pay their payroll, insurance and

16   everything.  We just pay them enough to keep

17   our services going.  There's an idea to

18   remove any liability if the construction

19   workers go on Elite payroll, some accident,

20   this and that.  So that's the only reason

21   doing it.

22         Q.    Let me move to -- back to Exhibit

23   3.  Do you see Soundview Technologies?

24         A.    Yes.

25         Q.    And that's a single member LLC



1                    S. Chaudhary

2     owned entirely by you?

3          A.   Yes.

4          Q.   Let me go back to Schedule 1.  I'm

5     going to search, because this is going to be

6     easier to find it for everybody and direct

7     you.  Soundview Technologies, if you go to

8     Schedule E/F, page 11 of 14.

9               MS. FITZGERALD:  11 of 14, we're

10          there.

11    BY MR. KOZLOWSKI:

12         Q.   All right.  Sound -- it has here

13    Soundview Technologies.  Is Soundview

14    Technologies the same as Soundview

15    Technologies LLC, as listed on Exhibit 3?

16         A.   Yes.

17         Q.   And Soundview Technologies also has

18    two claims.  I'm going to start with 3.62.

19    This one is a claim for $12,000 and it says

20    the basis is "Accounts Payable - Technical

21    Services Contracts."  Do you see that?

22         A.   Yes.

23         Q.   I think you previously testified

24    that Soundview Technologies is the entity

25    that owns the software that various companies



```
 1              S. Chaudhary
 2    license and that Debtor Elite uses?
 3         A.   Yes.
 4         Q.   Is this 12,000 claim for technical
 5    services contract related to that software?
 6         A.   Yes.
 7         Q.   Is there an actual services
 8    contract?
 9         A.   Probably is.  I'll go take a look.
10  RQ         MR. KOZLOWSKI:  All right.  I call
11         for the production of that document.
12              THE WITNESS:  Okay.
13  BY MR. KOZLOWSKI:
14         Q.   And how much does Debtor Elite pay
15    for use of this software per month?
16         A.   It has -- let me just think.  One
17    second.
18         Q.   Take your time.
19         A.   What we have done is, on Elite's
20    side, I -- this is a -- I will look at the
21    contract.  Now, the current arrangement we
22    have is because Elite's work is quite a bit
23    of work, ongoing on a day basis.  And rather
24    than make it on a profit basis, we, the
25    employees -- the workers -- this is a staff
```



1                       S. Chaudhary

2     which works on Elite work.  They are on

3     Elite's payroll.  And they basically chose --

4     Elite doesn't pay anything to Soundview, but

5     pays those employees directly, and they just

6     perform late work.  And they're ever on call

7     24/7 to maintain the software.

8          Q.   So Elite does not pay Soundview,

9     but it pays for employees that provide

10    services to Soundview?

11         A.   Correct, to Elite.  Services to

12    Elite.

13         Q.   And those are Elite employees?

14         A.   Those are Elite employees, yeah.

15         Q.   Is there any barter agreement, any

16    kind of written agreement that says something

17    along the lines of Soundview allows or

18    licenses its software to Elite and, in

19    exchange, Elite provides its employees for

20    use as needed by Soundview?

21         A.   There's no agreement, but that's

22    what it is.

23         Q.   In that case, how can there be

24    $12,000 accounts payable for a technical

25    services contract?



1                    S. Chaudhary

2          A.    I can find out what it is.

3          Q.    Who would know that?

4          A.    I will speak to Mr. Shamshad.

5          Q.    And then, right above that, we have

6    3.61, and it's another intercompany loan, and

7    this time Soundview is asserting a claim of

8    $329,950.90.  Do you see that?

9          A.    Yeah.

10         Q.    Did Soundview Technologies loan

11   that amount to Debtor Elite?

12         A.    It should have.

13         Q.    Who negotiated that loan on behalf

14   of Debtor Elite?

15         A.    Could be me.

16         Q.    Who negotiated that loan for

17   Soundview Technologies?

18         A.    I.

19         Q.    Did an attorney represent either

20   party?

21         A.    No.

22         Q.    Is there a loan agreement?

23         A.    No.

24         Q.    Apart from checks, is there any

25   other documentation of this loan?



1              S. Chaudhary

2      A.    No.

3      Q.    Would this loan be documented in

4  the general ledger?

5      A.    That's where it came from.

6      Q.    Is that a "yes"?

7      A.    Yes.

8      Q.    Where is Soundview Technologies'

9  office?

10      A.    37th -- it's part of a space used

11  by Soundview Broadcasting.

12      Q.    Has there been any change in

13  ownership to Soundview Technologies since it

14  was founded?

15      A.    No.

16      Q.    Does Soundview Technologies share a

17  bank account with either debtor?

18      A.    No.

19      Q.    An investment account?

20      A.    No.

21      Q.    Credit card account?

22      A.    No.

23          MR. WOFSE:  David, can we pause for

24      a bathroom break?

25          MR. KOZLOWSKI:  Of course.  Why



1              S. Chaudhary

2        don't we take five.  We'll reconvene at

3        3:10.  Does that work?

4              MR. WOFSE:  Yeah.

5              (Recess taken.)

6              MR. KOZLOWSKI:  Tami, we can go

7        back on.

8    BY MR. KOZLOWSKI:

9        Q.   All right.  I'm going to ask you

10   about a company called Global Sat

11   Entertainment or Global Satellite

12   Entertainment.  Are you familiar with this

13   company?

14       A.   Yes.

15       Q.   Is this company affiliated with

16   either debtor?

17       A.   No.

18       Q.   Does it share common ownership with

19   either debtor?

20       A.   I'm 50 percent owner of it.

21       Q.   Does either debtor have any

22   dealings with this company?

23       A.   No.

24       Q.   Has either debtor dealt with this

25   company in the past?



1                    S. Chaudhary

2          A.   No.

3          Q.   What does Global Sat Entertainment

4    do?

5          A.   It's just like Soundview.  It has

6    licenses to a couple of Indian TV channels,

7    movies.  It's not an operation together.  It

8    does -- it specifically has a license to two

9    Indian TV channels which are licensed to Dish

10   Network.  It gets revenue, pays expenses.

11   That's it.

12         Q.   Is it profitable?

13         A.   Yes.

14         Q.   Has it ever made a loan to either

15   debtor?

16         A.   I don't think so.

17         Q.   Has it ever received a loan from

18   either debtor?

19         A.   No.

20         Q.   Does it share any kind of bank

21   accounts with either debtor?

22         A.   No.

23         Q.   Does it have any written or oral

24   contracts with either debtor?

25         A.   No.



1                    S. Chaudhary

2       Q.   There's a company called Soundview

3   Africa.  Are you familiar with this company?

4       A.   Yes.

5       Q.   Is this company affiliated with

6   either debtor?

7       A.   No.

8       Q.   Does it share common ownership with

9   either debtor?

10      A.   No.

11      Q.   Do you own any portion of this

12  company?

13      A.   It's owned by one of my -- my

14  family trust, 40 percent.

15      Q.   Owned 40 percent by your family

16  trust?

17      A.   Yes.

18      Q.   Who owns the other 60 percent?

19      A.   A gentleman named Yves Bollanga,

20  B-O-L-L-A-N-G-A.

21      Q.   Is he related to you?

22      A.   No.

23      Q.   Who is the other 50 percent owner

24  of Global Sat Entertainment?

25      A.   A gentleman named Adris, A-D-R-I-S,



1                    S. Chaudhary

2     Chakraborty, C-H-A-K-R -- K-O-R-B-R-A-T-I.  I

3     may be misspelling it.

4          Q.   Understood.

5     BY MR. KOZLOWSKI:

6          Q.   Does Soundview Africa have any

7     dealings with either of the debtors?

8          A.   No.

9          Q.   Has either debtor loaned money to

10    Soundview Africa?

11         A.   No.

12         Q.   Received money from Soundview

13    Africa?

14         A.   No.

15         Q.   Dealt with Soundview Africa in any

16    capacity in the past?

17         A.   No.

18         Q.   Let's talk about Royal Dispatch

19    Services.

20         A.   Okay.

21         Q.   I'll pull up Exhibit 3 again.  I

22    believe Royal Dispatch is on here at number

23    8.  Do you see that?

24         A.   I'll find it.

25         Q.   I can share the screen.



```
 1                    S. Chaudhary

 2         A.    Yeah, I got it.

 3         Q.    And it is listed as an S Corp.?

 4         A.    Yes.

 5         Q.    What's your understanding of what

 6    an S Corp. is?

 7         A.    It's an account where the --

 8    where basically it's like a -- treated like a

 9    partnership.  You know, it's all the taxes go

10    to the shareholders.

11         Q.    Okay.  And in this case, Royal

12    Dispatch Services is owned 50 percent by Ann

13    Chaudhary and 50 percent by Vita Ozen,

14    correct?

15         A.    Correct.

16         Q.    And Ann Chaudhary is your daughter,

17    right?

18         A.    Yes.

19         Q.    Who is Vita Ozen?

20         A.    Vita Ozen is the wife of Turgut

21    Ozen, who basically started Royal Dispatch.

22    He had just passed away last year.  So he

23    owned Royal Dispatch, which owned New York

24    Black Car.

25         Q.    Are you related to Vita Ozen in any
```



1                    S. Chaudhary

2    way?

3         A.   No.

4         Q.   I'm going to go to Exhibit 2 and

5    find the right place.  Give me a moment.

6    Exhibit 2, Schedule E/F, page 2 of 3.

7              MS. FITZGERALD:  Yes.  Okay, we're

8         there.

9    BY MR. KOZLOWSKI:

10        Q.   This is the schedule of unsecured

11   claims against Debtor DSS.  Do you see claim

12   3.8?

13        A.   3.8, yes.

14        Q.   Royal Dispatch Services, Inc.?

15        A.   Yes.

16        Q.   And it's a claim for $30,869.46,

17   correct?

18        A.   Yes.

19        Q.   And the basis is listed as "Profit

20   share."

21        A.   Yes.

22        Q.   What is this claim for?

23        A.   We basically -- DSS operates the

24   business of Royal Dispatch, taking their

25   calls, dispatching, billing, paying,



```
 1                   S. Chaudhary
 2   collection.  And they do not have any --
 3   other than the owners, they don't have any
 4   employees.  Basically the Elite runs the
 5   whole operation and shares the profit margin
 6   after paying the driver on a 50/50 basis.
 7            So at any time period for the less
 8   than last month, there would be some funds
 9   owed.  This was the status at that time.
10   It's an ongoing relationship.  It got paid
11   down.  Right now, it may be paid down.  It
12   may be paid down 10, 20 for the weeks or two
13   weeks.  But it's an ongoing operation.
14        Q.   Where is Royal Dispatch's office?
15        A.   Royal Dispatch doesn't have an
16   office.  It's basically a -- DSS operates its
17   business.  We just have mailing -- we have a
18   mailing address, that's it.
19        Q.   What's its mailing address?
20        A.   Gale Avenue.
21        Q.   That's the same space as Debtor
22   Elite?
23        A.   Yes.
24        Q.   And as DSS?
25        A.   Correct.
```



S. Chaudhary

1

2      Q.   And does it pay or otherwise

3  compensate either debtor for use of that

4  space, even simply as a mailing address?

5      A.   No.

6      Q.   Is there any documentation between

7  either debtor and Royal Elite (sic) regarding

8  the use of this space?

9      A.   No.

10      Q.   Does Royal -- I'm sorry.  I called

11  it Royal Elite.  I meant Royal Dispatch.

12  Let's clear that up.

13          Does Royal Dispatch have its own

14  phone number?

15      A.   Yes.

16      Q.   Does Royal Dispatch have its own

17  email address?

18      A.   Yes.

19      Q.   Does it have its own Website?

20      A.   Yes.  Actually everything under

21  nyblackcar.  It's a D -- nyblackcar is d/b/a

22  of Royal Dispatch.

23      Q.   Nyblackcar is a d/b/a of Royal

24  Dispatch?

25      A.   Correct.  So all businesses get



1                    S. Chaudhary

2   done in the end by blackcar.

3        Q.   Does Royal Dispatch have its own

4   bank account?

5        A.   Yes.

6        Q.   And it maintains its own books and

7   records and --

8        A.   Yes.

9        Q.   Has there been any change in

10  ownership since it was founded?

11       A.   Royal Dispatch?

12       Q.   Yes.

13       A.   I guess there has been a few.  It

14  goes back 10, 15 years.  I became associated

15  with it in 2017.  There were two partners,

16  Vita Ozen and a -- and a lady, Ann Aracri.

17  They were partners.  The business was

18  actually done by -- you know, was being done

19  by the husbands.  Like Vita's husband was

20  Turgut and Ann Aracri's husband was Joe.  Joe

21  sold his share to Ann.  And they basically

22  also hired Elite as a -- Elite as an

23  outsourcing vendor where they outsourced out

24  the operations.

25            And rather than Elite doing it



```
 1                   S. Chaudhary

 2    directly, just to keep the accounting

 3    straight, we run everything into DSS.  So Joe

 4    sold about 2018, I believe.  So prior to

 5    that -- I don't know the changes prior to

 6    that.

 7         Q.   And just to clarify, Ann Aracri is

 8    Joe's wife?

 9         A.   Joe Aracri's wife.  And Joe and

10    Turgut were partners.

11         Q.   And then when Joe sold in 2018 --

12    you said Joe sold to Ann in 2018.  That's Ann

13    Chaudhary?

14         A.   Exactly, yeah.

15         Q.   Okay.  That's -- I want to make

16    sure that that's --

17         A.   Ann Aracri to Ann Chaudhary.  Ann

18    Aracri to Ann Chaudhary.

19         Q.   Got it.  Does either debtor provide

20    any direction or instruction to Royal

21    Dispatch?

22         A.   No.

23         Q.   Is there a contract between Royal

24    Dispatch and DSS?

25         A.   Yes.
```



1                    S. Chaudhary

2        Q.   And that's a written contract?

3        A.   Yes.

4   RQ        MR. KOZLOWSKI:  All right.  I call

5        for the production of that document.

6             THE WITNESS:  Okay.

7   BY MR. KOZLOWSKI:

8        Q.   Was Royal Dispatch represented by

9   counsel in connection with that contract?

10       A.   I think so.

11       Q.   Was DSS?

12       A.   Yes.

13       Q.   Who negotiated that on behalf of

14  DSS?

15       A.   I negotiated.

16       Q.   I'm sorry.  Can you say that again?

17       A.   I.

18       Q.   You did?

19       A.   On behalf of DSS, I negotiated.

20       Q.   And on behalf of Royal Dispatch,

21  who negotiated?

22       A.   Joe.

23       Q.   So this contract -- withdrawn.

24            Did this contract predate Ann

25  Chaudhary's purchase --



1                     S. Chaudhary

2          A.    I think so.

3          Q.    -- of the company?

4          A.    I think so.

5          Q.    Is Royal Dispatch paid by DSS or by

6     Debtor Elite?

7          A.    By DSS.

8          Q.    Does DSS get its money directly

9     from the customers, or does it -- does the

10    money first go through Debtor Elite?

11         A.    No, it comes directly to DSS.

12         Q.    Does Royal Dispatch have its own

13    bank account?

14         A.    Yes.

15         Q.    Does DSS have its own bank account?

16         A.    Yes.

17         Q.    Has Royal Dispatch borrowed money

18    from either debtor?

19         A.    I don't think so.

20         Q.    Has Royal Dispatch loaned money to

21    either debtor?

22         A.    No.  Well, the transaction between

23    DSS and Royal Dispatch, we went over -- we

24    discussed back and forth.  On an ongoing

25    basis, DSS pays Royal for the profit sharing.



1                    S. Chaudhary

2        Q.   Does Royal Dispatch share any

3    resources or equipment with DSS or Debtor

4    Elite?

5        A.   Repeat the question again, please.

6        Q.   Does Royal Dispatch share any

7    resources with DSS?

8        A.   No.

9        Q.   Does Royal Dispatch share any

10   resources with Debtor Elite?

11       A.   No.

12       Q.   Does it share any equipment with

13   either debtor?

14       A.   No.

15       Q.   Does the services that Royal

16   Dispatch provides require a base license?

17       A.   Yes.

18       Q.   Does Royal Dispatch use its own

19   base license?

20       A.    It has a base license, and it's all

21   mixed up.  I'm not sure.  You know, they

22   get -- TLC used to have a distinction, but

23   not anymore.  Any -- any dispatch base can

24   dispatch for anybody else.  So right now it's

25   basically mixed, so -- but it has a license,



```
 1                    S. Chaudhary
 2   and some cars are licensed in its own name.
 3   Sometimes Elite drivers do the same work,
 4   whoever has the cars available, but it has
 5   its own license.
 6        Q.   So Royal Dispatch has its own
 7   license --
 8        A.   Yes.
 9        Q.   -- but occasionally -- or, I don't
10   know, often -- how often does an Elite driver
11   drive a job for Royal Dispatch on Elite's
12   base license?
13        A.   Well, after COVID -- before COVID,
14   everything was separate.  After COVID, to
15   save expenses on both sides, we -- since
16   Elite is providing the services anyway, there
17   was no reason to keep separate -- keep -- I'm
18   sorry.  Since Elite provides Elite to DSS,
19   provides their services anyway, there was no
20   reason manning two separate dispatch
21   stations, two separate bank of call takers.
22   So we combined many of the operations, we
23   just keep track that this business belongs to
24   Royal Dispatch and with Black Car, and this
25   business belongs to Elite.
```



1                    S. Chaudhary

2              So we just keep track of that where

3    it doesn't matter whose driver covers it, as

4    long as you get the revenue based on your

5    customers.

6         Q.    Is Royal Dispatch profitable?

7         A.    Yes.

8         Q.    Does the debtor share any bank

9    accounts with Royal Dispatch?

10        A.    No.  Elite doesn't -- not

11   dispatch -- yeah, okay.  Sorry.  Both of them

12   don't.

13        Q.    Neither does.

14              Does DSS share any investment

15   accounts with Royal Dispatch?

16        A.    No.

17        Q.    Does Debtor Elite?

18        A.    No.

19        Q.    How about credit card accounts for

20   either debtor?

21        A.    No.

22              MR. WOFSE:  And David, it's Adam.

23        I'll simply interject:  To the extent

24        that he knows, because he's not the

25        owner operator of Royal, so --



```
 1              S. Chaudhary
 2         MR. KOZLOWSKI:  That -- that's
 3     fair.  And I'm -- I'm going to stop
 4     asking about Royal at the moment.
 5  BY MR. KOZLOWSKI:
 6     Q.   Does DSS have an ownership interest
 7  in any other entity?
 8     A.   No.
 9     Q.   When you were considering
10  bankruptcy for the two debtors, were any of
11  the other companies that we discussed today
12  considered for filing as a possible
13  co-debtor?
14     A.   I didn't -- I did not consider.
15     Q.   So, to be clear, when bankruptcy
16  was presented as an option, however it came
17  up, you thought Elite and DSS were the
18  candidates for bankruptcy and no other
19  entity; is that right?
20     A.   We were the entities who were
21  behind on the New York State sales tax, and
22  they basically forced us into bankruptcy.
23  They revoked our sales -- sales tax
24  authority.  Without that, we couldn't
25  operate.  We would have liked to not file
```



```
 1                    S. Chaudhary
 2   Chapter 11.  I think Elite would have been --
 3   is still a viable business, and we were just
 4   forced into it.
 5             MR. WOFSE:  And David, the same
 6        objection, whether any affiliate was
 7        considering bankruptcy.
 8             MR. KOZLOWSKI:  Fair.
 9   BY MR. KOZLOWSKI:
10        Q.   Are there any other companies that
11   are insiders or affiliates of either debtor
12   that we've not discussed today?
13        A.   I don't know of.
14        Q.   Who would know?
15        A.   I mean, it doesn't come to my mind,
16   what I'm saying.  No.  The answer is no.
17             MR. KOZLOWSKI:  Give me 15 seconds,
18        if you don't mind.
19             (Brief interruption.)
20   BY MR. KOZLOWSKI:
21        Q.   The two debtors share office space?
22        A.   Yes.
23        Q.   Is there a written agreement
24   between them concerning the office space?
25        A.   DSS doesn't have any employees.
```



```
 1                  S. Chaudhary
 2   It's an Elite-owned entity and operation is
 3   done by Elite.  Elite gets the profit share.
 4   We're just a pass-through entity.  There's
 5   nothing there.  It's just to keep accounting
 6   straight, that's all.
 7        Q.   So DSS and the debtor are
 8   essentially the same entity, just one entity,
 9   DSS was formed solely for accounting
10   purposes?
11        A.   Of accounting for -- for Royal
12   Dispatch and the Black Car, to run that
13   business.  And Elite's books reflect Elite's
14   business.  And DSS books reflect Royal
15   Dispatch's business.  And the profit made
16   goes -- flows back to Elite, and 50 percent
17   goes to our dispatch.
18        Q.   When you say DSS has no employees,
19   if somebody called -- called up looking to
20   speak to somebody for DSS, who's answering
21   the phones?  Is that a -- just an Elite
22   employee and then they're just passing --
23        A.   Elite employees, yes.
24        Q.   So DSS essentially, to the extent
25   it ever needs employees, it does end up using
```



1                    S. Chaudhary

2     Elite employees?

3          A.    Yes.

4          Q.    And the offices are the Gale Avenue

5     property that we've discussed already,

6     correct?

7          A.    Correct.

8          Q.    How long have the debtors been at

9     that premises?

10         A.    Since 1992.

11         Q.    Is that when they were founded?

12         A.    No.   I founded -- Elite was founded

13    in 1986, and I built the building in 1992.

14    That's when I moved.

15         Q.    I'd like to talk a little bit about

16    the First Corporate Sedan deal.  I'll refer

17    to First Corporate Sedans as "FCS."

18         A.    Okay.

19         Q.    In 2017, did Debtor Elite acquire

20    the assets of FCS?

21         A.    Yes.

22         Q.    Does FCS currently exist?

23         A.    No.

24         Q.    Did it close as a result of the

25    acquisition?



1                        S. Chaudhary

2          A.    Yes.

3          Q.    Who owned FCS in 2017 before Debtor

4     Elite's acquisition?

5          A.    Guy Ben-Zion and Amir Ben-Zion, two

6     brothers.

7          Q.    Did Debtor Elite acquire FCS's

8     intellectual property?  And in that I'm

9     including any patents, trademarks, trade

10    names, copyrights, Websites, domain names,

11    social media accounts, anything along those

12    lines.

13         A.    Yes, all the assets.

14         Q.    Does it still maintain those?

15         A.    No.

16         Q.    What did it do with them?

17         A.    They expired.  They were useless

18    basically.

19         Q.    The name First Corporate Sedan

20    didn't have any marketplace value?

21         A.    Not really.  All these names are

22    very generic, including Elite.

23         Q.    Was Debtor Elite represented by

24    counsel in the acquisition?

25         A.    Yes.



1                        S. Chaudhary

2         Q.    Who was that?

3         A.    I believe, Allen Perlstein.

4         Q.    Do you know what firm he's with?

5         A.    It's a difficult name.  Harfenist

6    Kraut & Perlstein.

7         Q.    Did you conduct an independent

8    investigation of FCS?

9         A.    No.  We -- we were limited to

10   the -- to the extent the document provided by

11   them and by their consultant.  We -- to the

12   extent we could do.  We did not do an audit

13   or anything, but this kind of a document, I

14   read them.

15             (Reporter clarification.)

16        A.    I read the documents and read

17   through the documents, verified the accounts,

18   their customers, saw their offices, saw their

19   dispatch and checked with the TLC how many

20   drivers they had, but did not do a deep

21   audit.

22   BY MR. KOZLOWSKI:

23        Q.    Who was their consultant?

24        A.    I'm forgetting the name.  Last name

25   was Cohen.  First name is not coming to me.



SHAQUAT CHAUDHARY                                          March 13, 2024
IN RE: ELITE LIMOUSINE PLUS, INC.                                    195

```
 1                    S. Chaudhary
 2   I can relate later.
 3        Q.   What documents did they provide
 4   that you said you reviewed?
 5        A.   Their -- their accounts
 6   receivables, their driver list, their
 7   financial statement, what they had, and
 8   current internally prepared documents, and
 9   that's it basically.
10        Q.   Do you recall if anybody told you
11   that you had a duty to do due diligence on
12   behalf of Debtor Elite before the purchase?
13        A.   Yes, we did, to the extent we knew
14   how much to do.
15        Q.   Does Debtor Elite have a loan
16   agreement with Rosenthal?
17        A.   Yes.
18        Q.   When did it enter into the
19   agreement with Rosenthal?
20        A.   At acquisition time.
21        Q.   What was the benefit of entering
22   into the agreement with Rosenthal?
23        A.   They financed the whole
24   transaction.
25        Q.   I'm sorry.  They financed the whole
```



```
 1                    S. Chaudhary
 2    transaction?
 3         A.   The acquisition, yeah.
 4         Q.   Was other financing -- were other
 5    financing options explored?
 6         A.   Nobody would have financed.
 7         Q.   Do you know that because you looked
 8    around and nobody was willing?
 9         A.   Well, nobody -- they owed a lot of
10    money to Rosenthal, and which was built up
11    over the years.  And the company was losing
12    money.  And at that time it looked like it
13    was the thing to do it.  It was before COVID.
14    They had a 20, $22 million business with 200
15    vehicles, a lot of good customers.  And so we
16    made the decision to do it.
17              And then, in reality, we may have
18    overpaid in the sense that there was no
19    negotiation in the sense that FCS owner did
20    not get any money.  We just ended up assuming
21    all the debt.  Why going into it at a high
22    price?  Which, as I said, I may have overpaid
23    because Elite itself was under pressure
24    because of 2014 and entry of Uber into the
25    industry.  Every week -- every car company in
```



1                    S. Chaudhary

2    the city basically was cut down in half in

3    two or three years.  In 2014 we had 525 cars.

4    By 2017, we are down to about 300, and so was

5    FCS.  And we were not -- we wouldn't have

6    survived alone, standing alone.  And

7    definitely if we had stayed there -- if COVID

8    had hit yet, we would have been in worse

9    trouble, not that we are not in trouble now.

10           I mean, it was a decision at that

11   time to cut the deal, and numbers looked good

12   that we can -- with high volume and not too

13   much increase in overhead, we will be okay.

14           And I think things were not too bad

15   until COVID hit.  And then the rates went up.

16   So it's a factor, as I said -- it's a

17   multiple factor.  It wasn't a one-day event.

18   It's a -- it's a -- 2008 financial crisis.

19   Then came the Uber.  And then came the COVID.

20   So all decisions look bad now.  But, you

21   know, Monday morning.

22       Q.    But at the time of the acquisition,

23   FCS was losing money; is that what you said?

24       A.    Yeah, they had a $20 million

25   business, yes.



S. Chaudhary

1

2      Q.   And I don't -- and, I apologize, I

3   don't think I got a clear yes or no.

4          Did the debtor -- did Debtor Elite

5   seek or receive any other offers for

6   financing at that time?

7      A.   Well, knowing that industry,

8   knowing the business, I knew nobody would

9   finance it.

10     Q.   I understand you're saying that you

11   knew, but did you shop around, test the

12   market and seek any other offers for

13   financing, or did you not?

14     A.   I don't remember.  I -- no, I don't

15   think so.  Since the finances was going to be

16   available, I did not look any further.

17     Q.   Did Debtor Elite employ either of

18   the Ben-Zions after the acquisition?

19     A.   That was part of the deal.  We --

20   we hired Guy Ben-Zion.

21     Q.   Guy Ben-Zion, okay.  What role did

22   Guy serve in?

23     A.   Basically customer services, client

24   relationships, bringing new -- new accounts.

25     Q.   What were his duties, interacting



```
 1                   S. Chaudhary
 2   with customers and something along those
 3   lines?
 4        A.   Yes.
 5        Q.   What was his salary?
 6        A.   It was total about -- I don't know
 7   the exact number.  About $200,000, in that
 8   range, 220.
 9        Q.   Did he have -- withdrawn.
10             As a result of the acquisition by
11   Debtor Elite, did Guy Ben-Zion come into
12   ownership of any equity in Debtor Elite?
13        A.   No.
14        Q.   Is Guy Ben-Zion still with Debtor
15   Elite?
16        A.   Only -- not on the payroll anymore
17   since COVID.  We had to cut expenses, so he's
18   basically on a -- just a retainer.  He's not
19   on the payroll anymore, but on a -- on a
20   contract basis just maintains some of the
21   customer relations, not a full-time employee.
22        Q.   Does he get paid for any contract
23   work?
24        A.   I think he gets about $1600 a
25   month.
```



S. Chaudhary

1

2      Q.   Is there an actual agreement with

3   him, a written agreement?

4      A.   No, we just negotiate on the phone

5   after -- during COVID.

6      Q.   Do you know if Guy Ben-Zion works

7   for any affiliate or related companies of the

8   debtors?

9      A.   No.

10      Q.   Does Guy Ben-Zion -- if you know,

11   in your capacity as representative of the

12   debtors, does Guy Ben-Zion work for any other

13   black car companies?

14      A.   Not that I know of.

15      Q.   Did you discover fraud in the FCS

16   books?

17      A.   Yes.

18      Q.   Was this before or after the

19   acquisition?

20      A.   After.

21      Q.   How did you become aware of the

22   fraud?

23      A.   Well, we had some accounts

24   receivable.  There was an amount which

25   accumulated about $825,000.  And we have --



1                      S. Chaudhary

2    after a few months we realized that money

3    isn't there, and so we questioned them and,

4    "What is this?"  They explained to me what it

5    was, and that was basically a fraud to keep

6    their borrowing base higher so they could

7    keep borrowing money from Rosenthal.

8              And so we brought it to the

9    attention of Rosenthal.  They understood,

10   they agreed --

11             (Reporter clarification.)

12        A.   So we brought it to the attention

13   of Rosenthal that, "Listen, that this AR,

14   which we assumed and we are paying you for

15   it, isn't there."  And we didn't get any

16   break from them.  They said, "You assumed it,

17   you know, it's your responsibility."  And

18   there was no personal guarantee on those

19   things from Guy, so we could not sue them.

20   And so we just had to eat it.

21        Q.   How long after the acquisition was

22   the fraud discovered?

23        A.   About three months, four months.

24        Q.   And how soon after discovering it

25   did you raise it with Rosenthal?



1                      S. Chaudhary

2          A.    Immediately.

3          Q.    And you also immediately raised it

4    with the Ben-Zions?

5          A.    Yes.

6          Q.    And did you ever seek to recover

7    the money from the Ben-Zions?

8          A.    No.  Since there were no -- I don't

9    know.  Since there were no personal guarantee

10   of the accuracy of the documents, I didn't do

11   it.

12         Q.    Did you consult a lawyer about the

13   fraud?

14         A.    I don't remember.

15         Q.    What was the amount of the fraud?

16         A.    About 825,000.

17         Q.    That's 8-2-5?

18         A.    Yes.

19         Q.    But you don't recall if you spoke

20   with a lawyer about what rights Elite may

21   have?

22         A.    I don't remember.

23         Q.    We talked about Debtor Elite

24   lending money to affiliate companies earlier.

25   Was any money loaned to any affiliate while



```
 1                    S. Chaudhary
 2    Debtor Elite had the outstanding obligation
 3    to Rosenthal?
 4         A.   Yes.
 5         Q.   Would that be most of it --
 6    withdrawn.
 7              MR. KOZLOWSKI:  Can we -- can we
 8         take five?
 9              MR. WOFSE:  Yeah.
10              THE WITNESS:  Sure.
11              (Recess taken.)
12              MR. KOZLOWSKI:  We can go back on.
13    BY MR. KOZLOWSKI:
14         Q.   So help me understand this fraud a
15    little bit better.  The -- there were --
16    well, can you describe it again?  What --
17    what was happening in the books with the
18    receivables?
19         A.   What they were doing was, to the
20    best of my recollection, let's say you bill
21    somebody on a credit card, okay?  And when
22    you bill on the credit card, let's say you
23    bill $100.  You're only going to collect less
24    than $97, right?  The 3 percent fees or
25    whatever.
```



1                        S. Chaudhary

2              So they were not counting those $3

3    as a discount on the sale.  They kept the

4    sale at $100, rather than reducing it down to

5    $97, giving credit.  So that, over the years,

6    just slowly and slowly built up.

7         Q.   When you say "they," who?

8         A.   Yes, FCS.

9         Q.   Who at FCS was doing this?

10        A.   Guy and his financial guy, Elon.

11   Elon -- I forgot his last name.

12        Q.   Was -- we know that Guy was hired

13   by Elite.  Was the -- the other person hired

14   by Elite as well?

15        A.   Yes.

16        Q.   The financial person?

17        A.   Yes.

18        Q.   How soon after the acquisition did

19   you say you discovered the fraud?

20        A.   About four months.

21        Q.   And were Guy and the financial

22   person still working at Elite after you

23   discovered the fraud?

24        A.   Yes.

25        Q.   And they were working there before



```
 1                    S. Chaudhary
 2   you discovered the fraud as well?
 3        A.   Yes.
 4        Q.   How long did Guy -- well, how long
 5   did the financial person remain employed at
 6   Elite?
 7        A.   Until COVID.
 8        Q.   The sale was in 2017.  Do you mean
 9   early 2020, when the shutdown happened?
10        A.   Yes.
11        Q.   So making sure I understand the
12   chronology, you purchased FCS.  About four
13   months later, you discovered fraud in the
14   books.  You immediately raised the fraud with
15   Rosenthal and you raised it with Guy, who's
16   an employee of Elite.
17             Did you raise it with the
18   accounting person as well?
19        A.   Yes.
20        Q.   So you raised it with both of them,
21   and then they still remained employees for
22   the next two-plus years?
23        A.   Yes.
24        Q.   If you knew that they committed
25   fraud, why did you permit them to stay as
```



```
 1                    S. Chaudhary

 2    employees?

 3         A.   I have to protect the $20 million

 4    business which we acquired, because they have

 5    the relationships.  Trying to collect that

 6    money, I don't want to get in bigger losses.

 7         Q.   Did that factor into why you didn't

 8    consult with an attorney?

 9         A.   Possibly.

10         Q.   Did it ever cross your mind to sue

11    Guy Ben-Zion or this financial person?

12         A.   Again, either I lose their

13    employees and risk the rest of the business

14    trying to collect that, so that's why I

15    didn't do anything.

16         Q.   Were there any other former

17    employees of FCS that came to work for Elite?

18         A.   Yeah, there were a few in the

19    dispatch room.  There was one salesperson.

20    But over time, they all have gone, except for

21    Pamela Willet, who's a salesperson.

22         Q.   Were any of them involved in the

23    fraud?

24         A.   No.

25         Q.   Do you have a directors and
```



```
 1                    S. Chaudhary
 2    officers insurance policy?
 3         A.   No.
 4         Q.   Did you, at any point in the past
 5    six years?
 6         A.   No.
 7         Q.   I'm going to move on to -- I'm
 8    going to move back to Exhibit 1, share the
 9    screen, and then let me find what I'm looking
10    for.
11              Let me ask one more thing about the
12    FCS deal.  You say you didn't have a
13    directors and officers policy.  Did Rosenthal
14    ever ask you to get one or require you to get
15    one?
16         A.   No.
17         Q.   It never came up?
18         A.   No.
19         Q.   All right.  Let me find where I'm
20    going here.  All right.  I'm going to look at
21    some of the transfers that were made in the
22    90 days before bankruptcy and for insiders
23    the one year before bankruptcy.
24              And I want to start with -- I'm
25    going to start on page 2 of Official Form
```



                    S. Chaudhary

1   207, Statement of Financial Affairs, page 60

2   of 77 of the PDF, if you can see it on the

3   screen.  Did you find that?

4       A.  Yes.

5       Q.  Okay.  So here we've got -- if you

6   can see 3.5 and 3.6.  There was about

7   $334,000 going to American Express in the 90

8   days before bankruptcy.

9       A.  Yes.

10      Q.  What are these transfers in

11  connection with?

12      A.  These are -- when our

13  vendors outside the -- outside New York --

14  New York Tri-state area, let's say L.A.,

15  San Francisco, when they do our work, when

16  they service our customers, these are -- most

17  of them were payments.  We pay them.  They

18  charge us on the credit card.

19      Q.  So this was credit cards?

20      A.  Yes.

21      Q.  Okay.  And the credit card is

22  primarily to pay the out-of-state black cars

23  that --

24      A.  Yes.



S. Chaudhary

1

2     Q.   -- do jobs for you?

3     A.   Some of them we try to convince

4  them to go by ACH, but a lot of them want

5  to -- you know, want to run the credit card,

6  so that's what it is.

7     Q.   Okay.  Going forward to the next

8  page, there is BankDirect Capital Financing,

9  $15,920.  What does this represent?

10     A.   That is on the lease payments on

11  some equipment.  I don't know which one it

12  is.  Could be a -- computer equipment.  Could

13  be -- I think it could be insurance finance

14  and lease -- excess policy payment financed.

15     Q.   Does either debtor do its banking

16  with BankDirect Capital Finance?

17     A.   No, no.  That's -- basically either

18  they finance the premium, insurance premium

19  financing, or some other corporate financing.

20     Q.   Moving down a couple to 3.11

21  Cardworks, what is this?

22     A.   Cardworks is they -- all the

23  customers will pay us by -- they're really

24  credit card fees.  Our customers pay by

25  credit card.  These are -- you know, this is



1                     S. Chaudhary

2     their fees, 3 percent, 4 percent, whatever it

3     is.

4          Q.   Next, at 3.13, I see that we

5     have -- that's Ann, your daughter, correct?

6          A.   Yeah.

7          Q.   And I see that that -- this 9,900

8     is included in Section 4, so we won't talk

9     about that here.

10              See right below that is you, and

11    you're also included in Section 4, so we'll

12    pause on that.

13              A few pages down, page 7 of this

14    section, we have Rawal Construction, 18,950

15    for "Maintenance services."

16         A.   Yes.

17         Q.   Do you know if Rawal received any

18    amounts in excess of this over the full-year

19    period?

20         A.   Sorry, I don't understand the

21    question.  This is for what period?  This is

22    for 90 days or for full year?  I'm not sure.

23         Q.   3.39, the 18,950 for Rawal --

24         A.   Yes.

25         Q.   -- was the 90 days before



1                    S. Chaudhary

2      bankruptcy.

3          A.    So you can see --

4          Q.    Rawal is not included in the next

5      section, which covers the one-year period

6      before bankruptcy.  And I understand you -- I

7      understand your position that you stated

8      earlier was that Rawal is not an insider.

9          A.    Um-hum.

10          Q.    And, you know, that is not for us

11      to determine today.  I'm just asking:  To the

12      best of your knowledge, were there any

13      payments in excess of this 18,950 paid to

14      Rawal in the balance of that one-year period?

15          A.    I don't know about one year, but

16      this is 90-day period, yes.  No.  The

17      remaining periods they should have been.

18      They would be.

19          Q.    3.40, we have Bank United, service

20      charge of $15,000.  What service is that?

21          A.    That's the bank, the bank fees.

22          Q.    All right.  Bear with me.  3.51,

23      it's on page 9 is Valley National Bank,

24      $18,000, "Unsecured loan repayments."  Can

25      you explain that?



1                       S. Chaudhary

2          A.   My life insurance.  I have a loan

3     there with time to time I've taken it, put

4     money into Elite, and this is basically the

5     interest on that.

6          Q.   Are there any credit cards, apart

7     from the American Express, that the company

8     has that -- I'm sorry -- that either debtor

9     has?

10         A.   No, nothing specific.

11         Q.   Okay.  We'll move to the next

12    section, which is Section 4.  It begins on

13    page 9, but the information really starts

14    beginning on page 10, and these are the

15    transfers made by Debtor Elite within the

16    year before filing that went to or benefited

17    an insider.

18              These -- let me start with Astoria

19    Motors, received $22,000.  It says "Amex cost

20    allocation and driver radio payment."

21              What is "Amex cost allocation"?

22         A.   I don't know.

23         Q.   Which company -- which debtor holds

24    the AmEx credit card account?

25         A.   Elite.



1                      S. Chaudhary

2        Q.    Who pays the AmEx credit card bill?

3        A.    Elite.

4        Q.    We know from what you said earlier

5    that it used to pay out-of-town vendors who

6    provide rides to Elite customers.  What else

7    is it used for?

8        A.    There were two -- there were two

9    cards.  One was exclusively to pay the

10   vendors, outside vendors, and the other one

11   basically to pay miscellaneous charges for,

12   you know, whatever some --

13       Q.    Who else is -- I'm sorry.  Go

14   ahead.  I thought you were through.

15       A.    No.  Because we -- you know, some

16   charges where they don't accept checks, you

17   got to pay payment by -- could be DMV, could

18   be, you know, licensing, the TLC, whatever

19   you're going to pay the card, some other

20   fees, some tolls, miscellaneous.

21       Q.    Who else is obligated on the -- on

22   the debt to the credit card company; is it

23   only Elite?

24       A.    Only Elite.

25       Q.    Does Debtor Elite receive a



1                    S. Chaudhary

2    contribution from any other related entities?

3         A.   They may have paid something to

4    Astoria Motors on their part, on Astoria

5    Motors' part, some fees.  You know, sometimes

6    they help them with their vehicles, getting

7    plates on certain things, for services, they

8    have been reimbursed them.

9         Q.   So it's possible that Debtor Elite

10   used its American Express card to pay Astoria

11   Motors' obligations?

12        A.   It happens sometimes.  And then

13   Astoria Motors reimburses them.

14        Q.   That happens sometimes?

15        A.   That happens.

16        Q.   And --

17        A.   It happened both ways sometimes.

18        Q.   And if we can look toward the

19   bottom of the page, 4.11, Soundview

20   Technologies has "Loan repay and Amex cost

21   allocation."

22        A.   Yes.

23        Q.   Same thing?

24        A.   Same thing.

25        Q.   So Debtor Elite sometimes pays



1                    S. Chaudhary

2     Soundview Technologies' obligations using the

3     Debtor Elite credit card?

4          A.   Yes.

5          Q.   Does either debtor -- I've asked

6     you if either debtor holds any other credit

7     card accounts, I believe.  But let me just

8     ask again, because I don't recall.

9               Are there any other credit card

10    accounts held by either debtor?

11         A.   Only two cards.

12         Q.   And those are the two AmEx cards?

13         A.   Yeah.  AmEx cards, yes.

14         Q.   Are any other companies or

15    individuals authorized to use those cards?

16         A.   Yeah, sometimes they use it -- they

17    have used it and they reimburse it.

18         Q.   Which other companies?

19         A.   Could be Astoria Motors, Elite

20    Coach.

21         Q.   Could it be others of the

22    affiliated companies as well?

23         A.   Not really.  They don't have that

24    many transactions.

25         Q.   Under Citilease, "4.8, Citilease



1                          S. Chaudhary

2    LLC," we have Citilease receiving $88,000 in

3    the year before the bankruptcy as "Payment

4    for vehicle leases deducted from driver

5    compensation; paid on behalf of drivers."

6              Do you see that?

7         A.    Yes.

8         Q.    Can you explain that?

9         A.    I think that's self-explanatory,

10   explained previously.  They take the money

11   out of the drivers' checks when they owe on

12   the leases, because some drivers cannot

13   arrange a lease for themselves, whatever

14   their carriage issue.  So to help them out,

15   we arrange a lease, and the Citilease -- and

16   they pay Citilease, then Citilease pays the

17   loans.

18              (Reporter clarification.)

19              THE WITNESS:  Citilease would

20         arrange a loan, and then that driver

21         would pay Citilease, and Citi would --

22         Citilease would pay the loan to the

23         bank.

24              MR. KOZLOWSKI:  Thank you,

25         Mr. Chaudhary.



1                       S. Chaudhary

2     BY MR. KOZLOWSKI:

3          Q.    Looking at Elite Coach, Inc., 4.9,

4     "Affiliate provides coach bus services for

5     Debtor's customers, payment for services

6     rendered."  Do you see that?

7          A.    Yes.

8          Q.    I may have misunderstood.  I

9     thought that Debtor Elite was compensated by

10    Elite Coach for referring business to Elite

11    Coach, but here it looks like Debtor Elite

12    has actually paid Elite Coach $23,000.

13         A.    Well, let's say -- this is giving

14    you -- an example would be:  Let's say Elite

15    referred $25,000 of business to Elite Coach.

16    We'll take out 10 percent and the driver

17    would pay 22,500, and we would pay Elite

18    Coach.  So they take the 10 percent, pay the

19    balance, because Elite has -- Elite Coach is

20    the vendor.  They have to pay the buses, the

21    insurance, the gas, the diesel, the drivers.

22    So Elite would keep its cut and pay the

23    balance.

24         Q.    I see.  I think I see.  So --

25         A.    And Elite would bill that to -- get



```
 1                    S. Chaudhary

 2     the 25 from the customer, keep their 20 -- 25

 3     and pay the 22 to Elite -- to Elite Coach.

 4          Q.   So let me -- let me see if I

 5     understand this, and you just tell me if I'm

 6     right or correct me if I'm wrong.

 7               This $23,201.47 represents the

 8     amount that -- that Debtor Elite collected,

 9     net of its fee or cost or whatever it takes

10     out?

11          A.   Correct.

12          Q.   Elite RE Corp., $183,351.90 for

13     "Loan repayment and for Rawal building

14     management."  Do you see that one?

15          A.   Yes.

16          Q.   How much of this is attributable to

17     Rawal?

18          A.   I don't know.  Very little -- I

19     don't know, but we can check on that.

20          Q.   Why is Debtor Elite paying Elite RE

21     in this instance instead of making direct

22     payments to Rawal?

23          A.   I don't know the answer.  Maybe

24     it's wrong, but I don't know the answer at

25     this moment.
```



```
 1                    S. Chaudhary
 2         Q.   Is Debtor Elite obligated on any
 3    building management that Rawal -- services
 4    that Rawal provides to Elite RE?
 5         A.   Could you say that question,
 6    please.
 7         Q.   Does Rawal building management --
 8    I'm sorry.  Does Rawal provide building
 9    management services to Elite RE?
10         A.   Elite RE and the Elite building
11    both -- and the Elite building, where the
12    lease offices are, you know, both.
13         Q.   And is Elite RE responsible to pay
14    Rawal for the building management services?
15         A.   Yes.
16         Q.   And is Debtor Elite also
17    responsible to pay Rawal for those building
18    management services?
19         A.   Yes, a certain amount is
20    apportioned to -- to Elite.  And a certain
21    amount, based on the availability, Elite RE
22    pays also.
23         Q.   And is that based on a contract
24    with Rawal?
25         A.   No.  Whatever the things needed for
```



S. Chaudhary

1

2   the building, you know, let's say you need

3   fire extinguishers, you need supplies.  Based

4   on the need, we just look at the bills, pay

5   those bills and do the payroll for the -- for

6   the people -- the handyman, for the cleaning

7   guys, supplies, bathroom supplies.

8        Q.   But Debtor Elite doesn't own the

9   building, correct?

10        A.   Well, Debtor Elite -- which

11   building are we talking about?

12        Q.   The building that Elite RE has

13   managed by Rawal.

14        A.   Yes, it doesn't own it -- doesn't

15   own it directly, but indirectly, yes.

16        Q.   And Debtor Elite doesn't lease that

17   space either, right?

18        A.   Well, at one time it did, because

19   there were some computers, stuff.  A lot of

20   servers were located there.  There still are

21   some storage offsite for -- for emergency

22   purposes, for disaster recovery purposes.  We

23   have several located at the 37th Avenue

24   building.  There are costs there.

25             (Reporter clarification.)



```
 1                    S. Chaudhary
 2             THE WITNESS:  Servers.  Computer
 3         servers and storage computers at the
 4         Elite RE facility -- yes, the Elite RE
 5         facility.
 6   BY MR. KOZLOWSKI:
 7         Q.   Does Debtor Elite have a lease
 8   agreement with Elite RE?
 9         A.   I'm not sure we -- I'm not sure we
10   have that.  But we have a lot of files stored
11   there at storage.  So it was very informal.
12   A lot of, you know, equipment, old computers.
13   Actually working servers are there in case of
14   disasters, we can back up in case that
15   happened.  We have -- at one time, we had a
16   lot of equipment, less so now.
17   RQ         MR. KOZLOWSKI:  I call for the
18         production of that lease.
19             THE WITNESS:  Okay.  I'll see if we
20         can find it.
21   BY MR. KOZLOWSKI:
22         Q.   And does -- does Debtor Elite still
23   lease space from Elite RE?
24         A.   We still have some equipment
25   there -- some chairs, some furniture stored
```



1                      S. Chaudhary

2     there.

3          Q.   Is it your position that Elite --

4     I'm sorry -- that Debtor Elite compensates

5     Elite RE for the use of space at that

6     facility by paying a portion of the Rawal

7     management fee?

8          A.   Yes.  And also maintenance work at

9     Elite -- the building occupied by Elite --

10    you know, the bathrooms, plumbing, electrical

11    work, whatever they can do, we pay them.

12         Q.   Do you see 4.12, Soundview DAM?

13         A.   Yes.

14         Q.   Soundview DAM received 132 --

15    almost $133,000 in the year before

16    bankruptcy.  There's no description.  Do you

17    see that?

18         A.   Yes.

19         Q.   What was this for?

20         A.   I don't know the description, but

21    money was sent there against -- on -- you

22    know, on my account with Elite -- the money

23    I -- Elite owes me, I put into Elite.

24         Q.   So this 100 -- almost 133,000

25    represents money that you personally put into



S. Chaudhary

Elite and had Elite transfer to Soundview

DAM?

    A.    No, the money -- money on account

with Elite, not that I transferred

specifically that amount and then that amount

got transferred, no.  Basically on account.

    Q.    What do you mean by "money on

account"?

    A.    "On account" means if Elite owes me

a million dollars and they send this money,

basically they owe me money and I get money

on account basically.

    Q.    And Elite might owe you that

million dollars because you've made capital

contributions to Elite over time?

    A.    Not capital contribution, loans.

    Q.    And these loans are documented?

    A.    Well, if I paid the money, yeah,

they're documented by check and/or by

transfer.

    Q.    Do you have any loan agreements?

    A.    No.

    Q.    I'm going to go up to some of these

individuals.  You've got Anjum Chaudhary.



```
 1                    S. Chaudhary
 2   And it says -- it says "Relative of
 3   President."  How are you related?
 4        A.   He's my nephew.
 5        Q.   What's his role with debtors?
 6        A.   He's a driver.
 7        Q.   Did he receive driving jobs on a
 8   first come, first served basis, or was he
 9   ever given priority over other drivers?
10        A.   Both.
11        Q.   Was he given priority because of
12   his relationship with you?
13        A.   No.  They had started the company
14   with me from day one.  They employed a lot of
15   resources in the beginning, and that was a
16   part of the understanding, that they could
17   get some jobs.
18             Actually, when we had the repair
19   shop, they ran -- they managed the repair
20   shop almost two, three years for -- without
21   any salary.  They would drive in the evening,
22   work there during the day, so -- and also
23   when Elite started, when there was no
24   business, they started from there.
25        Q.   And I was talking about Anjum in
```



1                    S. Chaudhary

2    particular, but you're saying "they."

3         A.    Anjum and Farhat.

4         Q.    And Farhat, all right.  And so

5    Farhat, is he also a nephew?

6         A.    Yes.

7         Q.    And your answers are essentially

8    the same for both of them?

9         A.    Correct.

10        Q.    And 4.4, Ann received 47,554 for

11   pay.  Ann works for --

12        A.    Elite, yes.

13        Q.    I don't know why I was under the

14   impression that Ann worked for the other

15   debtor, DSS.

16        A.    She owns that.  She --

17        Q.    Oh, maybe that's what I was

18   thinking.  Thank you.

19             What is her position at Debtor

20   Elite?

21        A.    Marketing.  We just finished a 9W

22   Website.  She has been working on that,

23   basically on the marketing side.

24        Q.    Then we have Salah Chaudhary, your

25   nephew.  "Driver payment, payroll and expense



1                    S. Chaudhary

2    reimbursement," $251,000.  So how much for

3    each of those categories?

4         A.   I don't know the breakdown, but

5    he's on -- he also -- he's a dispatching

6    manager in the -- sometimes he -- well, in

7    the evenings he works also.  There's one

8    special client he handles who basically pays

9    a lot of money.

10        Q.   And -- I'm sorry to interrupt, but

11   when you say "in the evenings he works also,"

12   you mean as a driver?

13        A.   Yes.

14        Q.   Okay.  Continue.  Thank you.

15        A.   Okay.  He managed the dispatch room

16   since day one -- not day one, for almost 10,

17   15 years.  And yes, he's my nephew also.

18        Q.   And Zain Chaudhary, also your

19   nephew?

20        A.   Yes, same.

21        Q.   Right.

22        A.   He's also on the payroll.  Did

23   customer/driver relations, basically

24   inspections, driver issues.  He's also a

25   full-time employee.  Lately, for the last --



1                    S. Chaudhary

2    since filing, they're basically on a reduced

3    payroll, half payroll.  We'll work more.  We

4    don't have the money, so we are managing.  I

5    am spending more time.  But basically

6    dispatch -- Salah is dispatching manager and

7    Zain is a driver relations manager.

8         Q.   And let me go to you.  You're 4.6

9    here.  You received 372,000 in the year

10   before bankruptcy for "Bi-weekly Salary,

11   Guarantee fee, and loan interest."  So --

12        A.   Yes.

13        Q.   -- let's start with:  What was your

14   annual salary?

15        A.   My annual salary, about -- around

16   200,000, a little less.

17        Q.   What is a "guarantee fee"?

18        A.   A guarantee fee was basically part

19   of my salary.  It was a -- rather than on the

20   payroll, this was paid separately and we call

21   it a "guarantee fee" because I personally

22   guaranteed all the loans everywhere, put all

23   my assets at risk.

24             MR. WOFSE:  I can maybe help.  This

25        is like a draw?



1                          S. Chaudhary

2                  THE WITNESS:  Yeah, a draw.  Yeah,

3          basically part of my draw, you can say.

4   BY MR. KOZLOWSKI:

5          Q.   And what is your loan interest?

6          A.   Well, on some part of the loan I

7   was getting an interest.

8          Q.   What was that interest based on?

9          A.   Based on whatever balance showed on

10  the books.  I don't know the number offhand.

11         Q.   What percentage interest rate was

12  that?

13         A.   I think it was 6 or 9, something

14  like that.  I don't know the number.

15         Q.   How did you determine that interest

16  rate?

17         A.   Based on whatever I think is

18  available.

19         Q.   None of this is documented,

20  correct?

21         A.   No.

22         Q.   No, I'm incorrect and it is

23  documented; or no, it is not documented?

24         A.   No, it's not.

25         Q.   What portion of this 372,000



1                    S. Chaudhary

2    represents the guarantee fee?

3         A.   It's probably about 18,000

4    something.

5         Q.   And how much of it is loan

6    interest?

7         A.   Maybe 50,000.

8              MR. KOZLOWSKI:  I'll move on past

9         this.  I don't have much more.  I know

10        we're pushing up against 5:00.  Is

11        everyone okay if we run a little over?

12        I'll try to make it quick.

13             THE WITNESS:  I'm okay.  Go ahead.

14    BY MR. KOZLOWSKI:

15        Q.   All right.  Are there any payments

16    to insiders that -- that were not included in

17    this schedule?

18        A.   Everything is here.

19        Q.   I'm going to ask you -- I'm going

20    to give you names of companies who appeared

21    in -- in earlier -- I'm sorry -- that

22    appeared in earlier schedules, this schedule

23    of 90-day payments.

24        A.   Um-hum.

25        Q.   I'm just going to ask you, for each



1                    S. Chaudhary

2    of them, if the company is an affiliate or

3    shares common ownership with either of the

4    debtors.

5          A.    Okay.

6          Q.    Do you understand?  Okay.

7                All City Limousine?

8          A.    That's a vendor of -- Elite vendor

9    outside the city.

10         Q.    Alliance Limousine, Inc.?

11         A.    A vendor in L.A.

12         Q.    Apex Limo SD?

13         A.    Same thing, a vendor in San Diego.

14         Q.    Chabe, C-H-A-B-E, Limo Services?

15         A.    Exactly the same thing, a vendor.

16         Q.    Elite Cars U.K.?

17         A.    That's a vendor in London.

18         Q.    No relation to any of the Elite

19   entities here?

20         A.    No relation.  He happens to be my

21   nephew, but he runs his own company there in

22   London, and our customers travel there and we

23   bill them and we pay him.

24         Q.    Executive Las Vegas?

25         A.    Exactly that's a company in Las



```
 1                    S. Chaudhary

 2   Vegas.  He's a vendor.

 3        Q.   Global Alliance?

 4        A.   They're all the same.  Same.

 5        Q.   GSL Limousines Corp.?

 6        A.   Same thing.

 7        Q.   JB Transportation?

 8        A.   Same.

 9        Q.   Onyx Limousine & Shuttle?

10        A.   Same.

11        Q.   Pouya Transport?  That's P-O-U-Y-A.

12        A.   Yeah, same.

13        Q.   Sam's Limo?

14        A.   Same.

15        Q.   Skyline Limo Service?

16        A.   Same.

17        Q.   Smith Limousine?

18        A.   Same.

19        Q.   Tata Limo Service, T-A-T-A?

20        A.   Same, in Miami.

21        Q.   The Universal Limo?

22        A.   Same.

23        Q.   TSU Global?

24        A.   Same thing.

25        Q.   Vega Transportation?
```



1                    S. Chaudhary

2          A.    Yeah, this is a local in New York.

3    They get -- they provide us wheelchair

4    transportation.

5          Q.    All right.   I'm going to run

6    through a variety of different funds,

7    programs and accounts that have come up as

8    we've -- as the committee has conducted our

9    initial investigation of the debtors here.

10              So are you -- are you familiar with

11   something called the -- the long-term savings

12   plan?

13         A.    Yes.

14         Q.    What is it?

15         A.    It was a plan, a saving plan for

16   the drivers, started on the request of the

17   drivers.  I don't remember the date.  Quite

18   some time back.  The drivers saved mostly $1

19   per voucher per ride, and we basically

20   created a -- an account for them, okay?  How

21   much money received from each drivers.

22              And in the beginning, until things

23   got bad, we used to match it $1 for $1, we

24   would contribute towards their saving.  And

25   we accumulated.  And then when -- when it



1                   S. Chaudhary

2   finally grew up to the tune of $4 million

3   something, that money was used by Elite, with

4   their permission, with their understanding,

5   basically, say, like a loan to Elite.

6           Elite would maintain the records.

7   And when -- and Elite did the matching for

8   quite some time.  When Uber came to the -- to

9   the market in 2014, drivers got scared that

10  we don't know Elite is going to survive, is

11  it going to survive.  So they said we want to

12  get our money paid.

13          So we, of course, could not pay it

14  in one shot.  We started paying them, like,

15  $10 -- one time it was $20 a month, then 10 a

16  month.  So we started paying them.  And over

17  the time, based on the cash -- availability

18  of cash, we kept paying them until COVID hit.

19  You know, then we had to stop.

20          And then things really never

21  recovered properly.  Even before filing, we

22  are paying a little bit to all of them,

23  whoever left.  So I think right now the

24  balance is about 1.2 million.  We have paid

25  about more than 3 million paid back.  So



1                    S. Chaudhary

2    there was a saving for the drivers, and it

3    was with Elite.  It was not a separate

4    account.  It was with Elite, and we owe them

5    the money.

6        Q.    Okay.  So this wasn't held in a

7    segregated account; is that what you just

8    said?

9        A.    No.

10       Q.    Is there any agreement documenting

11   the long-term savings plan?

12       A.    No.

13       Q.    And you -- does Elite still engage

14   in the savings plan or no longer?

15       A.    No longer.  It was shut down

16   after -- I mean, quite some time back, I

17   think four or five years back.  We just --

18   during that period, we've just been paying.

19       Q.    And how much on account of this

20   does Debtor Elite owe?

21       A.    I don't know exactly.  I think the

22   balance is like 1.3 million or 4 million, in

23   that range.

24       Q.    Are you familiar with something

25   called the "Drivers' Savings Fund"?



S. Chaudhary

1

2    A.    That's what it is, the same thing.

3    Q.    That's the same thing.  So the

4  Long-Term Savings Plan and the Drivers'

5  Savings Fund are the same?

6    A.    Yeah.

7    Q.    Are you familiar with the New York

8  Black Car Injury Compensation Fund, also

9  called the Black Car Fund?

10    A.    Yes.

11    Q.    And what is the Black Car Fund?

12    A.    Well, it is -- to make it very

13  simple, it is just like a sales tax.  It

14  belongs to the drivers.  This is a surcharge

15  which is charged to the customers and paid to

16  the Black Car Fund, which is a State -- State

17  fund to pay for drivers' Workers'

18  Compensation.

19    Q.    And do you currently -- are you

20  currently involved in this program?

21    A.    Yes.

22    Q.    And are you up-to-date with

23  payments?

24    A.    Well, just like we fell behind

25  during COVID on sale -- State sales tax, we



1                    S. Chaudhary

2    fell behind here also.  Since the filing, we

3    are current on the -- on the current

4    payments.

5         Q.   This money was -- you said not --

6    not the driver's money?

7         A.   No, it had nothing to do with the

8    driver.  This is a surcharge, just like sales

9    tax.  It's surcharged to the customer.  This

10   is a surcharge to the customer, a separate

11   item.

12        Q.   Was it Elite's money?

13        A.   No, it's customer's -- it's not

14   Elite's money.  It's a surcharge which we

15   collect based on a state law, just like --

16   it's just like a sales tax.  It's not Elite's

17   money.  It's State's money.  And similarly

18   this fund is Black Car Fund's money.

19        Q.   Are you familiar with something

20   called the "Drivers' Death Fund"?

21        A.   Yes.

22        Q.   What was the Drivers' Death Fund?

23        A.   The Death Fund was that -- the dead

24   (sic) can retire, you know, the driver here a

25   long time.  Some of them start getting old



```
 1                    S. Chaudhary
 2   and dying.  So what would happen is a driver
 3   would -- let's say somebody dies and they
 4   would put a box on the first floor so
 5   everybody can contribute something.
 6              So they collect the money and pay
 7   to the driver's family.  Sometimes the driver
 8   would have cash.  They say, "Okay, charge me
 9   in my -- on Elite's NYCR'S fund and charge
10   me, like, $10 a week and pay them $100 or
11   $50."
12              So we did that.  And, later on,
13   drivers came with a proposal that we should
14   charge all drivers maybe $1 or $2 a week and
15   build up a fund to 10, 15, $20,000.  If
16   somebody dies, we pay them.  So we collected,
17   you know -- I mean, for quite some time we
18   collected.  And we would always stop, let's
19   say, if we had $30,000 collected, we would
20   stop because we don't need any -- any
21   additional funds.  So let's say we pay out
22   somebody and then we need more funds, we
23   restart it.  So this was the drivers' fund --
24   that fund.
25              Q.   Does either of the debtors still
```



1                    S. Chaudhary

2    engage in or maintain this program?

3         A.   Well, it was only for Elite, Elite

4    drivers.  And I don't think we are doing -- I

5    don't know the answer.  I don't think we are

6    doing it anymore.  We may be.  I don't know

7    the answer.

8         Q.   Are any amounts currently being

9    held on account of the Drivers' Death Fund?

10        A.   Yes, I think there may be some

11   amounts held.

12        Q.   Were these funds segregated?

13        A.   No, nothing was ever segregated.

14        Q.   Was there a contract or agreement

15   underlying the Drivers' Death Fund?

16        A.   No.

17        Q.   Are you familiar with something

18   called the "FCS Drivers' Security Deposit

19   Fund"?

20        A.   Yes.

21        Q.   And what was that?

22        A.   Drivers had some of their security

23   deposit at FCS.  So when we acquired it,

24   those were transferred to us and basically we

25   held them.  And eventually, as the drivers



1                    S. Chaudhary

2   left or whenever they wanted, they were paid

3   back.  They are paid out.  Whatever we

4   received got paid out.

5        Q.  So all amounts have -- have been

6   squared away?

7        A.  Yes.

8        Q.  There are no FCS drivers saying

9   that -- making accusations that Elite is

10  holding any --

11       A.  A lot of BS.  A lot of BS.  They

12  all have been paid.

13       Q.  So there are -- there are

14  accusations, but you obviously disagree with

15  them; is that correct?

16       A.  Deny.  Deny totally.  We have

17  proofs.  You know, we have proofs.

18       Q.  Do you have -- do you have

19  documents that show how much you received and

20  how much was paid?

21       A.  Yes.  Taxes paid and everything.

22  Of course.

23  RQ       MR. KOZLOWSKI:  Okay.  I'll call

24       for he production of those documents as

25       well.



1                        S. Chaudhary

2    BY MR. KOZLOWSKI:

3         Q.   Are you familiar with something

4    called the "Voucher Savings Plan"?

5         A.   That's the same thing as LTSP.

6    Same thing.

7         Q.   So the FCS Drivers' Security

8    Deposit Fund and the Voucher Savings Plan are

9    the same?

10        A.   Well, again, right now you're only

11   talking about FCS, right?

12        Q.   Yeah, I suppose.  I mean, if you're

13   telling me that's all it applied to.

14        A.   Well, if they had some savings,

15   they have not part of LTSP.  If they were

16   transferred to us, they were -- actually,

17   they were all paid up at that time, soon

18   after the acquisition.

19        Q.   So, wait, the Voucher Savings

20   Plan --

21        A.   Voucher Saving -- if you say

22   Voucher Saving Plan, that does not relate to

23   FCS.  It only relates to Elite.  And that is

24   the same Drivers' Saving Plan, a Long-Term

25   Saving Plan under the TLC, it's the same



S. Chaudhary

1
2   thing.
3       Q.   I misunderstood what you said.  So
4   Long-Term Savings Plan, Drivers' Savings Fund
5   and Voucher Savings Plan all refer to the
6   same program?
7       A.   Same thing, yes.
8       Q.   Thank you.  That clears that up.
9       A.   And it has nothing to do with FCS.
10          MR. KOZLOWSKI:  I'm going to -- I'd
11          like to introduce the exhibit marked as
12          5 into evidence.
13          (Creditors' Exhibit 5, Transcript
14          of meeting, marked for identification as
15          of this date.)
16          MR. KOZLOWSKI:  We are in the
17          homestretch here, I promise.
18          THE WITNESS:  5 o'clock, Exhibit 5.
19          MS. FITZGERALD:  David, what is 5?
20          I don't think I have that.
21          MR. KOZLOWSKI:  5 is the --
22          THE WITNESS:  The deposition.
23          MR. KOZLOWSKI:  It wasn't a
24          deposition.
25          THE WITNESS:  No, not a deposition,



S. Chaudhary

2    no.

3           MS. FITZGERALD:  It was a meeting.

4           THE WITNESS:  Transcript.

5           MR. KOZLOWSKI:  Transcription of

6    something.

7  BY MR. KOZLOWSKI:

8       Q.   But why don't you tell me what this

9  is.

10      A.   Well, when we acquired FCS, in

11  order to familiarize every drivers who wanted

12  to join, we had a meeting just after the

13  closing, a week after the closing, maybe 10

14  days after the closing.  And before the --

15  before the merging of the operations, we had

16  a meeting at Marriott LaGuardia.  About 200

17  drivers were present.

18           And since I have some TV business,

19  we decided, for no reason, just to record the

20  meeting, where it was going to be meeting,

21  you know, question/answer, whatsoever.  So we

22  decided to do a video shooting.

23           And it came in handy, because later

24  on with those FCS drivers, whatever their

25  reason for being unhappy, whatever the



1                    S. Chaudhary

2    reason, they made all of those accusations in

3    the lawsuit that we did that, we didn't tell

4    them anything, nothing was explained, this

5    and that and everything, that we were forced

6    to join, you know.  So we, of course, are

7    doing that.  Then we transcribed -- you

8    know -- you know, when the lawsuit started,

9    it was transcribed.  So this is what the

10   document is, basically part of my speech.

11        Q.   Thank you for that.

12             I'm going to go to page 31.  And

13   since you may not have it there --

14             MS. FITZGERALD:  We have one,

15        David.

16             MR. WOFSE:  I have it.

17             MR. KOZLOWSKI:  Okay.

18   BY MR. KOZLOWSKI:

19        Q.   There's language, you say, "We

20   created a fund called Sunshine Fund because

21   one thing -- I want to give you my feeling

22   about the fines in the industry."

23        A.   Yeah.

24        Q.   And then, on the next page, you go

25   on to say [as read]:  So anybody did anything



```
 1                     S. Chaudhary

 2   wrong, we fine them big, minimum of 250 to

 3   500.  And you say [as read]:  We made a

 4   separate fund.  The money goes into that

 5   fund.  It doesn't come to Elite.  And from

 6   there, we help drivers for loans, then pay

 7   back with some extra monies, some interest.

 8   Okay?  And if driver lost some voucher for

 9   any reason whatsoever that he should have

10   been paid, no-show, but the customer doesn't

11   want to pay.  I don't want Elite to pay.

12   That money came out of the fund.  So it

13   served its purpose.  It's still healthy and

14   continues to service its customers.  So any

15   fine, they go into that.

16           So this raises something called the

17   Sunshine Fund.  And I think I get a sense of

18   what the Sunshine Fund is, but can you give

19   me a brief description of what it is and what

20   it was for?

21       A.   I think it states very clearly, we

22   did not want to take the money and keep it.

23   This was for the drivers' benefit, loans,

24   some repairs.  Sometimes they didn't get paid

25   for something, some waiting time, the
```



1                    S. Chaudhary

2    customer refused or some no-show, the

3    customer refused.  Then we paid them out of

4    there.

5              So loans, a car breakdown,

6    insurance down payment, car down payment, and

7    so -- and some -- mostly we collected.  You

8    know, if we loan out the money to that, but

9    we'll collect it.  Most time, you know, we --

10   90 percent, we collect the money.

11             But over time, some drivers

12   leave -- drivers leave and we have no way of

13   collecting it.  Sometimes we lose, but mostly

14   we collect it.  And basically kept using for

15   the drivers' benefits.

16        Q.   Is this a program that's still

17   ongoing at either of the debtors?

18        A.   The program is -- actually the

19   money stays in Elite.  It did not -- it was

20   not segregated.  We just made an accounting

21   of it.  And I can't remember who we paid, you

22   know, who we collected.

23             So -- and lately, the last maybe

24   four, five years, especially during COVID and

25   even before that, the fines have been going



1                  S. Chaudhary

2    down.  Actually, we haven't been fining much.

3    We'd rather just admonish them, and a lot of

4    times we do the fine and we tell the drivers,

5    "Okay, if you behave for six months, a year,

6    we pay you back."

7            Okay.  So these days I would like

8    to, but we cannot be too strict because

9    there's too much competition, not enough

10   drivers.  And they have the easy option of

11   going to Uber.  So we said, we do the best we

12   can, but over the last five years there were

13   very few fines collected.

14           So whatever the previous ones, the

15   program is staying in effect, but not to that

16   extent the way it was.  We have a lot more

17   cars, a lot more companies.  And also we

18   have, you know, a system that changed with

19   the complaints have been less and less by --

20   just by training, not that many complaints.

21   When you're new, you know, and a lot of

22   drivers, there are more complaints.  So

23   that's what it is.  It's there, but not

24   really active.

25       Q.   So here when you say, "We made a



```
1                     S. Chaudhary

2     separate fund.  The money goes into that

3     fund.  It doesn't come to Elite," was --

4          A.   I mean, Elite doesn't benefit from

5     it.  Basically, the money is not for Elite.

6     It is accounted for that purpose only, but

7     it's not segregated, if that's what you're

8     trying to ask.

9          Q.   All right.  I'm going to stay with

10    this exhibit for just a couple more

11    questions.

12         A.   Sure.

13         Q.   Go to page 5.  On page 5 here,

14    you -- you're talking about the state of

15    affairs in the business leading up to this,

16    essentially that there's ups and downs.  And

17    you say here [as read]:  I thank God, I've

18    been lucky.  I was in Long Island City.  I

19    had made some investments, so I had some

20    associates do the deals.  Otherwise, this

21    business, the last few years, I put in

22    4 million into my business to survive.

23              What do you mean by "I had made

24    some investments"?

25         A.   Well, investment means, you know,
```



1                    S. Chaudhary

2    we built the Elite building, Gale Avenue

3    building.  I bought the 44 Drive, the

4    Soundview RE property.  And at that time --

5    even Elite RE property, you know, it was

6    basically, as I said, you know, it was -- I

7    bought it $1-1/2 million, okay, did a lot

8    of -- put a lot of money into it.  It was --

9    we did a lot of work.  A lot of money went

10   into it, and we were hoping -- at the time it

11   was not that bad.  You know, what happened

12   now, you know, it is still a good property,

13   very good location.  So that's what I was

14   referring to, investments.

15        Q.   Moving on to page 7, you reference

16   a brokerage business, "Eventually I sold the

17   brokerage because.  I was just too busy.  I

18   have other businesses.  Okay?"

19        A.   Yeah.

20        Q.   So this raises to me -- we've

21   discussed a lot of other businesses that are

22   either currently extant or maybe

23   non-operational but haven't been formerly

24   dissolved or disposed of.

25             Here there's at least a brokerage



1                     S. Chaudhary

2    business that was sold at some point in

3    recent memory.  Approximately when was that

4    sold?

5         A.   20 years ago, 2003.

6         Q.   Oh, okay.  So that's a while back.

7              Have there been any other

8    businesses that -- that you've sold or closed

9    in the past, I'm going to say, six years?

10        A.   A small entity like Lincoln

11   Leasing, Sound Bit.  Sound Bit never started.

12   Other than that -- well, we had a car wash

13   which was closed down.  My repair shop is

14   closed down.  But that was, again, 20 years

15   back, you know.  The car wash was closed down

16   about three, four years back, just before

17   COVID, I believe.

18        Q.   No businesses sold within the past

19   six years, seven years?

20        A.   No.

21        Q.   On page 9, flip to it.  You

22   reference [as read]:  Two months ago, another

23   company, NY Black Car, they joined us.

24              NY Black Car, I think you testified

25   earlier that NY Black Car is Royal; is that



1                    S. Chaudhary

2    right?

3         A.    Correct, yeah.

4         Q.    Okay.  So the references to

5    "another company" is -- is the Royal deal?

6         A.    Yes.  So this is basically

7    describing the limonet concept.

8         Q.    So you say we're connected --

9    "Basically we're connected by the computer so

10   we can dispatch to each other."

11        A.    Yes.

12        Q.    Do Royal Dispatch riders get picked

13   up by Elite drivers?

14        A.    We discussed that.  Yes.  Not at

15   that time, but now yes.

16        Q.    And Elite drivers get picked up by

17   Royal Dispatch drivers?

18        A.    Yes.

19        Q.    What do you hope to get out of this

20   bankruptcy filing?

21        A.    Well, I think, in spite of all the

22   difficulties, it's a challenge, we are a --

23   we still have a good business, good list

24   of -- good -- I would say a very good client

25   base.



1                    S. Chaudhary

2              And if this -- most of the debt is

3     wiped out by paying off, by tendering my real

4     estate, selling the properties.  Elite can

5     be -- of course, reducing my bankruptcy

6     expenses, Elite will be profitable.  And

7     hopefully pay off some of the creditors to

8     some extent, if we can.

9              And we have 50 employees.  We've

10    got 270 drivers.  They have a living, I have

11    living.  You know, I can -- I think we can

12    survive.  I can make it, if my creditors let

13    me and Rosenthal.

14         Q.   I've got a couple of questions that

15    came to me during lunch about some things

16    that we discussed earlier.  These will be

17    fast.

18         A.   Okay.

19         Q.   Regarding the domain names, if you

20    remember we talked about limousine.com,

21    eliteny.com and limonet.net in particular.

22              Given the significant amount of

23    debt that's owed to Rosenthal and the taxing

24    authority, not to mention the creditors, have

25    you had any professional analyze your assets,



1              S. Chaudhary

2    including these domain names to determine

3    what has value?

4         A.   Eliteny.com I don't think has

5    value.  It's like any generic name you can

6    start.  Limousine.com may have some value.

7    But if Elite has to stay in business, then

8    these -- all these domain names are needed.

9    Because limousine.com, we have potential to

10   grow business in the future.  We have some

11   ideas, we have some plans, so we don't want

12   to sell them.  If we sell them, we might as

13   well shut it down.

14        Q.   How much -- how much business is

15   generated directly attributable to the

16   limousine.com domain?

17        A.   We really have not kept our eyes on

18   it, but we can -- right now not too much.

19   When we do, I would say, 2 to $3 million

20   business to limousine.com.  And we can -- if

21   we redo the Website, do some other changes in

22   the model, in the design, we can generate --

23   generate value in the future.

24             We just relaunched the Elite

25   Website, eliteny.com, Elite Website.  And a



1                    S. Chaudhary

2    lot of changes.  And we are, since

3    started marketing a little bit, not fully

4    yet, we still need to do some work.  We are

5    working on redoing our app, which has

6    currently become old, and start marketing to

7    get more business and hopefully survive.

8         Q.   If we can go back to the -- we were

9    talking about the radio spectrum.  Do you

10   continue to pay any license fees for that

11   radio spectrum?

12        A.   We only pay at renewal time.  And,

13   as I said, you want to take those assets, you

14   know, anybody wants to take that asset, take

15   it.  We -- we are not running them.  So by

16   statute, if you really -- the license just

17   came back a couple of months back.  One of

18   the licenses were due for renewal, and my

19   lawyer asked me, "Are you operating them?"

20   And you've got to sign the statement where

21   are you operating them.  And you can't lie,

22   so I said "no."  So if you say "no," you

23   cannot renew it.

24             And if you're lying to maintain the

25   license, if I lie, then I can get in trouble



1                    S. Chaudhary

2     in the future.  So basically those

3     licenses -- and the reason I have not

4     operated them because, based on my best

5     information, there was a value until about

6     2006 or '07 or '08, until that.

7              After that there has been no value.

8     And if I had kept spending money, it was a

9     lot of money wasted to the tune of 5 to

10    $10,000 a month, you know, to operate

11    those -- operate those radio stations.  It

12    costs money.  So I have never paid for them,

13    and they are maybe under my name, but really

14    not renewable from the FCC.

15        Q.   Have you spoken with any appraisers

16    about the value of any of these?

17        A.   One of the -- one of the guys I

18    used to talk, appraiser who was in the

19    business of selling or trading, he passed

20    away, you know.  So there is not a good --

21    there was actually a couple of years back, I

22    did speak to another gentleman who did these

23    things.  I was told the same thing, this has

24    no value.

25              I spoke to my FCC lawyer a couple



1                    S. Chaudhary

2   of months back.  Same thing, there's no

3   value, nobody needs it.  Because, you know,

4   with all the new frequencies and everybody

5   moving to higher wavelengths where they can

6   pack a lot of data, to higher frequencies,

7   higher range, where they can put a lot of

8   data, radio or this and that.  Even the

9   companies like us who used to use it, or the

10  trucking companies, they're all right now

11  using cell phones, data, tablets.  So they

12  are using data, they're not using these

13  frequencies.  They're much more expensive to

14  maintain.  The equipment is much more

15  expensive.  Each radio may cost me $2,000 to

16  put in the car, and Verizon we paid 25, $30 a

17  month per car, you know.

18          So economics doesn't work.  It's

19  better to let them go rather than maintain

20  it.  It's there.  Anybody wants to take it,

21  be my guest.

22      Q.  Let me ask you:  On a post-petition

23  basis, so that's since the bankruptcy filing,

24  are you in compliance -- are the debtors in

25  compliance with all of Rosenthal's terms



1                    S. Chaudhary

2    under the DIP loan?

3        A.   I think so.

4        Q.   Have you had any conversations with

5    Rosenthal about terminating the debt?

6        A.   No, not me directly.  I haven't

7    spoken with them lately.  My attorneys speak

8    to them.

9            MR. WOFSE:  Just to correct, David,

10           there's an acknowledged default of the

11           DIP based on, I believe, either

12           delinquent real estate taxes or --

13           and/or what's the other one?  The

14           foreclosure commenced against one of the

15           entities.

16           MR. KOZLOWSKI:  That's an

17           acknowledged default that Rosenthal knew

18           going into --

19           MR. WOFSE:  Post-petition they

20           asked for the acknowledgment.  They said

21           they would not exercise their remedies

22           now.  I haven't heard about it in the

23           last, let's call it, eight weeks, but we

24           know it's out there.

25           MR. KOZLOWSKI:  Did -- did



1                    S. Chaudhary

2          Rosenthal -- were there any

3          conversations where Rosenthal said they

4          anticipated this would be cured during

5          the debt period?

6              MR. WOFSE:  There were no

7          discussions, but I'm pretty sure the

8          assumption is they knew that there's no

9          money to cure those.

10             MS. FITZGERALD:  The hope is always

11         that the properties would be sold,

12         David.  Since they're both actively

13         marketed, that would take care of the

14         arrears.

15             MR. KOZLOWSKI:  Right.

16             MR. WOFSE:  Correct.

17   BY MR. KOZLOWSKI:

18         Q.  All right.  Mr. Chaudhary, with the

19   exception of when counsel was present, and

20   without disclosing any attorney-client

21   privileges, can you describe what you did to

22   prepare for the deposition today, if

23   anything?

24         A.   I reviewed documents last night,

25   and that's it.  Met with my attorneys



1                          S. Chaudhary

2      yesterday.  They gave me the documents, and I

3      reviewed them at night.

4          Q.   Are the documents that you reviewed

5      the five exhibits that we went through today?

6          A.   Yes.

7          Q.   Were there any additional documents

8      that you reviewed?

9          A.   No, that's it.

10          Q.   Did you talk to anyone other than

11      counsel about your deposition?

12          A.   No.

13              MR. KOZLOWSKI:  All right.  I may

14          be just about done.  Can we break for

15          two minutes, max?

16              THE WITNESS:  Sure.

17              MR. KOZLOWSKI:  Okay.  Be right

18          back.

19              (Recess taken.)

20              MR. KOZLOWSKI:  I just have one

21          follow-up question.

22      BY MR. KOZLOWSKI:

23          Q.   In talking about the Long-Term

24      Savings Plan or Drivers' Savings Fund,

25      whatever we're calling it, are there any



```
 1              S. Chaudhary
 2    documents evidencing the loan from the
 3    drivers to Elite?
 4         A.   I don't think so.  It was a --
 5    we -- you know, we discussed with the driver.
 6    It was instituted with the drivers' input,
 7    and they were provided the balance statement
 8    every quarter when the monies were there.
 9    Other than that, nothing, you know.
10         Q.   Is there someone who would know for
11    certain whether there was a document
12    evidencing the loan?
13         A.   It's understood.  We told them
14    Elite is going to -- because when they asked
15    for the money back, we told them, "Hey, Elite
16    has used the money."  It's a loan actually.
17    We were paying interest on that to them.
18    Elite was paying, so it was a loan.
19    RQ        MR. KOZLOWSKI:  To the extent that
20         any documents are discovered, I'd call
21         for their production.
22              THE WITNESS:  Sure, okay.
23              MR. KOZLOWSKI:  Okay.  I have
24         nothing further.  I don't know if
25         there's any questions on your end,
```



```
 1                    S. Chaudhary

 2         Debtors' Counsel?

 3              MS. FITZGERALD:  Not at the moment.

 4              MR. KOZLOWSKI:  Then that's all

 5         I've got.  Thank you for your time,

 6         Mr. Chaudhary.  I really appreciate it.

 7              THE WITNESS:  Thank you.

 8              MR. KOZLOWSKI:  Thank you,

 9         everyone, for accommodating us.  Thank

10         you, Tami.  We appreciate you.  And I

11         hope everyone enjoys the rest of their

12         day.

13              THE WITNESS:  Thank you.

14              MS. FITZGERALD:  Thank you.  Thank

15         you, Tami.

16              (Time noted:  5:26 p.m.)

17

18

19                   _____

20                   SHAQUAT CHAUDHARY

21

22     Subscribed and sworn to before me

23     this_____ day of _____, 2024.

24

25     _____
```



SHAQUAT CHAUDHARY                                    March 13, 2024
IN RE: ELITE LIMOUSINE PLUS, INC.                            261

```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK     )
 4                          : ss.
 5   COUNTY OF NEW YORK     )
 6
 7           I, TAMI H. TAKAHASHI, a Notary
 8       Public within and for the State of New
 9       York, do hereby certify:
10           That SHAQUAT CHAUDHARY, the witness
11       whose deposition is hereinbefore set
12       forth, was duly sworn by me and that
13       such deposition is a true record of the
14       testimony given by the witness.
15           I further certify that I am not
16       related to any of the parties to this
17       action by blood or marriage, and that I
18       am in no way interested in the outcome
19       of this matter.
20           IN WITNESS WHEREOF, I have hereunto
21       set my hand this 22nd day of March 2024.
22
23
24       _____
25           TAMI H. TAKAHASHI
```



```
1

2   ----------------- I N D E X ----------------

3   WITNESS              EXAMINATION BY      PAGE

4   SHAQUAT CHAUDHARY    MR. KOZLOWSKI         5

5

6   ------------ INFORMATION REQUESTS -----------

7   DIRECTIONS:  (None)

8   RULINGS:  (None)

9   TO BE FURNISHED:  (None)

10  REQUESTS:  32, 40, 43, 45, 52, 53, 55, 62,

11  63, 72, 79, 87, 94, 97, 101, 103, 104, 108,

12  115, 146, 162, 170, 184, 221, 239, 259

13  MOTIONS:  (None)

14  ------------------- EXHIBITS ----------------

15  CREDITORS'                         FOR ID.

16  Exhibit 1    Elite Amended Schedules       13

17  Exhibit 2    DSS Schedules                 15

18  Exhibit 3    List of Affiliated Companies  57

19  Exhibit 4    Standard Form of Office      158

20               Lease between Gale Avenue

21               LLC and Elite Limousine

22               Plus, Inc.

23  Exhibit 5    Transcript of meeting        241

24

25
```



```
 1                    DEPOSITION ERRATA SHEET

 2

 3    Our Assignment No.:  J11030376

 4    Case Caption:  In re:  Elite Limousine Plus

 5

 6        DECLARATION UNDER PENALTY OF PERJURY

 7

 8             I declare under penalty of perjury

 9    that I have read the entire transcript of my

10    Deposition taken in the captioned matter or

11    the same has been read to me, and the same is

12    true and accurate, save and except for

13    changes and/or corrections, if any, as

14    indicated by me on the DEPOSITION ERRATA

15    SHEET hereof, with the understanding that I

16    offer these changes as if still under oath.

17                     _____

18                     SHAQUAT CHAUDHARY

19    Subscribed and sworn to on the _____ day of

20    _____, 20 ____ before me.

21    _____

22    Notary Public,

23    in and for the State of

24    _____.

25
```



SHAQUAT CHAUDHARY                                           March 13, 2024
IN RE: ELITE LIMOUSINE PLUS, INC.                                    264

1                   DEPOSITION ERRATA SHEET

2     Page No._____Line No._____Change to:_____

3     _____

4     Reason for change:_____

5     Page No._____Line No._____Change to:_____

6     _____

7     Reason for change:_____

8     Page No._____Line No._____Change to:_____

9     _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25              SHAQUAT CHAUDHARY



```
 1                  DEPOSITION ERRATA SHEET

 2      Page No.____Line No.____Change to:_____

 3      _____

 4      Reason for change:_____

 5      Page No.____Line No.____Change to:_____

 6      _____

 7      Reason for change:_____

 8      Page No.____Line No.____Change to:_____

 9      _____

10      Reason for change:_____

11      Page No.____Line No.____Change to:_____

12      _____

13      Reason for change:_____

14      Page No.____Line No.____Change to:_____

15      _____

16      Reason for change:_____

17      Page No.____Line No.____Change to:_____

18      _____

19      Reason for change:_____

20      Page No.____Line No.____Change to:_____

21      _____

22      Reason for change:_____

23

24      SIGNATURE:_____DATE:_____

25              SHAQUAT CHAUDHARY
```



SHAQUAT CHAUDHARY
IN RE: ELITE LIMOUSINE PLUS, INC.

March 13, 2024
Index: $1..$6

**Exhibits**

**11030376 Sh aquat. Chaudhary. EXHIBIT1**
12:25
13:3 17:4
24:6
26:24
28:21
32:23,24
33:8,11
46:9,10,
17 47:13
53:24
54:20
55:2 60:9
64:13
65:3
71:9,19,
20 75:8
82:4
90:23
95:6
106:18
110:18
114:13
117:2
123:16
128:9
139:5
152:10
160:23
166:4
207:8
262:16

**11030376 Sh aquat. Chaudhary. EXHIBIT2**
15:10,11
28:11
53:3
54:21

179:4,6
262:17

**11030376 Sh aquat. Chaudhary. EXHIBIT3**
56:24
57:3
59:12,13,
16 70:19,
22 71:7
87:20,22
88:5,13
90:19
91:8
94:23
106:24,25
107:8
110:11
116:15
126:25
138:23
140:14
150:4
156:25
164:2
168:22,23
169:15
177:21
262:18

**11030376 Sh aquat. Chaudhary. EXHIBIT4**
158:8,12
262:19

**11030376 Sh aquat. Chaudhary. EXHIBIT5**
241:13,18
262:23

**$**

**$1**
232:18,23
237:14

**$1-1/2**
248:7

**$10**
233:15
237:10

**$10,000**
254:10

**$100**
18:2
203:23
204:4
237:10

**$11,271, 736.52**
128:11

**$11.2**
134:24

**$12,000**
169:19
171:24

**$133,000**
222:15

**$139,000**
161:13

**$15,000**
211:20

**$15,920**
209:9

**$156,661.42**
53:15

**$1600**
199:24

**$18,000**
211:24

**$183,351.90**
218:12

**$2**
237:14

**$2,000**
255:15

**$20**
197:24
206:3
233:15

**$20,000**
237:15

**$200,000**
199:7

**$22**
196:14

**$22,000**
212:19

**$23,000**
217:12

**$23,201.47**
218:7

**$25,000**
217:15

**$250,000**
37:3

**$2500**
40:15

**$251,000**
226:2

**$254,000**
165:14

**$26,191.48**
154:8

**$3**
204:2
252:19

**$30**
255:16

**$30,000**
237:19

**$30,869.46**
179:16

**$329,950.90**
172:8

**$332,500**
161:17

**$334,000**
208:8

**$34,864**
60:17

**$4**
233:2

**$476,000**
117:8
123:17
124:11
125:19,22
126:10

**$476,874.24**
117:8

**$495,951.88**
51:13

**$50**
34:25
237:11

**$56,000**
85:3
86:20

**$56,436.62**
83:13

**$59,720**
97:8

**$59,720.70**
95:13
103:23

**$6**
139:10
142:12



146:9
147:25
148:22
149:2

**$6,000**
106:22
110:21
114:14

**$6,696.38**
82:17

**$64,000**
94:7

**$64,745.41**
90:6

**$7,017**
74:14

**$7,017.71**
71:21

**$825,000**
200:25

**$88,000**
216:2

**$97**
203:24
204:5

_____

0
_____

**05**
139:23

**07**
254:6

**08**
254:6

_____

1
_____

**1**
12:25
13:3,15

17:4 24:6
26:24
28:21
32:24
33:8,11
46:10,17,
22 47:13,
25 53:24
54:20
55:2 60:9
64:13
65:3
71:9,20
75:8 82:4
89:6
90:23
95:6
106:18
110:18
114:13
117:2
123:16
128:9
139:5
142:14
152:10
160:23
165:9
166:4,5
169:4
207:8

**1-23-43088**
14:3

**1.2**
233:24

**1.3**
234:22

**1.485**
48:12
50:10,12,
19

**1.5**
48:9

**1/2**

46:22
138:8
160:6

**10**
11:23
12:2
33:22
35:20
49:23
59:16
88:12
114:9
119:23
133:17,18
160:9
165:10
180:12
182:14
212:14
217:16,18
226:16
233:15
237:15
242:13

**100**
92:7
110:14
116:23
140:17
152:23
157:5
167:17
222:24

**100,000**
150:13

**11**
17:2
28:16,17
47:14
169:8,9
190:2

**11:22**
59:5

**11:30**

59:6

**11a**
54:9,20

**11b**
50:6
51:12

**12**
33:22
60:9 83:7

**12,000**
170:4

**120**
50:4,20,
21

**12:49**
107:15

**132**
222:14

**133,000**
222:24

**14**
82:5
154:2
161:7
165:10
169:8,9

**15**
12:2 31:2
49:23
114:9
152:11
153:3
160:9
182:14
190:17
226:17
237:15

**150**
18:2

**16**
138:8

**18,000**
229:3

**18,950**
210:14,23
211:13

**190**
50:4

**1986**
192:13

**1992**
192:10,13

**1994**
38:7

**1996**
38:7

**1998**
128:17

**1:20**
108:3

_____

2
_____

**2**
15:10,11
28:11
46:21
47:8,23
53:3
54:21
142:14
179:4,6
207:25
252:19

**2,500**
40:16

**20**
9:23
11:24
17:11
93:17
138:6,7



142:13
146:25
180:12
196:14
218:2
249:5,14

**200**
196:14
242:16

**200,000**
227:16

**2003**
249:5

**2004**
139:23

**2006**
254:6

**2008**
197:18

**2014**
196:24
197:3
233:9

**2017**
29:24
182:15
192:19
193:3
197:4
205:8

**2018**
123:21
183:4,11,
12

**2019**
9:23

**2020**
9:18  11:9
101:20
205:9

**2021**

101:20

**207**
208:2

**22**
218:3

**22,500**
217:17

**220**
199:8

**23**
14:8

**23-10**
110:25

**24**
71:10
82:4

**24/7**
171:7

**25**
18:11
23:23
53:6
93:17
127:18
138:7
141:21
218:2
255:16

**25,000**
18:9

**250**
244:2

**26**
130:2
135:4,6,9

**270**
251:10

───────────

**3**

3

34:12
56:24
57:3
59:13,16
70:19,22
71:7
87:20,22
88:5,13
90:19
91:8
94:23
106:25
107:8
110:11
116:15
126:25
138:23
140:14
150:4
152:12
154:2
156:25
160:6
161:2
164:2
168:23
169:15
177:21
179:6
203:24
210:2
233:25

**3.11**
209:20

**3.13**
210:4

**3.16**
82:11

**3.26**
161:9,16

**3.27**
161:6,10,
12

**3.39**

210:23

**3.40**
211:19

**3.5**
208:7

**3.51**
211:22

**3.53**
165:12

**3.6**
155:13
208:7

**3.61**
172:6

**3.62**
169:18

**3.7**
155:11

**3.8**
179:12,13

**3.86**
161:3

**30**
17:11
23:23
27:13
127:18
129:25

**300**
197:4

**31**
243:12

**32**
140:4

**32-72**
157:9

**34**
129:25

**35**

18:10

**36**
129:25

**36,000**
160:22

**36-01**
98:23
99:11,16,
19  128:15
134:19

**372,000**
227:9
228:25

**37th**
98:21,22,
23  99:11,
16,19
128:16
134:19
164:14
173:10
220:23

**3:10**
174:3

───────────

**4**

───────────

**4**
34:11
82:5
158:8,12
160:6,7
210:2,8,
11  212:12
234:22
247:22

**4.11**
214:19

**4.12**
222:12

**4.4**
225:10



SHAQUAT CHAUDHARY
IN RE: ELITE LIMOUSINE PLUS, INC.

March 13, 2024
Index: 4.5..account

**4.5**
127:11

**4.6**
227:8

**4.8**
215:25

**4.9**
217:3

**40**
144:12
176:14,15

**41**
33:12,13,
19 34:15,
18

**44**
248:3

**44th**
110:25

**47,554**
225:10

**495,000**
52:6,14

---
**5**

**5**
11:23
107:2
149:2
241:12,
13,18,19,
21 247:13
254:9

**5,000**
40:15,16

**50**
59:22,25
77:7
137:7
174:20

**176:23**
178:12,13
191:16
251:9

**50,000**
229:7

**50/50**
180:6

**500**
28:3
244:3

**51**
137:9

**525**
197:3

**56,000**
84:9

**57**
155:10

**5:00**
229:10

**5:26**
260:16

---
**6**

**6**
53:6
161:7
228:13

**6,000**
114:22

**60**
25:5
26:10
28:13
176:18
208:2

**62**
26:25

**28:19**
71:10

**64,000**
65:9 91:5

**68**
71:11

---
**7**

**7**
46:16
47:21
60:10
83:7
110:19
210:13
248:15

**7,000**
113:24

**74**
153:21

**77**
13:16
33:14
83:7
208:3

---
**8**

**8**
46:18,20
47:21,23
177:23

**8,000**
113:24

**8-2-5**
202:17

**800**
117:8

**825**
128:23

**825,000**
202:16

**86**
161:5

---
**9**

**9**
33:14,19
48:19
70:21
211:23
212:13
228:13
249:21

**9,900**
210:7

**90**
46:23
48:8,11,
20 49:5
50:20
51:2,5,
12,16
53:14
54:9,13
207:22
208:8
210:22,25
245:10

**90-day**
211:16
229:23

**92.5**
127:8

**921**
122:15

**9W**
225:21

---
**A**

**A-D-R-I-S**
176:25

**A-L-I**
164:17

**A/b**
47:8,15
60:11
83:6
110:19
152:11,12

**ability**
12:16

**accept**
213:16

**access**
56:15
122:16

**accident**
168:19

**accommodati
ng**
260:9

**account**
38:15
61:14,15,
18 68:10,
12,14
72:13,14,
17 77:25
78:3,5
80:18
86:15
87:11,14,
17 94:11,
13,17
96:14,23
97:16
101:7,22,
23 105:5,
7,9



109:13,14
113:11
114:3
115:7,8
116:9,11,
13 124:2,
3,20
126:13,
15,17
135:15,16
138:12,
16,18
145:12,13
149:17,
19,21
159:20
167:13
173:17,
19,21
178:7
182:4
185:13,15
212:24
222:22
223:4,7,
9,10,13
232:20
234:4,7,
19 238:9

**accountant**
62:24
63:2
136:13

**accounted**
247:6

**accounting**
55:5
81:12
113:10
159:18
183:2
191:5,9,
11 205:18
245:20

**accounts**
45:5
46:21
47:14
109:12
123:23
135:12
138:13
145:9
169:20
171:24
175:21
188:9,15,
19 193:11
194:17
195:5
198:24
200:23
215:7,10
232:7

**accumulated**
49:24
150:12
200:25
232:25

**accumulatio
n**
49:19

**accuracy**
85:9
202:10

**accurate**
12:16

**accurately**
7:11

**accusations**
239:9,14
243:2

**ACH**
209:4

**acknowledge
d**
256:10,17

**acknowledgm
ent**
256:20

**acquire**
29:23
30:8,11
151:20
192:19
193:7

**acquired**
23:22
30:5,7,9
150:9
151:14
152:7
206:4
238:23
242:10

**acquisition**
150:5,12
151:3,7,
10,13,14
152:13,24
154:7
192:25
193:4,24
195:20
196:3
197:22
198:18
199:10
200:19
201:21
204:18
240:18

**active**
25:21
246:24

**actively**
257:12

**actual**
18:21
170:7
200:2

**Adam**
89:22
98:24
188:22

**addenda**
13:20

**additional**
6:24
237:21
258:7

**address**
69:19
79:20,22
80:6,9,10
93:6
98:12,15,
17
100:14,
17,19,20,
23,24
112:7,10,
12,14,15,
18,22,25
113:2
120:20,23
121:24
132:10,16
144:20
157:25
180:18,19
181:4,17

**adjusted**
103:20

**administere
d**
5:24

**admonish**
246:3

**Adris**
176:25

**advertising**
141:19

**advice**
136:15

**affairs**
208:2
247:15

**affect**
12:15

**affected**
137:3,10

**affiliate**
41:22
44:11
60:8,17
64:5 65:8
67:3
75:10
83:12,22,
23 84:2,6
87:8,22
89:2 90:3
95:12
99:14
109:20,23
110:20
128:10
139:7
144:2
165:22
166:20
190:6
200:7
202:24,25
217:4
230:2

**affiliated**
20:21
39:14
40:3
44:20,24
56:25
57:4,16,
19 58:20
66:24
88:6,7



90:21
99:13
100:17
164:19
174:15
176:5
215:22

**affiliates**
19:8,15,
16,19,21
64:11,15
67:8,12
95:7
164:20
190:11

**afford**
63:12
68:6
102:20
115:24
125:16
145:25

**Africa**
176:3
177:6,10,
13,15

**agency**
36:17

**aggregate**
48:13,15
54:20
55:8

**aggregator**
122:9

**aging**
52:21

**agree**
46:14
50:5
66:24

**agreed**
6:16,19
50:14

201:10

**agreement**
32:5
41:17
43:15
58:6
60:23
69:9
92:24
111:25
120:13
131:11
171:15,
16,21
172:22
190:23
195:16,
19,22
200:2,3
221:8
234:10
238:14

**agreements**
41:5,19
43:11,21
46:6
124:21,25
147:5
223:22

**ahead**
71:17
140:8
213:14
229:13

**airline**
134:13

**alcohol**
12:15

**Ali**
164:16

**Allen**
194:3

**Alliance**

155:10
230:10
231:3

**allocation**
212:20,21
214:21

**allowed**
28:7

**amended**
13:4
24:14

**amendments**
159:4

**American**
208:8
212:7
214:10

**Amex**
212:19,
21,24
213:2
214:20
215:12,13

**Amir**
193:5

**amount**
48:11,14,
15,21
51:2,13
53:14
54:21,25
55:19
56:7
60:17
61:5
73:7,8,9,
12 75:11,
13 82:16
83:13
85:2 90:5
95:13
106:22
110:21

117:7
125:19,
20,23
128:11
139:9
144:6
154:7
160:22
161:12,17
163:9
165:14
172:11
200:24
202:15
218:8
219:19,21
223:6
251:22

**amounts**
49:9 51:6
52:13,14,
20 54:4,
22 55:14
210:18
238:8,11
239:5

**analysis**
68:5
102:19
115:23
125:14
136:18
145:24
148:14

**analyze**
251:25

**and/or**
223:20
256:13

**Andrew**
134:9

**Anjum**
223:25
224:25

225:3

**Ann**
59:25
60:2 71:4
77:5,7
178:12,16
182:16,
20,21
183:7,12,
17,18
184:24
210:5
225:10,
11,14

**annual**
38:9
227:14,15

**answering**
191:20

**answers**
7:7 8:7
12:17
121:11
225:7

**anticipated**
257:4

**anymore**
30:22,23
141:17
165:5
186:23
199:16,19
238:6

**Apex**
230:12

**apiece**
34:25

**apologize**
7:22 9:5
11:2
99:3,10
131:17
167:21



198:2

**app**
31:7,8,15
253:5

**appeared**
229:20,22

**appearing**
6:11

**appears**
127:7
158:8

**application**
27:18
34:10

**applied**
240:13

**appointed**
16:6,10,
11

**apportioned**
219:20

**appraisal**
138:3

**appraiser**
254:18

**appraisers**
254:15

**approximately**
11:21
23:22,24
40:14
52:17
55:17
93:16
144:9
249:3

**AR**
53:21
201:13

**Aracri**
182:16
183:7,17,
18

**Aracri's**
182:20
183:9

**area**
208:15

**arm's**
165:24

**arrange**
73:22
75:24
79:6
216:13,
15,20

**arranged**
73:2,14
91:23

**arrangement**
170:21

**arranging**
66:3 78:8

**arrears**
161:14
257:14

**asks**
24:8 34:3
153:3

**asserting**
172:7

**asset**
253:14

**assets**
29:24
32:17
46:10
94:2
97:21
111:6

148:17
151:4
167:19
192:20
193:13
227:23
251:25
253:13

**associates**
247:20

**assume**
8:23

**assumed**
201:14,16

**assuming**
196:20

**assumption**
257:8

**Asterride**
150:5
151:3,7,
9,12,14,
15
152:13,24
154:7,13,
20,24
155:5,16,
22
156:17,
19,23

**Asterride's**
154:15,18

**Astoria**
59:15,19
60:3,12
61:14,17
62:16
64:20
65:15,22,
25 66:13,
20 67:24
68:16
69:9,12,

15,18,21,
24 70:3,
7,9,10,16
212:18
214:4,10,
13 215:19

**attempt**
74:19
148:5

**attention**
128:8
166:3
201:9,12

**attorney**
115:20
125:11
136:10
145:21
172:19
206:8

**attorney-client**
257:20

**attorneys**
8:15
256:7
257:25

**attributable**
218:16
252:15

**audit**
194:12,21

**authorities**
147:21

**authority**
189:24
251:24

**authorize**
15:5 16:3

**authorized**
215:15

**authorizes**
27:7

**Auto**
34:7

**automatically**
63:22
159:21

**availability**
219:21
233:17

**Avenue**
41:17
43:18
68:17
78:11
92:12
98:12,15,
21,22,23
99:12,16,
20 111:13
119:25
128:16
130:20
131:22
134:19,
21,22
148:10
149:4
157:2,4,
7,9,11,
15,19
158:10,
13,22,25
159:10,25
161:10,22
163:23
164:14
180:20
192:4
220:23
248:2

**Avenue's**



157:14

**aware**
56:13
200:21

_____

**B**

_____

**B-A-G-E-L**
113:21

**B-O-L-L-A-**
**N-G-A**
176:20

**back**
10:14
11:3 21:7
22:8
23:14
24:6
27:13
31:2,3
33:5
35:5,25
36:21
59:5 61:5
64:6,9,
10,13,21
65:15
66:8
67:20
70:11
73:6 75:8
83:5
84:13
85:23
86:5
87:20
89:5
90:23
93:17
105:22,25
110:5
116:15,25
118:6
123:16

124:7
126:23
127:18
128:9
129:15
133:17
134:6
136:24
138:5,23
139:5
140:14
143:18
144:10
146:25
150:3
152:10
156:25
160:10,23
164:2
165:9
167:21
168:22
169:4
174:7
182:14
185:24
191:16
203:12
207:8
221:14
232:18
233:25
234:16,17
239:3
244:7
246:6
249:6,15,
16 253:8,
17 254:21
255:2
258:18
259:15

**bad**
49:22
197:14,20
232:23

248:11

**Bagel**
113:16,
20,21

**balance**
49:4
72:11
74:10
211:14
217:19,23
228:9
233:24
234:22
259:7

**balances**
155:2,3

**bank**
61:14,15,
18,21
68:9
72:13,17
77:24
80:18
86:15
87:11
94:11,13,
17 97:16
101:7,22,
23 105:4
113:11
114:2
115:7
116:8
123:22
124:2
126:12
135:11,15
138:11
145:9,12,
13 149:16
159:22
162:22
167:13
173:17
175:20

182:4
185:13,15
187:21
188:8
211:19,
21,23
216:23

**Bankdirect**
209:8,16

**banking**
209:15

**bankruptcy**
5:22,25
6:14 14:9
82:15
137:19
147:13
148:6
189:10,
15,18,22
190:7
207:22,23
208:9
211:2,6
216:3
222:16
227:10
250:20
251:5
255:23

**Barely**
126:3

**barter**
171:15

**base**
27:3,5,9,
15,16
28:20,23
29:4,9,13
30:2,5,
11,18
186:16,
19,20,23
187:12

201:6
250:25

**based**
25:2
55:19
188:4
219:21,23
220:3
228:8,9,
17 233:17
236:15
254:4
256:11

**basically**
19:6
35:21
36:10
45:4,5
49:21
58:8
73:25
74:2
86:10
88:9
95:24
96:11,13,
15,23
102:7,23
105:19,22
106:10,13
110:25
117:14,18
119:4
121:13
122:12
124:18,20
128:17,19
129:5
130:6,10
134:4
139:24
140:2,4
141:13,
18,20
142:20,21
155:21



164:12
167:5
171:3
178:8,21
179:23
180:4,16
182:21
186:25
189:22
193:18
195:9
197:2
198:23
199:18
201:5
209:17
212:4
213:11
223:7,12,
13 225:23
226:8,23
227:2,5,
18 228:3
232:19
233:5
238:24
243:10
245:14
247:5
248:6
250:6,9
254:2

**basis**
161:13,18
162:14
169:20
170:23,24
179:19
180:6
185:25
199:20
224:8
255:23

**bat**
13:11

**bathroom**
173:24
220:7

**bathrooms**
222:10

**Bear**
211:22

**beginning**
109:7
129:3
142:15
212:14
224:15
232:22

**begins**
212:12

**behalf**
62:12,15
79:9
102:5,9
125:6,9
172:13
184:13,
19,20
195:12
216:5

**behave**
246:5

**Bella**
133:19,
20,24

**Bella's**
134:17

**belongs**
99:23
187:23,25
235:14

**Ben-zion**
193:5
198:20,21
199:11,14
200:6,10,

12 206:11

**Ben-zions**
198:18
202:4,7

**benefit**
26:14
151:12
195:21
244:23
247:4

**benefited**
212:16

**benefits**
245:15

**Bi-weekly**
227:10

**big**
144:14
244:2

**bigger**
206:6

**bill**
45:8
75:17
129:21
203:20,
22,23
213:2
217:25
230:23

**billing**
49:3
179:25

**bills**
55:18
106:13
220:4,5

**bit**
73:13
170:22
192:15
203:15

233:22
249:11
253:3

**bitcoin**
95:16,17
97:23
98:19
101:9
105:23
106:12
166:24
167:5

**black**
18:22
38:23
39:2
178:24
187:24
191:12
200:13
208:23
235:8,9,
11,16
236:18
249:23,
24,25

**blackcar**
182:2

**blind**
162:17,19

**blocks**
14:23
15:3,22,
25 155:9

**board**
16:12,13,
19

**Bollanga**
176:19

**book**
24:11
91:6
103:2

**bookkeeper**
114:21,24

**bookkeeping**
132:22

**books**
56:16,21
62:2,4,8
81:15
84:16
85:11
86:17
104:5
182:6
191:13,14
200:16
203:17
205:14
228:10

**borrowed**
95:22
96:8
185:17

**borrowing**
201:6,7

**bottom**
13:21
24:17
82:10
83:11
89:12
214:19

**bought**
128:21
248:3,7

**box**
237:4

**boxes**
100:4

**break**
8:13,17,
18 58:24
173:24
201:16



258:14

**breakage**
106:11

**breakdown**
52:20
54:3
226:4
245:5

**bringing**
141:15
198:24

**broadcast**
139:19

**broadcasting**
138:25
139:3,7,
12,13,16,
18
140:16,19
142:7,10,
11 143:12
144:5,17
145:8,19
146:8,10
147:6,12,
18 148:2,
22 149:17
173:11

**Broadcasting's**
145:13

**broker**
36:2

**brokerage**
248:16,
17,25

**brothers**
193:6

**brought**
119:16
201:8,12

**BS**
239:11

**build**
237:15

**building**
34:9
128:20
129:7,9
130:4,8,
11,14
135:20
136:22,23
142:18
143:21,25
164:13
192:13
218:13
219:3,7,
8,10,11,
14,17
220:2,9,
11,12,24
222:9
248:2,3

**buildings**
164:14

**built**
129:6,24
192:13
196:10
204:6
248:2

**buried**
166:5

**bus**
117:16,
20,23
118:7,9,
10,11,14,
15,19,23,
24
122:14,15
217:4

**buses**
117:11
119:2,5
217:20

**business**
19:18
20:13
23:12
77:17
79:3,14
86:9
88:24
97:18
111:4
119:21
122:7,10,
11
134:10,
12,13
137:5
139:25
140:5
151:22,25
156:2,6
179:24
180:17
182:17
187:23,25
190:3
191:13,
14,15
196:14
197:25
198:8
206:4,13
217:10,15
224:24
242:18
247:15,
21,22
248:16
249:2
250:23
252:7,10,
14,20
253:7

254:19

**businesses**
12:5,7,8,
10,11
153:5
181:25
248:18,21
249:8,18

**busy**
248:17

**buy**
17:15,16,
18 18:4,
18,21
23:16
26:3
34:25
35:2 66:4

**buying**
35:3

———————

C

———————

**C-H-A-B-E**
230:14

**C-H-A-K-R**
177:2

**C-I-T-I**
71:12

**C-I-T-I-L-**
**E-A-S-E**
71:8

**cable**
43:22,23
139:20,21
141:17

**call**
6:7 32:10
34:6
40:25
43:5
45:12

52:23
53:25
55:12
62:7
63:23
72:19
74:7
79:4,12
87:5
94:15,19
97:5
101:25
103:7
104:14
109:17
146:22
162:3
170:10
171:6
184:4
187:21
221:17
227:20
239:23
256:23
259:20

**Callback**
34:7

**called**
5:13
29:19
35:17
57:22
59:15
89:5
94:24
103:6
127:2
138:24
150:4
151:15
174:10
176:2
181:10
191:19
232:11



234:25
235:9
236:20
238:18
240:4
243:20
244:16

**calling**
258:25

**calls**
86:2,3
121:14,18
179:25

**Canada**
141:24

**candidates**
189:18

**capacity**
6:20 9:16
11:7 12:4
67:5
153:14
177:16
200:11

**capital**
71:7,12
209:8,16
223:15,17

**car**
18:23
38:23
39:2
66:2,5
85:24
128:24
129:3,14
178:24
187:24
191:12
196:25
200:13
235:8,9,
11,16
236:18

245:5,6
249:12,
15,23,24,
25
255:16,17

**card**
68:14
78:5
87:17
105:9
116:13
126:17
138:18
149:21
173:21
188:19
203:21,22
208:19,22
209:5,24,
25 212:24
213:2,19,
22 214:10
215:3,7,9

**cards**
208:20
212:6
213:9
215:11,
12,13,15

**Cardworks**
209:21,22

**care**
257:13

**carriage**
216:14

**cars**
18:23
29:7 45:4
66:3
73:16,17
86:9
128:23
187:2,4
197:3

208:23
230:16
246:17

**case**
14:2,7,8,
10 54:14
59:13
82:16
109:7
171:23
178:11
221:13,14

**cases**
5:22 6:14
58:19

**cash**
143:17
233:17,18
237:8

**categories**
44:3
226:3

**cell**
43:22
112:16,17
132:14,15
255:11

**centers**
31:6

**cetera**
14:3

**CFO**
81:11
108:11

**Chabe**
230:14

**chairs**
221:25

**Chakraborty**
177:2

**challenge**

250:22

**change**
70:12
81:21
93:18
114:5
123:11
133:7,14
160:11,22
173:12
182:9

**changed**
136:25
246:18

**channels**
139:19
141:11,
19,21,23
142:23,24
143:2
175:6,9

**Chapter**
190:2

**characteriz
ation**
135:23

**charge**
73:21,23
208:19
211:20
237:8,9,
14

**charged**
235:15

**charges**
213:11,16

**Charlie**
10:7

**chartered**
105:17

**Chaudhary**
6:1,11

7:1 8:1
9:1,5,7
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1,17
59:1
60:1,2
61:1 62:1
63:1 64:1
65:1 66:1
67:1 68:1
69:1 70:1
71:1 72:1
73:1 74:1
75:1
76:1,21
77:1 78:1
79:1 80:1
81:1
82:1,8
83:1 84:1
85:1 86:1
87:1 88:1
89:1,17,
25 90:1



SHAQUAT CHAUDHARY
IN RE: ELITE LIMOUSINE PLUS, INC.

March 13, 2024
Index: Chaudhary's..Citilease

| | | | | |
|---|---|---|---|---|
| 91:1 92:1 | 142:1 | 188:1 | 235:1 | 23 163:2 |
| 93:1 94:1 | 143:1 | 189:1 | 236:1 | 165:17,19 |
| 95:1 96:1 | 144:1 | 190:1 | 237:1 | 218:19 |
| 97:1 98:1 | 145:1 | 191:1 | 238:1 | 223:20 |
| 99:1 | 146:1 | 192:1 | 239:1 | |
| 100:1 | 147:1 | 193:1 | 240:1 | **checked** |
| 101:1 | 148:1 | 194:1 | 241:1 | 28:17 |
| 102:1 | 149:1 | 195:1 | 242:1 | 194:19 |
| 103:1 | 150:1 | 196:1 | 243:1 | |
| 104:1 | 151:1 | 197:1 | 244:1 | **checking** |
| 105:1 | 152:1 | 198:1 | 245:1 | 162:16 |
| 106:1 | 153:1 | 199:1 | 246:1 | |
| 107:1 | 154:1 | 200:1 | 247:1 | **checks** |
| 108:1,24 | 155:1 | 201:1 | 248:1 | 63:24 |
| 109:1,13 | 156:1 | 202:1 | 249:1 | 72:21 |
| 110:1 | 157:1 | 203:1 | 250:1 | 73:4 |
| 111:1 | 158:1 | 204:1 | 251:1 | 74:4,7 |
| 112:1 | 159:1 | 205:1 | 252:1 | 76:5 97:4 |
| 113:1 | 160:1 | 206:1 | 253:1 | 102:2 |
| 114:1 | 161:1 | 207:1 | 254:1 | 103:7,8 |
| 115:1 | 162:1 | 208:1 | 255:1 | 146:23 |
| 116:1 | 163:1 | 209:1 | 256:1 | 172:24 |
| 117:1 | 164:1 | 210:1 | 257:1,18 | 213:16 |
| 118:1 | 165:1 | 211:1 | 258:1 | 216:11 |
| 119:1 | 166:1 | 212:1 | 259:1 | |
| 120:1 | 167:1 | 213:1 | 260:1,6 | **chose** |
| 121:1 | 168:1 | 214:1 | | 171:3 |
| 122:1 | 169:1 | 215:1 | **Chaudhary's** | |
| 123:1 | 170:1 | 216:1,25 | 67:5 | **chronology** |
| 124:1 | 171:1 | 217:1 | 184:25 | 205:12 |
| 125:1 | 172:1 | 218:1 | | **circle** |
| 126:1 | 173:1 | 219:1 | **cheap** | 143:4 |
| 127:1 | 174:1 | 220:1 | 129:10 | |
| 128:1 | 175:1 | 221:1 | | **circumstanc** |
| 129:1 | 176:1 | 222:1 | **check** | **es** |
| 130:1 | 177:1 | 223:1,25 | 54:24 | 9:16 11:7 |
| 131:1 | 178:1,13, | 224:1 | 55:3 | |
| 132:1 | 16 179:1 | 225:1,24 | 62:2,6 | **Citi** |
| 133:1 | 180:1 | 226:1,18 | 63:9,20, | 82:11 |
| 134:1 | 181:1 | 227:1 | 21 74:7 | 216:21 |
| 135:1 | 182:1 | 228:1 | 84:20 | |
| 136:1 | 183:1,13, | 229:1 | 103:4 | **Citilease** |
| 137:1 | 17,18 | 230:1 | 114:19, | 70:19 |
| 138:1 | 184:1 | 231:1 | 20,21 | 71:11,20 |
| 139:1 | 185:1 | 232:1 | 115:11 | 72:16 |
| 140:1 | 186:1 | 233:1 | 133:4 | 73:2,5, |
| 141:1 | 187:1 | 234:1 | 146:20 | 14,18,19 |
| | | | 162:2,10, | 74:4,9, |
| | | | | 12,14 |
| | | | | 75:3,24 |
| | | | | 76:3,7,8, |



15,16
77:8,10,
25 78:7,
23 79:2,
9,10,15,
19,23
80:13,20,
23 81:3,
13,16,18,
25 82:13
91:3,22
215:25
216:2,15,
16,19,21,
22

**Citilease's**
78:10

**city**
27:22
128:16
154:24
155:13
197:2
230:7,9
247:18

**claim**
36:7,10
82:15,16,
19,25
154:6,10
161:12,17
165:13,16
169:19
170:4
172:7
179:11,
16,22

**claims**
154:2
160:24
161:10
169:18
179:11

**clarificati
on**
10:5
51:24
71:6
106:7
122:21
130:12
167:4
194:15
201:11
216:18
220:25

**clarify**
96:3
155:11
183:7

**cleaning**
220:6

**clear**
7:23
41:24
84:17
112:24
117:25
127:25
132:4
181:12
189:15
198:3

**clearest**
13:23

**clearing**
23:6

**clears**
241:8

**client**
198:23
226:8
250:24

**close**
192:24

**closed**
31:12,17
91:9,18,
20 94:18
167:12
249:8,13,
14,15

**closing**
242:13,14

**closure**
109:3

**co-debtor**
166:14
189:13

**co-obligor**
166:15

**co-op**
85:23

**coach**
116:16,
18,19
117:5,10,
13,14,16,
19,22,24
118:7,8,
12,14,20,
24 119:3,
22
120:13,
16,19,22
121:2,5,
12,13,16,
17,21,22,
23 122:6,
8,15
123:5,9,
22
124:13,
14,18
125:2,9
126:2,5,
7,10,13
215:20
217:3,4,

10,11,12,
15,18,19
218:3

**Coach's**
119:24
123:12
124:2

**Codebtors**
166:9

**cognizant**
98:25
99:7

**Cohen**
194:25

**cold**
7:23

**collect**
45:20
48:24
49:9,15
74:20
77:18
113:12,15
203:23
206:5,14
236:15
237:6
245:9,10,
14

**collected**
13:18
73:4
76:10
77:20,23
91:24
218:8
237:16,
18,19
245:7,22
246:13

**collectible**
49:12,14,
15 50:18,

21,22
51:8
53:21
72:5
74:18
85:3,6

**collecting**
49:2,3
245:13

**collection**
49:13
167:12
180:2

**collective**
118:11

**collects**
74:5

**column**
84:24

**combined**
187:22

**Comcast**
141:18

**commenced**
256:14

**commission**
27:17
119:23

**committed**
205:24

**committee**
5:21 6:3,
4 109:16
232:8

**committee's**
57:11

**common**
39:17,23
40:6
174:18
176:8



230:3

**Communicar**
39:7,10,
11 40:2

**communicate**
31:5

**communicati
on**
33:25
34:4,14

**communicati
ons**
79:3

**companies**
19:13,14
38:23
39:2,4,5
40:21
42:13
57:2,4,
16,19
58:18
71:13
85:24
88:6,7
90:21
96:2
108:10
110:6
147:18
164:6
169:25
189:11
190:10
200:7,13
202:24
215:14,
18,22
229:20
246:17
255:9,10

**company**
18:21
20:21

24:5
29:19,22
35:16
36:17
41:22
52:8
57:17,22
58:5
59:15
60:6,7
62:21
64:5
65:24
68:10
70:19
71:8,14
79:19
83:5,15
84:2,4,8,
12 87:9
88:10,21
89:4
91:12,22
93:22
94:24
105:19
106:17,18
113:2
119:6,13,
16 127:2,
8,12
138:12,
16,24
145:6
147:25
150:4,8,
10
151:15,17
159:23
160:8,15,
18 163:25
164:12
165:3
166:20,24
167:2,15
174:10,
13,15,22,

25 176:2,
3,5,12
185:3
196:11,25
212:7,23
213:22
224:13
230:2,21,
25 249:23
250:5

**company's**
72:13

**compensate**
19:21
21:8,14,
23 22:3
68:22
78:16
92:17
111:18
120:6
132:23
157:20
181:3

**compensated**
217:9

**compensates**
222:4

**compensatio
n**
69:4
131:4
164:22
216:5
235:8,18

**competition**
246:9

**complaints**
246:19,
20,22

**complete**
12:17
65:6

140:15

**completed**
8:23

**compliance**
255:24,25

**complicated**
86:8

**comprehensi
ve**
57:18

**comprises**
48:21

**computer**
209:12
221:2
250:9

**computers**
34:8
220:19
221:3,12

**concentrate**
12:22

**concept**
85:22
87:2
130:7
150:14
167:6,7
250:7

**Concorde**
39:6,20

**condition**
12:14

**conditions**
148:17,18

**conduct**
194:7

**conducted**
232:8

**conducting**

141:9

**confer**
32:22

**confused**
22:9

**confusing**
13:22
131:18

**connected**
44:20
250:8,9

**connection**
6:20
10:2,13
11:15
12:4,5
91:24
136:11
145:22
163:7,15
184:9
208:12

**considered**
189:12

**consist**
13:19

**constructio
n**
164:3,4,
7,10,11,
15 165:6,
13,21
167:25
168:18
210:14

**consult**
8:14
202:12
206:8

**consultant**
194:11,23



contact
    30:21,25
    35:8

continue
    91:13
    108:10
    226:14
    253:10

continues
    244:14

contract
    42:18,20,
    21,24
    44:5,9
    46:8
    170:5,8,
    21 171:25
    183:23
    184:2,9,
    23,24
    199:20,22
    219:23
    238:14

contracted
    23:10

contractor
    23:11
    88:23

contractors
    80:24

contracts
    41:19,22
    42:9,12,
    16 43:10,
    21 44:3,7
    46:6
    140:4
    169:21
    175:24

contribute
    232:24
    237:5

contribution
    214:2
    223:17

contributions
    223:16

control
    79:16

conversations
    256:4
    257:3

convince
    209:3

cooperation
    134:11,15

coordinate
    29:15

copies
    13:8
    89:18

copy
    47:4

copyrights
    24:9 25:8
    193:10

Corp
    99:21,22
    127:2
    128:5,6,
    11,14
    150:5
    178:3,6
    218:12
    231:5

corporate
    29:19
    192:16,17
    193:19
    209:19

corporation
    84:3
    116:21
    127:4
    128:10

correct
    16:2
    17:21
    22:2,23
    28:22
    29:6 35:8
    47:24
    48:10,20
    50:17
    51:7
    55:25
    56:10
    58:2,3
    59:20
    70:25
    71:4
    75:10,25
    76:5,11
    77:8
    83:23
    84:6,7,9,
    10 85:4,5
    95:13
    98:16
    103:24
    106:22
    107:7
    110:8,12,
    15,16,21,
    22 113:4
    116:19,22
    118:8
    121:25
    127:5,9
    128:12,13
    140:17
    147:18,22
    148:2
    156:8,9,
    15 171:11
    178:14,15

179:17
    180:25
    181:25
    192:6,7
    210:5
    218:6,11
    220:9
    225:9
    228:20
    239:15
    250:3
    256:9
    257:16

correcting
    22:16

corrections
    8:10

correctly
    108:19
    118:5
    130:5

cost
    35:15
    212:19,21
    214:20
    218:9
    255:15

costs
    36:14
    220:24
    254:12

cough
    7:23

counsel
    6:22 13:7
    33:8
    62:19,22
    67:7
    102:12,17
    163:7
    184:9
    193:24
    257:19
    258:11

260:2

counting
    204:2

couple
    26:25
    108:9
    143:8,10
    175:6
    209:20
    247:10
    251:14
    253:17
    254:21,25

court
    6:2 7:8,
    12 9:10
    14:15
    67:21
    76:23
    104:25
    108:15

covered
    98:9

covers
    188:3
    211:5

COVID
    56:14
    134:2,12
    148:19
    150:10,15
    152:2,7
    187:13,14
    196:13
    197:7,15,
    19 199:17
    200:5
    205:7
    233:18
    235:25
    245:24
    249:17

created
    63:22



232:20
243:20

**creation**
41:7

**credit**
68:14
78:5
87:17
105:9
116:13
126:17
138:18
149:21
173:21
188:19
203:21,22
204:5
208:19,
20,22
209:5,24,
25 212:6,
24 213:2,
22 215:3,
6,9

**creditors**
5:21 6:5
147:22
251:7,12,
24

**creditors'**
13:3
15:11
57:3
158:12
241:13

**crisis**
197:18

**critical**
156:12

**cross**
206:10

**crypto**
98:2,5

**cryptocurre ncy**
98:2,5

**cumbersome**
13:22

**cure**
257:9

**cured**
257:4

**current**
24:11
51:5 73:9
108:11
130:19
156:2
170:21
195:8
236:3

**custody**
79:16

**customer**
20:14
52:9
75:18
86:2
121:18
141:24
198:23
199:21
218:2
236:9,10
244:10
245:2,3

**customer's**
236:13

**customer/ driver**
226:23

**customers**
19:9
20:14,16
48:23
119:14

121:15
140:11
155:15,24
185:9
188:5
194:18
196:15
199:2
208:17
209:23,24
213:6
217:5
230:22
235:15
244:14

**cut**
8:25
197:2,11
199:17
217:22

**cutting**
9:20

———————

**D**

———————

**d/b/a**
83:17,19
181:21,23

**Dam**
94:24
95:9,12,
15,19
96:10,15,
18 97:3,
11,15,18,
21 98:4,
7,11
99:23
100:5,11
101:2,12,
14 102:9,
16,25
103:19,24
104:20

105:5,11
166:13,19
222:12,14
223:3

**DAM's**
101:23

**data**
31:6,9
255:6,8,
11,12

**date**
6:15 13:5
15:13
57:5
134:8
158:16
232:17
241:15

**dates**
11:14

**daughter**
60:2,4
66:14
71:4
178:16
210:5

**David**
5:19
46:24
47:10
66:22
89:15
98:24
166:8
173:23
188:22
190:5
241:19
243:15
256:9
257:12

**day**
100:9
136:23

170:23
224:14,22
226:16
260:12

**days**
46:23
48:8,11
49:5
50:4,20,
21 51:2,
5,12,16
53:14
54:9,14
207:22
208:9
210:22,25
242:14
246:7

**dead**
88:18
236:23

**deal**
13:20
192:16
197:11
198:19
207:12
250:5

**dealership**
66:2

**dealings**
174:22
177:7

**deals**
247:20

**dealt**
174:24
177:15

**Death**
236:20,
22,23
238:9,15



**debited**
159:21

**debt**
143:18
150:11
166:17
196:21
213:22
251:2,23
256:5
257:5

**debtor**
6:8 17:6,
9,23
20:2,4,
17,19
21:3,8,
14,22
22:22
23:15,21,
25 25:2,
16 26:2
27:3,9
28:5,14
29:9,13,
23 30:17,
20,24
31:4
32:16
36:15,23
37:24
38:2,4,13
41:12,21
43:8,10,
13,14,20
44:4,6,8,
25 45:14,
17 46:5,
8,19
53:13
55:17,23
56:5
61:13
62:13,18
63:12,14
65:16

67:2
68:6,9,
18,22
69:25
70:15
72:12
74:13
75:3
76:15,17
77:13,24
79:17
80:11,14
81:8,24
84:6,8
86:24
87:9,12,
15,18
90:15
93:9,13,
21,22
96:6,9,
17,22
97:2,25
100:18,23
101:6,13,
22 102:6,
11,20
103:18,24
104:3,6,
19 105:4
108:11
109:12
111:14,18
112:11,
12,18
115:6,13,
24 116:5,
8 117:12,
19,23
118:15,
19,22
119:17,20
120:6,24
121:6
122:5
123:8,25
124:13,22

125:2,6,
15,23
126:9,12
127:22
130:21
131:4
132:12,
16,23
135:14
136:5,19
137:14,18
138:11,
15,20
142:9,12
143:14
144:6
145:3,5,
11,16,25
146:4,7
147:6,9,
11,17,20,
24 148:4
149:16
151:11
152:23
153:15,17
156:7,15,
16
157:17,20
158:25
159:16
160:14,17
161:22
163:14,20
165:7,22
166:21
168:7
170:2,14
172:11,14
173:17
174:16,
19,21,24
175:15,
18,21,24
176:6,9
177:9
179:11

180:21
181:3,7
183:19
185:6,10,
18,21
186:3,10,
13 188:8,
17,20
190:11
191:7
192:19
193:3,7,
23
195:12,15
198:4,17
199:11,
12,14
202:23
203:2
209:15
212:8,15,
23 213:25
214:9,25
215:3,5,
6,10
217:9,11
218:8,20
219:2,16
220:8,10,
16 221:7,
22 222:4
225:15,19
234:20

**debtor's**
69:16
100:16
142:6
151:6
217:5

**debtors**
6:6,14
12:6
21:13
23:8
39:15,18,
21,24

40:4,7
41:20
44:12,19
56:18,20
58:15,21
60:7 67:6
69:10
78:13,16
90:9
92:14,17
98:16
99:13
112:2
120:3,14
131:12
143:23
144:3
177:7
189:10
190:21
192:8
200:8,12
224:5
230:4
232:9
237:25
245:17
255:24

**debtors'**
24:12
46:10
56:16
65:22
70:7,8
84:12
95:18
109:11
111:8
113:9
132:21
142:5
164:19
260:2

**debts**
49:22
148:16



149:14

**decided**
119:12
151:19
242:19,22

**decision**
64:3
196:16
197:10

**decisions**
197:20

**declined**
134:4

**deducted**
216:4

**deed**
111:2
130:17
148:8

**deep**
194:20

**default**
256:10,17

**defendant**
11:18

**Delaware**
150:21,22

**delinquent**
256:12

**Dell**
34:10

**demanded**
65:16
77:13
103:18
104:19
116:5
126:9
137:15,18
147:9,11

**Deny**
239:16

**denying**
103:16

**depends**
126:3

**deposed**
6:19
9:12,17
11:4,8,12

**deposit**
238:18,23
240:8

**deposition**
5:6  6:12,
16  7:6
12:25
15:9
56:24
108:25
241:22,
24,25
257:22
258:11

**depositions**
6:25
11:10

**deposits**
97:4

**describe**
203:16
257:21

**describing**
250:7

**description**
222:16,20
244:19

**design**
252:22

**desk**
68:24

69:2,4
70:6  87:3

**destroyed**
147:3

**details**
86:22

**determinati**
**on**
56:8

**determine**
117:22
118:22
211:11
228:15
252:2

**develop**
37:17

**developed**
37:23

**developing**
86:4

**development**
37:20,25
38:12
41:7
129:23

**died**
86:10

**Diego**
230:13

**dies**
237:3,16

**diesel**
217:21

**difficult**
194:5

**difficultie**
**s**
10:23
250:22

**digital**
15:6  16:4

**diligence**
195:11

**DIP**
256:2,11

**direct**
19:18
116:25
128:8
166:3
169:6
218:21

**directed**
93:24
96:17

**direction**
70:16
74:7
81:25
93:22
101:13
114:11
123:9
145:6
160:15
183:20

**directly**
26:15
74:3,6,9
96:13
102:23
122:8
171:5
183:2
185:8,11
220:15
252:15
256:6

**director**
114:10

**directors**
79:17

206:25
207:13

**Directv**
139:20

**disagree**
239:14

**disappeared**
152:2

**disaster**
220:22

**disasters**
221:14

**disclosed**
46:9

**disclosing**
257:20

**discount**
204:3

**discover**
200:15

**discovered**
201:22
204:19,23
205:2,13
259:20

**discovering**
201:24

**discovery**
6:24

**discussed**
99:11
122:23
166:25
185:24
189:11
190:12
192:5
248:21
250:14
251:16
259:5



**discussing**
  118:4

**discussion**
  10:19
  67:18
  107:14
  167:10

**discussions**
  257:7

**Dish**
  139:19
  141:16,18
  175:9

**dispatch**
  5:23 6:8
  20:20,25
  21:9,15,
  20,23
  22:5,16
  23:2,4,11
  27:8
  28:6,7
  29:7,15,
  16 42:17,
  19 44:5
  45:3,7
  177:18,22
  178:12,
  21,23
  179:14,24
  180:15
  181:11,
  13,16,22,
  24 182:3,
  11
  183:21,24
  184:8,20
  185:5,12,
  17,20,23
  186:2,6,
  9,16,18,
  23,24
  187:6,11,
  20,24
  188:6,9,

  11,15
  191:12,17
  194:19
  206:19
  226:15
  227:6
  250:10,
  12,17

**Dispatch's**
  180:14
  191:15

**dispatched**
  30:17

**dispatching**
  179:25
  226:5
  227:6

**disposed**
  248:24

**dissolved**
  150:18,
  22,23
  151:2
  248:24

**distinction**
  186:22

**distribute**
  19:7

**distributions**
  66:21
  67:25

**District**
  5:25

**DMV**
  213:17

**document**
  13:18
  14:13,18
  15:16
  32:10,11,
  23 43:5

  57:8,10,
  14 63:22
  64:4 79:7
  146:20,21
  153:21
  158:18,20
  166:6
  170:11
  184:5
  194:10,13
  243:10
  259:11

**documentation**
  69:8
  80:18
  111:21,24
  120:12
  131:10
  135:25
  161:24
  172:25
  181:6

**documented**
  63:17,19
  69:6
  78:19,21
  92:20,23
  97:3
  103:3,10
  116:3
  120:9
  131:7,24
  146:17
  173:3
  223:18,20
  228:19,23

**documenting**
  234:10

**documents**
  13:17,19
  15:6 16:4
  26:18
  41:2,6
  45:13

  52:24
  54:2
  55:13
  72:20
  79:13,24
  84:21
  87:6
  94:16,20
  97:6
  109:10,15
  115:3
  158:24
  162:4
  194:16,17
  195:3,8
  202:10
  239:19,24
  257:24
  258:2,4,7
  259:2,20

**dollar**
  50:15,17

**dollars**
  24:11
  48:17
  49:8 50:7
  51:18
  53:17
  84:25
  147:21
  223:11,15

**domain**
  17:7,10,
  19 18:4
  19:25
  20:3
  22:12
  23:16,19,
  22 25:9
  26:21
  36:22
  37:6
  69:22
  88:19
  193:10

  251:19
  252:2,8,
  16

**domains**
  21:3
  36:22

**dormant**
  91:4

**double-
check**
  54:17

**doubt**
  26:15

**doubtful**
  48:17
  49:8 50:7
  51:18
  53:18
  84:25

**downhill**
  140:12

**downs**
  247:16

**draw**
  129:8
  227:25
  228:2,3

**drive**
  30:16
  110:25
  187:11
  224:21
  248:3

**driver**
  73:23
  180:6
  187:10
  188:3
  195:6
  212:20
  216:4,20
  217:16



224:6
225:25
226:12,24
227:7
236:8,24
237:2,7
244:8
259:5

**driver's**
76:4
236:6
237:7

**drivers**
10:4
11:10
29:16
30:16,21,
25 31:5,
13 35:8
41:21
42:10
43:11
45:7 66:4
73:3,15
74:2,8
75:25
78:8 79:4
91:23
129:2
156:11
187:3
194:20
216:5,12
217:21
224:9
232:16,
17,18,21
233:9
234:2
235:14
237:13,14
238:4,22,
25 239:8
242:11,
17,24
244:6

245:11,12
246:4,10,
22
250:13,
16,17
251:10
259:3

**drivers'**
73:4 74:4
216:11
234:25
235:4,17
236:20,22
237:23
238:9,15,
18 240:7,
24 241:4
244:23
245:15
258:24
259:6

**driving**
224:7

**dropped**
105:23

**drugs**
12:15

**DS**
21:20

**DSS**
6:10
15:11
21:3,14
22:7,25
23:10
28:22
29:15
42:3,6,9,
12,15,22,
24 44:6
53:13
68:19
130:22
152:13,23

157:17
179:11,23
180:16,24
183:3,24
184:11,
14,19
185:5,7,
8,11,15,
23,25
186:3,7
187:18
188:14
189:6,17
190:25
191:7,9,
14,18,20,
24 225:15

**due**
61:6
77:15
140:10
148:17
155:2
195:11
253:18

**duly**
5:14
108:5

**duties**
198:25

**duty**
195:11

**dying**
237:2

————————

**E**

————————

**E/f**
82:5
154:2
161:7
165:10
169:8
179:6

**earlier**
82:20
129:17
161:21
202:24
211:8
213:4
229:21,22
249:25
251:16

**early**
205:9

**easier**
169:6

**Eastern**
5:25

**easy**
151:24
246:10

**eat**
201:20

**eaten**
106:13

**ECC**
34:6

**economics**
255:18

**effect**
246:15

**efficiently**
106:6,11

**efforts**
48:24
49:9

**Eldey**
134:9

**electrical**
222:10

**electricity**
43:24

**Elite**
5:22 6:6,
8 13:3
16:9,11,
14 17:6,
9,23
19:13,15,
16,22
20:19,22,
24 21:3,
4,14,19,
22,25
22:13,17,
22 25:3,
16 27:3,
7,9 28:5
29:13,23
30:17,20,
24 31:4,
13,20
32:3,14
36:23
37:21,23,
24 38:2,
4,13
42:22,23
43:8,10,
13,14,20
44:4,6,8,
22,25
45:3
46:5,19
55:23
56:5
65:16
68:6,19
73:4 74:5
75:25
76:4,15,
17 80:8,
9,11
81:11
83:17
84:6,9
85:7
86:19
88:18,19



SHAQUAT CHAUDHARY
IN RE: ELITE LIMOUSINE PLUS, INC.

March 13, 2024
Index: Elite's..eliteny.com

90:15
92:6,7
93:11,13,
23 95:21,
23 96:6,
9,17,22
97:2
99:14,21,
22 100:23
102:6,11,
20,22
103:24
104:3,6,
19 105:3
106:21
108:12
109:12
111:15
112:11,
12,18
115:14,24
116:5,16,
18,19
117:5,10,
13,14,16,
17,19,23,
24 118:7,
14,15,19,
20,22,24,
25 119:2,
3,14,17,
20,21,24
120:13,
16,19,22
121:2,5,
11,13,16,
17,18,19,
20,22,23
122:5,6,
8,13,15,
20 123:5,
9,11,22
124:2,8,
10,12,13,
14,16,18,
22 125:2,
6,9,15,23

126:2,5,
7,9,10,13
127:2,7,
21,22,23,
24 128:2,
5,6,10,
14,18,20
129:2,7
130:4,7,
8,16,18,
19,22,24
131:11,22
132:7,12,
16,18
133:10,
12,14
134:6,12,
18,25
135:11,
15,21
136:5,8,
19,24
137:3,4,
14,16,18,
23
138:20,21
142:12,
18,19
143:14,
17,21
144:7
145:16,25
146:4,7
147:7,9,
11,17,20,
24 148:4,
7 152:23
153:15,17
154:12,
14,18,21,
22,25
155:15,
20,22,24
156:7,15,
17,18,21
157:10,17
158:10,

14,23
162:22
163:20
165:7
167:24
168:19
170:2,14
171:2,4,
8,11,12,
13,14,18,
19
172:11,14
180:4,22
181:7,11
182:22,25
185:6,10
186:4,10
187:3,10,
16,18,25
188:10,17
189:17
190:2
191:3,16,
21,23
192:2,12,
19 193:7,
22,23
195:12,15
196:23
198:4,17
199:11,
12,15
202:20,23
203:2
204:13,
14,22
205:6,16
206:17
212:4,15,
25 213:3,
6,23,24,
25 214:9,
25 215:3,
19 217:3,
9,10,11,
12,14,15,
17,19,22,

25 218:3,
8,12,20
219:2,4,
9,10,11,
13,16,20,
21 220:8,
10,12,16
221:4,7,
8,22,23
222:3,4,
5,9,22,23
223:2,5,
10,14,16
224:23
225:12,20
230:8,16,
18 233:3,
5,6,7,10
234:3,4,
13,20
238:3
239:9
240:23
244:5,11
245:19
247:3,4,5
248:2,5
250:13,16
251:4,6
252:7,24,
25 259:3,
14,15,18

**Elite's**
14:9 19:8
20:13
29:9,13
30:18
32:16
34:9
45:6,7,8
46:8
48:23
55:18
61:14
72:13
74:6

101:22
115:7
117:13
121:20
122:11
124:2
128:19
129:6
130:8,11,
14,16
135:15
136:22
142:17
145:12
149:14
156:2
163:15
164:13,24
170:19,22
171:3
187:11
191:13
193:4
236:12,
14,16
237:9

**Elite-owned**
85:5
90:10,13
91:11
93:10
130:14
150:9
191:2

**eliteny.com**
20:5,8,19
21:9,16,
18,22,25
22:22
23:14
24:15
25:3,4
37:9
251:21
252:4,25



**eliteny.
com.**
    22:10

**Elon**
    204:10,11

**email**
    18:16
    69:19
    79:20,22
    80:6  93:5
    100:14,
    17,19,20,
    22,23
    109:11,
    13,15
    112:7,10,
    12,18,21
    120:19,23
    121:15,
    21,24
    122:8
    132:10,16
    144:20
    181:17

**emails**
    109:11
    121:18
    122:5

**emergency**
    220:21

**employ**
    198:17

**employed**
    205:5
    224:14

**employee**
    70:8,9
    81:7
    137:8
    165:7
    191:22
    199:21
    205:16
    226:25

**employees**
    69:25
    70:4
    80:14,21
    93:8,11,
    13  101:3,
    5  113:7,9
    121:3,6,8
    132:19,
    21,24
    144:24
    145:2
    159:11,15
    168:14
    170:25
    171:5,9,
    13,14,19
    180:4
    190:25
    191:18,
    23,25
    192:2
    205:21
    206:2,13,
    17  251:9

**end**
    99:5
    100:8
    104:11
    148:12
    182:2
    191:25
    259:25

**ended**
    196:20

**engage**
    234:13
    238:2

**enjoys**
    260:11

**enter**
    195:18

**entered**
    129:15

**entering**
    195:21

**Entertainme
nt**
    174:11,12
    175:3
    176:24

**entities**
    6:21  40:9
    147:10
    153:10,
    12,16
    189:20
    214:2
    230:19
    256:15

**entity**
    26:22
    29:12
    36:17
    40:19,20
    42:23
    44:12
    60:8  84:4
    85:6
    86:15
    88:18,19
    90:11,13
    93:10
    107:3,7
    113:13
    127:20
    128:6
    139:13
    149:9
    150:9
    151:8
    155:23
    164:3
    165:25
    169:24
    189:7,19
    191:2,4,8
    249:10

**entry**
    58:8
    103:2
    104:9
    196:24

**Epstein**
    133:19,
    20,21

**equipment**
    33:25
    34:4,13
    99:23
    141:6,7
    186:3,12
    209:11,12
    221:12,
    16,24
    255:14

**equity**
    199:12

**error**
    51:20
    52:2
    54:17,24
    55:4
    85:13,18
    132:2

**errors**
    53:23
    85:11

**essentially**
    31:15
    64:23
    146:12
    191:8,24
    225:7
    247:16

**estate**
    110:24
    128:6
    138:21
    251:4
    256:12

**estimate**
    7:18
    11:25

**evening**
    224:21

**evenings**
    226:7,11

**event**
    7:2  43:4
    197:17

**eventually**
    106:2
    149:14
    238:25
    248:16

**everything'
s**
    165:24

**evidence**
    13:2
    15:10
    56:25
    115:4
    241:12

**evidencing**
    259:2,12

**ex-employee**
    127:16,
    17,23
    128:2
    165:5
    166:2

**exact**
    85:12
    134:8
    199:7

**examination**
    5:17
    67:13
    108:7

**examined**
    5:15



108:5

**exceeds**
37:3

**exception**
257:19

**excess**
209:14
210:18
211:13

**exchange**
82:24
119:21
171:19

**exchanged**
111:10

**excluding**
65:13

**exclusively**
213:9

**excuse**
16:21
46:24

**Executive**
230:24

**exercise**
256:21

**exhibit**
12:25
13:3
15:10,11
17:4 24:6
26:24
28:11,21
32:23
33:8,11
46:9,17,
19 47:13
53:3,4,24
54:20,21
55:2
56:24
57:3

59:12,16
60:9
64:13
65:3
70:19,22
71:7,9,19
75:8 82:4
87:20,22
88:5,13
90:19,23
91:8
94:23
95:6
106:18,
20,24,25
107:8
110:11,18
114:13
116:15
117:2
123:16
126:25
128:9
138:23
139:5
140:14
150:4
152:10
156:25
158:8,12
160:23
164:2
166:4
168:22
169:15
177:21
179:4,6
207:8
241:11,
13,18
247:10

**exhibits**
13:13,20
258:5

**exist**
52:6

192:22

**existence**
51:3 87:7
94:21

**existing**
34:10
42:16
44:7 56:9
97:19

**expect**
63:14
146:4,7
151:11

**expected**
146:15

**expects**
146:15

**expense**
52:8
225:25

**expensed**
52:11

**expenses**
175:10
187:15
199:17
251:6

**expensive**
255:13,15

**expire**
36:12

**expired**
30:8
193:17

**expiring**
35:22

**explain**
58:4
60:21
75:22
211:25

216:8

**explained**
201:4
216:10
243:4

**explicitly**
65:13

**explored**
196:5

**Express**
208:8
212:7
214:10

**extant**
248:22

**extent**
79:15
188:23
191:24
194:10,12
195:13
246:16
251:8
259:19

**extinguishe
rs**
220:3

**extra**
86:2
244:7

**eyes**
252:17

——————————

——————————

**F**

——————————

**facilitate**
66:3

**facilities**
45:6

**facility**
45:7 74:8

129:17
141:15
221:4,5
222:6

**factor**
197:16,17
206:7

**factual**
156:13

**fair**
135:23
189:3
190:8

**falsify**
36:8

**familiar**
14:18,21
15:15
29:18
174:12
176:3
232:10
234:24
235:7
236:19
238:17
240:3

**familiarize**
242:11

**family**
176:14,15
237:7

**Farhat**
225:3,4,5

**fast**
251:17

**FCC**
254:14,25

**FCS**
9:18
10:4,6
11:10



29:22,24
30:2,6,16
192:17,
20,22
193:3
194:8
196:19
197:5,23
200:15
204:8,9
205:12
206:17
207:12
238:18,23
239:8
240:7,11,
23 241:9
242:10,24

**FCS's**
193:7

**features**
31:23

**fee**
17:25
27:17,23
28:2
40:10
73:21,23
76:11
91:24
218:9
222:7
227:11,
17,18,21
229:2

**feel**
103:12
156:6

**feeling**
243:21

**fees**
203:24
209:24
210:2

211:21
213:20
214:5
253:10

**fell**
134:3
235:24
236:2

**felt**
155:24
156:19

**figure**
50:15,17
55:8 72:4
75:24

**file**
14:8
15:18
189:25

**filed**
13:17
14:8
54:15

**files**
221:10

**filing**
54:14
74:24
79:7,23
109:7
189:12
212:16
227:2
233:21
236:2
250:20
255:23

**fill**
27:18

**film**
140:23
141:6

**finally**
109:19
233:2

**finance**
198:9
209:13,
16,18

**financed**
195:23,25
196:6
209:14

**finances**
198:15

**financial**
195:7
197:18
204:10,
16,21
205:5
206:11
208:2

**financing**
196:4,5
198:6,13
209:8,19

**find**
36:2 82:7
89:20
166:6
169:6
172:2
177:24
179:5
207:9,19
208:4
221:20

**fine**
132:4
244:2,15
246:4

**fines**
243:22
245:25

246:13

**fining**
246:2

**finish**
9:3

**finished**
225:21

**fire**
220:3

**firm**
194:4

**fit**
151:24

**FITZGERALD**
10:15
13:9
24:17
33:16
47:17
53:7,9
126:21
152:16,20
154:3
166:8
169:9
179:7
241:19
242:3
243:14
257:10
260:3,14

**five-minute**
58:24

**flag**
67:11
89:19

**flip**
249:21

**floor**
34:11,12
237:4

**Florida**
106:4

**flow**
143:17

**flows**
191:16

**follow**
163:17

**follow-up**
258:21

**for-hire**
27:8 28:8

**forced**
189:22
190:4
243:5

**forces**
86:11

**foreclosure**
111:2
148:8
256:14

**forgetting**
194:24

**forgot**
204:11

**form**
85:23
158:9,13
207:25

**formal**
109:5

**formation**
79:23
87:7
94:20

**formed**
84:4
86:15
150:19,21



166:24
191:9

**forward**
153:20
209:7

**found**
42:23
148:5

**foundation**
87:7

**founded**
70:10
81:19
93:15,19
114:6,8
123:12,14
133:10
160:8,12
173:14
182:10
192:11,12

**founding**
70:13
81:22

**Francisco**
19:10
208:16

**Frank**
10:7

**fraud**
200:15,22
201:5,22
202:13,15
203:14
204:19,23
205:2,13,
14,25
206:23

**frequencies**
36:19
255:4,6,
13

**frequency**
30:21,24
35:6,7

**full**
163:9
210:22

**full-time**
199:21
226:25

**full-year**
210:18

**fully**
72:5
73:11,12
84:14
85:3
86:16
253:3

**fund**
234:25
235:5,8,
9,11,16,
17
236:18,
20,22,23
237:9,15,
23,24
238:9,15,
19 240:8
241:4
243:20
244:4,5,
12,17,18
247:2,3
258:24

**Fund's**
236:18

**funded**
128:20

**funds**
45:20
66:9,11
76:8

154:22,25
155:19
180:8
232:6
237:21,22
238:12

**furniture**
221:25

**future**
6:24
252:10,23
254:2

───────────

G

───────────

**Gale**
41:17
43:17
68:17
78:11
92:12
98:12,15
111:13
119:25
130:20
131:22
134:21,22
148:10
149:4,10
157:2,4,
7,9,11,
14,15,19
158:10,
13,22,25
159:10,25
161:10,22
163:23
180:20
192:4
248:2

**gas**
43:24
217:21

**gave**

105:20
258:2

**general**
64:12
173:4

**generally**
64:16

**generate**
252:22,23

**generated**
252:15

**generates**
55:23

**generating**
55:20

**generic**
193:22
252:5

**gentleman**
164:16
176:19,25
254:22

**gesturing**
7:10

**give**
8:11 9:3
11:24
12:16
14:18
28:9
44:14
45:11
53:5 64:9
76:17
82:6
89:18
102:24
115:15,16
117:15
149:23
152:14
153:23

158:3
166:6
179:5
190:17
229:20
243:21
244:18

**giving**
26:14
136:14,15
148:15,25
204:5
217:13

**Global**
174:10,11
175:3
176:24
231:3,23

**Gmail**
112:25

**goal**
128:25

**God**
247:17

**Godaddy**
24:4

**godaddy.com**
17:19

**good**
5:2,19
89:21
150:14
196:15
197:11
248:12,13
250:23,24
254:20

**great**
148:21

**grew**
233:2



SHAQUAT CHAUDHARY                                      March 13, 2024
IN RE: ELITE LIMOUSINE PLUS, INC.                     Index: gross..impair

**gross**
  45:9,19

**ground**
  7:5

**grow**
  252:10

**GSL**
  231:5

**guarantee**
  201:18
  202:9
  227:11,
  17,18,21
  229:2

**guaranteed**
  227:22

**guess**
  7:17  8:4
  25:6
  110:7
  162:12,
  17,19
  182:13

**guessing**
  162:9

**guest**
  255:21

**guy**
  193:5
  198:20,
  21,22
  199:11,14
  200:6,10,
  12  201:19
  204:10,
  12,21
  205:4,15
  206:11

**guys**
  16:21
  220:7
  254:17

———————
    **H**
———————

**half**
  49:6,25
  60:3,4
  71:3,4
  197:2
  227:3

**handing**
  149:3

**handles**
  81:12
  121:17
  159:18
  164:12
  226:8

**handy**
  242:23

**handyman**
  220:6

**happen**
  56:12
  237:2

**happened**
  75:20
  137:2
  142:13
  205:9
  214:17
  221:15
  248:11

**happening**
  203:17

**happy**
  8:4,16
  32:21
  42:2

**hard**
  47:3
  89:18

**Harfenist**
  194:5

**head**
  7:10

**headaches**
  30:13

**healthy**
  244:13

**hear**
  7:25
  91:17
  130:5

**heard**
  22:19
  130:3
  256:22

**hearing**
  10:9

**held**
  5:6
  98:20,21
  215:10
  234:6
  238:9,11,
  25

**helped**
  134:9
  142:18
  143:17

**helpful**
  24:22
  47:9
  148:24

**Hey**
  259:15

**high**
  143:9
  196:21
  197:12

**higher**
  73:21

**201:6**
  255:5,6,7

**highlight**
  27:2

**hijacked**
  105:19

**hire**
  80:23

**hired**
  182:22
  198:20
  204:12,13

**hit**
  197:8,15
  233:18

**hold**
  10:8  98:4
  109:9
  165:3

**holding**
  84:5
  239:10

**holds**
  212:23
  215:6

**homestretch**
  241:17

**honest**
  85:16

**honestly**
  83:18

**hope**
  250:19
  257:10
  260:11

**hoping**
  10:23
  134:11,14
  136:23
  137:12
  142:16

**248:10**

**HQ**
  34:6

**humidity**
  106:9

**humidity-
wise**
  106:5

**hurry**
  104:12

**husband**
  182:19,20

**husbands**
  182:19

———————
    **I**
———————

**idea**
  23:18
  25:19
  89:22
  168:17

**ideas**
  252:11

**identificat
ion**
  13:5
  15:12
  57:5
  158:15
  241:14

**identify**
  67:10

**illness**
  12:13

**immediately**
  9:2
  202:2,3
  205:14

**impair**



12:16

impression
225:14

inadvertently
8:25
25:10
26:13

include
24:15
41:4
88:14,16

included
25:4 26:9
32:15
52:14
60:8
159:6
210:8,11
211:4
229:16

includes
46:22
109:10

including
25:9
43:22
65:12,14
72:21
94:4
109:12
112:13
153:5
193:9,22
252:2

inclusion
85:17

incorporated
116:18
153:4

incorrect
50:6

228:22

increase
197:13

incurred
83:2
165:18

independent
67:7
80:23
194:7

Indian
175:6,9

indicating
102:3

indirectly
220:15

individuals
215:15
223:25

industry
18:23
196:25
198:7
243:22

infer
28:22

informal
221:11

information
20:15
26:16
57:12
79:14
212:13
254:5

inherited
133:22

initial
6:13
232:9

Injury
235:8

input
259:6

insider
41:22
144:2
164:18
165:21,23
211:8
212:17

insiders
66:15
190:11
207:22
229:16

inspections
226:24

instance
218:21

instituted
259:6

instruction
183:20

instructions
115:16

insurance
168:15
207:2
209:13,18
212:2
217:21
245:6

intangibles
28:15

intellectual
28:15
94:5
140:20
193:8

intentionally
26:16

interacting
198:25

intercompany
82:21,23
91:7
161:18
172:6

interest
24:12
73:22
153:6,17
189:6
212:5
227:11
228:5,7,
8,11,15
229:6
244:7
259:17

interesting
161:19

interests
28:15
153:4
163:15

interject
188:23

internal
52:8
122:11

internally
118:23
195:8

international
139:18

Internet
10:13

17:12
18:15
24:3
26:21
36:22,25

interrupt
226:10

interruption
16:23
44:15
126:22
149:25
158:5
190:19

introduce
158:7
241:11

investigate
85:20

investigation
194:8
232:9

investment
68:12
78:3
87:14
105:7
116:11
126:15
138:16
149:19
173:19
188:14
247:25

investments
247:19,24
248:14

invoices
48:22

involved
58:20



62:24
136:13
206:22
235:20

**involvement**
63:7
65:22
84:12
95:19
96:2
111:9
117:13
142:6,10
151:6

**Island**
128:16
247:18

**issue**
216:14

**issued**
134:15

**issues**
109:3
226:24

**item**
33:12,13
34:3
97:12
236:11

**items**
26:8
33:15,23

——————————

**J**

——————————

**JB**
231:7

**job**
122:14
136:14
187:11

**jobs**
209:2
224:7,17

**Joe**
182:20
183:3,9,
11,12
184:22

**Joe's**
183:8

**join**
242:12
243:6

**joined**
249:23

**joint**
153:6

**jointly**
5:24

**judge**
9:10

**jury**
9:10

——————————

**K**

——————————

**K-A-T-H-I**
46:2

**K-H-A-W-A-R**
108:16

**K-O-R-B-R-**
**A-T-I**
177:2

**Kathi**
45:23
46:3
58:11,14

**Khawar**
16:15
108:11

**kind**
45:2  55:4
97:25
109:24
151:21
171:16
175:20
194:13

**KMBS**
34:11,12

**knew**
195:13
198:8,11
205:24
256:17
257:8

**knowing**
198:7,8

**knowledge**
108:22
211:12

**Kozlowski**
5:18,20
9:21,25
10:6,11,
20,25
12:24
13:6,10
14:16
15:8,14
16:24
24:19
32:9,13
33:4,6,
17,20
40:25
41:9
43:4,7
44:16
45:12,16,
24  46:25
47:6,12,
20,22
48:4

52:4,19,
23  53:2,
11,25
54:6
55:12,16
56:23
57:7
58:23
59:4,8,11
62:7,11
63:23
64:2
67:14,17,
19  68:2,4
72:19,22
76:23
77:4
79:12,18
87:5,10
89:21,24
94:15,22
97:5,7
99:3,9
101:25
102:4
103:5,9
104:14,16
107:11
108:8,14,
18,21
110:4
113:19,22
115:2,5
122:25
126:19,
23,24
130:15
131:20
132:3,6
146:22
147:4
149:23
150:2
152:18,21
154:5
158:3,6,
17  162:3,

7  166:10,
12  167:14
169:11
170:10,13
173:25
174:6,8
177:5
179:9
184:4,7
189:2,5
190:8,9,
17,20
194:22
203:7,12,
13  216:24
217:2
221:6,17,
21  228:4
229:8,14
239:23
240:2
241:10,
16,21,23
242:5,7
243:17,18
256:16,25
257:15,17
258:13,
17,20,22
259:19,23
260:4,8

**Kraut**
194:6

——————————

**L**

——————————

**L-E-A-S-E**
71:12

**L.A.**
19:10
208:15
230:11

**lady**
182:16



Case 1-23-43088-jmm    Doc 194    Filed 07/26/24    Entered 07/26/24 20:44:37

SHAQUAT CHAUDHARY                                    March 13, 2024
IN RE: ELITE LIMOUSINE PLUS, INC.          Index: Laguardia..limousine.com.

Laguardia
  242:16

language
  243:19

larger
  24:22

Las
  230:24,25

late
  133:21
  171:6

laughable
  135:7

law
  36:9
  236:15

lawsuit
  9:18 10:4
  11:10
  243:3,8

lawsuits
  11:16,19

lawyer
  202:12,20
  253:19
  254:25

lawyers
  32:22

leading
  247:15

learn
  36:25

lease
  31:19
  41:16,18
  42:6
  43:14
  44:3
  78:19
  82:11
  92:21

99:16,17
111:22
120:9
131:7,15,
19 157:17
158:9,13,
22 159:5,
6,9
209:10,14
216:13,15
219:12
220:16
221:7,18,
23

leased
  157:10

leases
  73:3,14,
  15 75:25
  78:8
  91:23
  157:8
  159:9
  216:4,12

Leasing
  65:9 89:5
  90:3,8,
  20,24
  91:2
  92:4,16
  93:15,25
  94:10,21
  249:11

Leasing's
  92:10

leave
  59:12
  245:12

ledger
  104:9
  173:4

ledgers
  85:15
  104:13,15

left
  25:10
  26:13
  140:13
  153:18
  233:23
  239:2

legal
  94:21
  107:7

legs
  8:15

lending
  202:24

length
  165:24

lent
  162:22

letter
  109:5

liabilities
  32:17
  46:11

liability
  168:18

license
  27:3,5,
  10,15,16,
  17,19,22,
  23 28:4,
  21,23
  29:5,10,
  13 30:2,
  5,11,18
  31:22
  32:5
  35:10,13
  36:11
  38:5
  40:10,22
  41:4
  170:2
  175:8

186:16,
19,20,25
187:5,7,
12
253:10,
16,25

licensed
  26:20
  32:3
  37:23
  38:2,25
  39:3
  175:9
  187:2

licenses
  30:14
  35:16,18
  36:4
  140:25
  171:18
  175:6
  253:18
  254:3

licensing
  38:15
  139:22
  213:18

lie
  253:21,25

lieu
  111:2
  148:8

life
  212:2

limited
  194:9

Limo
  230:12,14
  231:13,
  15,19,21

limonet
  83:13,15,
  23 84:5

85:21
86:18,23
87:8,11,
21 88:10,
14,17
250:7

limonet.net
  25:14,16
  26:3,5
  37:12
  251:21

limonet.
net.
  25:13

Limousine
  5:22 6:7
  25:3
  39:7,20
  44:10,11,
  20,24
  45:15,18,
  22 46:9
  57:23,25
  58:12
  88:15
  106:21
  128:2
  155:10,13
  158:10,
  14,23
  230:7,10
  231:9,17

limousine.
com
  17:7 18:4
  36:24
  151:21
  251:20
  252:6,9,
  16

limousine.
com.
  24:10
  252:20



limousines
  18:24
  231:5

Lincoln
  65:9 89:5
  90:3,8,
  20,24
  91:2
  92:4,10,
  16 93:15,
  25 94:10,
  21 249:10

lines
  18:24
  140:23
  171:17
  193:12
  199:3

list
  56:25
  57:3,18
  58:2
  83:10
  88:5
  90:20
  116:16
  139:5
  153:3
  195:6
  250:23

listed
  24:8,10
  35:4
  50:12
  51:18
  53:17
  54:22
  59:16
  60:13
  65:3
  71:7,9,20
  83:23
  84:17,25
  85:11,14,
  15 87:21

90:20
91:7
95:9,11
104:12
106:25
128:10
138:6,7,8
153:11
157:2
160:2
161:13
166:14
169:15
178:3
179:19

Listen
  201:13

listing
  88:3

lists
  33:21
  90:2
  152:12

litigation
  109:9

living
  251:10,11

LLC
  5:23 6:9
  16:8
  59:15,19,
  20 60:13
  70:19,24
  71:8,11
  72:16
  82:12
  84:3
  94:24
  95:2
  104:20
  106:18,
  22,25
  107:3,4,9
  110:6,8,

10,11,20,
23 134:22
139:3,13
140:16,17
153:6
157:2,4,
5,11
158:10,
14,23
159:2,10
161:10
168:25
169:15
216:2

loan
  60:16,22,
  23 61:2,
  20,24
  62:5,9,
  12,15,19,
  22 63:8,
  12,15,17,
  19 64:4,
  14,19
  65:2,8,17
  66:8,25
  68:7
  71:20,21
  72:21,23
  73:24
  75:4,7,9,
  12,15,19,
  20,21
  76:9 79:6
  83:6,10,
  12,22
  86:20
  89:8 90:2
  91:10
  95:7,11
  96:14
  97:8
  102:5,8,
  14,17,21,
  22,24
  103:3

106:21
110:19
114:14,15
115:10,
13,17,25
116:3,6
117:2,4
123:17
124:21,25
128:9
134:24
139:6
143:9
147:5
161:18,
21,25
162:5,8
163:3,7,
10,16,19,
22 172:6,
10,13,16,
22,25
173:3
175:14,17
195:15
211:24
212:2
214:20
216:20,22
218:13
223:22
227:11
228:5,6
229:5
233:5
245:8
256:2
259:2,12,
16,18

loaned
  95:20
  96:5,22
  124:17
  129:22
  177:9
  185:20

202:25

loans
  61:2
  63:25
  64:14,16,
  19 66:4,
  15 72:25
  75:2
  96:25
  114:15
  123:18
  124:5,19,
  22 125:3,
  5,8,16
  135:2,19
  136:2,4,
  7,11,16,
  20 143:13
  144:6
  145:11,
  15,18,22
  146:2,9,
  16,17
  216:17
  223:17,18
  227:22
  244:6,23
  245:5

local
  232:2

located
  220:20,23

location
  99:12,24
  248:13

logged
  104:13

London
  230:17,22

long
  32:7
  100:9
  128:16
  163:3



188:4
192:8
201:21
205:4
236:25
247:18

**long-term**
232:11
234:11
235:4
240:24
241:4
258:23

**longer**
155:6
234:14,15

**looked**
56:6
196:7,12
197:11

**lose**
36:6
143:3
152:8
156:3
206:12
245:13

**losing**
140:11
196:11
197:23

**losses**
206:6

**lost**
105:13
244:8

**lot**
36:14
49:10
96:7
105:13
106:9
119:9

124:16
129:11,12
134:10,13
148:23
153:12
196:9,15
209:4
220:19
221:10,
12,16
224:14
226:9
239:11
246:3,16,
17,21
248:7,8,
9,21
253:2
254:9
255:6,7

**lower**
74:23

**LTSP**
240:5,15

**lucky**
247:18

**lump**
60:25
71:24
101:17
114:15
123:17

**lunch**
251:15

**luncheon**
107:15

**lying**
146:21
253:24

—————

**M**

—————

**M-A-R-K-O-U**

46:2

**M-U-S-H-T-A-Q**
164:17

**machine**
105:18

**machines**
97:23
105:15,16
106:2,3,
6,10

**made**
18:4,12
38:14
48:24
49:9  55:4
56:8
61:20,25
62:5  64:3
66:15,17,
20  67:24
72:23,25
74:19
75:20
115:10
119:6
124:5
135:19
146:16
148:4
175:14
191:15
196:16
207:21
212:15
223:15
243:2
244:3
245:20
246:25
247:19,23

**mail**
157:24

**mailing**

157:25
180:17,
18,19
181:4

**main**
131:14

**maintain**
36:3
56:20
61:17
72:16
93:2,5
94:10
97:15
113:10
171:7
193:14
233:6
238:2
253:24
255:14,19

**maintained**
70:6

**maintaining**
30:13
99:22
101:7

**maintains**
80:19
81:15
182:6
199:20

**maintenance**
129:24
164:13
168:10
210:15
222:8

**make**
8:10
24:22
59:6
63:12
65:5,11

66:13
73:19,25
76:9,10
88:3
102:20
118:5
136:20
142:14
150:15
151:20
156:6
170:24
183:15
229:12
235:12
251:12

**makes**
67:9  73:5

**making**
7:3  36:15
68:6
80:18
115:24
125:16
145:25
152:6
205:11
218:21
239:9

**manage**
77:11
126:8

**managed**
144:2
220:13
224:19
226:15

**management**
39:18,24
40:6
218:14
219:3,7,
9,14,18
222:7



manager
  16:6,8,20
  226:6
  227:6,7

managers
  16:12,13

manages
  77:10
  126:7

managing
  165:2
  227:4

Manhattan
  137:6

manning
  187:20

margin
  180:5

marked
  13:4
  15:12
  57:4
  158:15
  241:11,14

market
  86:11
  137:3,25
  148:17,18
  198:12
  233:9

marketed
  137:23
  160:3
  257:13

marketing
  19:7
  20:14
  225:21,23
  253:3,6

marketplace
  193:20

Markou
  45:23
  46:3
  58:12,14

Marriott
  242:16

match
  232:23

matching
  233:7

material
  125:19,
  20,23

matter
  7:18
  188:3

matters
  6:15,25

max
  258:15

meaning
  31:12,14
  91:18

meaningless
  167:13

means
  14:5,13,
  14 223:10
  247:25

meant
  91:19
  181:11

media
  193:11

meet
  56:9

meeting
  241:14
  242:3,12,
  16,20

member
  16:9 95:2
  110:11
  140:16
  157:5
  168:25

members
  16:19

memory
  249:3

mention
  251:24

mentioned
  7:21
  21:4,16
  22:4
  32:14
  35:6
  36:23
  37:15
  58:11
  82:20

merging
  242:15

message
  10:13

messages
  31:11

Met
  257:25

Miami
  19:10
  231:20

Mian
  127:11,
  14,15
  133:18

middleman
  119:4

million
  46:21,23

47:24
48:9
49:6,25
134:24
138:6,7,8
139:10
142:12
144:11,
  12,13,16
146:9
147:25
148:22
149:2
160:6,7
196:14
197:24
206:3
223:11,15
233:2,24,
  25 234:22
247:22
248:7
252:19

millions
  147:20

mind
  8:17
  190:15,18
  206:10

mine
  80:2,5

miners
  97:23
  98:20
  99:25
  101:10

minimum
  244:2

mining
  95:16,17
  97:23
  166:24
  167:6

ministerial
  136:14

minuscule
  34:24
  35:4

minute
  33:2
  67:15
  152:14

minutes
  8:21
  10:22
  14:19
  22:15
  57:21
  258:15

miscellaneous
  34:12
  213:11,20

misclassification
  75:14

mispronouncing
  9:6

missed
  33:17

missing
  34:20

misspelled
  71:15

misspelling
  177:3

misspoken
  22:18

mistaken
  8:25

misunderstood
  50:9



217:8
241:3

**mixed**
186:21,25

**model**
252:22

**modifications**
159:5

**moment**
7:2 20:7
26:11
28:9
32:21
36:21
41:13
42:4
44:14
45:11
53:5 60:6
72:15
74:11,22
76:19
77:15,23
82:6
84:23
85:20
87:21
90:19
107:12
126:20
140:15
149:23
158:3
166:6
167:22
179:5
189:4
218:25
260:3

**Monday**
197:21

**money**
36:14

61:8,10,
13 63:10
64:8,20,
21 72:7,
8,9,12
73:17,19,
24 74:3
75:6,7,18
76:4,16
83:19
86:13
95:20,22,
23 96:5,
8,16,18,
20,22
97:10,12
101:19,21
102:22,25
103:21
104:8
105:2,13
111:10
115:6
123:20,25
124:7,8,
11,16,20
125:19,
20,23
129:18,22
135:6,8
137:22
142:14
143:18
147:16
148:7,13,
14 152:6,
8 154:11,
14 155:8
162:20,21
177:9,12
185:8,10,
17,20
196:10,
12,20
197:23
201:2,7
202:7,24,

25 206:6
212:4
216:10
222:21,
22,25
223:4,8,
11,12,19
226:9
227:4
232:21
233:3,12
234:5
236:5,6,
12,14,17,
18 237:6
244:4,12,
22 245:8,
10,19
247:2,5
248:8,9
254:8,9,
12 257:9
259:15,16

**monies**
73:3
105:21
244:7
259:8

**month**
40:15,16
55:24
160:22
170:15
180:8
199:25
233:15,16
254:10
255:17

**monthly**
38:9,10,
11 113:23

**months**
126:4
201:2,23
204:20

205:13
246:5
249:22
253:17
255:2

**morning**
5:3,19
197:21

**mortgage**
148:10
159:21

**Motors**
59:15,19
60:3,12
61:17
62:16
64:20
65:16,22,
25 66:13,
20 67:24
69:9,12,
15,18,21,
24 70:3,
10,16
212:19
214:4,13
215:19

**Motors'**
61:14
70:8,9
214:5,11

**Motors's**
68:16

**move**
41:14
53:3
70:18
83:4 89:4
106:17
163:25
168:22
207:7,8
212:11
229:8

**moved**
192:14

**movies**
140:22
141:2
175:7

**moving**
209:20
248:15
255:5

**multi-member**
59:20
70:24

**multiple**
30:14
61:2
64:12,14
71:25
97:11
101:17,18
114:15
123:18
135:2
197:17

**Mushtaq**
164:16

---

**N**

**named**
164:3,16
176:19,25

**names**
19:25
20:3,7
21:5
25:10
26:21
193:10,21
229:20
251:19
252:2,8



**National**
211:23

**nationally**
154:24
155:14

**nature**
65:21
84:11
85:12
95:18
111:8
117:12

**necessarily**
153:14

**necessity**
103:12

**needed**
64:7,8,9,
21 95:21
97:13
100:18
124:8,13
128:23
129:11
135:21
171:20
219:25
252:8

**negotiate**
200:4

**negotiated**
62:12,15
75:2
102:5,8
115:11,17
125:5,8
136:4,7
145:15,18
163:19,22
172:13,16
184:13,
15,19,21

**negotiates**

77:12

**negotiation**
196:19

**nephew**
224:4
225:5,25
226:17,19
230:21

**net**
218:9

**Network**
139:20
141:16
175:10

**newest**
159:9

**nexus**
67:2

**night**
257:24
258:3

**no-show**
244:10
245:2

**Nodding**
7:10

**Non-elite**
122:7

**non-
operational**
248:23

**Non-
publicly**
153:3

**nonfunction
ing**
88:17

**nonoperatin
g**
150:24

**normal**
77:17

**notary**
5:5,15

**noted**
108:3
260:16

**number**
12:25
13:13,21,
23 14:8,9
15:10
25:5
26:10,25
28:12,19
33:12,13
38:6
59:16
69:13,16
70:21
74:25
78:24
79:2,9
82:11
84:15
85:22
86:5,17
91:5,6
93:3
100:12,
17,19
107:2
112:5,10,
12
120:17,23
121:25
122:14
132:8,13,
14,15
142:13,14
144:18
153:3
161:5
165:12
177:22

181:14
199:7
228:10,14

**numbers**
13:12
197:11

**NY**
21:18
249:23,
24,25

**nyblackcar**
21:19
22:6
181:21,23

**nyblackcar.
com**
20:23
21:10,17,
19 22:24,
25 23:4,9

**nyblackcar.
com.**
20:5

**NYCR'S**
237:9

_____

O

_____

**oath**
7:7 9:8,9

**objection**
66:22
190:6

**obligated**
213:21
219:2

**obligation**
137:16
155:25
156:19,22
203:2

**obligations**
56:7,9
135:21
148:23
155:7
156:8,15,
16 214:11
215:2

**occasional**
99:4

**occasionall
y**
187:9

**occupancy**
137:6,9

**occupied**
222:9

**Odyssey**
44:9,11,
17,19,24
45:14,18,
22 46:9
57:22,25
58:12
88:15,16,
20

**offense**
8:5

**offer**
12:25
15:9
18:3,6,
12,14,20
26:3
56:24
138:10

**offered**
18:8 37:5

**offers**
18:18,19
23:16
198:5,12



offhand
 228:10

office
 34:12
 68:16,25
 78:10,12
 86:23,25
 87:3
 92:11
 98:17
 111:12
 119:24
 130:19
 137:6,10
 143:20
 157:14,23
 158:13,23
 173:9
 180:14,16
 190:21,24

officers
 79:17
 207:2,13

offices
 192:4
 194:18
 219:12

official
 5:20 6:4
 112:10,25
 207:25

officially
 84:4

offset
 95:24
 96:16
 157:20

offsite
 220:21

omit
 26:16

one-day
 197:17

one-time
 38:8
 163:9

one-year
 211:5,14

ongoing
 38:9,10,
 11 72:6
 73:10
 170:23
 180:10,13
 185:24
 245:17

Onyx
 231:9

open
 31:14
 94:13
 109:3

opened
 94:18

operate
 23:12
 36:4,5,14
 42:24
 98:11
 189:25
 254:10,11

operated
 87:25
 91:15
 98:15
 143:25
 254:4

operates
 18:22
 117:11
 179:23
 180:16

operating
 36:13
 88:7,10
 105:12,14

106:6,10
 126:5
 155:6
 253:19,21

operation
 35:18
 66:7
 88:11,25
 98:13
 157:12
 175:7
 180:5,13
 191:2

operational
 91:8
 97:20,24
 98:14

operations
 106:15
 141:8,9
 155:6
 182:24
 187:22
 242:15

operator
 129:14
 188:25

opine
 63:11

opportunity
 8:9 9:3
 33:7

opposite
 161:19

option
 189:16
 246:10

options
 196:5

oral
 175:23

order
 36:3
 119:11
 242:11

out-of-
state
 208:23

out-of-town
 213:5

outline
 52:24

outsource
 88:25

outsourced
 45:4
 182:23

outsourcing
 182:23

outstanding
 56:7
 114:22
 203:2

overdue
 155:4

overhead
 197:13

overpaid
 196:18,22

overseas
 141:14

oversight
 58:7,8,9
 85:18

oversights
 85:10

owe
 50:25
 51:3 52:5
 75:6,18
 76:16

83:19
 148:13
 154:18
 216:11
 223:12,14
 234:4,20

owed
 77:19
 82:22
 96:16,21
 103:21,23
 105:2,3
 147:24
 148:14
 154:12,
 14,20,22,
 25 155:8
 156:17,22
 166:17
 180:9
 196:9
 251:23

owes
 84:8
 137:16
 142:12
 147:20
 148:7
 222:23
 223:10

owned
 20:20,21,
 24 21:3
 22:4,6,
 15,17,22,
 25 23:4
 37:25
 48:22
 59:22
 60:4 71:3
 86:19
 88:21
 90:15
 92:4 95:4
 110:14



116:23
128:15
129:7,19
130:4
134:22
140:17
143:25
149:8,10,
11,12
151:8
153:13
156:18
157:5,8
165:25
167:15,16
169:2
176:13,15
178:12,23
193:3

**owner**
58:12
77:7
165:6
174:20
176:23
188:25
196:19

**owners**
180:3

**ownership**
27:12
39:17,23
40:7
57:17
70:13
81:22
93:19
114:6
123:12
127:6
130:9
133:8,12,
14 151:12
153:17
160:12

173:13
174:18
176:8
182:10
189:6
199:12
230:3

**owns**
22:12
25:3,16
27:11
31:20,25
32:14
36:23
45:22
86:18
88:18
92:4 98:7
99:19
100:5
110:24
123:3
127:11
134:21
152:23
157:24
164:15
169:25
176:18
225:16

**Ozen**
178:13,
19,20,21,
25 182:16

—————————

**P**

—————————

**P-O-U-Y-A**
231:11

**p.m.**
107:15
108:3
260:16

**pack**

255:6

**pages**
47:18
71:10
94:5
159:7
165:11
210:13

**pagination**
47:5

**paid**
17:23,24,
25 23:25
27:14
37:21,24
66:8
74:21
77:16
103:4
105:25
109:21
110:2
142:3,19
143:9,16
144:10
150:13
154:13
164:23
180:10,
11,12
185:5
199:22
211:13
214:3
216:5
217:12
223:19
227:20
233:12,
24,25
235:15
239:2,3,
4,12,20,
21 240:17
244:10,24

245:3,21
254:12
255:16

**Pamela**
206:21

**paper**
48:6

**papers**
27:18

**paperwork**
30:13

**paraphrasing**
64:22

**part**
28:16,17
34:14
58:6
151:20
164:21
173:10
198:19
214:4,5
224:16
227:18
228:3,6
240:15
243:10

**partially**
164:23,24

**parties**
5:9 6:17
41:5
50:25
51:3
52:5,6
99:16

**partly**
65:24
81:2

**partner**
133:21

**partners**
182:15,17
183:10

**partnership**
84:3
153:6
178:9

**parts**
142:23

**party**
35:24
41:21,23
42:6
43:14
44:8 46:5
115:21
125:12
136:11
145:22
172:20

**pass-through**
191:4

**passed**
133:20,
22,24
178:22
254:19

**passing**
191:22

**past**
165:11
174:25
177:16
207:4
229:8
249:9,18

**patents**
24:8 25:8
193:9

**pause**
173:23
210:12



**pauses**
99:4

**pay**
21:22
27:17,21,
23 37:19
38:4 40:9
45:8,21
55:18
64:9
68:21
69:3
78:15
92:16
105:20
111:17
120:5
123:5
130:25
136:24
137:12
138:20
143:18
146:12
148:20,22
149:14
154:13
155:2,22,
25 156:7,
20 157:19
160:17
168:15,16
170:14
171:4,8
181:2
208:18,23
209:23,24
213:5,9,
11,17,19
214:10
216:16,
21,22
217:17,
18,20,22
218:3
219:13,17

220:4
222:11
225:11
230:23
233:13
235:17
237:6,10,
16,21
244:6,11
246:6
251:7
253:10,12

**payable**
73:12
82:22
169:20
171:24

**paying**
102:23
140:3,4
143:13
179:25
180:6
201:14
218:20
222:6
233:14,
16,18,22
234:18
251:3
259:17,18

**payment**
38:8,9,14
45:17
73:6
209:14
212:20
213:17
216:3
217:5
225:25
245:6

**payments**
36:16
38:10,11

61:2,4
66:14,17,
21 67:3,
25 71:25
76:9,10
101:17
208:18
209:10
211:13
218:22
229:15,23
235:23
236:4

**payroll**
164:24
168:15,19
171:3
199:16,19
220:5
225:25
226:22
227:3,20

**pays**
155:15
171:5,9
175:10
185:25
213:2
214:25
216:16
219:22
226:8

**PDF**
13:14,23
17:2
33:14
47:3 53:6
60:9
71:10
82:4 83:7
153:21
208:3

**PDFS**
13:22

**pending**
5:24
8:19,20
58:6

**people**
220:6

**percent**
59:22,25
77:7 92:7
110:14
116:23
119:23
127:8,11
137:8,9
140:17
152:23,24
157:5
167:17
174:20
176:14,
15,18,23
178:12,13
191:16
203:24
210:2
217:16,18
245:10

**percentage**
228:11

**perform**
168:9
171:6

**performed**
136:19

**period**
9:24
55:24
180:7
210:19,21
211:5,14,
16 234:18
257:5

**periods**
211:17

**Perlstein**
194:3,6

**permission**
233:4

**permit**
205:25

**person**
5:12
26:21
63:4
108:22
204:13,
16,22
205:5,18
206:11

**personal**
6:20 12:3
80:6,8
100:21,22
109:15
112:14,
15,17,21
201:18
202:9

**personally**
67:7 81:5
96:5
113:2
124:17
153:13
222:25
227:21

**perspective**
156:14

**petitions**
109:8

**phone**
31:10
69:13,16
78:23
79:9 93:2
100:12,
17,19



112:5,9,
11,16,17
120:16,23
121:11,14
132:7,12
144:18
181:14
200:4

**phones**
43:22
191:21
255:11

**phrase**
7:14

**Physical**
34:9

**picked**
250:12,16

**picking**
141:14

**picture**
86:7

**pinch**
95:22

**place**
92:12
106:5,9
111:13,14
117:15
179:5

**placeholder**
67:11

**plan**
128:22
149:13
232:12,15
234:11,14
235:4
240:4,8,
20,22,24,
25 241:4,
5 258:24

**plans**
252:11

**plates**
214:7

**platforms**
139:21

**plumbing**
222:10

**point**
33:10
35:7 56:5
109:18
141:4
161:2
207:4
249:2

**pointed**
51:4

**policy**
207:2,13
209:14

**portal**
122:9

**portion**
35:10
49:17
137:15
157:20
176:11
222:6
228:25

**position**
211:7
222:3
225:19

**positive**
130:11

**possession**
79:16

**possibility**
162:23

**possibly**
6:24
76:16
206:9

**Post-it**
89:19

**post-
petition**
255:22
256:19

**potential**
252:9

**potentially**
38:22

**Pouya**
231:11

**practical**
67:10
136:21

**practically**
130:11

**precise**
48:5

**predate**
184:24

**premises**
131:15
192:9

**premium**
209:18

**prepare**
257:22

**prepared**
8:8 57:11
195:8

**presence**
14:12

**present**
109:24
242:17

257:19

**presented**
189:16

**preserved**
109:16

**president**
93:23
224:3

**pressure**
196:23

**pretty**
257:7

**previous**
50:11
118:2
122:4
159:8
246:14

**previously**
9:17
11:4,8
96:21
108:5
119:7
122:23
124:6
133:22
169:23
216:10

**price**
105:23
106:11
129:10
196:22

**primarily**
208:23

**principal**
67:6

**principals**
58:15

**prior**

65:7
89:11,13
119:7
183:4,5

**priority**
224:9,11

**privileges**
257:21

**problems**
119:9,12

**processing**
141:16

**produce**
146:25

**produced**
108:25

**production**
32:11
41:2 43:5
45:13
54:2
55:13
62:8
63:24
72:20
79:13
87:6
94:16,19
97:5
102:2
103:6,8
104:15
109:17
115:3
146:22
162:4
170:11
184:5
221:18
239:24
259:21

**professiona
l**



5:4
251:25

profit
45:10,20
170:24
179:19
180:5
185:25
191:3,15

profitable
66:6
126:2
143:13,15
146:11
175:12
188:6
251:6

profits
167:25
168:2,7

program
235:20
238:2
241:6
245:16,18
246:15

programs
232:7

progressively
7:24

project
86:5 87:2

promise
241:17

proofs
239:17

properly
91:17
233:21

properties
129:19

251:4
257:11

property
28:16
41:17
43:18
94:5
110:24
128:15
134:18,21
137:4,11,
24 138:4
140:20
148:9,11,
14,25
149:2,5,
7,14
157:9,24
159:25
160:2,5
162:20
192:5
193:8
248:4,5,
12

proposal
237:13

proprietary
122:18

prospective
20:16

protect
206:3

protocol
66:23
67:9

provide
7:19
70:15
81:24
93:22
101:13
114:10
117:19

118:15,23
119:6,13
122:10
123:8
128:25
131:3
141:24
142:25
143:5
145:5
155:14,19
160:14
171:9
183:19
195:3
213:6
219:8
232:3

provided
80:11
119:17
134:13
143:14
144:7
151:15,
18,19
154:21
155:23
194:10
259:7

provider
24:3

providing
139:17
140:10
141:10
143:2
156:20
187:16

public
5:5,15

pull
177:21

purchase

184:25
195:12

purchased
128:17
129:9,10
205:12

purpose
19:11
112:11
136:22
244:13
247:6

purposes
113:10
129:6,7
191:10
220:22

pushing
229:10

put
34:23
37:6,9,12
95:23
105:17
122:13
124:12,16
161:4
166:25
167:10
212:3
222:23,25
227:22
237:4
247:21
248:8
255:7,16

————————

Q

————————

quarter
55:24
259:8

question

7:13,17
8:2,18,
19,24
21:12
24:25
26:9,14,
17 28:12,
19 34:3
41:25
47:14
50:6 54:9
55:22
64:17
67:22,23
68:3
100:7
118:2
135:7
153:2
163:17
186:5
210:21
219:5
258:21

question/
answer
242:21

questioned
201:3

questioning
67:12

questions
6:13 7:6,
9 8:7
12:22
26:17,25
66:24
99:6
108:23
247:11
251:14
259:25

quick
36:25



229:12

---

**R**

**R-A-W-A-L**
164:4

**radio**
30:21,24
35:6,7,11
36:19
39:6,7,13
212:20
253:9,11
254:11
255:8,15

**raise**
201:25
205:17

**raised**
202:3
205:14,
15,20

**raises**
244:16
248:20

**ran**
224:19

**range**
11:25
18:2
113:25
199:8
234:23
255:7

**raspier**
7:25

**rate**
73:22
137:6,9
228:11,16

**rates**
197:15

**Rawal**
164:3,7,
9,11,15
165:6,12,
21
167:22,25
168:9
210:14,
17,23
211:4,8,
14
218:13,
17,22
219:3,4,
7,8,14,
17,24
220:13
222:6

**RE's**
111:12
115:7
130:16,19
135:15
143:21

**read**
50:9
67:23
104:25
194:14,16
243:25
244:3
247:17
249:22

**real**
110:24
128:6
137:23
138:21
251:3
256:12

**reality**
130:13
196:17

**realized**

201:2

**reason**
8:16
12:20
30:10
54:23
62:4 88:4
156:6
168:20
187:17,20
242:19,25
243:2
244:9
254:3

**recall**
17:14,22
21:5
27:14
30:7
57:23
66:16
85:13
93:20
195:10
202:19
215:8

**receivable**
46:22
47:14
48:13
60:16,22
65:8
71:21
74:12,13
75:9,12,
13,16,17,
19 83:12,
22 90:2
91:11
94:8
95:12
97:9
101:16
104:3
106:21

110:20
114:14
117:4
128:9
134:25
139:6
200:24

**receivables**
55:7
64:14
65:2
71:20
83:6,11
89:8 95:7
109:21,23
117:2
139:6
195:6
203:18

**receive**
31:16
45:17
76:4
119:20
198:5
213:25
224:7

**received**
23:15
26:2 76:8
175:17
177:12
210:17
212:19
222:14
225:10
227:9
232:21
239:4,19

**receiving**
216:2

**recent**
138:5
249:3

**recess**
33:3
59:10
107:15
174:5
203:11
258:19

**recognize**
57:8

**recollection**
7:20 8:12
12:21
66:19
84:22
92:5,9
203:20

**reconvene**
174:2

**record**
7:21
10:19,21
11:5
16:22
26:12
33:2 59:9
67:15,18
107:12,14
126:20
132:5
140:15
158:8
242:19

**recorded**
7:11
96:14
124:20

**Recording**
34:7

**records**
56:16,21
62:8
81:15
102:2



104:6
147:2
182:7
233:6

**recover**
137:5
142:16
148:5
202:6

**recoverable**
73:11

**recovered**
137:7
233:21

**recovering**
7:22

**recovery**
220:22

**redo**
252:21

**redoing**
253:5

**reduced**
138:7
227:2

**reducing**
204:4
251:5

**refer**
6:3,5,9
13:12
29:21
112:21
118:11,
19,24
119:8
192:16
241:5

**reference**
6:4,6
14:9
59:14

248:15
249:22

**referenced**
28:20

**references**
19:14
250:4

**referred**
109:14
112:13
217:15

**referring**
119:21
217:10
248:14

**refinance**
162:20

**reflect**
62:4
104:9
191:13,14

**reflected**
104:5,7

**reflects**
86:14
133:11

**refresh**
84:22

**refused**
134:4
245:2,3

**Registered**
5:4

**reimburse**
215:17

**reimbursed**
214:8

**reimbursement**
226:2

**reimburses**
214:13

**relate**
195:2
240:22

**related**
6:15,25
39:13,20
40:2
44:12,24
46:3
58:14,20
60:7 62:9
63:4,24
81:4
87:6,9
90:8 97:6
166:20
170:5
176:21
178:25
200:7
214:2
224:3

**relates**
240:23

**relation**
230:18,20

**relations**
199:21
226:23
227:7

**relationship**
41:11
45:2
76:14
180:10
224:12

**relationships**
155:18
198:24
206:5

**Relative**
224:2

**relaunched**
252:24

**remain**
205:5

**remained**
205:21

**remaining**
211:17

**remedies**
256:21

**remember**
11:13
16:18
18:13,25
24:5 30:9
32:7
38:16
42:25
61:12,23
62:3
63:13
68:8
70:14
79:11
81:20,23
83:16,17
84:14
86:16,21,
22 91:14
134:8
160:21
165:17,20
198:14
202:14,22
232:17
245:21
251:20

**remotely**
5:9

**remove**
168:18

**rendered**
217:6

**renew**
35:21
253:23

**renewable**
254:14

**renewal**
253:12,18

**rent**
27:10
31:18
68:21
69:3
78:15
92:16
111:17
113:12,
15,23
120:5
129:18,20
130:25
138:20
142:19,
23,25
143:16
146:12
157:19,21
159:19
160:17,20
161:13

**renting**
18:23

**rents**
137:2
143:19
157:23

**repaid**
63:14
144:6
146:5

**repair**
129:3,16



224:18,19
249:13

**repairs**
128:24
129:23
164:12
244:24

**repay**
146:8
214:20

**repayment**
65:16
77:13
103:18
104:19
116:5
126:9
137:15,18
147:9,11
218:13

**repayments**
211:24

**repays**
74:8

**repeat**
8:3  21:11
39:8
61:22
80:4
186:5

**rephrase**
7:16
24:24
28:25
41:25

**reporter**
5:2,4
7:8,12
9:19  10:5
51:24
67:21
76:23,25
104:25

106:7
108:17
113:17
122:21
130:12
167:4
194:15
201:11
216:18
220:25

**reporter's**
108:15

**represent**
5:20
48:12
55:6
57:15
60:25
67:4
71:24
75:16
97:9
114:14
115:20
123:17
125:11
136:10
145:21
172:19
209:9

**representat
ive**
200:11

**represented**
62:18,21
102:11,16
163:6,14
184:8
193:23

**representin
g**
83:25

**represents**
124:11

135:2
218:7
222:25
229:2

**request**
57:12
232:16

**require**
186:16
207:14

**reread**
67:22

**resolved**
10:24

**resources**
150:16
152:4
186:3,7,
10  224:15

**respect**
43:17
62:19,22
63:7
64:19
65:2
102:14,17

**respond**
65:12

**responding**
9:3

**response**
25:5  26:9
50:5
57:11
93:12
104:18
153:18

**responses**
34:5,18
54:8,11

**responsibil
ity**

201:17

**responsible**
219:13,17

**responsive**
34:21

**rest**
206:13
260:11

**restart**
237:23

**restroom**
8:14

**result**
192:24
199:10

**resume**
67:12

**retainer**
199:18

**retire**
236:24

**return**
136:25

**returns**
149:3

**revenue**
55:19,23
56:6,8
142:20
175:10
188:4

**review**
8:9  33:8

**reviewed**
195:4
257:24
258:3,4,8

**revising**
162:16

**revoked**
189:23

**ride**
122:17
232:19

**riders**
250:12

**rides**
19:7
154:23
213:6

**rights**
202:20

**rise**
76:17

**risk**
206:13
227:23

**role**
6:15  63:6
198:21
224:5

**room**
5:8  99:25
206:19
226:15

**Rosenthal**
58:7
111:3
147:21
148:9,15
149:3
166:17,25
167:10
195:16,
19,22
196:10
201:7,9,
13,25
203:3
205:15
207:13
251:13,23



256:5,17
257:2,3

**Rosenthal's**
255:25

**Roughly**
160:21

**route**
121:20

**routed**
122:6

**row**
155:10

**Royal**
20:20,25
21:8,14,
20,23
22:5,15
23:2,4,11
29:16
42:17,18,
22,23
44:5 45:3
177:18,22
178:11,
21,23
179:14,24
180:14,15
181:7,10,
11,13,16,
22,23
182:3,11
183:20,23
184:8,20
185:5,12,
17,20,23,
25 186:2,
6,9,15,18
187:6,11,
24 188:6,
9,15,25
189:4
191:11,14
249:25
250:5,12,

17

**RQ**
32:9
40:25
43:4
45:12
52:19,23
53:25
55:12
62:7
63:23
72:19
79:12
87:5
94:15
97:5
101:25
103:5
104:14
108:21
115:2
146:22
162:3
170:10
184:4
221:17
239:23
259:19

**rules**
7:5

**run**
119:2
126:8
183:3
191:12
209:5
229:11
232:5

**running**
101:9
140:3
165:2
253:15

**runs**

126:7
180:4
230:21

———————

**S**

———————

**S-H-A-M-S-
H-A-D**
108:16

**sake**
108:15

**Salah**
225:24
227:6

**salary**
199:5
224:21
227:10,
14,15,19

**sale**
37:7,10,
13 160:2,
3 204:3,4
205:8
235:25

**sales**
189:21,23
235:13,25
236:8,16

**salesperson**
206:19,21

**Sam's**
231:13

**San**
19:10
208:16
230:13

**sanctions**
105:18

**Sat**
174:10

175:3
176:24

**Satellite**
174:11

**satisfy**
135:21
148:15,23

**save**
156:4
187:15

**saved**
232:18

**saving**
232:15,24
234:2
240:21,
22,24,25

**savings**
232:11
234:11,
14,25
235:4,5
240:4,8,
14,19
241:4,5
258:24

**SC**
59:22

**scared**
233:9

**scenario**
76:14
163:11

**schedule**
47:8
60:11
82:5 83:6
89:6 90:2
110:18
122:17
152:11,12
153:25

154:2
160:24
161:7
165:9,10
166:4
169:4,8
179:6,10
229:17,22

**scheduled**
32:25
33:11
75:9
154:6

**schedules**
13:4
15:12
32:16
46:10,19
47:15
48:18
49:7
53:13
85:9
103:22
229:22

**screen**
13:7,15
24:20,21
27:2
34:16
47:11
57:2
59:13
158:7
177:25
207:9
208:4

**scroll**
159:6

**SD**
230:12

**search**
37:2
169:5



**seconds**
190:17

**Secretary**
79:8,25

**secrets**
24:9 25:9

**section**
53:4
210:8,11,
14 211:5
212:12

**security**
238:18,22
240:7

**Sedan**
192:16
193:19

**Sedans**
29:19
192:17

**seek**
198:5,12
202:6

**segregated**
234:7
238:12,13
245:20
247:7

**self-explanatory**
216:9

**sell**
136:23
149:13
252:12

**selling**
18:23
251:4
254:19

**send**
31:11

86:3
109:4
141:16
223:11

**sense**
67:9 86:8
142:18
150:15
156:7
196:18,19
244:17

**separate**
6:21
54:22
55:7
56:20
61:18
71:13
87:3
119:15
121:24,25
138:13
147:18,25
165:25
187:14,
17,20,21
234:3
236:10
244:4
247:2

**separately**
50:12
227:20

**serve**
198:22

**served**
224:8
244:13

**servers**
34:6,9,10
220:20
221:2,3,
13

**service**
20:15
73:23
74:2 92:2
117:20,23
118:7,8,
9,15,16,
20,23,24,
25 119:7,
13,17
129:2
154:22
155:14,
20,23
208:17
211:19,20
231:15,19
244:14

**serviced**
154:23

**services**
5:23 6:9
31:11
118:12
119:3
121:9
128:24,25
139:18,22
140:9
141:10,
12,13,23,
25 142:3
143:2,5
151:16,
18,19
156:21
168:10,17
169:21
170:5,7
171:10,
11,25
177:19
178:12
179:14
186:15
187:16,19

198:23
210:15
214:7
217:4,5
219:3,9,
14,18
230:14

**set**
41:13
66:23
119:15,19
148:11
151:23

**setting**
44:2,4

**Shamshad**
16:16
63:3
76:22
77:2
80:5,19,
25 81:4,
7,14,17
84:20
108:11
114:25
133:5
163:2
172:4

**Shamshad's**
80:3

**share**
13:6
39:17,23
40:6
45:9,19,
21 68:9,
18,24
69:2
77:24
86:23
87:11,14,
17 105:4
116:8

120:22
126:12
133:25
138:11,15
149:16
158:7
167:24
168:7
173:16
174:18
175:20
176:8
177:25
179:20
182:21
186:2,6,
9,12
188:8,14
190:21
191:3
207:8

**shared**
13:14
59:13
143:22

**shareholder's**
128:19

**shareholders**
130:9,10
178:10

**shares**
128:18,21
133:23
134:5,6,
15 180:5
230:3

**sharing**
138:14
185:25

**shooting**
242:22



**shop**
129:3,16
198:11
224:19,20
249:13

**Shore**
34:5

**short**
162:19

**shorthand**
110:7

**shot**
125:24
233:14

**show**
47:25
54:3
239:19

**showed**
228:9

**shows**
47:23
51:12
83:21
106:20
140:22
141:2
152:22

**shut**
106:2
129:16
140:2
143:3
150:8,16
152:4,8
155:3,20
234:15
252:13

**shutdown**
205:9

**shutting**
143:10

**Shuttle**
231:9

**Siberia**
105:16

**sic**
181:7
236:24

**Siddique**
127:15
133:18

**side**
82:22
163:6
170:20
225:23

**sides**
187:15

**sign**
15:5  16:3
253:20

**signal**
141:14

**signature**
14:22,25
15:3,6,
21,25
16:4

**signed**
111:2
148:8

**significant**
251:22

**signifies**
14:6,7

**similar**
15:18
18:19
20:6
31:10
45:2
53:23

155:17

**similarly**
31:10
155:12
236:17

**simple**
235:13

**simply**
7:25
181:4
188:23

**single**
48:13
95:2
110:11
140:16
157:4
168:25

**sir**
15:17

**sit**
12:19

**site**
37:2

**sitting**
49:11
52:11
91:6

**situation**
161:20

**skip**
99:5

**skips**
28:17

**Skyline**
231:15

**slow**
47:3

**slowly**
204:6

**small**
58:5,8
66:7
91:24
249:10

**Smith**
231:17

**sneeze**
7:23

**social**
193:11

**software**
31:21,23,
25  34:5
37:16,17,
25  38:15,
20,22,25
40:11,22
41:3
123:2,6
169:25
170:5,15
171:7,18

**sold**
182:21
183:4,11,
12  248:16
249:2,4,
8,18
257:11

**sole**
119:2
168:14

**solely**
42:3  51:2
191:9

**solid**
138:9

**solve**
119:11

**son**
134:4

**sons**
133:25

**Sort**
66:7

**Sound**
169:12
249:11

**Soundbit**
166:13,19

**Soundview**
31:22,24
35:17
36:12,16
37:15,17,
19,25
38:14
40:10,22,
23  41:11
94:24
95:9,12,
15,19
96:9,15,
18  97:3,
11,15,18,
21  98:4,
7,11
99:23
100:5,11
101:2,12,
14,22
102:9,16,
24
103:19,24
104:20
105:5,11
107:3,9
110:8,10,
23  111:9,
12,25
112:4
113:6
114:2,11
115:7,18
116:9
122:20,23



123:3,5
138:24
139:3,7,
12,13,15
140:16,19
142:6,10,
11 143:12
144:5,17
145:8,12,
19 146:8,
10 147:6,
12,17
148:2,21
149:6,10,
12,17
168:23
169:7,13,
14,17,24
171:4,8,
10,17,20
172:7,10,
17 173:8,
11,13,16
175:5
176:2
177:6,10,
12,15
214:19
215:2
222:12,14
223:2
248:4

**space**
18:22
68:18,23
70:7
71:12
78:12,16,
18 86:23
92:13,18
111:19
120:2,7
130:21
131:5,12,
23
142:19,21

143:22
157:16,
21,23,25
158:23
173:10
180:21
181:4,8
190:21,24
220:17
221:23
222:5

**speak**
7:24
172:4
191:20
254:22
256:7

**special**
226:8

**specific**
7:19,20
212:10

**specificall
y**
37:22
65:15
75:5,21
175:8
223:6

**spectrum**
35:11,17
36:16
253:9,11

**Spectrum's**
36:12

**speech**
243:10

**spell**
45:25
108:18
113:18

**spelled**
71:11

**spend**
150:15

**spending**
152:4
227:5
254:8

**spent**
86:13

**spill**
46:17

**spite**
250:21

**split**
47:18

**spoke**
35:25
202:19
254:25

**spoken**
254:15
256:7

**spread**
144:14

**squared**
239:6

**staff**
31:13
55:5
170:25

**stamp**
14:12
15:18

**Standard**
158:9,12

**standing**
197:6

**stands**
110:3
134:16

**Stanley**

133:21

**start**
7:4
169:18
207:24,25
212:18
227:13
236:25
252:6
253:6

**started**
17:12
139:17,23
142:15
152:7,8
166:23
178:21
224:13,
23,24
232:16
233:14,16
243:8
249:11
253:3

**starts**
212:13

**state**
5:5 9:15
11:6
79:8,25
134:5
150:19
189:21
235:16,25
236:15
247:14

**State's**
236:17

**stated**
211:7

**statement**
109:22
195:7
208:2

253:20
259:7

**states**
244:21

**stating**
156:5

**stations**
187:21
254:11

**status**
109:23
180:9

**statute**
253:16

**stay**
205:25
247:9
252:7

**stayed**
197:7

**staying**
246:15

**stays**
49:4
117:23
245:19

**STENOGRAPHI
C**
5:2 9:19
76:25
108:17
113:17

**stipulate**
5:10

**stock**
152:13
153:4

**stop**
105:11,14
189:3
233:19



237:18,20

**stopped**
106:14

**storage**
34:11
220:21
221:3,11

**stored**
99:25
221:10,25

**straight**
28:17
183:3
191:6

**streaming**
140:10

**stretch**
8:15

**strict**
246:8

**strictly**
66:24

**studios**
139:23

**stuff**
49:10
220:19

**subcontract**
168:12

**subject**
142:17
162:15

**sublease**
42:7
43:14
69:6
78:19
92:20
111:22
120:10
131:8

**submitted**
14:14

**subsequently**
124:12

**subsidiary**
87:8

**sue**
201:19
206:10

**suffer**
155:20
156:2

**suffering**
12:13

**sufficient**
56:9

**sum**
60:25
71:24
101:17
114:15
123:17

**Sunshine**
243:20
244:17,18

**supplies**
220:3,7

**supply**
122:9
134:10

**support**
5:23 6:9
52:24
54:3
55:14
72:20

**supporting**
94:17,20
162:5

**suppose**

135:5
240:12

**supposed**
71:18
133:25

**surcharge**
235:14
236:8,10,
14

**surcharged**
236:9

**surprised**
36:25

**surrounding**
41:6

**survival**
140:13

**survive**
233:10,11
247:22
251:12
253:7

**survived**
197:6

**SVRE**
106:18,
21,25
107:4
110:6,20

**switch**
110:17

**swore**
85:8

**sworn**
5:9,11,14
108:5

**system**
31:12,14,
17,18,19
34:6,7,
11,15

45:8
121:20
122:13,
16,18,19,
22 246:18

**systems**
33:25
34:4

---

**T**

---

**T-A-T-A**
231:19

**T-O-W-E-R**
113:21

**tablets**
31:20
32:15
33:11,24
255:11

**Takahashi**
5:3

**takers**
187:21

**takes**
218:9

**taking**
179:24

**talk**
22:10
42:3
143:19
177:18
192:15
210:8
254:18
258:10

**talked**
153:11
202:23
251:20

**talking**
11:3
24:16
35:5
57:22
110:6
124:23
125:3
131:19,21
161:20
220:11
224:25
240:11
247:14
253:9
258:23

**Tami**
5:3 59:8
174:6
260:10,15

**Tata**
231:19

**tax**
189:21,23
235:13,25
236:9,16

**taxes**
134:3
178:9
239:21
256:12

**taxi**
27:17

**taxing**
147:21
251:23

**Tech**
123:3,5

**technical**
10:22
169:20
170:4
171:24



**technically**
36:6
156:14

255:25

**test**
198:11

**testified**
5:15
22:14
64:18
82:12
108:6
121:23
135:18
169:23
249:24

**testify**
12:21

**testifying**
122:4

**testimony**
5:10
22:17,21
23:3 25:2
64:23
96:4
109:19
118:18
146:9

**text**
31:9

**texting**
31:15

**texts**
31:16

**theory**
24:14

**thing**
84:18
106:4
142:22
196:13
207:11
214:23,24
230:13,15

**Technologies**
31:22,24
37:16,19
38:2,14
40:10,23
41:11
122:20,24
168:23
169:7,13,
14,15,17,
24
172:10,17
173:13,16
214:20

**Technologies'**
173:8
215:2

**telephone**
34:6
121:25

**television**
43:23
141:2

**telling**
163:12
240:13

**tenant**
142:17

**tenants**
129:22
142:25
143:4,6

**tendering**
251:3

**terminating**
256:5

**terms**

231:6,24
235:2,3
240:5,6
241:2,7
243:21
254:23
255:2

**things**
33:22,23
86:7
108:9
129:5
136:25
137:10
197:14
201:19
214:7
219:25
232:22
233:20
251:15
254:23

**thinking**
225:18

**thought**
130:3
189:17
213:14
217:9

**throat**
7:24

**throw**
89:16

**time**
6:16 8:13
9:23
11:14
15:9
17:13,25
18:19
21:7 30:3
38:13
49:2,4
50:24

54:14
61:2,4
66:3,10
71:25
72:3,4,5,
6,10
73:7,8,12
74:15,24
77:23
84:15
85:25
91:4,14
95:20,21
101:17
108:3
111:10,11
114:15
123:18,
19,21
124:8
128:21,22
133:16
134:7,16
135:3,19
137:14
141:21
150:14
151:20
162:20
163:12
166:4
170:18
172:7
180:7,9
195:20
196:12
197:11,22
198:6
206:20
212:3
220:18
221:15
223:16
227:5
232:18
233:8,15,
17 234:16

236:25
237:17
240:17
244:25
245:9,11
248:4,10
250:15
253:12
260:5,16

**times**
11:12,13
96:7
100:7
246:4

**timing**
129:14

**title**
15:2,24
16:6

**TLC**
27:17
186:22
194:19
213:18
240:25

**today**
7:4 8:12
12:17,20
189:11
190:12
211:11
257:22
258:5

**tokens**
98:2,5

**told**
195:10
254:23
259:13,15

**tolls**
213:20

**top**
13:25



14:12
15:19
33:19
51:9

**total**
46:20,21
47:23
48:19
97:13
199:6

**totally**
88:21
162:18
239:16

**Tower**
113:16,20

**track**
187:23
188:2

**trade**
24:9 25:9
193:9

**traded**
153:4

**trademark**
17:6
24:10

**trademarks**
24:9 25:8
193:9

**trading**
254:19

**training**
246:20

**transaction**
72:3,6,10
73:11
75:5,20
82:21
185:22
195:24
196:2

**transaction s**
73:20
97:12
124:19
215:24

**transcribed**
243:7,9

**transcript**
8:8,10
241:13
242:4

**Transcripti on**
242:5

**transfer**
63:21
96:18
102:3
117:17
124:14
223:2,21

**transferred**
61:8,11
64:21
72:7
96:9,11
97:10
101:16,
19,21
102:25
121:19
122:12
123:20
135:6,8
223:5,7
238:24
240:16

**transferrin g**
63:10

**transfers**
63:25
121:21,22

135:14
207:21
208:11
212:15

**transmissio n**
139:21
141:23

**Transport**
231:11

**transportat ion**
151:16
231:7,25
232:4

**travel**
19:9 52:8
230:22

**traveling**
152:3

**treated**
178:8

**Tri-state**
208:15

**trouble**
10:9
197:9
253:25

**trucking**
255:10

**trust**
176:14,16

**truth**
9:9

**TSU**
231:23

**tune**
233:2
254:9

**Turgut**

178:20
182:20
183:10

**turn**
16:25
50:11

**TV**
139:17,
18,22
140:22
141:7,11
142:24
175:6,9
242:18

**two-plus**
205:22

**type**
57:16

─────────────

─────────────
        **U**
─────────────

**U.K.**
230:16

**U.S.**
105:17

**Uber**
86:6
196:24
197:19
233:8
246:11

**Ukraine**
105:17

**um-hum**
7:11
24:23
70:23
82:18
89:10,14
95:8
153:9
160:25

165:15
166:16
167:23
211:9
229:24

**uncollectib le**
48:17
49:8
50:8,23
51:19,21
52:3
53:18
85:2

**uncured**
82:16

**underlying**
238:15

**understand**
6:18,22
7:13,15
8:2 9:8,
11 55:21
64:17
103:13
109:24
118:6
161:16
198:10
203:14
205:11
210:20
211:6,7
218:5
230:6

**understandi ng**
8:6 30:15
178:5
224:16
233:4

**understood**
122:3
177:4



SHAQUAT CHAUDHARY
IN RE: ELITE LIMOUSINE PLUS, INC.

March 13, 2024
Index: unhappy..whatsoever

201:9
259:13

**unhappy**
242:25

**unincorpora**
**ted**
153:5

**United**
211:19

**Unity**
34:11

**Universal**
231:21

**unknown**
24:12

**unpack**
73:13

**unprecedent**
**ed**
137:8

**unsecured**
5:21 6:5
147:22
153:25
165:13
179:10
211:24

**up-to-date**
235:22

**upkeep**
129:24

**ups**
247:16

**useless**
193:17

**utilities**
43:21

**utility**
42:13

**utilize**
69:15,24
80:13
93:8
100:16
101:5
121:5
145:2
159:15

**utilizing**
142:21

_____

**V**

_____

**valid**
156:22

**Valley**
211:23

**valuation**
137:11
138:3

**van**
117:17
118:9,10,
12

**vans**
117:11
119:5

**variety**
232:6

**Vega**
231:25

**Vegas**
230:24
231:2

**vehicle**
216:4

**vehicles**
27:8 28:8
73:16
196:15

214:6

**vendor**
88:23
89:3
154:20
182:23
217:20
230:8,11,
13,15,17
231:2

**vendors**
119:10
151:18
154:12,
13,15,19,
24 155:9,
14,17,22,
25
156:12,
18,20
208:14
213:5,10

**venture**
153:7

**verified**
194:17

**Verizon**
31:6,9,11
141:17
255:16

**viable**
190:3

**video**
242:22

**videoconfer**
**ence**
5:7

**violation**
36:9

**Virtual**
34:10

**Vita**
178:13,
19,20,25
182:16

**Vita's**
182:19

**voice**
7:25

**volume**
197:12

**voluntarily**
6:12,19

**voucher**
232:19
240:4,8,
19,21,22
241:5
244:8

_____

**W**

_____

**wait**
240:19

**waiting**
244:25

**walk**
133:13

**wanted**
239:2
242:11

**warehouse**
100:4

**wash**
129:4,14
249:12,15

**washes**
128:24

**waste**
50:23

**wasted**

254:9

**water**
43:24

**wavelengths**
255:5

**ways**
214:17

**weather-**
**wise**
106:5,8

**Web**
17:18
18:4 21:2
22:12
23:16,18
69:22
94:4
151:16,17

**Website**
19:3,5,23
20:9,11
21:24
23:13
25:21,23
144:22
181:19
225:22
252:21,25

**Websites**
21:16
193:10

**week**
56:2,3,4
196:25
237:10,14
242:13

**weeks**
180:12,13
256:23

**whatsoever**
242:21
244:9



**wheelchair**
232:3

**whichever**
104:8

**wife**
133:21
178:20
183:8,9

**Willet**
206:21

**winding**
140:5

**wiped**
251:3

**withdraw**
68:3

**withdrawn**
20:2,18
44:18
72:24
73:18
83:20
98:10
99:18
100:6
101:12
121:8
125:21
139:4
151:10
159:24
184:23
199:9
203:6

**Wofse**
10:8,12,
18 16:21
46:24
47:2,10,
16 48:2
51:15
59:2
66:22

67:16
89:15,23
98:24
99:8
107:13
131:14,17
132:2
147:2
167:7
173:23
174:4
188:22
190:5
203:9
227:24
243:16
256:9,19
257:6,16

**word**
7:14
71:18
82:13

**words**
7:10
166:15

**work**
64:16,25
66:12
117:15,
16,17
118:20
121:10
129:11,12
134:14
135:20
170:22,23
171:2,6
174:3
187:3
199:23
200:12
206:17
208:16
222:8,11
224:22

227:3
248:9
253:4
255:18

**worked**
81:2
93:11
225:14

**workers**
168:19
170:25

**Workers'**
235:17

**working**
204:22,25
221:13
225:22
253:5

**works**
171:2
200:6
225:11
226:7,11

**Workstation**
34:8

**worse**
197:8

**worth**
23:19
149:2
160:5

**wound**
155:5

**writing**
18:14
63:9

**written**
49:11,16,
17,21
52:10
69:9
84:15

103:25
104:10
111:25
120:13
131:11
158:25
161:4
171:16
175:23
184:2
190:23
200:3

**wrong**
22:19
153:23
161:5
165:4
218:6,24
244:2

**wrote**
76:25

———————

**X**

———————

**Xerox**
34:11

**XYZ**
39:6,13

———————

**Y**

———————

**Yahoo**
112:25

**year**
18:7
27:24
36:5
49:22
55:24
106:16
138:2,6
140:2,13
178:22

207:23
210:22
211:15
212:16
216:3
222:15
227:9
246:5

**years**
11:23,24
12:2
17:11,12
23:23
27:13
31:3
35:20,25
38:12,17
49:20,23
50:2,3
52:15
70:11
84:13
85:23
86:6
88:2,12
93:17
114:9
123:15
124:16
125:25
127:18,19
129:11,
15,25
130:2
133:17,
18,19
135:4,6,9
138:9
142:13
143:8,10
146:25
150:25
155:18
160:9
163:5
182:14



196:11
197:3
204:5
205:22
207:5
224:20
226:17
234:17
245:24
246:12
247:21
249:5,9,
14,16,19
254:21

**yes-or-no**
104:17

**yesterday**
258:2

**York**
5:5,25
19:9
79:8,25
150:19
178:23
189:21
208:14,15
232:2
235:7

**Yves**
176:19

**Z**

**Zain**
226:18
227:7

