| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **Hearing Date: March 4, 2026** |
| **EASTERN DISTRICT OF NEW YORK** | **Hearing Time: 10:00 a.m.** |

---------------------------------------------------------x

In re:                                                                           Chapter 11

    Elite Limousine Plus, Inc.,                                   Case No. 23-43088-jmm
           -and-                                                  Case No. 23-43089-jmm
    Dispatch Support Services LLC,

           Debtors.
---------------------------------------------------------x

## NOTICE OF HEARING

        **PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion") of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), for entry of an order appointing a chapter 11 trustee or converting the above-captioned chapter 11 bankruptcy case (the "Bankruptcy Case") of Elite Limousine Plus, Inc. and Dispatch Support Services LLC (the "Debtors") shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, on **March 4, 2026 at 10:00 a.m.** or as soon thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing and filed with the Bankruptcy Court by **February 25, 2026** (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at [www.nyeb.uscourts.gov](http://www.nyeb.uscourts.gov). A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to the United States Trustee, at the Alexander Hamilton Custom House, One Bowling Green, Suite 510, New York, New York 10004, to the attention of Jeremy Sussman, Esq., Trial Attorney. If no objections are filed before the Objection Deadline, the Court may grant relief without conducting a hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing shall be held in person or by videoconference using the Webex platform. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. If you register for the hearing less than 48 hours in advance of the hearing, allow up to 15 minutes after registration to receive the email with the information. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances . If you are unable to register with eCourt Appearances, you may email Judge Jil Mazer-Marino's courtroom deputy for instructions at jmm_hearings@nyeb.uscourts.gov or call (347) 394-1844 at least two (2) business days prior to the hearing. On your hearing date, please connect at least 10 minutes before your scheduled hearing time and keep your audio and video on mute until your case is called.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without notice other than an announcement in open Court.

Dated: New York, New York
January 22, 2026