**LAMONICA HERBST & MANISCALCO, LLP**

*Moving Forward. Staying Ahead.*®

**Melanie A. FitzGerald, Esq.**
**Partner**
p: 516.826.6500 x220
mfitzgerald@lhmlawfirm.com

July 6, 2026

**By ECF**
Honorable Jil Mazer-Marino
Chief United States Bankruptcy Court Judge
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

> **Re:**    **Chapter 11**
> **Elite Limousine Plus, Inc., *et al*.**
> **Case No. 23-43088 (JMM)**
> **Jointly Administered**
> *Elite Limousine Plus v. Bank Direct Capital/AFCO,* 25-1100-JMM
> *Elite Limousine Plus v. The Northwestern Mutual Life Insurance Company,* 25-1102-JMM
> **Hearing: July 8, 2026 at 10:00 a.m.**

Dear Chief Judge Mazer-Marino:

This firm is counsel to the referenced jointly administered Chapter 11 Debtors.

The purpose of this letter is to advise the Court, and all interested parties that with respect to the hearings on the Motion of the United States Trustee to Appoint a Chapter 11 Trustee, Case Management Conferences and related pleadings [Dkt. Nos. 310, 12 and 146], the parties have agreed to adjourn the July 8, 2026 hearings, on consent, to September 9, 2026 at 11:00 a.m.

The pretrial conferences in the Adversary Proceedings captioned, *Elite Limousine Plus v. Bank Direct Capital/AFCO,* 25-1100-JMM and *Elite Limousine Plus v. The Northwestern Mutual Life Insurance Company,* 25-1102-JMM are also adjourned from the Court's July 8, 2026 calendar to September 9, 2026 at 11:00 a.m.

Thank you for your courtesies.

Respectfully submitted,
*s/Melanie A. FitzGerald*
Melanie A. FitzGerald

MAF/bhs
Interested Parties by ECF